**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| **MARK SULLIVAN,** | : | |
| **Plaintiff,** | : | **CASE NO.  2:23-CV-03174** |
| **v.** | : | **JUDGE MICHAEL H. WATSON** |
| **THE OHIO STATE UNIVERSITY et. al,** | : | **MAGISTRATE JUDGE** |
| **Defendant.** | : | **KIMBERLY A. JOLSON** |

**STIPULATED 21-DAY EXTENSION OF TIME FOR DEFENDANT
THE OHIO STATE UNIVERSITY TO MOVE OR PLEAD IN RESPONSE TO
PLAINTIFF'S AMENDED COMPLAINT**

Now come Plaintiff Mark Sullivan and Defendant The Ohio State University, by and through their respective undersigned counsel, and pursuant to S.D. Ohio Civ. R. 6.1(a), and hereby stipulate to a twenty-one (21) day extension of time from the current deadline of December 15, 2023, to move or otherwise plead in response to Plaintiff's Amended Complaint. The new deadline is January 5, 2023. In compliance with S.D. Ohio Civ. R. 6.1(a), the Parties agree to the stipulated extension, no prior stipulated extensions have been made, and the total time for the stipulated extension will not exceed twenty-one (21) days.

Respectfully submitted,

DAVE YOST (0056290)
Ohio Attorney General

*/s/ Daniel P. Petrov*          */s/ In Son J. Loving*
*(via email consent 12/14/2023)*

Daniel P. Petrov (0074151)          IN SON J. LOVING (0084848)
dpetrov@tpgfirm.com                 *Trial Counsel*
                                    Senior Assistant Attorney General

THORMAN PETROV GROUP CO., LPA
20046 Walker Avenue
Shaker Heights, Ohio 44122
Phone: (216) 621-3500
Fax: (216) 621-3422

*Counsel for Plaintiff Mark Sullivan*

DAVID B. STOUFFER (0093972)
Associate Assistant Attorney General
Employment Law Section
615 W. Superior Ave., 11th FL
Cleveland, Ohio 44114
(614) 644-7257 - Telephone
(614) 752-4677 – Facsimile
ELSReview@OhioAGO.gov

WENDY K. CLARY (0077775)
Principal Assistant Attorney General
Employment Law Section
30 East Broad Street, 16th Floor
Columbus, Ohio 43215
(614) 644-7257 - Telephone
(614) 752-4677 – Facsimile
ELSReview@OhioAGO.gov

*Counsel for Defendant The Ohio State University*

## CERTIFICATE OF SERVICE

This will certify that the foregoing *Stipulated 21-Day Extension of Time for Defendant The Ohio State University to Move or Plead in Response to Plaintiff's Amended Complaint* was filed electronically on December 15, 2023.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

*/s/ In Son J. Loving*

IN SON J. LOVING (0084848)
*Trial Counsel*
Senior Assistant Attorney General