**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| MARK SULLIVAN, | : | |
| Plaintiff, | : | CASE NO.  2:23-CV-03174 |
| v. | : | JUDGE MICHAEL H. WATSON |
| THE OHIO STATE UNIVERSITY, *et al.* | : | MAGISTRATE JUDGE KIMBERLY A. JOLSON |
| Defendants. | : | |

**STIPULATED EXTENSION OF TIME FOR DEFENDANTS TO MOVE OR PLEAD IN RESPONSE TO PLAINTIFF'S AMENDED COMPLAINT**

Now come the Parties, by and through their respective undersigned counsel, and pursuant to S.D. Ohio Civ. R. 6.1(a), and hereby stipulate to a twenty-one (21) day extension of time from the current deadline of January 2, 2024, for Defendants Anil Makhija, Bennett Tepper, Jennifer McLendon, and William Watercutter and a twenty day (20) extension of time from the current deadline of January 3, 2024, for Defendant Robert Lount to move or otherwise plead in response to Plaintiff's Amended Complaint. The new deadline for all Defendants is January 23, 2024. In compliance with S.D. Ohio Civ. R. 6.1(a), the Parties agree to the stipulated extension, no prior stipulated extensions have been made, and the total time for the stipulated extension will not exceed twenty-one (21) days.

Respectfully submitted,

|  |  |
|---|---|
|  | DAVE YOST (0056290)<br>Ohio Attorney General |
| */s/ Daniel P. Petrov (per email consent 12/29/2023)* | */s/ In Son J. Loving* |
| DANIEL P. PETROV (0074151)<br>THORMAN PETROV GROUP CO., LPA<br>20046 Walker Avenue<br>Shaker Heights, Ohio 44122<br>Phone: (216) 621-3500<br>Fax: (216) 621-3422<br>dpetrov@tpgfirm.com<br><br>*Counsel for Plaintiff Mark Sullivan* | IN SON J. LOVING (0084848)<br>*Trial Counsel*<br>Senior Assistant Attorney General<br>DAVID B. STOUFFER (0093972)<br>Associate Assistant Attorney General<br>Employment Law Section<br>615 W. Superior Ave., 11th FL<br>Cleveland, Ohio 44114<br>(614) 644-7257 - Telephone<br>(614) 752-4677 – Facsimile<br>ELSReview@OhioAGO.gov<br><br>WENDY K. CLARY (0077775)<br>Principal Assistant Attorney General<br>Employment Law Section<br>30 East Broad Street, 16th Floor<br>Columbus, Ohio 43215<br>(614) 644-7257 - Telephone<br>(614) 752-4677 – Facsimile<br>ELSReview@OhioAGO.gov<br><br>*Counsel for Defendants* |

## CERTIFICATE OF SERVICE

This will certify that the foregoing *Stipulated Extension of Time for Defendants to Move or Plead in Response to Plaintiff's Amended Complaint* was filed electronically on December 29, 2023. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ In Son J. Loving*

IN SON J. LOVING (0084848)
*Trial Counsel*
Senior Assistant Attorney General