# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| **MARK SULLIVAN** | ) | **CASE NO.: 2:23-CV-3174** |
| | ) | |
| Plaintiff, | ) | **JUDGE WATSON** |
| | ) | |
| vs. | ) | |
| | ) | **PLAINTIFF'S NOTICE OF** |
| **THE OHIO STATE UNIVERSITY** | ) | **NONOPPOSITION TO** |
| | ) | **DEFENDANT THE OHIO STATE** |
| Defendant. | ) | **UNIVERSITY'S MOTION TO** |
| | ) | **DISMISS** |
| | ) | |

Defendant The Ohio State University ("OSU") filed a Motion to Dismiss OSU as a party in this matter on January 5, 2024 (R.30). Plaintiff Mark Sullivan does not oppose OSU's Motion as it pertains to the claims included in Plaintiff's First Amended Complaint against OSU only. Plaintiff's nonopposition does not extend to any other Defendant in this matter (who have not moved for dismissal), or to any other claim that Plaintiff may have against OSU, now or in the future, that were not included in the First Amended Complaint.

    Respectfully submitted,

    */s/ Daniel P. Petrov*
    DANIEL P. PETROV (0074151)
    dpetrov@tpgfirm.com

    THORMAN PETROV GROUP CO., LPA
    20046 Walker Avenue
    Shaker Heights, OH 44122
    Phone: (216) 621-3500
    Fax: (216) 621-3422

    *Attorneys for Plaintiff Mark Sullivan*

2

## CERTIFICATE OF SERVICE

I hereby certify that on January 22, 2024, a copy of the foregoing was filed electronically through the Court's electronic filing system. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system, via electronic mail. Parties may access this filing through the Court's system.

*/s/ Daniel P. Petrov*
*Attorney for Plaintiff* Mark Sullivan

2