UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Mark Sullivan,

    Plaintiff,

    v.

The Ohio State University, *et al.*,

    Defendants.

Case No. 2:23-cv-3174

Judge Michael H. Watson

Magistrate Judge Jolson

### ORDER

The Ohio State University ("Defendant") moves to dismiss the claims Plaintiffs brings against it in his Amended Complaint, based on sovereign immunity. Mot. Dismiss, ECF No. 30. Plaintiff does not oppose the motion. Notice, ECF No. 31.

Accordingly, the Court **GRANTS** Defendant's motion and **DISMISSES WITHOUT PREJUDICE** the claims against Defendant. The Clerk shall terminate The Ohio State University as a party to this suit and terminate ECF No. 30 as a pending motion.

**IT IS SO ORDERED.**

*/s/ Michael H. Watson*
MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT