IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

MARK SULLIVAN,

        Plaintiff,

v.                               Civil Action 2:23-cv-3174
                                  Judge Michael H. Watson
                                  Magistrate Judge Kimberly A. Jolson

THE OHIO STATE UNIVERSITY,

        Defendant.

## ORDER

Before the Court is the parties' Joint Motion to Extend the Discovery and Dispositive Motion Deadlines (Doc. 59).  The Court **GRANTS** the Motion, and the case deadlines are amended as follows:

- Discovery deadline                      March 28, 2025
- Dispositive motions deadline         May 30, 2025
- This case is **REFERRED** to mediation in April 2025

The parties are reminded that case deadlines have not been stayed while the Court considers the pending motion to dismiss.  As such, they are expected to be engaging in good faith discovery.  The parties are **ORDERED** to file a status report, updating the Court on their discovery progress, **every 45 days until the discovery deadline**.  Barring extenuating circumstances, no more extensions to the case schedule will be granted.

      IT IS SO ORDERED.


Date:  October 21, 2024                               /s/ Kimberly A. Jolson
                                                       KIMBERLY A. JOLSON
                                                       UNITED STATES MAGISTRATE JUDGE