# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| MARK SULLIVAN, | : | |
| Plaintiff, | : | CASE NO. 2:23-CV-03174 |
| v. | : | JUDGE MICHAEL H. WATSON |
| THE OHIO STATE UNIVERSITY, *et al.* | : | MAGISTRATE JUDGE KIMBERLY A. JOLSON |
| Defendant. | : | |

## JOINT STATUS REPORT

Pursuant to the Court's October 21, 2024 Order, the above parties, by and through their respective undersigned counsel, hereby submit this Joint Status Report. This Report is an update to the parties' first Joint Status Report (Doc. No. 61), submitted on December 3, 2024.

Defendants' Motion to Dismiss, filed on August 5, 2024, remains pending. The parties agreed to revised search terms and parameters for The Ohio State University's ("OSU") email search. OSU has collected over 7,400 emails and provided same to Defendants' counsel as of last week. Defendants' counsel is in the process of diligently reviewing these emails for production to Plaintiff's counsel. Additionally, the parties are working together to schedule dates for depositions. However, it is highly unlikely that any depositions can take place before Defendants produce all the responsive emails and Plaintiff has had an opportunity to review them in preparation for depositions. While the parties are working diligently to complete discovery by the Court's March 28, 2025 deadline, the parties believe a brief one month extension may become necessary depending on how quickly the parties can complete their collection and review of electronic records, and complete depositions.

The parties have not discussed settlement. The parties remain available for a telephone status conference should the Court need any additional information.

Respectfully submitted,

| | |
|---|---|
| *s/ Sarah E. Wyss (per email consent dated January 21, 2025)* | DAVE YOST (0056290)<br>Ohio Attorney General<br><br>*s/ In Son J. Loving* |
| DANIEL P. PETROV (0074151)<br>SARAH E. WYSS (0100278)<br>THORMAN PETROV GROUP CO., LPA<br>20046 Walker Avenue<br>Shaker Heights, Ohio 44122<br>(216) 621-3500 – Telephone<br>(216) 621-3422 – Facsimile<br>dpetrov@tpgfirm.com<br>swyss@tpgfirm.com<br><br>*Counsel for Plaintiff* | IN SON J. LOVING (0084848)<br>*Trial Counsel*<br>Senior Assistant Attorney General<br>DAVID B. STOUFFER (0093972)<br>Associate Assistant Attorney General<br>Employment Law Section<br>615 W. Superior Ave., 11th Floor<br>Cleveland, Ohio 44113<br>(614) 644-7257 – Telephone<br>(614) 752-4677 – Facsimile<br>ELSReview@OhioAGO.gov<br><br>WENDY K. CLARY (0077775)<br>Principal Assistant Attorney General<br>Employment Law Section<br>30 East Broad Street, 16th Floor<br>Columbus, Ohio 43215<br>(614) 644-7257 – Telephone<br>(614) 752-4677 – Facsimile<br>ELSReview@OhioAGO.gov<br><br>*Counsel for Defendants* |

## **CERTIFICATE OF SERVICE**

This will certify that the foregoing *Joint Status Report* was filed electronically on January 21, 2025. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*s/ In Son J. Loving*

IN SON J. LOVING (0084848)
*Trial Counsel*
Senior Assistant Attorney General