**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| 2:23-cv-0563 | 2:24-cv-2033 | 2:24-cv-3944 |
| 2:23-cv-1479 | 2:24-cv-2449 | 2:24-cv-3999 |
| 2:23-cv-2143 | 2:24-cv-2912 | 2:24-cv-4074 |
| 2:23-cv-3174 | 2:24-cv-3238 | 2:24-cv-4128 |
| 2:23-cv-4015 | 2:24-cv-3679 | |
| 2:23-cv-4050 | 2:24-cv-3682 | |
| 2:23-cv-4189 | 2:24-cv-3750 | |
| 2:24-cv-0453 | 2:24-cv-3759 | |
| 2:24-cv-1069 | 2:24-cv-3769 | |
| 2:24-cv-1150 | 2:24-cv-3814 | |
| 2:24-cv-1302 | 2:24-cv-3833 | |
| 2:24-cv-1543 | 2:24-cv-3834 | |
| 2:24-cv-1646 | 2:24-cv-3838 | |
| 2:24-cv-2027 | 2:24-cv-3865 | |

## **NOTICE**

Each of the above-listed cases has previously been identified as ready for a mediation conference in **April 2025**. Recently, the Court has been forced to vacate or continue more than half of the cases initially set for settlement conferences. In order to avoid the administrative costs associated with vacating a case after it has been set, the Court is making this inquiry to determine if any of the above cases **should not be set** for a Settlement Conference.

As soon as practicable following of the receipt of this Notice, counsel shall confer concerning the readiness of their case for a settlement conference. If all counsel concur that the case is **not** ready to set, counsel shall send an email to ADR@ohsd.uscourts.gov by **4:00pm EST on March 3, 2025** to advise the Court that the case should **not** be set. Counsel should include in such advice whether the case should be continued to another month and, if so, which month.

Nothing in this Notice is intended to preclude a timely motion to vacate or continue a settlement conference, should the grounds for such motion become apparent only after the case is set for a settlement conference on a specific date and time.

Richard W. Nagel, Clerk of Court
United States District Court
Southern District of Ohio