IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| MARK SULLIVAN, | : | |
| Plaintiff, | : | CASE NO. 2:23-CV-03174 |
| v. | : | JUDGE MICHAEL H. WATSON |
| THE OHIO STATE UNIVERSITY, *et al.* | : | MAGISTRATE JUDGE KIMBERLY A. JOLSON |
| Defendant. | : | |

## JOINT STATUS REPORT

Pursuant to the Court's October 21, 2024 Order, the above parties, by and through their respective undersigned counsel, hereby submit this Joint Status Report. This Report is an update to the parties' second Joint Status Report (Doc. No. 62), submitted on January 21, 2025.

Defense counsel completed its review of all emails referenced in the parties' second Joint Status Report. At this time, all relevant emails and attachments have been produced to Plaintiff's counsel. On February 19, 2025, Plaintiff's counsel sent Defense counsel a letter regarding Defendants' document production. On February 28, 2025, Defense counsel responded by letter and informed Plaintiff's counsel that production logs for Defendants' two previous document productions would be forthcoming, along with certain benefits information concerning Plaintiff. The Ohio State University also agreed to produce certain personnel files, and the collection process is already underway. Production logs were provided to Plaintiff's counsel on March 5, 2025.

The parties have scheduled depositions for Plaintiff and all the Individual Defendants. These depositions are scheduled to take place from April 1 through April 23. The parties have also discussed that this case may be ripe for settlement discussions following depositions and have notified the ADR Department. On March 4, 2025, Jason Deschler was assigned as mediator to this

case. The parties remain available for a telephone status conference should the Court need any additional information.

Respectfully submitted,

|  |  |
|---|---|
|  | DAVE YOST (0056290)<br>Ohio Attorney General |
| *s/ Daniel P. Petrov (via email consent dated March 5, 2025)* | *s/ In Son J. Loving* |
| DANIEL P. PETROV (0074151)<br>SARAH E. WYSS (0100278)<br>THORMAN PETROV GROUP CO., LPA<br>20046 Walker Avenue<br>Shaker Heights, Ohio 44122<br>(216) 621-3500 – Telephone<br>(216) 621-3422 – Facsimile<br>dpetrov@tpgfirm.com<br>swyss@tpgfirm.com<br><br>*Counsel for Plaintiff* | IN SON J. LOVING (0084848)<br>*Trial Counsel*<br>Senior Assistant Attorney General<br>DAVID B. STOUFFER (0093972)<br>Associate Assistant Attorney General<br>Employment Law Section<br>615 W. Superior Ave., 11th Floor<br>Cleveland, Ohio 44113<br>(614) 644-7257 – Telephone<br>(614) 752-4677 – Facsimile<br>ELSReview@OhioAGO.gov<br><br>WENDY K. CLARY (0077775)<br>Principal Assistant Attorney General<br>Employment Law Section<br>30 East Broad Street, 16th Floor<br>Columbus, Ohio 43215<br>(614) 644-7257 – Telephone<br>(614) 752-4677 – Facsimile<br>ELSReview@OhioAGO.gov<br><br>*Counsel for Defendants* |

## **CERTIFICATE OF SERVICE**

This will certify that the foregoing *Joint Status Report* was filed electronically on March 6, 2025. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*s/ In Son J. Loving*

IN SON J. LOVING (0084848)
*Trial Counsel*
Senior Assistant Attorney General