**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| **MARK SULLIVAN,** | : | |
| **Plaintiff,** | : | **CASE NO. 2:23-CV-03174** |
| **v.** | : | **JUDGE MICHAEL H. WATSON** |
| **THE OHIO STATE UNIVERSITY,** *et al.*, | : | **MAGISTRATE JUDGE KIMBERLY A. JOLSON** |
| **Defendant.** | : | |

**NOTICE OF WITHDRAWAL OF CO-COUNSEL FOR DEFENDANTS**

Please take notice that Principal Assistant Attorney General Wendy K. Clary hereby withdraws as co-counsel for Defendants, Anil Makhija, Robert Lount, Bennett Tepper, Jennifer McLendon, and William Watercutter, in the above-referenced action. Notice has been provided to Defendants, all counsel including the withdrawing attorney and any unrepresented parties. Senior Assistant Attorney General In Son J. Loving will remain as trial counsel and Associate Assistant Attorney General David B. Stouffer will remain as co-counsel for Defendants.

Respectfully submitted,

DAVE YOST (0056290)
Ohio Attorney General

*s/ Wendy K. Clary*

WENDY K. CLARY (0077775)
Principal Assistant Attorney General
Employment Law Section
30 East Broad Street, 16th Floor
Columbus, Ohio 43215
(614) 644-7257 - Telephone
(614) 752-4677 – Facsimile
ELSReview@OhioAGO.gov

*Counsel for Defendants*

## <u>CERTIFICATE OF SERVICE</u>

This will certify that the foregoing *Notice of Withdrawal of Co-Counsel for Defendants* was filed electronically on March 13, 2025. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*s/ Wendy K. Clary*

WENDY K. CLARY (0077775)
Principal Assistant Attorney General