IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**MARK SULLIVAN,**

    **Plaintiff,**

  v.                         **Civil Action 2:23-cv-3174**
                              **Judge Michael H. Watson**
                              **Magistrate Judge Kimberly A. Jolson**

**THE OHIO STATE UNIVERSITY, et al.,**

    **Defendants.**

## ORDER

Defendants' Unopposed Motion to Excuse Attendance of the Individual Defendants from Upcoming Mediation is before the Court.  (Doc. 70).  The Motion requests that the Court excuse Defendants Anil Makhija, Robert Lount, Bennett Tepper, Jennifer McLendon, and William Watercutter (the "Individual Defendants") from attending the upcoming virtual mediation session on May 5, 2025, with mediator Jason Deschler.  (Doc. 70; *see also* Doc. 71).

The Court **GRANTS** the Motion **in part**.  The Individual Defendants are not required to attend the entire virtual mediation session.  However, the Individual Defendants must be available on May 5 to join the video conference swiftly should the mediator deem it necessary.

IT IS SO ORDERED.

Date:  April 11, 2025                                   /s/ Kimberly A. Jolson
                                                      KIMBERLY A. JOLSON
                                                      UNITED STATES MAGISTRATE JUDGE