IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| MARK SULLIVAN, | : | |
| Plaintiff, | : | CASE NO. 2:23-CV-03174 |
| v. | : | JUDGE MICHAEL H. WATSON |
| THE OHIO STATE UNIVERSITY, *et al.* | : | MAGISTRATE JUDGE KIMBERLY A. JOLSON |
| Defendant. | : | |

## JOINT STATUS REPORT

Pursuant to the Court's October 21, 2024 Order, the above parties, by and through their respective undersigned counsel, hereby submit this Joint Status Report. This Report is an update to the parties' third Joint Status Report (Doc. No. 68), submitted on March 6, 2025. Written discovery and document production are complete. All anticipated depositions are complete, with the exception of Jennifer McLendon. Ms. McLendon's deposition is scheduled for April 22, 2025. Mediation is scheduled for May 5, 2025. The Plaintiff has agreed to dismiss Bennett Tepper and William Watercutter as defendants. Plaintiff's claim(s) against the remaining defendants shall remain.

Respectfully submitted,

|  |  |
|---|---|
|  | DAVE YOST (0056290) |
|  | Ohio Attorney General |
| *s/ Daniel P. Petrov (via email consent dated April 18, 2025)* | *s/ In Son J. Loving* |
|  | IN SON J. LOVING (0084848) |
| DANIEL P. PETROV (0074151) | *Trial Counsel* |
| SARAH E. WYSS (0100278) | Senior Assistant Attorney General |
|  | DAVID B. STOUFFER (0093972) |
|  | Associate Assistant Attorney General |

| | |
|---|---|
| THORMAN PETROV GROUP CO., LPA<br>20046 Walker Avenue<br>Shaker Heights, Ohio 44122<br>(216) 621-3500 – Telephone<br>(216) 621-3422 – Facsimile<br>dpetrov@tpgfirm.com<br>swyss@tpgfirm.com<br><br>*Counsel for Plaintiff* | Employment Law Section<br>615 W. Superior Ave., 11th Floor<br>Cleveland, Ohio 44113<br>(614) 644-7257 – Telephone<br>(614) 752-4677 – Facsimile<br>ELSReview@OhioAGO.gov<br><br>*Counsel for Defendants* |

## CERTIFICATE OF SERVICE

This will certify that the foregoing *Joint Status Report* was filed electronically on April 21, 2025. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*s/ In Son J. Loving*

IN SON J. LOVING (0084848)
*Trial Counsel*
Senior Assistant Attorney General