**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| **MARK SULLIVAN** | ) | CASE NO.: 2:23-CV-3174 |
| | ) | |
| Plaintiff, | ) | JUDGE WATSON |
| | ) | |
| vs. | ) | |
| | ) | |
| **THE OHIO STATE UNIVERSITY** | ) | **PLAINTIFF'S NOTICE OF FILING** |
| | ) | **DEPOSITION TRANSCRIPTS AND** |
| Defendant. | ) | **CONSOLIDATED EXHIBITS** |
| | ) | |

Plaintiff Mark Sullivan, Ph.D ("Sullivan") gives notice of the filing of the following deposition transcripts and exhibits:

1. Mark Sullivan, April 1, 2025;

2. Robert Lount, April 3, 2025;

3. Anil Makhija, April 7, 2025;

4. Bennett Tepper, April 8, 2025;

5. Jennifer McLendon, April 22, 2025;

6. Consolidated Deposition Exhibit List.

Respectfully submitted,

*/s/ Daniel P. Petrov*
DANIEL P. PETROV (0074151)
dpetrov@tpgfirm.com

THORMAN PETROV GROUP CO., LPA
20046 Walker Avenue
Shaker Heights, OH 44122
Phone: (216) 621-3500
Fax: (216) 621-3422

*Attorneys for Plaintiff Mark Sullivan*

**CERTIFICATE OF SERVICE**

 I hereby certify that on June 8, 2025, a copy of the foregoing was filed electronically through the Court's electronic filing system. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system, via electronic mail. Parties may access this filing through the Court's system.

               */s/ Daniel P. Petrov*
               *Attorney for Plaintiff* Mark Sullivan