**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**

| | | |
|---|---|---|
| **MARK SULLIVAN** | ) | **CASE NO.: 2:23-CV-3174** |
| | ) | |
| Plaintiff, | ) | **JUDGE WATSON** |
| | ) | |
| vs. | ) | |
| | ) | |
| **THE OHIO STATE UNIVERSITY** | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

# CONSOLIDATED DEPOSITION EXHIBITS

| EXHIBIT | DATE | DOCUMENT | BATES NO. |
|---------|------|----------|-----------|
| **Mark Sullivan** | | | |
| Def. 1 | 4/1/25 | Sullivan Resume | - |
| Def. 2 | 4/1/25 | Letter of Hire | OSU 29 |
| Def. 3 | 4/1/25 | June 2017 Reappointment | OSU 2433 |
| Def. 4 | 4/1/25 | April 2019 Reappointment | OSU 57 |
| Def. 5 | 4/1/25 | April 2021 Reappointment | OSU 58 |
| Def. 6 | 4/1/25 | February 2022 Termination Letter | OSU 2622 |
| Def. 7 | 4/1/25 | August 2021 Merit Raise | OSU 2434 |
| Def. 8 | 4/1/25 | Third Amended Complaint | - |
| Def. 9 | 4/1/25 | Position Description | OSU 2613 |
| Def. 10 | 4/1/25 | April 2020 Review | OSU 13-14 |
| Def. 11 | 4/1/25 | April 2021 Review | OSU 54-56 |
| Def. 12 | 4/1/25 | August 2020 emails | OSU 2742-43 |

| EXHIBIT | DATE | DOCUMENT | BATES NO. |
|---------|------|----------|-----------|
| Def. 13 | 4/1/25 | Thrive book cover | OSU 2701 |
| Def. 14 | 4/1/25 | Crucial Conversations Syllabus | - |
| Def. 15 | - | - | |
| Def. 16 | 4/1/25 | September 2021 email Sullivan / class | OSU 594 |
| Def. 17 | 4/1/25 | September 2021 email Lount / Sullivan | OSU 2750-52 |
| Def. 18 | 4/1/25 | Plaintiff's Discovery Responses | - |

**Robert Lount**

| | | | |
|---------|------|----------|-----------|
| Pl. 10 | 4/3/25 | April 2020 review | OSU 13-14 |
| Def. 11 | 4/3/25 | April 2021 review | OSU 54-56 |
| Pl. 20 | 4/3/25 | Lount Resume | OSU 59-63 |
| Pl. 21 | 4/3/25 | Lount appointment | OSU 121-22 |
| Pl. 26 | 4/3/25 | Sullivan SEI scores | OSU 293-326 |
| Pl. 31 | 4/3/25 | Performance Management Policy | OSU 583-85 |
| Pl. 33 | 4/3/25 | Turner email | OSU 591-92 |
| Pl. 98 | 4/3/25 | Sullivan Lount email | OSU 2750-52 |
| Pl. 99 | 4/3/25 | FCOB Appointment Procedures | - |

**Anil Makhija**

| | | | |
|---------|------|----------|-----------|
| Pl. 10 | 4/7/25 | April 2020 review | OSU 13-14 |
| Def. 11 | 4/7/25 | April 2021 review | OSU 54-56 |
| Pl. 12 | 4/7/25 | Educational Conversation Summary | OSU 16-17 |
| Pl. 19 | 4/7/25 | April 2021 reappointment | OSU58 |

| EXHIBIT | DATE | DOCUMENT | BATES NO. |
|---------|------|----------|-----------|
| Pl. 22 | 4/7/25 | Dept. Chair Appointment | OSU 152 |
| Pl. 23 | 4/7/25 | Senior Dean Appointment | OSU 171-72 |
| Pl. 24 | 4/7/25 | Dean Appointment | OSU 176-78 |
| Pl. 25 | 4/7/25 | Reappointment Review | OSU 189-94 |
| Pl. 26 | 4/7/25 | Sullivan SEI scores | OSU 293-326 |
| Pl. 38 | 4/7/25 | Sullivan 2021 merit raise | OSU 2434 |
| Pl. 39 | 4/7/25 | Defendants' Discovery Responses | - |
| Pl. 40 | 4/7/25 | Turner email | OSU 2614 |
| Pl. 41 | 4/7/25 | McLendon email | OSU 2621 |
| Pl. 42 | 4/7/25 | Lount email | OSU 2708 |
| Pl. 43 | 4/7/25 | Grade distributions | - |

**Bennett Tepper**

| EXHIBIT | DATE | DOCUMENT | BATES NO. |
|---------|------|----------|-----------|
| Pl. 8 | 4/8/25 | 2019 review | OSU 2-3 |
| Pl. 14 | 4/8/25 | 2018 review | OSU 21-22 |
| Pl. 15 | 4/8/25 | 2017 review | OSU 23-25 |
| Pl. 16 | 4/8/25 | 2016 review | OSU 26-28 |
| Pl. 26 | 4/8/25 | Sullivan SEI scores | OSU 293-326 |
| Pl. 27 | 4/8/25 | Tepper appointment | OSU393-94 |
| Pl. 28 | 4/8/25 | Tepper appointment | OSU 403-04 |
| Pl. 40 | 4/8/25 | Turner email | OSU 2614 |