Page 1

1              UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF OHIO
2                    EASTERN DIVISION
3                ~~~~~~~~~~~~~~~~~~~~~
4    MARK SULLIVAN,
5                   Plaintiff,
6
7         vs.              Case No. 2:23-CV-03174
8
     ANIL MAKHIJA, et al.,
9
10                  Defendants.
11
                 ~~~~~~~~~~~~~~~~~~~~~
12
                   Video Deposition of
13                    MARK SULLIVAN
14
                     April 1, 2025
15                    10:08 a.m.
16
17                    Taken at:
        Frank J. Lausche State Office Building
18              615 W. Superior Avenue
                   Cleveland, Ohio
19
20                Tracy Morse, RPR
21
22
23
24
25

Page 2

1    APPEARANCES:

2

3           On behalf of the Plaintiff:

4                  Thorman Petrov Group Co., LPA, by
                   DANIEL P. PETROV, ESQ.
                   SARAH E. WYSS, ESQ.
5                  20046 Walker Road
                   Shaker Heights, Ohio   44122
6                  dpetrov@tpgfirm.com
                   swyss@tpgfirm.com
7

8           On behalf of the Defendants:

9                  Ohio Attorney General, by
                   DAVID B. STOUFFER, ESQ.
10                 IN SON J. LOVING, ESQ.
                   MICHAEL SLIWINSKI, ESQ.
11                 615 W. Superior Avenue, 11th Floor
                   Cleveland, Ohio   44113
12                 david.stouffer@ohioago.gov
                   inson.loving@ohioago.gov
13
                              ~ ~ ~ ~ ~
14

15    ALSO PRESENT:

                   Anne Schira, Esq.
16                 Ivan Bercian, Videographer
17                            ~ ~ ~ ~ ~
18

19

20

21

22

23

24

25

Page 3

1                       TRANSCRIPT INDEX
2

APPEARANCES...............................   2
3

4    INDEX OF EXHIBITS......................   4
5

EXAMINATION OF MARK SULLIVAN
6    By MR. STOUFFER.........................   7
     By MR. PETROV.......................... 216
7    By MR. STOUFFER....................... 219
8

     REPORTER'S CERTIFICATE................. 221

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

```
1                     INDEX OF EXHIBITS
2      NUMBER             DESCRIPTION              MARKED
3      Exhibit 1      Resume of Mark J......... 16
                      Sullivan Ph.D.
4      Exhibit 2      04/21/2015 Letter To..... 47
                      Mark J. Sullivan From
5                     Anil K. Makhija and
                      John W. Berry, Bates Nos.
6                     OSU_000029-000030
       Exhibit 3      06/28/2017 Memo To Mark.. 54
7                     Sullivan From Peter Ward,
                      Bates Number OSU_002433
8      Exhibit 4      04/02/2019 Memo To Mark.. 57
                      Sullivan From Anil
9                     Makhija, Bates Number
                      OSU_000057
10     Exhibit 5      04/22/2021 Memo To Mark.. 59
                      Sullivan From Anil
11                    Makhija, Bates Number
                      OSU_000058
12     Exhibit 6      02/25/2022 Memo To Mark.. 68
                      Sullivan From Anil
13                    Makhija, Bates Number
                      OSU_002622
14     Exhibit 7      08/18/2021 Memo To Mark.. 80
                      Sullivan From Anil
15                    Makhija, Bates Number
                      OSU_002434
16     Exhibit 8      Third Amended Complaint.. 88
       Exhibit 9      12/31/2020 Position......104
17                    Description, Bates No.
                      OSU_002613
18     Exhibit 10     04/10/2020 Memo To Mark..115
                      Sullivan From Robert
19                    Lount, Bates Numbers
                      OSU_000013-000014
20     Exhibit 11     04/09/2021 Memo To Mark..119
                      Sullivan From Robert
21                    Lount, Bates Numbers
                      OSU_000054-000056
22     Exhibit 12     08/24/2020 Email To......133
                      Robert Lount From Mark
23                    Sullivan W/Attachment,
                      Bates Numbers
24                    OSU_002742-002743
25
```

Page 5

```
 1           INDEX OF EXHIBITS (Continued)
 2    NUMBER              DESCRIPTION              MARKED
 3    Exhibit 13          "Thrive:  When Trouble...137
                          Visits!" Xeroxed Front
 4                        And Back Cover, Bates
                          Number OSU_002701
 5    Exhibit 14          BUSMHR #7236 -- Crucial..143
                          Conversations Syllabus,
 6                        Etc.
      Exhibit 15          BUSMHR #7236 -- Crucial..158
 7                        Conversations Course
                          Highlights
 8    Exhibit 16          09/28/2021 Email To......164
                          varnau.6@osu.edu From
 9                        AU21 BUSMHR 7236/Mark
                          Sullivan, Bates Number
10                        OSU_000594
      Exhibit 17          09/29/2021 Email Trail...177
11                        Between Mark Sullivan,
                          Robert Lount and
12                        Unredacted, Bates Nos.
                          OSU_002750-002752
13    Exhibit 18          Plaintiff's Responses....186
                          To Defendants' First
14                        Set of Interrogatories
                          And Requests For
15                        Production of Documents
                          To Plaintiff
16
17
18
19
20
21
22
23
24
25
```

Page 6

1           VIDEOGRAPHER:  We're now on the

2    record.  Today's date is April 1, 2025.  The

3    time is approximately 10:08 a.m.  This is the

4    videotape deposition of Mark Sullivan in the

5    matter of Mark Sullivan versus The Ohio State

6    University, et al., case number 2:23-CV-03174,

7    in the United States District Court for the

8    Southern District of Ohio, Eastern Division.

9         Will counsel please state their names for

10   the record.

11           MR. STOUFFER:  David -- I'm sorry.

12   Dan, you first.

13           MR. PETROV:    Either way.

14        Dan Petrov here on behalf of Mark

15   Sullivan and I'm with Sarah Wyss, who's not on

16   microphone, Sarah Wyss, also here for plaintiff

17   Mark Sullivan.

18           MR. STOUFFER:  And then David

19   Stouffer and In Son Loving for defendant, The

20   Ohio State University, and the individual

21   defendants.

22        MARK SULLIVAN, of lawful age, called for

23   examination, as provided by the Federal Rules

24   of Civil Procedure, being by me first duly

25   sworn, as hereinafter certified, deposed and

Page 7

1   said as follows:

2          EXAMINATION OF MARK SULLIVAN

3   BY MR. STOUFFER:

4          Q.    All right.  Mr. Sullivan, nice to

5   meet you.  My name is David Stouffer.  I'm with

6   the AG's office.  I just kind of want to go

7   through some background rules and --

8          A.    Sure.

9          Q.    -- what we'll do here.  So can you

10  spell your last name?

11         A.    S-u-l-l-i-v-a-n.

12         Q.    Okay.  And you understand I'll be

13  asking you questions today?

14         A.    Yes.

15         Q.    And your answers will be under

16  oath?

17         A.    Yes.

18         Q.    And this deposition is being video

19  recorded and also recorded by the court

20  reporter.  Both of these items will be made

21  part of the public record if we go forward with

22  dispositive motions.  Do you understand that?

23         A.    Yes.

24         Can I ask a question?

25         Q.    Sure.

```
                                              Page 8

 1        A.    This is the first time I'm doing

 2   this.  I was curious what it means to be under

 3   oath.  I don't have a legal background or

 4   anything, so I don't know what it means.

 5              MR. PETROV:    And you'll

 6   understand -- maybe I can --

 7              MR. STOUFFER:  Yeah.

 8              MR. PETROV:    Tracy gave you the

 9   oath --

10              THE WITNESS:   Yes.

11              MR. PETROV:    -- he's just asking

12   you, did you understand that she gave you an

13   oath --

14              THE WITNESS:   Okay.

15              MR. PETROV:    -- to testify

16   consistent with her instructions and you did,

17   so.

18              THE WITNESS:  Thank you.

19   BY MR. STOUFFER:

20        Q.    And it just means that you're

21   testifying truthfully and penalty of perjury

22   applies --

23        A.    Sure.

24        Q.    -- which is all it means, as if

25   you're in a courtroom but obviously there's no
```

Page 9

1  judge here.

2          A.    Yes, yes.

3          Q.    You know, one of the most important

4  things I like to emphasize is that, when I'm

5  asking a question or you're answering, we not

6  interrupt each other.  So that way there's a

7  clean transcript.  I think most attorneys have

8  been yelled at at least once by a court

9  reporter for talking over each other.  It makes

10  the court reporter's job a bit more difficult.

11  So to the extent possible, let's try not to

12  speak over each other.

13          A.    Sure.

14          Q.    I would ask that you please wait

15  for my full question before answering.  This is

16  because even in a normal conversation, it might

17  feel natural to answer a question before it's

18  finished, because you know where it's going,

19  but I'd just ask that you wait for my question

20  to be complete before you answer.  If you don't

21  understand a question, you can always ask --

22  you can ask me to clarify or rephrase.  So I'm

23  happy to rephrase if necessary.  So, also, we

24  do have a breakout room for you, as I mentioned

25  before we went on the record.  So I try to

Page 10

```
 1   insert breaks every 90 to 120 minutes.  But if
 2   you need a break or one of your counsel needs a
 3   break beforehand, I give them out freely so
 4   that's fine.  The only thing I'd ask is that if
 5   there's a question pending or if we're not at a
 6   natural stopping point that we kind of keep the
 7   question going.
 8        A.    Sure.
 9        Q.    From time to time, I assume that
10   your counsel will object to my question.
11   Unless he specifically instructs you not to
12   answer, you will still need to answer my
13   question.
14        And then, is there any reason that you're
15   not able to provide complete, accurate and
16   truthful testimony today?
17        A.    No.
18        Q.    Okay.  And I'm going to just ask
19   briefly about medical information.  So are you
20   taking any medication currently?
21        A.    I'm a diabetic, Type II, so I take
22   a normal regimen for someone with Type II
23   diabetes.
24        Q.    Does that affect your memory at
25   all?
```

```
                                          Page 11
 1         A.     No.
 2         Q.     Okay.  Do you have any other mental
 3  or physical conditions that inhibit your
 4  memory?
 5         A.     No.
 6         Q.     Okay.  And without discussing any
 7  conversations with your counsel, what did you
 8  do to prepare for today's deposition?
 9         A.     Read a series of documents,
10  reflected on potential areas of inquiry.
11         Q.     Do you remember which documents
12  those were?
13         A.     Yes, I do.
14         Q.     Which ones were those?
15         A.     The apology document, the Professor
16  Turner document where she was charged by a
17  student for her -- for her behavior as well as
18  description of mine.  A -- I read a series of
19  documents that I had submitted to my counsel,
20  like the nominating letter document for
21  distinguished teaching and all eleven of the
22  letters of support or recommendation.  And
23  there were a couple of others.  If you mention
24  them, I would be able to confirm, yea, or, nay.
25         Q.     And so those are the only documents
```

Page 12

1   you recall at this point reviewing?

2          A.    Yeah.  I mean, there were -- yes.

3          Q.    Okay.  And then other than your

4   attorney, did you speak to anyone about this

5   deposition in preparing for it?

6          A.    Just my wife --

7          Q.    Okay.

8          A.    -- and on a very high level my

9   three sons.

10         Q.    And have you ever been a plaintiff

11  or defendant in a civil action, other than this

12  current action?

13         A.    No.

14         Q.    Okay.  And then, have you ever

15  testified under oath before in any sort of

16  legal proceeding?

17         A.    No.  Prepared to do so on behalf of

18  the Attorney General's Office for a different

19  faculty transaction --

20         Q.    And which one --

21         A.    -- but that was --

22         Q.    I'm sorry.

23         A.    -- but they took me off the list at

24  the last minute.

25         Q.    Does that mean you were prepared --

Page 13

1   you were being prepared to testify but --

2          A.     Yes.

3          Q.     -- but you didn't go forward with

4   testifying?

5          A.     Right, working on behalf of the

6   AG's office.

7          Q.     And which matter was that; do you

8   recall?

9          A.     It was a matter regarding a faculty

10  member that was also in the executive ed arena

11  and who was being released for some -- some

12  like selling of client leads.

13         Q.     Oh, I see.  You said, "Executive

14  ed."  Can you just explain for the record what

15  you mean by that?

16         A.     Sure.  So there's roughly 200

17  faculty members on staff in various capacities

18  at OSU Fisher College of Business.  And a very

19  small percentage of them, about 1 percent, are

20  invited to teach varied content to midlevel and

21  executives in industry --

22         Q.     Okay.

23         A.     -- and so it's a premium kind of

24  area that the college likes to -- the business

25  school likes to put what they consider their

```
                                          Page 14

 1   best professors into that position of facing

 2   what you might say, high margin customers.

 3        Q.    Um-hum.  And so there was a

 4   professor involved in that program --

 5        A.    Right --

 6        Q.    -- selling leads?

 7        A.    -- right.  Had a private consulting

 8   business and was recruiting exec ed students to

 9   participate in her private non-Fisher business.

10        Q.    And do you recall the professor's

11   name?

12        A.    No, I don't.

13        Q.    Okay.

14        A.    This was a number of years ago.

15        Q.    Okay.  Approximately how many years

16   ago?  Or do you remember the year?

17        A.    You know, maybe five -- I'm just

18   guesstimating, five or six years ago.

19        Q.    Okay.  Other than moving

20   violations, have you ever been indicted,

21   convicted or ever pled guilty to any

22   criminal --

23        A.    No.

24        Q.    -- counts?

25              MR. PETROV:    Objection.
```

Page 15

1        You can answer.  You can answer.

2               THE WITNESS:    Okay.

3        A.    No.

4        Q.    No.  Okay.  Have you ever filed any

5    internal complaint alleging a violation of a

6    legal right of one of your former employers?

7        A.    No.

8        Q.    Have you ever filed any

9    administrative charges, discrimination at any

10   former employer?

11       A.    No.

12       Q.    And then have you ever filed for

13   bankruptcy?

14       A.    No.

15       Q.    And then have you ever been

16   involved in a divorce proceeding?

17       A.    No.

18       Q.    Okay.  I'm going to hand you my

19   first exhibit.

20       A.    By the way, that's the best thing

21   going in my life.

22       Q.    Congratulations.  How long?

23       A.    Twenty-nine years.

24       Q.    Oh, congratulations.

25       A.    Thanks.

```
 1                  -  -  -  -  -
 2              (Thereupon, Deposition Exhibit 1,
 3              Resume of Mark J. Sullivan Ph.D.,
 4              was marked for purposes of
 5              identification.)
 6                  -  -  -  -  -
 7       Q.    All right.  I'm going to hand you
 8  what is marked Defendant's Exhibit 1.
 9              MR. STOUFFER:  (Handing.)
10              MR. PETROV:    Thanks.
11              MR. STOUFFER:  I apologize.  I
12  unfortunately only have one copy.
13              MR. PETROV:    We can share.
14              MR. STOUFFER:  You can share.
15  BY MR. STOUFFER:
16       Q.    All right.  Just take a moment to
17  review the document and let me know when you're
18  done.
19       A.    I'm done, David.
20       Q.    Okay.  Do you recognize Exhibit 1?
21       A.    Yes, I do.
22       Q.    And what is it?
23       A.    My resume.
24       Q.    Is this the same resume you turned
25  over in discovery?
```

Page 17

1      A.    I varied -- I have a number of
2   variations, so I'm not sure.
3      Q.    Okay.  And did you create
4   Exhibit 1?
5      A.    Yes, yeah.
6      Q.    Okay.  I'm going to start with your
7   education, so if you go to, I believe it's the
8   third page.  So do you see kind of near the
9   bottom of the third page it says, "Education"?
10     A.    Okay.
11     Q.    And you attended Case Western
12  University for your Ph.D.?
13     A.    Yes.
14     Q.    And what degree did you receive
15  from Case Western?
16     A.    So from Case, Weatherhead, it
17  was -- Weatherhead School of Management, it was
18  a Ph.D. in organizational behavior.
19     Q.    Okay.  And then how long did that
20  program take you?
21     A.    For me it took six years full-time.
22     Q.    And then what year did you
23  graduate?
24     A.    In '97.
25     Q.    And then what was the prior -- and

Page 18

1    then going down to, Harvard University --

2         A.    Right.

3         Q.    -- did you attend Harvard?

4         A.    So that was a joint degree program

5    out of Harvard School of Education and School

6    of Business and it was referred to as, a

7    master's in organizational development.

8         Q.    Okay.  And when did you graduate?

9         A.    1980.

10        Q.    And about how long were you there?

11        A.    That was a one-year program.

12        Q.    One-year program?

13        A.    Yeah.

14        Q.    Okay.  And then going down to --

15             And is it Fitchburg?

16        A.    Yes.

17        Q.    -- Fitchburg State University.

18        A.    Yes.

19        Q.    When did you attend Fitchburg State

20   University?

21        A.    1972 to '76.

22        Q.    '76.  And then what degree did you

23   receive?

24        A.    It was a bachelor's degree with a

25   major in special education.

Page 19

1      Q.     Okay.  Did you at any time after

2  attending Fitchburg go on to teach or have a

3  career in primary or secondary education?

4      A.     Yes.

5      Q.     For how long and what years?

6      A.     So that was first year out of

7  college, so.  I graduated in 1976.  And so that

8  following year, I taught intercity high school

9  special ed for what was labeled -- the label

10  then was with emotionally -- they referred to

11  it as, emotionally disturbed and learning

12  disabled intercity high school students.

13      Q.     And how long were you there?

14      A.     Just for that first year.

15      Q.     And then is that when you -- then

16  you left to go into -- and we'll get to this a

17  little later, but is that when you went to

18  United Airlines?

19      A.     I worked for a family business,

20  manufacturing concern and then went from -- and

21  my role was to oversee sales personnel and

22  sales development training and --

23      Q.     And what was -- oh, sorry.

24      A.     -- and that was with Wright Line, a

25  family business in Worcester, Mass, which given

Page 20

```
 1    how many years -- I'm older so I -- you know,
 2    there was one or two pieces of employment that
 3    I left out just because it was getting too
 4    long.
 5          Q.    That's totally fine.  That's why
 6    I'm asking you.
 7          A.    Yeah, yeah.  But that was -- it was
 8    a great experience.  And out of that I had
 9    United Airlines come to me and ask me to work
10    for them --
11          Q.    Okay.
12          A.    -- in the same capacity, so that
13    was in sales training.
14          Q.    Okay.  And you said, "A family
15    business."  Does that mean you're originally
16    from Massachusetts?
17          A.    Yes, yes --
18          Q.    Okay.
19          A.    -- it does.
20          Q.    All right.  And then I'm going to
21    go -- I'm going to go kind of from most recent
22    to most distant for your work history.  So
23    starting with Apex.  What is Apex?
24          A.    So Accelerated Performance
25    Excellence, a small consulting business that
```

```
                                         Page 21
 1   focused on organizational development issues.
 2   So training, coaching, working with hierarchies
 3   like, say, the Attorney General Office and
 4   looking at things like decision rights and how
 5   to create clear processes and handoffs and so
 6   on.
 7        Q.    And on your resume it says,
 8   "Managing director."  Is that the position you
 9   held the entire time?
10        A.    Yes.
11        Q.    And is this a consulting firm that
12   you started?
13        A.    Yes --
14        Q.    Okay.
15        A.    -- it is --
16        Q.    Okay.
17        A.    -- I worked with a couple of other
18   people, though, but --
19        Q.    Did you have any employees?
20        A.    So they were all contractors.
21        Q.    Oh, all contractors.  Okay.  And
22   then how much money did you make in the two
23   years -- in each of the two years you were
24   there?
25                  MR. PETROV:   Objection.
```

Page 22

1        But you can answer.

2              THE WITNESS:   Okay.

3        A.    So it was roughly $50,000 in one --

4   I think in total maybe $100,000.

5        Q.    So $50,000 the first year and

6   then $50,000 the second year?

7        A.    I think so.  Don't quote me.  I'd

8   rather say nothing if I don't know exactly but

9   I was --

10        Q.    It's okay if it's an approximation.

11        A.    Yeah, yeah.

12        Q.    Okay.  And then we'll get to the

13   employment after that later.  But going back

14   again to Battelle Memorial --

15        A.    Yeah.

16        Q.    -- Institute.  When did you work

17   there?

18        A.    So from 2007 to 2013.

19        Q.    And were you hired on as a chief

20   talent officer?

21        A.    Yes.

22        Q.    And you stayed in that position?

23        A.    Yes.  Well, I was -- I got an

24   upgraded position.  I was hired as a vice

25   president and then became senior vice president

Page 23

1  overseeing different capacities like DEI,

2  talent training, development, executive

3  development and so on --

4       Q.    Okay.

5       A.     -- performance management, you

6  know, how you -- so those were some of the many

7  categories.

8       Q.    Okay.  And then how long were you

9  there?

10      A.    From 2007 to 2013.

11      Q.    Okay.  And then why did you leave

12  to go on to Apex?

13      A.    There was a change of leadership

14  and I felt it was more opportunistic at that

15  time to move on to a private consulting

16  business.

17      Q.    Did you resign or were you

18  separated from employment involuntarily?

19      A.    I was separated.

20      Q.    Okay.  Who was your supervisor

21  during -- or supervisors, I should say,

22  during --

23      A.    Yeah.

24      Q.     -- your time there?

25      A.    So it was executive vice president

Page 24

1    Tom -- I can't think of his last name now.  It
2    was a number of years ago -- Tom Snowberger.
3          Q.    And he was a senior vice president?
4          A.    He was, I think the executive vice
5    president.
6          Q.    Executive vice president.  Did they
7    give you any reasons as to the separation?
8          A.    Just that we had different
9    perspectives on management philosophies and
10   perspectives.
11         Q.    Anything specifically with --
12         A.    No.
13         Q.    -- regards to management
14   philosophy?
15         A.    Well, just that I believe in more
16   investment in training and development and
17   there was some cutting back.  It was during a
18   time when the government was in contraction
19   mode.  And Battelle has about 90 percent of
20   their business in the government, so they had
21   to cut back --
22         Q.    Okay.  And that was --
23         A.    -- and they did not -- they closed
24   that position amongst a number of leadership
25   positions.

Page 25

1        Q.    And are these reasons for your

2    separation what you were told or what you just

3    suspect?

4        A.    What I was told.

5        Q.    Okay.  And then before Battelle, it

6    looks like you worked for Honeywell

7    International, correct?

8        A.    Right.

9        Q.    What can you tell me about your

10   time there?

11       A.    That was -- so I oversaw strategy

12   and executive and workforce training and

13   development and leadership development and

14   oversaw the learning technology area --

15       Q.    And then --

16       A.    -- and that was for -- that was on

17   an enterprise level, so.

18       Q.    And you were employed at Honeywell

19   from 2001 to 2007?

20       A.    Yes.

21       Q.    Okay.  Why did you leave Honeywell?

22       A.    So that was a time that was -- I

23   was just very much looking for something new

24   and different in my career.  I was really -- I

25   was also personally concerned about my --

Page 26

1   there's a personal matter.  My wife's mom was
2   of failing health and we wanted to get back to
3   Ohio --
4        Q.   Okay.
5        A.    -- so -- so that was a big
6   motivator.  And it was very -- Battelle was
7   very quick to hire me, when they knew that I
8   was interested in them.
9        Q.   Okay.  So does that mean it was a
10  voluntary resignation?
11       A.   Yeah.
12       Q.   Okay.  And before Honeywell, it
13  looks like from 1997 to 2002, you worked at
14  Accenture.
15       A.   Yes.
16       Q.   And then what can you tell me about
17  the position you had there?
18       A.   So that was also voluntary.  It was
19  after 9/11.  We had 800 consultants out of the
20  Denver office, you know, a typical large legacy
21  consulting house.  And I had to let go
22  about 150 of my own consultants.  And there was
23  only 20 of us that were in leadership and I
24  knew at some point they'd be coming for us.  So
25  I voluntarily left to go towards Honeywell,

Page 27

1    which was also a more substantial opportunity.

2          Q.    Did you take then like a severance

3    or a buyout?

4          A.    Nothing.  It was voluntary.

5          Q.    A voluntary resignation?

6          A.    Yeah.

7          Q.    And then it looks like for a time

8    you worked at Case Western Reserve University,

9    Weatherhead Management School.

10         A.    Right.

11         Q.    What can you tell me about your

12   time there?

13         A.    So I taught under -- in the

14   organizational behavior department as a

15   doctoral student for Dr. Richard Boyatzis,

16   foundations of management as well as taught in

17   the executive ed space as well.  They were --

18   they came to me and asked if I could teach

19   negotiating skills and sales communications and

20   a few other -- I think like influence and power

21   workshops --

22         Q.    Influence and power workshops --

23         A.    -- and so -- and I also did some

24   volunteer work as a doctoral student in the

25   whole area of diversity.  I ran diversity

Page 28

1    workshops.

2         Q.    Okay.  It says that you were on the

3    executive MBA faculty.

4         A.    Yeah.

5         Q.    And is that when you were a

6    doctoral student?

7         A.    Right, yes, yes, yeah.  I was also

8    combining that -- you know, so I was being

9    trained as on organizational psychologist but

10   also -- during those six years but three years

11   in what was a post doc clinical training on

12   individual and team development --

13        Q.    Okay.

14        A.    -- and that was at Gestalt

15   Institute.

16        Q.    I was going to ask you about that.

17        A.    It focused on embracing and

18   constructively dealing with resistance and

19   tension at an individual and team level.

20        Q.    Okay.  So Gestalt Institute of

21   Cleveland, which is on the third page of the

22   resume under, "Education" --

23        A.    Right.

24        Q.    -- that's in connection with your

25   time at Case Western?

Page 29

1       A.    Yeah.  There were a couple of us
2  that were admitted into that program while we
3  were doctoral students.  Usually it's after
4  because it's a post doc --
5       Q.    Um-hum.
6       A.    -- but a couple of us were admitted
7  earlier.
8       Q.    Okay.  And prior to your time at
9  Case Western, you worked at United Airlines?
10       A.    Yes.
11       Q.    And what can you tell me about your
12  time there?
13       A.    So I oversaw workforce development,
14  leadership development, strategy, business
15  strategy with executives, and those sorts of
16  things.  And that was globally, so I did a lot
17  of travel around the world.  It was for -- my
18  charge was to work to development capacity,
19  individual and team business capacity
20  for 225,000 students -- I mean, employees.
21       Q.    Okay.  And then did you leave your
22  employment at United Airlines voluntarily?
23       A.    Yeah.
24       Q.    Okay.
25       A.    Actually, they gave me what was a

Page 30

1     five-year educational leave of absence -- the

2     first time they had ever done that in their

3     history -- so that I could go off and take this

4     Ph.D. program at Case.  So I was living and

5     working for United Airlines in Chicago -- or

6     based out of Chicago --

7          Q.     Um-hum.

8          A.     -- and then I voluntarily asked to

9     take an extended leave of absence, which

10    usually would be for just one year.  They made

11    an exception with me.  And it was on the

12    premise that I would be quarterly connected to

13    them with a workshop.  They would fly me back

14    and I would do a workshop.  They would give me

15    some free travel and support me in a number of

16    other ways while being a doctoral student.

17         Q.     Okay.  So can you explain, though,

18    why the employment dates end at United Airlines

19    in 1991, if you were kept on?  Because it looks

20    like -- and correct me if I'm wrong.

21         A.     Yeah.

22         Q.     -- but it looks like you started at

23    Case Western Reserve University in '91 but by

24    United Airlines, your employment apparently

25    ended in '91.

Page 31

1          A.     Yeah, so I -- so officially I got

2     off active payroll in '91, but unofficially I

3     was -- we had a special arrangement that was

4     negotiated between them and me.  They didn't

5     want to see me go, which is why they gave me a

6     five-year Ph.D. educational leave of absence.

7     And so I was -- I had this unofficial, kind of

8     what you might say, off the books association

9     where they would have me come back and I would

10    do some volunteer workshops, you know, in lieu

11    of the fact that they were giving me five years

12    off.

13         Q.     You didn't return to United

14    Airlines --

15         A.     Right.

16         Q.     -- though, correct?

17         A.     That's right.  They wanted me to

18    and I was interested.  They were good people.

19    We had a great relationship.  But Accenture had

20    a better offer.  And I was newly wed at the

21    time and looking to maybe start a family and

22    buy a house and so on and Accenture had a

23    better offer.

24         Q.     That makes sense.  Is Defendants

25    Exhibit 1 a true and accurate copy of your

Page 32

```
 1   resume?
 2          A.     Yes.
 3          Q.     Okay.  I want to now jump forward
 4   in time and go to your time at the Performance
 5   Learning Academy in Cleveland.
 6          A.     Right.
 7          Q.     What can you tell me about that
 8   position?
 9          A.     It's a startup business focusing on
10   executive coaching and keynote speaking
11   engagements.  I plan on full-time launch within
12   this or next quarter.  I've invested funds.  So
13   I am already doing some executive coaching, but
14   I've been busy in the business development, BD,
15   side spending money developing a website and
16   developing leads and contacts, et cetera, so --
17          Q.     Okay.  And --
18          A.     -- but I am -- there is some -- a
19   very small amount of recurring revenues coming
20   in from the executive coaching --
21          Q.     Okay.
22          A.     -- but I really don't know how much
23   money or revenues would come in from this.
24          Q.     Do you have any employees or --
25          A.     No, no.  It's just me.
```

Page 33

1      Q.    And did you start -- and prior to

2  the Performance Learning Academy, you worked at

3  OSU, correct?

4      A.    That's right.

5      Q.    And so you didn't -- or did you

6  start the Performance Learning Academy during

7  or after your separation?

8      A.    After my separation.

9      I also have reached out to other

10  executive ed programs embedded in other

11  universities, so --

12      Q.    Okay.

13      A.    -- so I met with different people

14  from the University of Michigan.  I've --

15  George Mason and so on.

16      Q.    Okay.  So based on what you said a

17  little bit earlier, is it correct to say then

18  that you wouldn't be able to approximate your

19  income?

20      A.    That's right.

21      Q.    Okay.  And then have you -- well,

22  we'll get to that.  Okay.  Let's talk about

23  your employment at OSU.  So when did you start

24  working for OSU?

25      A.    That was in -- it was about June or

1  so of -- where is it? -- 2015.

2        Q.     Okay.  Would that be August

3  of 2015?

4        A.     Yeah, that sounds -- that sounds

5  about right.

6        Q.     And then do you remember when --

7  well, first, what position did you hold at OSU?

8        A.     My hiring manager Ben Tepper was

9  initially looking at a lecturer position.

10  After talking with me and hearing the thirty

11  years of industry and practitioner experience,

12  he raised it -- raised both the position title

13  and the income from a lecturer to a senior

14  lecturer and the income from 120 to like 150 or

15  so starting off.

16        Q.     Okay.  So you worked as a senior

17  lecturer?

18        A.     That's right.

19        Q.     And you were employed in the Fisher

20  College of Business?

21        A.     Yes, but I did -- while under their

22  employment, I was asked to teach across the

23  university including the vice president of HR

24  of OSU hired me to teach all of their HR folks

25  in Crucial Conversations.  They brought in 150

Page 35

1   HR folks from across the state and made it

2   mandatory that they would go through my

3   training.  So all of this content that we're

4   talking about was approved and paid for by --

5   by OSU HR for me to teach them.

6           And that's an example of one of the many

7   times that I was asked to teach outside of

8   the 18 colleges that make up the

9   university -- 18 colleges and schools that make

10  up the university.  One of them happens to be

11  Fisher College of Business but I worked in

12  other colleges, businesses and also functions.

13  So HR function I worked in as a teacher for

14  them.

15          Q.    So just kind of taking what you're

16  saying.  So were you a senior lecturer assigned

17  to Fisher College of Business --

18          A.    Yes.

19          Q.    -- but you did visiting teaching in

20  other colleges and universities?

21          A.    That's right, that's right.

22          Q.    Okay.

23                MR. PETROV:    Mark, you're going

24  to drive Tracy crazy.  You're communicating in

25  a normal way in conversations, but the, That's

Page 36

```
 1   right's, or, Okay's, in the middle of David's
 2   questions just make it hard for her because she
 3   has to record every one of those.  So to the
 4   extent you can just let David finish his entire
 5   question --
 6               THE WITNESS:   Thank you.
 7               MR. PETROV:    -- and then you give
 8   your entire answer.  It's a little more
 9   rigorous than a regular conversation.
10               THE WITNESS:   Yes, yes.  Thank
11   you.
12        Sorry, David.
13               MR. STOUFFER:  It's okay.
14               THE WITNESS:   Thank you.
15               MR. PETROV:    No.  Thank you.
16   BY MR. STOUFFER:
17        Q.   What were your duties as a senior
18   lecturer?
19        A.   I was principally charged with
20   teaching a series of courses that involved
21   developing my own material and/or leveraging
22   licensed material.  In this case, one-third of
23   the 15-week 40-hour Crucial Conversation class
24   was licensed material.  So, for example, I was
25   under obligation under the license to teach,
```

Page 37

1   how do you apologize, like that was -- so in a
2   crucial conversation, it's important to know
3   ways to deal with conflict and tension and
4   misunderstandings.  And so I was required to
5   teach and show cases and examples of apologies,
6   and that was under the licensure agreement part
7   of my job as a senior lecturer.
8           Q.    Okay.  And I appreciate the
9   description but I have -- I admit, I forgot to
10  followup about the HR staff issue.  So you said
11  earlier you taught HR staff Crucial
12  Conversations.
13          A.    Yes, that's right.
14          Q.    Do you remember when that took
15  place?
16          A.    That was roughly -- it was before
17  the pandemic.  So I'm now guesstimating that
18  it's 2018 or so --
19          Q.    Okay.
20          A.    -- it could be 2019 --
21          Q.    And this was --
22          A.    -- the vice president of HR over
23  all of OSU was my client.
24          Q.    And this was the entirety of OSU's
25  HR staff?

Page 38

1      A.      Entirety.  They felt it was that
2   important.  They brought in roughly 150 HR
3   folks from all the campuses across the state.
4      Q.      Okay.  And then you said,
5   "Leveraging licensed material."  Can you
6   explain that to me in simple terms?
7      A.      Sure.  So for the first 7 of 15
8   weeks or what would be roughly 18 of 40 hours,
9   I would teach someone else's content but in my
10  own way.  I mean, so -- and I had to be
11  licensed.  I was the -- at the time I was the
12  only one licensed at OSU to be able to teach
13  this material.  And it was the only business
14  school in America that was giving three credits
15  for learning this material.  So I had to teach
16  it according to the content as laid out by this
17  supplier.  And then two-thirds of the
18  program -- or another third was around
19  executive presence and also leadership
20  resilience.
21      So, for an example, my content around
22  executive presence involved touching and space
23  management.  You know, how do you fill the
24  space up and how do you do things such as show
25  affirmation and support by acknowledging

Page 39

1    people's smiles, by touching them in three

2    places, if appropriate; appropriate touch,

3    which was on top of the hand, the arm wrist or

4    the top of the shoulder.  And so teaching ways

5    to do that to show support or affirmation or,

6    I'm with you, was content that was in one-third

7    or, you know, there were like three pillars of

8    the course.

9         Q.    Okay.  And do you remember when you

10   interviewed for the senior lecturer position?

11        A.    I do.

12        Q.    When did that interview take place?

13        A.    So that happened around the spring

14   of 2015, by Ben Tepper, my hiring manager, and

15   me.  And he had heard about me and reached out

16   to me and asked, "Would you be willing to come

17   in and have a conversation about a position we

18   have open."

19        Q.    Had you previously submitted any

20   sort of application or --

21        A.    I had no idea what -- I had no

22   association with OSU, except one of two

23   meetings with the former dean who was

24   interested in my work at Battelle and wanted to

25   create a partnership between Battelle and OSU

Page 40

```
 1   Fisher College of Business.  And since I was
 2   running 100-day incubator leadership
 3   development program there, she wanted in on
 4   some part of that in some way.  So that was the
 5   only association I had with OSU.
 6        Q.     When you say, "Former dean," who
 7   are you referring to?
 8        A.     It was a woman.  I can't think of
 9   her name.  I just met her once or twice.  She
10   came to my office, I came to her office, that
11   kind of thing, once or twice.  That was around
12   the time period of like 2012 or 2011.
13        Q.     Okay.  I see.  So in 2012, you met
14   the then dean --
15        A.     Right.  And that was --
16        Q.     -- of Fisher?
17        A.     -- and that was the only
18   association.
19        I'm sorry for interrupting.
20        Q.     Yeah, as Dan said, it's actually
21   not even for our benefit.  It's really for the
22   court reporter's benefit --
23        A.     Yeah.
24        Q.     -- and I do it, too --
25        A.     Yeah.
```

Page 41

1      Q.    -- kind of fall into natural

2  conversational patterns.

3      So the person you're referring to, when

4  you said, "The prior dean," it was the dean of

5  the Fisher College of Business in or

6  around 2012?

7      A.    Yes.

8      Q.    Okay.  And was anyone else in the

9  interview, between you and Ben Tepper?

10      A.    No.

11      Q.    And what was Ben Tepper's title at

12  the time, or position?

13      A.    He was -- he was a department chair

14  for management and HR.

15      Q.    And, Management and HR, that's a

16  department within the Fisher College of

17  Business?

18      A.    That's right.  It's one of

19  roughly -- they may have changed it, but there

20  was roughly six or seven departments in terms

21  of their organizational structure, and one of

22  them was the department of management and human

23  resources.

24      Q.    Just for clarity and for the

25  record, if I were to refer to the, "MHR

Page 42

1    department" --

2          A.    Yes.

3          Q.    -- would you understand that to

4    mean the management human resource department?

5          A.    That's right.

6          Q.    Okay.

7                MR. PETROV:    Just, M-H-R?

8                MR. STOUFFER:  M-H-R.

9                MR. PETROV:    Got it.

10               MR. STOUFFER:  Yeah, I've been

11   confusing that sometimes, too.

12               MR. PETROV:    Well, you can pick

13   whatever you want.  I just wanted to make sure

14   I heard you correctly.  Got it.

15               MR. STOUFFER:  Okay.

16   BY MR. STOUFFER:

17         Q.    So is there anything that stuck out

18   to you or that you remember from your interview

19   with Ben Tepper?

20               MR. PETROV:    Objection to form.

21         But you can answer if you can, Mike.

22               THE WITNESS:   Sure.

23         A.    What I remember was how excited he

24   was to potentially hire someone who was

25   considered within the industry and within his

Page 43

1    and other circles as being a real expert in the

2    field.  And he was particularly, I think

3    intrigued about certain experiences I have.

4    Like I worked with the State Department over --

5    when it was the Soviet Union, Moscow and

6    working in other places.  So he knew I had

7    material experience in the field of human

8    resources management and talent -- talent

9    development.

10        Q.    Okay.  Do you remember Ben Tepper

11   going over any of the duties of the position

12   and describing the duties?

13        A.    Yes.  It was more in general terms.

14   He said, "We need someone who is creative and

15   disciplined that can create some programs here

16   that need a lot of attention, a lot of love."

17   It was -- and he went specifically -- there was

18   one program that was called The Global

19   Consulting Program.  And he said, "We don't

20   have anyone here that could" -- have any

21   faculty that actually worked for a consulting

22   house that he knew of at the time.

23        And the fact that I worked for Accenture

24   and was in a leadership capacity there, he was

25   really excited, because I would take over a

Page 44

1    program that was troubled.  It was down to 20

2    students.  Over a two-year period, I built it

3    up to 80 students.  So, you know, he knew that

4    he was hiring someone who had previous

5    experience in these areas of management,

6    consulting, HR, you know, and talent

7    development.

8         Q.    Did he describe what the focus of

9    the position would be?  Like would it be

10   teaching or anything -- or what would be --

11   what was the focus of the position?

12        A.    He said that, "We can't pay you

13   what you're really worth.  You're taking quite

14   a pay cut but we will -- in return there's a

15   very select number of faculty that we invite

16   into the executive ed team.  And you might be

17   able to make up some of that pay by working

18   across the university and outside with

19   companies like Honda," which I did, "and with

20   Nationwide," and so on.

21        So he provided scope boundaries.  It

22   wasn't too definitive around daily roles and

23   responsibilities.  He said, "You know, you

24   develop your own stuff," until we got to

25   talking about Crucial Conversations.  And he

Page 45

1   said, "Well, I've been trying to get that for

2   years in here."  And I said, "Would you be

3   interested in me trying to bring that in," and

4   he said, "Yeah, that would be great."

5        So fast forward.  So I was not developing

6   all the material in Crucial Conversations, but

7   I was definitely behind it especially around

8   the role of things like apologies and the power

9   of a good apology.  And I also had shared with

10  him that I have other things that I would want

11  to bring in; and I just said, In general on a

12  high level around executive presence and about

13  leadership resilience, but that was just as an

14  aside.  I did submit -- in order for the course

15  to be approved and accredited, I submitted

16  content around what I would do in executive

17  presence in terms of respectful touch and space

18  management and so on.

19        Q.    Did Ben Tepper, during your

20  interview, go over any of the expectations or

21  standards that you would be needing to meet in

22  your role as a senior lecturer?

23        A.    If you wouldn't mind giving me an

24  example of that.

25        Q.    Did he say -- like did you have to

Page 46

1  come in so many days a week?  Would you have to
2  teach so many courses?  How would your --
3         A.    Sure.
4         Q.    -- performance be tracked?  Those
5  kind of things.
6         A.    Okay.  So he said --
7              MR. PETROV:  So just --
8              THE WITNESS:  Oh, go ahead.
9              MR. PETROV:   -- you can answer
10  that question.  I'm just pointing out for the
11  record, that was three questions you were given
12  and you can answer them if you followed them --
13             THE WITNESS:  Thank you.  Yeah.
14             MR. PETROV:   So go ahead.
15  BY MR. STOUFFER:
16        A.    So he had spoken to the course
17  load.  And it turned out that while he had
18  initially stated that you'd be teaching five
19  classes, I taught as many -- I think one
20  semester I taught eight classes.  I kind of
21  broke the record in terms of number of classes
22  amongst also volunteering to be an advisor to
23  the investment club and an advisor to the
24  consulting club, an advisor to a number of
25  other roles, so.

Page 47

1      Q.    Okay.  So anything else he
2  discussed as far as standards and expectations,
3  outside of what you just mentioned?
4      A.    No.
5                  -  -  -  -  -
6                  (Thereupon, Deposition Exhibit 2,
7                  04/21/2015 Letter To Mark J.
8                  Sullivan From Anil K. Makhija and
9                  John W. Berry, Bates Numbers
10                 OSU_000029-000030, was marked for
11                 purposes of identification.)
12                 -  -  -  -  -
13     Q.    Okay.  I'm going to give you what's
14  Defendant's Exhibit 2.  Just take a moment to
15  look it over and let me know when you're done
16  reviewing.
17     A.    Okay.
18     Q.    Do you recognize Defendant's
19  Exhibit 2?
20     A.    Vaguely.  It's quite a while ago --
21     Q.    And what is it?
22     A.    -- but I do remember, there's a
23  little what might be viewed as a discrepancy,
24  so --
25                 MR. PETROV:  His question is, What

1  is Exhibit 2.

2         A.    So this is an offer letter or

3  confirming of an offer.

4         Q.    For what position?  And to whom?

5         A.    For senior lecturer for me.

6         Q.    And is there a term of employment

7  in the letter?

8         A.    So what are you --

9         Q.    I'm asking:  Is this position

10  that's being offered in this letter stating

11  that there's a term or a length of time for the

12  position?

13         A.    Yeah, I know where you're going.

14         So it was a contract position but there

15  was -- within the interview hiring -- if you'd

16  permit me to go back and add one thing.  He did

17  say that while it's a multiyear contract -- so

18  that's how they officially started you off,

19  with two years -- there was, We have a lot of

20  needs here and we would most likely -- as they

21  did with me, they had me set up to do many

22  courses beyond -- and teaching load beyond the

23  end of the contract.

24         So I might be signing a document that

25  says it starts and ends here but -- at a

Page 49

1    certain place, but they were quite clear with

2    me that they needed me beyond what was official

3    on paper with all kinds of teaching course load

4    for the next fall and the next spring, so on.

5         Q.    And looking at the second paragraph

6    in the letter, it looks like the second

7    sentence.  Can you read that, please?

8         A.    Yeah.  So that's what I'm speaking

9    to.  So as it says, "This is a non-tenure-track

10   appointment," blah-blah-blah, so it is -- what

11   it doesn't say here is that, we'll be in

12   trouble if you don't stick around beyond the

13   dates that are here.

14        Q.    On the second page, can you confirm

15   that's your signature?

16        A.    Yes, yeah.

17        Q.    Then it appears there's a signature

18   of Anil Makhija, correct?

19        A.    Yes.

20        Q.    And that is one of the individual

21   defendants in this case, correct?

22        A.    Yes, yes.

23        Q.    Okay.

24        A.    Only when it's appropriate, I have

25   one additional comment about this.  I'm trying

Page 50

```
 1   to learn to not interrupt you.
 2         Q.    Does it relate to one of my
 3   questions?
 4         A.    Your first question which --
 5         Q.    Okay.  Go ahead.
 6         A.    So it says here in the first
 7   paragraph, The annual salary of 130,000 for
 8   nine months but what -- in the interview, what
 9   Ben Tepper, my hiring manager, made clear was,
10   through executive ed, he could definitely offer
11   much more than that but that was -- but this
12   was the -- I mean, he was in a position of
13   trying to attract me to come to OSU.  I was in
14   a position of having to do a pay cut.  So he
15   kind of met me in the middle and was true to
16   his word in that regard, in terms of getting me
17   on executive ed and making more money.
18         Q.    Okay.  But the letter does
19   say, 130 --
20         A.    Right.
21         Q.    -- is that what you were paid for
22   your nine months -- or in the nine-month
23   period?
24         A.    Yeah.  If you look at it, you'll
25   see that I was paid a higher rate than that,
```

Page 51

1  because they included the executive ed pay in

2  the overall income.  So I guess you can say,

3  yes, and then some.

4        Q.    Was executive ed, you said, the

5  executive education program?

6        A.    Yes.

7        Q.    Were you compensated separately for

8  that then?

9        A.    No.  It was merged in.  So as part

10  of my STERS compensation, I was -- it was

11  treated as part of my overall earnings

12  potential.  So I had my regular teaching

13  salary, which would be represented by whatever

14  the contractual term was for that period of

15  time, but was folded into that from a STERS

16  standpoint was the exec ed.  And that was a

17  material difference because I would have an

18  increased pension based on the executive ed.

19        Q.    Okay.  And did you start in that

20  program when you were first hired on then?

21        A.    Yes.

22        Q.    Okay.  And then did you stay in

23  that program the entirety of your time at OSU?

24        A.    No.

25        Q.    When did you stop participating in

Page 52

1  that program?

2          A.      When they told me I could no longer

3  participate in it, which was the last year.  I

4  mean, there were people that wanted me to

5  continue to teach in executive ed.  What I was

6  teaching was popular and yet the new director

7  of exec ed said she was told that she could no

8  longer hire me because of my -- because of this

9  situation.

10          Q.      So when did this conversation take

11  place?

12          A.      With the director of exec ed?

13          Q.      Yes.

14          A.      It was near the end of my

15  termination.

16          Q.      So is that 2022, 2021?  When did

17  this happen?

18          A.      It was somewhere between then.  So

19  it was my last year.  It was, I would say,

20  probably winter, early spring of 2022.  I left

21  May 14 of 2022, was my last day of being on OSU

22  employment, payroll.

23          Q.      So with the executive ed program,

24  does that mean that you weren't able to

25  participate that spring semester?

Page 53

1      A.    Right.  And also, I was looking at
2   future.  One of their major clients, Honda, was
3   very interested in me teaching in a bigger way
4   and even on campus in Marysville and they said,
5   no, they couldn't do that.
6      Q.    What was the name of the director
7   who told you this?
8      A.    I'm not sure who -- who it was at
9   the time, but it was a new director.  So she
10  probably -- I would imagine you could find out.
11     Q.    But it was a woman, though?
12     A.    Yes.
13     Q.    Okay.  And was this conversation
14  verbal or in writing?
15     A.    It was verbal.
16     Q.    Verbal.
17     A.    And she, you know, basically said,
18  I've been told that I can't hire you anymore --
19  you can't do any more exec ed.
20     Q.    And was there anyone else in the
21  room, when this conversation happened?
22     A.    No.  It was just the two of us.
23  But I did also mention it to Ben Tepper; that,
24  is it correct, my understanding, that I can no
25  longer do exec ed?  And he said, quote -- I'm

Page 54

```
 1   speculating this is exactly what he said, but
 2   it was something to the effect of, Yeah,
 3   something like that.  I'm not exactly sure, but
 4   probably.
 5            Q.    When you say you're speculating, do
 6   you mean that you don't --
 7            A.    I can't say the exact words, but
 8   those are pretty close to his words.  Ninety
 9   percent confidence level that he said that.
10            Q.    Was that also early in the spring
11   semester of 2022?
12            A.    Yeah, when I found out that --
13   after that conversation with the director of
14   exec ed.
15            Q.    Did you reach out to have a meeting
16   or was this in a phone call or an email, with
17   Ben Tepper?
18            A.    Yeah, that was in-person phone --
19   in-person conversation.
20                         -   -   -   -   -
21                 (Thereupon, Deposition Exhibit 3,
22                 06/28/2017 Memo To Mark Sullivan
23                 From Peter Ward, Bates Number
24                 OSU_002433, was marked for purposes
25                 of identification.)
```

Page 55

1                    -  -  -  -  -

2          Q.    Okay.  I'm going to hand you what's

3    been marked Defendant's Exhibit 3.  Just take a

4    moment to review that.

5          A.    Okay.

6          Q.    Do you recognize Defendant's

7    Exhibit 3?

8          A.    Vaguely.

9          Q.    Is that your signature at the

10   bottom?

11         A.    Yes.  Or it must be DocuLink.

12   That's not how I usually sign.

13         Q.    It was DocuSigned by --

14         A.    DocuSign, yeah.  Okay.

15         Q.    Is that a program you would have

16   used in and around this time to sign documents?

17         A.    Yes.

18         Q.    Okay.  And what is this exhibit?

19         A.    So this was one of the dean's

20   programs where he had Peter, Peter Ward that

21   was responsible for doing a lot of exec ed and

22   consulting exec ed.  And Peter was interested

23   in having me work with Tata over in India, Tata

24   Motors.  So he was -- so this was probably a

25   document that was contractually --

Page 56

```
 1            MR. PETROV:  Mark, just read the
 2   document.
 3        Q.    I'm just asking what the document
 4   is.
 5        A.    So it's an employment contract, I
 6   guess.
 7        Q.    It says, "Reemployment" --
 8        A.    Okay.
 9        Q.    -- in the Re: category.
10        A.    Okay.
11        Q.    And then it appears -- and correct
12   me if I'm wrong.  It appears to be giving you a
13   term of employment from September 1, 2017,
14   through August 31, 2019, correct?
15        A.    Yeah, yeah.
16        Q.    So this was for another two-year
17   term?
18        A.    Yes.
19        Q.    Does Exhibit 3 appear to be a true
20   and accurate copy of what would have been your
21   first reappointment letter?
22        A.    I gather so.
23            MR. PETROV:    Well, actually,
24   David, I'm sorry.  Not to interrupt.
25        But that raises just a brief
```

Page 57

1    recordkeeping point.  So Exhibit 3 has an OSU

2    Bates number on it --

3                 MR. STOUFFER:  Yes.

4                 MR. PETROV:    -- and I have no

5    problem with you asking him questions about

6    what he recognizes of course.  But am I correct

7    that OSU -- you're not challenging the

8    authenticity in this case of documents that

9    have OSU Bates numbers that it produces.  Is

10   that right?

11                MR. STOUFFER:  I'm not.  I'm just

12   putting on the record that he recognizes the

13   documents, he authenticates them.  We can just

14   dispense with that, so.

15                MR. PETROV:    Okay.  All right.

16   Thank you for that clarification.  I appreciate

17   it.  And I'll stay out of your way on questions

18   like that going forward.

19                     -   -   -   -   -

20                (Thereupon, Deposition Exhibit 4,

21                04/02/2019 Memo To Mark Sullivan

22                From Anil Makhija, Bates Number

23                OSU_000057, was marked for purposes

24                of identification.)

25                     -   -   -   -   -

Page 58

1    BY MR. STOUFFER:

2         Q.    All right.  I'm going to hand you

3    Defendant's Exhibit 4.

4              MR. STOUFFER: (Handing.)

5              MR. PETROV:    Thanks.

6         Q.    Let me know when you're done

7    reviewing Exhibit 4.

8         A.    I'm done.

9         Q.    Okay.  This appears to be the

10   second reappointment letter.  And is that your

11   signature at the bottom?

12        A.    Yes.

13        Q.    And is it correct that it appears

14   that the term of this reappointment was

15   September 1, 2019, through August 31, 2021?

16        A.    Yes.

17        Q.    Does this appear to be a true and

18   authentic copy of your April 2, 2019,

19   reappointment letter?

20        A.    Yes, yes, yes.

21        Q.    Okay.  And, by the way, as far as

22   the signature goes, is that signature down

23   there more of what you remember as your

24   signature or is that -- because it's slightly

25   different than the last one.

Page 59

1          MR. PETROV:  Object to form.

2      But go ahead, Mark.  You can answer if

3  you understand the question.

4      A.    It's close enough.

5               -  -  -  -  -

6          (Thereupon, Deposition Exhibit 5,

7          04/22/2021 Memo To Mark Sullivan

8          From Anil Makhija, Bates Number

9          OSU_000058, was marked for purposes

10          of identification.)

11               -  -  -  -  -

12      Q.    All right.  I'll hand you what's

13  been marked as Defendant's Exhibit 5.  Let me

14  know when you're done.

15      A.    Okay.  Done.

16      Q.    Okay.  Under the Re -- under the

17  line for, Regarding, it says, "Reappointment,"

18  and also, the date is April 22, 2021, correct?

19      A.    Yes.

20      Q.    And that's your signature at the

21  bottom?

22      A.    Yes.

23      Q.    And is it correct it appears that

24  this letter is notifying you of a reappointment

25  as a senior lecturer from August 15, 2021, to

Page 60

1    August 14, 2022?

2          A.     Yes.

3          Q.     And that's for one year, correct?

4          A.     That's right.

5          Q.     And the prior reappointment letters

6    we examined, it said they were both two year --

7          A.     Right.

8          Q.     -- correct?

9          A.     Yeah.

10         Q.     What was your reaction, when you

11   saw the one-year reappointment?

12         A.     So I was surprised and I asked Bob

13   Lount, my new supervisor, who is department

14   chair.  And he said that they were moving to

15   just one-year contracts across the board for,

16   you know, senior lecturers.

17         Q.     So Bob Lount told you that they

18   were moving towards one-year contracts --

19         A.     That's right.

20         Q.     -- across the board?

21         A.     Yes, for all positions, lecturer

22   positions.

23         Q.     For all lecturer positions?

24         A.     Yeah.

25         Q.     And did you talk about this letter

Page 61

```
 1   with anyone else?
 2         A.    Yes.  A lot of my peers were really
 3   concerned about this.
 4         Q.    Which ones?
 5         A.    I remember the gentleman who was
 6   next door to me, who was a senior lecturer as
 7   well.  He taught statistics and something -- I
 8   can't -- I could come back with the name later.
 9   But this was, you know, now four years ago, so.
10   And also, I talked to Larry Inks, who was a
11   clinical professor.  And he said, "Yeah, I
12   believe that's what they're doing."  And he
13   said, "You know, as you know, you're qualified
14   to be a clinical professor, but as a senior
15   lecturer, I think that's what they're doing."
16         Q.    I apologize.  Did you say, "Larry
17   Inks"?
18         A.    Yeah.  I-n-k-s.
19         Q.    And then regarding the first person
20   you mentioned that you can't remember their
21   name --
22         A.    Right.
23         Q.    -- when you say they were next to
24   you --
25         A.    Physically next door.
```

Page 62

1      Q.     -- like their office?

2      A.     Their office.

3             MR. PETROV:  Just let him finish.

4      Q.     Okay.  And did you talk to anyone

5  else, other than Lount, the unknown professor

6  and Larry Inks about the one-year contract?

7      A.     Yeah, I believe I did but did not

8  know -- I can't recall the names of people, but

9  that's the message that I was getting.

10     Q.     Then you also mentioned Bob Lount.

11 And just for the record, who is Bob Lount?

12     A.     He's -- he was at the time a

13 department chair -- excuse me -- for management

14 and HR.

15     Q.     Okay.  And --

16     A.     -- that was for a relatively short

17 period of time.  And he was my last supervisor,

18 before he was taken out of that position.

19     Q.     And he's also one of the individual

20 defendants, correct?

21     A.     That's right.

22     Q.     And then did Lount say anything

23 else during this meeting regarding the one-year

24 contract extension?

25     A.     No.  And I'm not sure if that was

Page 63

1  email or what because it was -- it was

2  impossible to get to meet him in person.  So I

3  think that was -- I'm not positive, but there

4  was some kind of communication in some way

5  between the two of us and that was the message.

6  And it was what I heard from a couple of other

7  lecturers as well.

8       Q.    So before you mentioned a clinical

9  professor and I just kind of want to clarify

10  for the record and kind of explore this.  Are

11  there different types of professors appointed

12  at --

13       A.    Yes.

14       Q.    -- Fisher?

15       A.    Yes.

16       Q.    What different types of professors

17  are there?

18       A.    They come under two different

19  categories.  One is tenured and the other is

20  nontenured.  Tenured professors tend to be

21  research professors.  They are required, as is

22  all faculty, to teach at least one course.  The

23  nontenured, the second of two, have multiple

24  tiers in them: lecturer, senior lecturer and

25  then a transition professor position called a

Page 64

1   clinical professor, which is in between the

2   two.  In many business schools, it's a

3   professor of practice.

4        They have to have a Ph.D. and they should

5   have twenty years of business experience and

6   should have published, which I accomplished all

7   that.  I've written a couple of books, had at

8   least 20 years and had a conversation with Ben

9   Tepper, who was my hiring manager.  And he

10  acknowledged that I met all the requirement,

11  but that there were only a couple of positions

12  available and they were all filled at the time

13  until like the last year that we were working

14  together.

15       And he said, Yes, he knows that one of

16  those clinical professor positions was opened

17  but that they're trying to close -- they're

18  trying to eliminate or not fill those

19  positions, so.  And he said he realized that I

20  was qualified for it but that, this is not the

21  time.

22       Q.    And it was Larry Inks who said

23  that?

24       A.    It was Ben Tepper who was my --

25       Q.    Ben Tepper.

Page 65

1           A.      -- who was my supervisor at the

2    time --

3           Q.      Okay.

4           A.      -- but Larry Inks had said in a

5    separate conversation, "You're far more --

6    you're very qualified for that position."

7           Q.      Did you ever apply or ask --

8           A.      I wasn't allowed to apply.

9           Q.      Okay.  How was that communicated to

10   you, that you weren't allowed to apply?

11          A.      So Ben verbally told me that.  And

12   he said, "Mark, I realize that's more money,

13   more stature and everything, but that's the

14   very reason why they're trying to minimize the

15   number of those positions," that it's a higher

16   expense for the school.

17          Q.      And this conversation would have

18   happened in, around --

19          A.      A number of years ago.  It was --

20   so it was before Bob Lount became the

21   supervisor -- or the department chair, so.  And

22   I'm guessing that it was around 2019.

23          Q.      Okay.  Just for the record, do you

24   recall the time that Bob Lount was the

25   department chair?

Page 66

1        A.    Yeah.   Before they, some people
2    would say, demoted or transferred him out.   He
3    was there for only like three years.

4        Q.    And so what years were those?

5        A.    You know, as your records probably
6    indicate, they're somewhere around 2020 to 2023
7    or '24, somewhere -- 2019 to 2023 or somewhere
8    around there.   Whatever your records say.

9        Q.    Okay.   Did you receive --

10        A.    By the way, that was his -- I'm
11    sorry for interrupting, but I can't help but
12    suggest that was his first position in
13    management.   And there was many of my
14    colleagues that were really upset with him.   He
15    wouldn't meet with us and it was just a whole
16    bunch of things about his inability to deal
17    with conflict or tension or issues.

18        And so they -- while they initially were
19    turned down by loads of other tenured research
20    professors for this position, they finally
21    found him and got him to take the position and
22    it was a lot -- with much conflict from my
23    colleagues about what he was like.

24        Q.    When you say, "He won't eat lunch
25    with us ," who is, "Us," in that statement?

1          A.     "Eat lunch?"

2          Q.     I think you said that at the

3     beginning, he wouldn't --

4          A.     So while he -- he did not want to

5     spend time -- FaceTime with us, so.  So an

6     example of that, it was a tradition that at the

7     end of the year there would be a holiday party

8     in the department chair's house, and he

9     canceled it.  That was far too intimate for

10    him.  And instead he had a very brief meeting

11    he was billing as, Staff update and holiday

12    celebration.  And that was kind of him.  He

13    kept his office door closed, unlike his

14    predecessor.  So I couldn't -- I tried to get

15    to him and particularly during this whole issue

16    and he would not meet me.

17         Q.     And what timeline or what timeframe

18    are we talking about, this behavior?

19         A.     So this was particular -- well, he

20    was like this no matter what.  But particularly

21    during this issue from during the fall of 2021

22    to the spring of 2022, he would not meet with

23    me to the extent that he chastised his

24    assistant who tried to schedule a one-on-one

25    appointment with me and him in person and he

Page 68

```
 1   yelled at her -- that's what she told me -- for
 2   even attempting to try to set a meeting up.
 3         Q.    And when did that happen?
 4         A.    That happened around -- around
 5   somewhere in October of 2022 -- 2021.
 6         Q.    Okay.  Were there any health
 7   emergencies going on in 2020 and 2021?
 8         A.    Yeah.  So there was -- well, they
 9   were getting out of -- we were completing
10   getting out of Covid.  That was the first
11   in-person class post Covid and when -- so
12   anyway, that --
13         Q.    Okay.  Did you receive a
14   reappointment letter after the one that we saw
15   in Exhibit 5?
16              MR. PETROV:   Which is still in
17   front of you if you need to remember what
18   Exhibit 5 is.
19              THE WITNESS:  This one.  Thank you.
20         A.    I don't think so, no.
21         Q.    So Exhibit 5 would have been your
22   last reappointment letter?
23         A.    Yes.
24                   -   -   -   -   -
25              (Thereupon, Deposition Exhibit 6,
```

Page 69

```
 1              02/25/2022 Memo To Mark Sullivan
 2              From Anil Makhija, Bates Number
 3              OSU_002622, was marked for purposes
 4              of identification.)
 5                   -  -  -  -  -
 6         Q.    Okay.  I'm going to hand you what's
 7    been marked as Defendant's Exhibit 6.
 8         A.    Okay.
 9         Q.    Let me know when you're done
10    reviewing the document.
11         A.    Done.
12         Q.    Okay.  And what is Exhibit 6?
13         A.    So it's a termination notice,
14    nonrenewal notice.
15         Q.    And you received Exhibit 6?
16         A.    Yes.
17         Q.    And was that on February 25, 2022?
18         A.    I guess so, yeah.
19         Q.    And then it says -- the title of
20    the document is, "Associate Faculty
21    Appointment-Nonrenewal Notification Letter."
22         A.    Yes.
23         Q.    And it says that your appointment
24    as senior lecturer will end on May 14, 2022.
25         A.    Um-hum.
```

Page 70

1       Q.    And then when you received this
2    letter, were you surprised?
3       A.    I was disappointed.  So I had a
4    meeting with -- a ten-minute phone appointment
5    with Bob Lount on, I believe February 22 where
6    he said that, "You are not being renewed, your
7    contract."  And when I of course asked him why
8    and so on, he said, "Well, you can find out
9    from HR, but your, you know, classroom behavior
10   and performance."
11      Q.    Did you ask him for any specifics?
12      A.    You bet I did.  And he said, "Well,
13   you can" -- this was classic Bob.  He said,
14   "Well, I really don't want to talk about that.
15   You can talk to HR.  But, yes, you are being
16   let go because of" -- in so many words he said,
17   You are being let go because of what you taught
18   and how you taught it in the Crucial
19   Conversations class.
20      Q.    So that's what he said during a
21   phone call with you?
22      A.    Right.
23      Q.    And that phone call happened when?
24      A.    It was about February 22 of 2022.
25      Q.    And so this letter is dated

Page 71

1    February 25.

2           A.    He said that I would be getting

3    this letter in the mail or email or physical

4    mail or something.

5           Q.    So this letter wasn't the first

6    notice you received of your nonrenewal?

7           A.    Right.

8           Q.    When did you first learn of your

9    nonrenewal?

10          A.    It was on that day of the 22nd is

11   when he, you know -- so I was told three

12   different times.  And the first time was -- was

13   this date of February 22, over the phone over a

14   ten-minute HR status.

15          Q.    Did you call Bob Lount or did Bob

16   Lount call you?

17          A.    He called me.  We had -- he had

18   asked, much to my surprise, that he wanted to

19   actually talk to me.  And so the purpose of

20   that talk was to let me go --

21          Q.    Okay.  And --

22          A.    -- the last time he had talked to

23   me was in September during week 5 of my 15-week

24   course where for another about ten minutes had

25   basically when he said he was being forced to

Page 72

1   call because HR wanted him to call me and find

2   out what's going on in the class. I explained,

3   you know, that I was doing role plays and

4   simulation and explained what was behind all

5   that. And he said, "I get that. I understand,

6   you know, that's part of your course. Just

7   continue doing that. It sounds fine and

8   reasonable to me. Just carry on." And the

9   last time I heard from him after that

10  September, ten-minute phone call was on

11  February 22, when he was letting me go. At no

12  other time he would meet with me.

13          Q.    Okay. You also mentioned that

14  Lount mentioned performance, correct?

15          A.    I'm not sure if he used that word

16  but, behavior; that the behavior, what was

17  going on in the class, there was questions or

18  issues around the class and that you're being

19  let go because of that. You can talk to HR

20  further about any -- any more of your

21  questions.

22          Q.    Did he give any more detail as far

23  as performance or behavior other than --

24          A.    I wish he would.

25          Q.    -- other than the incident you're

Page 73

1    referring to?

2        A.    No --

3        Q.    No.  Did you ask --

4        A.    -- but he said --

5        Q.    -- for more detail?

6        A.    Of course.  And he said, "You're

7    being let go because of how you acted in the

8    class, and you can talk to HR to learn any more

9    detail."  And I said, "Can you give me an

10   example?  Could you share what -- what

11   specifically?  It sounds like there's been some

12   behind-the-curtain conversations around this

13   and no one is coming to me.  And I've tried to

14   get ahold of you multiple times and you would

15   not meet with me."  And he said, "Are you done,

16   because I am?  Just call the -- call HR for any

17   more details."

18       Q.    Okay.  And so no more details were

19   provided by Lount at that time during that

20   phone call?

21       A.    Right.  He just said it was because

22   of my classroom teaching practices.

23       Q.    Did you talk to anyone else about

24   not being renewed after being told on

25   February 22, 2022?

Page 74

1      A.    So I talked with Dr. Larry Inks,

2  who was having problems himself.  He was --

3  he's a clinical professor and they wanted to --

4  I guess they did cut his pay in half.  And so

5  we were kind of going back comparing notes and

6  things.

7      Q.    And what did you tell -- or when

8  did your meeting happen with Dr. Inks?

9      A.    That was by phone.  It was during

10 that spring of 2022.  I felt this was a private

11 and privileged matter.  I knew that if I had

12 made this public that there would be a major

13 student initiative of sorts, that -- humbly

14 said, I was considered a beloved, excellent

15 professor and I knew that there would be -- and

16 I didn't want a scene.

17      I was trying to look at, what is the most

18 constructive way without creating -- there

19 would be a lot of noise and could be even brand

20 issues.  I knew the school newspaper, Lantern,

21 would love to get a story like this and have

22 this public.  And so I kept this pretty quiet

23 and maybe that's to my disadvantage here but --

24 so I didn't go around blabbing about this.  I

25 think there were -- I think he may have said

Page 75

1    something to a couple of people.  I don't know.

2         Q.    Okay.  So other than Lount and

3    Inks, anyone else you talked to about being

4    non-renewed?

5         A.    Just that statistics professor next

6    door to me.  Again, I'm sorry, I can't think of

7    his name right now but -- but we had somewhat

8    of a privileged relationship in sharing typical

9    things about employment in an organization and

10   he -- like he would say --

11              MR. PETROV:  Mark, his question was

12   just, did you talk to anybody else other than

13   Lount and Inks.

14        A.    Yeah, so just this one other

15   person.

16        Q.    Okay.  And that was it?

17        A.    Yeah.

18        Q.    Okay.  You mentioned there were

19   multiple -- and I just want to seek

20   clarification -- there were multiple times you

21   were notified of your nonrenewal; the phone

22   call with Lount, the letter.  And then is there

23   another one?

24        A.    So Ben Tepper and also Anil

25   Makhija.  So Ben Tepper on May 14 at 2:00, he

Page 76

1    had spoken with me about this.  And then Anil,
2    before I left.
3            Q.    Was the conversation with Tepper on
4    May 14 in person?
5            A.    Yes.
6            Q.    Okay.  And what did you discuss
7    with Ben Tepper?
8            A.    Why was I leaving.  And he said,
9    "Mark, I am so sorry this happened to you.
10   This happened to me.  I was also charged with a
11   student and I -- you know, for practices in the
12   classroom."  We were both leadership
13   professors, even though he also held an
14   administrative role as a senior associate dean
15   and was my previous hiring manager.  And he
16   said, "I'm sorry this happened to you.  And
17   that I, too, also was being challenged with a
18   student in terms of my practice -- practices in
19   my ways of engaging them in class.  And I went
20   to leadership and got that immediately fixed.
21   But I was insulted that I would be in this
22   situation and I felt like quitting, but that
23   was" -- so he said, "I'm sorry this happened to
24   you but that's" -- you know, that's it.  I did
25   ask him -- of course I asked him a number of

Page 77

1   other things like, well, why -- why not me, why
2   couldn't you or someone help fix me?
3        Q.    What else did you discuss as far as
4   the other number of things that you discussed
5   with him?  What were those things?
6        A.    Well, that is what it was focused
7   on, was the fact that -- that I was being fired
8   because of how I was teaching in class.
9        Q.    And that's what Tepper said?
10       A.    In his own way, yes.
11       Q.    What do you mean, "His own way"?
12       A.    Well, I can't quote every word,
13  but, you know, when he said, "I'm sorry that
14  this happened to you as well, I, too, was
15  challenged by a student for how I was
16  teaching."  So he was saying, you're being let
17  go because of how you are teaching in your
18  class.
19       Q.    Regarding Tepper's -- the
20  situation -- I'm going to strike that.
21  Regarding the student that Tepper allegedly
22  stated had made a complaint --
23       A.    He did say it.
24            MR. PETROV:  Let him finish --
25            THE WITNESS:  Okay.

Page 78

1          MR. PETROV:  -- let him finish the

2   question so you understand what he's asking.

3          THE WITNESS:  Sorry, sorry.

4   BY MR. STOUFFER:

5      Q.   -- made a complaint about him, what

6   details do you know about that student and that

7   situation?

8      A.   I don't.  About his student?

9      Q.   About his student --

10     A.   Yeah.

11     Q.   -- about that situation.

12     A.   I don't.

13     Q.   Do you have any idea as to the

14   timeline of when that occurred to Tepper?

15     A.   I'm imagining that it was sometime

16   within that spring of 2022, yeah.

17     Q.   Okay.  Anything else you discussed

18   with Tepper at that meeting?

19     A.   No.

20     Q.   Okay.  And then you mentioned

21   talking to Makhija on your way out --

22     A.   Yeah.

23     Q.   -- or near the end of your term.

24     A.   Yeah.

25     Q.   Approximately when did that happen?

Page 79

1        A.    That was near my last days of
2   working there.  So my last day was, you know,
3   that May of 2022.  And so it was sometime near
4   that time period and he took about 10 minutes,
5   maybe 12 minutes.  And I asked him point blank,
6   I said, "Anil, Why am I losing my job here?
7   Why are you firing me?"  And he responded with,
8   "Well, there's, you know, a lot of -- a lot of
9   work here to look at what happened and it
10  seemed like it was because of how you taught
11  your class."
12        And I asked him more, about what -- so
13  can you give me examples, can you give me
14  detail.  And he said, "You know, it's best if
15  you have that conversation with HR.  There's,
16  you know, a number of parties involved in
17  this."  And I said, "Well, I realize you're a
18  busy man, sir.  But, Anil, if there's anything
19  you can do, I always went out of my way to help
20  when you guys needed it.  Instead of teaching
21  five courses, I taught seven and even eight and
22  I helped you.  And this would be the time when
23  you could help me by at least looking into it."
24  And he said, "I -- I think you better take this
25  up with HR."

Page 80

 1      Q.    Okay.  Was there anything else that
 2  you talked about with Makhija at that meeting?
 3      A.    It was just the reason I was being
 4  let go and his saying that it was his -- his
 5  acknowledgment that it was teaching -- my
 6  teaching the class was the problem and that
 7  they were letting me go because of that,
 8  because of how I was teaching the class.
 9      Q.    And there was nothing else, other
10  than that discussed about the decision for your
11  nonrenewal in that conversation?
12      A.    Right.
13          MR. STOUFFER:  I have one more
14  exhibit and then we'll take our first break.
15          MR. PETROV:    Okay.  I was just
16  going to ask.  That makes sense.
17          MR. STOUFFER:  This will be quick.
18              -  -  -  -  -
19          (Thereupon, Deposition Exhibit 7,
20          08/18/2021 Memo To Mark Sullivan
21          From Anil Makhija, Bates Number
22          OSU_002434, was marked for purposes
23          of identification.)
24              -  -  -  -  -
25      Q.    I'll hand you what's been marked as

Page 81

1   Defendant's Exhibit 7.  And let me know when

2   you've finished reviewing Exhibit 7.

3           A.      Okay.

4           Q.      So do you recognize Exhibit 7?

5           A.      Yes.

6           Q.      And what is Exhibit 7?

7           A.      It's a merit compensation -- annual

8   merit compensation document.

9           Q.      And it appears to be titled, "2021

10  To 2022 Annual Merit Compensation," correct?

11          A.      Yes.

12          Q.      And then down at the bottom in the

13  chart on the far right side it says, "2021

14  To 2022 Base Salary," correct?

15          A.      Yes.

16          Q.      And then it lists $160,131.07 as

17  your base compensation.

18          A.      Yes.

19          Q.      And then was that your final salary

20  at OSU?

21          A.      Yeah.  So there is an executive ed

22  income stream.  And I think that for purposes

23  of the annual merit compensation summary

24  document, which I would construe this as being,

25  that they would list just the base salary and

Page 82

```
 1   not include the executive ed income stream
 2   whereas in STERS, if you looked at that, it
 3   would be -- it would include both.
 4        Q.    And as far as the executive ed
 5   compensation, was that awarded to you by
 6   semester or by academic year or --
 7        A.    By pay period, I believe --
 8        Q.    By pay period.  Was --
 9        A.    -- so, for example, if I taught a
10   course in this month for Honda, for example,
11   then next month or thereabouts would receive a
12   differential, increased pay that would reflect
13   my teaching at Honda.
14        Q.    Okay.  And then does this appear to
15   be a true and accurate copy of your 2021
16   to 2022 annual merit compensation letter?
17        A.    Yes, yes.
18             MR. STOUFFER:  Okay.  We can take
19   that break.  Thank you.
20             VIDEOGRAPHER:  Off the record.  The
21   time is 11:47.
22                  (Recess taken.)
23             VIDEOGRAPHER:  We're back on the
24   record.  The time is now 12:08.
25   BY MR. STOUFFER:
```

Page 83

1          Q.    All right.  By the way, I forgot to
2    ask at the beginning:  Do you prefer to be
3    called, "Mark," "Dr. Sullivan," or, "Professor
4    Sullivan"?
5          A.    Thank you for asking.  For our
6    purposes, "Mark," is fine --
7          Q.    "Mark," is fine?
8          A.    -- or -- yeah.  I respond to
9    anything as long as you're looking at me.
10              MR. PETROV:    First names are
11   common in depo's --
12              THE WITNESS:   Yeah.
13              MR. PETROV:    -- as long as you're
14   comfortable with it.
15              THE WITNESS:   Yeah.
16   BY MR. STOUFFER:
17          Q.    Okay.  Mark, do you recall we just
18   talked about you had conversations about your
19   nonrenewal letter, correct, Exhibit 6?  You
20   listed Dean Makhija, former Dean Makhija, you
21   listed Ben Tepper and Robert Lount; and you
22   said that one or more of those individuals
23   recommended you talk to HR, correct?
24          A.    That's right.
25          Q.    Did you contact HR about it?

Page 84

1          A.    I attempted to multiple times.

2          Q.    When did you attempt to contact HR?

3          A.    So in the fall and spring

4   of 2021, 2022, I walked down to the HR suite in

5   the Fisher building, Fisher Hall.  And every

6   time that I was there, unlike pre Covid -- this

7   is post Covid -- the door was locked and you

8   weren't allowed in.  I actually -- one or two

9   times I kind of got in when someone else was

10  going in that was not in HR but was in the

11  suite and couldn't find anybody from HR, so --

12         Q.    And so --

13         A.    -- I wanted an in-person

14  conversation to have some follow-on questions

15  to ask them, what's going on here, and, what --

16  what kinds of conversations are you having with

17  who, and, what are they saying about me, and,

18  what are you saying about me.  And I couldn't

19  get that.

20         Q.    Okay.  So I want to take a step

21  back.  So you said fall of 2021 and spring

22  of 2022?

23         A.    Yeah, so around November.

24         Q.    And so I'm asking specifically when

25  you were notified of your nonrenewal, so that

Page 85

 1   would have been --

 2          A.     Okay.

 3          Q.     -- February 22 --

 4          A.     Yes.

 5          Q.     -- of 2022, correct?

 6          A.     Yes.

 7          Q.     After that point, did you reach out

 8   to HR about your nonrenewal?

 9          A.     Yes.

10          Q.     And when did you reach out?

11          A.     So multiple times right after --

12   like I say, within the next month or two

13   months, I went down to the HR suite multiple

14   times to see if I could catch a way of getting

15   in and talking with them.

16          Q.     And how did you try to communicate

17   with HR?

18          A.     I also was able to actually have a

19   brief phone call with William Wattercutter, who

20   appeared to me as being kind of an outlier,

21   like wasn't in a position to share a lot of

22   details.  And so I would ask him like, Bill,

23   what's going on here.  And he knew me more in

24   somewhat of a familiar stranger, friendly way.

25   And I said, "Can you help me out here?  What's

Page 86

1  going on?"  And he said, "Well, you know,

2  there's a number of different things.  It

3  probably best to talk to McConnell," or whoever

4  that other lady was, Jeannine or, but it went

5  nowhere basically.  That was it.

6          Q.    Did you try to email anyone?

7          A.    I think there was an email of

8  inquiry.  It's a little fuzzy right now, but I

9  was really eager to try to get some kind of

10  response -- definitive response as to what my

11  future was and so on.

12          Q.    And did you receive a response from

13  Fisher or OSU's HR department?

14          A.    Well, outside of verbal responses

15  and exchanges from Makhija, Lount and Tepper in

16  those face-to-face conversations, I just -- you

17  know, there may have been an email.  I don't

18  know.  But I tried with Bill Wattercutter and

19  I'm not sure.  There was some lady that was in

20  HR and -- but, you know, I had a hard time

21  getting into the HR suite.

22          Q.    Do you remember approximately when

23  that conversation with Bill Wattercutter

24  happened?

25          A.    I'm speculating it was sometime

Page 87

1   around March or -- or April.

2         Q.    Of '22?

3         A.    Of '22.

4         Q.    Okay.  And then what did

5   Mr. Wattercutter say?

6         A.    Well, so to try to follow up, so

7   the main thing was, You need to talk to so and

8   so, the lady from HR, to get any more specific

9   details.  But I did send him -- I did send him

10  an email that showed -- and this was in May --

11  a testimonial.  It was a student initiated

12  testimonial deck about my teaching a Crucial

13  Conversation class that was held at -- like my

14  last class.  And he commented, "That's a great

15  deck and something I'm sure you're proud of,"

16  and I said, "Yes."

17        Q.    Did he mention anything else about

18  your nonrenewal?

19        A.    No.

20        Q.    Okay.  Since the spring semester,

21  so February through May of 2022, have you tried

22  to reach out since your separation to the HR

23  department regarding this issue?

24        A.    No.

25                      -  -  -  -  -

Page 88

```
 1              (Thereupon, Deposition Exhibit 8,
 2              Third Amended Complaint, was marked
 3              for purposes of identification.)
 4                   -  -  -  -  -
 5       Q.    Okay.  I'm going to hand you what's
 6  been marked as Defendant's Exhibit 8.  Just
 7  take your time and let me know when you're done
 8  reviewing it.
 9       A.    Okay.
10              THE WITNESS:  May I ask a question
11  about whether or not this is Judge Watson's
12  opinion?
13              MR. PETROV:   It's not the
14  opinion --
15              THE WITNESS:  Oh.
16              MR. PETROV:   -- it says right on
17  the front it's the Third Amended -- which
18  actually leads me to the objection I was going
19  to make.  I'll just make this one time, so I
20  don't interrupt you with every question.
21  You're free to ask questions about the third
22  amended complaint.  I'll object on the grounds
23  that it may call for legal conclusions of which
24  Dr. Sullivan is not aware and also that he did
25  not prepare the document.  But with that, go
```

Page 89

1   ahead and ask the questions that you have about

2   it.

3                   MR. STOUFFER:  All right.

4   BY MR. STOUFFER:

5        Q.    All right.  Looking at the first --

6   well, first off, what is Exhibit 8?

7        A.    It appears to be a summary opinion

8   of my case.

9        Q.    If you look at the first page on

10  the right side under the Judge's name, what

11  does it say there?

12       A.    The, "Third Amended Complaint."  Is

13  that what you're --

14       Q.    Yes.  And so, to your knowledge, is

15  this the latest complaint that has been filed

16  in your case?

17                  MR. PETROV:  Objection, foundation.

18       You can answer if you know.

19                  THE WITNESS: Okay.

20       A.    I believe that's, yes.

21       Q.    Okay.  And then on the left side of

22  the first page, there's a number of individuals

23  listed:  Anil Makhija, Robert Lount, Bennett

24  Tepper, Jennifer McLendon, William

25  Wattercutter, and then there's unknown

1  personnel 1 through 5, which I'm not going to

2  ask about.  So those first five individuals,

3  those are the individual defendants in this

4  case?

5        A.    Yes.

6        Q.    Okay.  Is Jennifer McLendon the

7  woman from HR that you were referring to?

8        A.    Yes.

9        Q.    Okay.  Do you see at the top of the

10  page where it says, "Page ID number," colon,

11  and it has a number?

12        A.    Yes.

13        Q.    Can you turn to the page that

14  has 229 --

15        A.    Excuse me.

16        Q.    Bless you.

17        A.    (Witness complies.)

18        Q.    And then do you see where it says,

19  "First Cause of Action"?

20        A.    Yes.

21        Q.    And what does it say your first

22  claim is or first cause of action is?

23        A.    "By punishing and terminating

24  Plaintiff for expressing his views in his

25  academic speech and educational course

Page 91

```
 1   content..."
 2        Q.    So your first cause of action is a
 3   first amendment retaliation under 42 USC,
 4   section 1983?
 5        A.    Yes.
 6        Q.    And specifically you're alleging a
 7   violation of your freedom of speech?
 8        A.    Yes.
 9        Q.    Can you turn to the page ID
10   numbered 231.
11        A.    (Witness complies.)
12        Q.    And you have, "Second Cause of
13   Action," correct, on that page?
14        A.    Yes.
15        Q.    And it says, "First Amendment
16   violation under 42 USC, Section 1983, content
17   and viewpoint discrimination."
18        A.    Um-hum.
19        Q.    And so that's your second and last
20   cause -- or cause of action you brought in your
21   latest complaint?
22        A.    Yes.
23        Q.    Okay.  And that's also based on an
24   allegation that your rights to freedom of
25   speech were violated?
```

Page 92

1      A.     Yes.

2      Q.     Okay.  I want to go through the

3  individual defendants and ask you some

4  questions about them.  So during your time at

5  OSU, was Ben Tepper your direct supervisor?

6      A.     During part of the time, yes, yes.

7      Q.     And generally what timeframe was he

8  your direct supervisor?

9      A.     From 2015 to 2019 or so, roughly.

10  And I worked until 2022, so it was like

11  from 2015, when he was my hiring manager, and

12  then continued to be my department chair or

13  supervisor until roughly 2019.

14      Q.     Okay.  And that was during the time

15  that Tepper was the chair of the MHR

16  department?

17      A.     So he was -- Ben was my department

18  chair and supervisor and hiring manager from my

19  start date of 2015 to roughly 2019 --

20      Q.     Okay.

21      A.     -- and then they put in -- when he

22  got promoted to a senior associate dean, he

23  became the supervisor of my new supervisor, who

24  is department chair Bob Lount.  So Bob Lount

25  was roughly my boss from 2019 to 2022, give or

Page 93

1   take.

2          Q.     Okay.  And is that how you know Bob

3   Lount, strictly from your time --

4          A.     No --

5          Q.     -- as your supervisor?

6          A.     -- no.  We were peer -- so there's

7   more to it.

8          Q.     Okay.  And then when did you first

9   meet Robert Lount?

10         A.     I first met him, I think it was the

11  first week or two of employment.  He was a

12  research professor, tenured, and I invited him

13  out for coffee and he -- the nature of the

14  conversation was more about his divorce that he

15  was going through, but then he was interested

16  in my exec ed experience.  And we then became

17  colleagues, one of the few that was on the

18  executive ed faculty.  And we had some

19  experiences with that where I would always be

20  placed up first and he would follow me.

21         So he would -- I would teach Crucial and

22  he would teach Negotiations.  And he had an

23  experience with me where the mid career, 30

24  to 50 year old crowd, started to complain to

25  him about his teaching, how he taught

Page 94

```
 1   negotiating.  They would say, Mark Sullivan
 2   would do something different.  He would do,
 3   blah-blah-blah.
 4        He then came back to me saying, "I don't
 5   want -- I don't want to ever follow you in
 6   executive ed.  I need to be before you, not
 7   after you, because you're just -- there's too
 8   much that I have to deal with."  And I said --
 9   and that kind of colored -- my view was it
10   colored our relationship a bit and -- but there
11   were a couple of other times we had -- the pay
12   was going down from $5,000 a day to like 4,000
13   or something.
14        And I said, you know, all the -- I
15   explained why we should speak up about that and
16   he said, "Well, could you do that and go to" --
17   so at the time he was a professor.  I was a
18   lecturer, but he wanted to see if we could get
19   more pay, like our old pay back.  And it was my
20   opinion, although there's no concrete evidence
21   that he was a little either threatened or
22   frustrated around my presence for the fact that
23   I -- you know, I had a following, a lot of
24   students would talk about me and so on, so.
25        Q.    When you say, "Following," what do
```

Page 95

1    you mean like --
2         A.    Well, like I say, for the twice
3    weekly 90-minute office hours, my hallway was
4    crowded with students and some of them weren't
5    even my students.  Some of them came -- some of
6    them were actually his students.  And some of
7    them were other students that came to seek
8    either career advice or life counsel or
9    something or another.  And my students were
10   often -- many of them were men without fathers
11   or fathers that were MIA and they looked at me
12   as kind of a guiding role in their life.  So he
13   was aware, I think of the stature that I had
14   and I think probably -- well, I'll leave it at
15   that.
16        Q.    Okay.  When your contract was not
17   renewed, Lount was the MHR department chair at
18   the time.
19        A.    That's right.
20        Q.    And so Tepper was not in that role
21   at that time?
22        A.    He was not in that role, but he was
23   in a decisionmaking role, so.  There were three
24   signatories on the internal document, from what
25   I understand.  I think I had seen something

Page 96

```
 1   that -- but I don't know what it was, but I
 2   heard that Ben Tepper was involved in the
 3   decision.  Obviously Makheel (phonetic).  I
 4   mean, Anil Makhija.  And I believe either Bob
 5   Lount, as the department chair, was either an
 6   influencer or a decisionmaker.  There were
 7   three people involved --
 8        Q.    And so --
 9        A.      -- along with HR.
10        Q.    -- this internal document, when
11   would you have seen it?
12        A.     If -- it's vague.  All I remember
13   is that Ben Tepper had -- I was struck with the
14   fact that he was involved in the decision.  We
15   were -- until then we were close personal
16   colleagues and he had high regards for me.  I
17   couldn't believe that he would be involved in
18   this without ever asking me what my opinion was
19   or what's going -- what's going on with your
20   teaching practice in your class.  It was like
21   they were all hidden behind a curtain and not
22   sharing anything with me.  A lot of talk going
23   on, but they wouldn't come to me and say, you
24   know, like what's -- what's your side of this?
25        Q.     I kind of just want to hone in at
```

Page 97

1   least for the moment on the internal document
2   you referenced.  What did this document look
3   like?
4          A.    I'm not sure.
5          Q.    How do you know about it?
6          A.    Because I just -- I was really
7   eager to find out what was going on.  And so I
8   think near the end, near May of 2022, there may
9   have been some document I either saw or heard
10  about in which Ben was involved in
11  decisionmaking.
12         Q.    And what did this document discuss
13  or -- what did this document have as far as its
14  substance?
15         A.    That three people along with HR
16  were involved in deciding to not renew my
17  contract.
18         Q.    And was this an email or was this
19  some memo?
20         A.    I don't know.
21         Q.    Did you ever see it yourself?
22         A.    I'm not sure if it was something
23  written or something that was verbal but --
24         Q.    It's a, "Yes," or "No," question.
25  Did you see the document with your own eyes?

Page 98

```
 1        A.    For me there's three options; yes,
 2   no, or, I don't know.
 3        I don't know.
 4        Q.    No.  This is a, "Yes," or, "No,"
 5   question.  You either saw the document or you
 6   didn't.
 7        A.    Then I can't answer it.
 8        Q.    Well, try your best.  Did you see
 9   the document?
10             MR. PETROV:  Objection, foundation.
11   He said he's not sure if there's a document,
12   so.
13        Q.    So where did the information come
14   from that there's an internal document?
15        A.    I don't know --
16        Q.    Okay.
17        A.    -- I just know there were three
18   people that were involved in the decisionmaking
19   along with HR.
20        Q.    All right.  So you also have Anil
21   Makhija listed as an individual defendant.
22        A.    Yes.
23        Q.    Who is Anil Makhija?
24        A.    He's the -- he was at that time the
25   dean of the school --
```

Page 99

1        Q.     All right.

2        A.     -- of the college.

3        Q.     And did he play a supervisory role

4    over you?

5        A.     Not officially.  There were times

6    he had asked me for help, like one time he

7    wanted me to do an in-service training for the,

8    quote, dean team.  So he was seeking guidance,

9    advice to have me teach some of the Crucial

10   Conversation concepts to his team.  So under

11   that capacity, he was more of a coach in terms

12   of the challenges that the dean team had; but

13   generally speaking, we had more of an

14   administrator to employee relationship.

15       Q.     And can you kind of explain what

16   this dean team is?

17       A.     The dean team were individuals that

18   were either an associate or assistant dean that

19   would help to advise or guide the dean, which

20   was Anil.  So Ben Tepper was -- I believe he

21   was a senior associate dean.  There was another

22   gentleman who was like the executive associate

23   dean.  And then there was, I think a couple of

24   other associate type deans like Peter Ward was

25   a dean for exec ed.

Page 100

1          Q.    Um-hum.  And what did the team do?
2          A.    They executed college policy --
3          Q.    Okay.
4          A.     -- and officially they were
5   supposed to provide quality assurance in the
6   execution, provide feedback and even give
7   feedback to people is what they were supposed
8   to be doing.
9          Q.    Okay.  Did you work closely with
10  Dean Makhija?
11         A.    Not closely but -- we had more of a
12  familiar stranger -- I think he had high regard
13  for me and was the one who gave me the
14  distinguished teaching award out of all the
15  graduate faculty members.  So, I mean, I think
16  he thought highly of me.  But the school
17  operationally was basically run by the
18  executive dean, executive like deputy dean and
19  also Ben Tepper.
20         And he really ran the market facing, the
21  outside as what you would expect.  You know, so
22  he would do the fundraising.  He would be
23  involved in brand building.  You know,
24  occasionally for ceremonial things, he might
25  come in for a deposition here or there.  There

Page 101

1  were a number of different cases here and
2  there.  So he was more market facing external,
3  stakeholders, fundraising, blah-blah-blah.  And
4  these other couple of deans were more internal,
5  shop stewards making sure that everything was
6  being run the right way.
7       Q.   Okay.  And then you also listed
8  Jennifer McLendon.  And who is that?
9       A.   She was some kind of an HR business
10  partner.  I think -- I'm imagining that she
11  represented OSU central and was -- would be
12  farmed out to where needed for more sensitive
13  issues like this within any of the 18 colleges
14  or schools within the university.
15       Q.   And are you aware of what duties or
16  responsibilities McLendon had at Fisher College
17  of Business?
18       A.   No, no.
19       Q.   You do not.  Okay.  Did you
20  regularly work with Ms. McLendon when you were
21  a senior lecturer at Fisher College of
22  Business?
23       A.   No.
24       Q.   Who is William Wattercutter?
25       A.   His last role -- so he's a

1  full-time OSU employee in HR.  He's always

2  been, from what I understand, for a couple of

3  decades at the Fisher College of Business.  He

4  was the HR manager full-time.  And then in the

5  OSU central reorg, he became more of like an

6  assistant to the business partner, which I

7  gather was probably this McLendon.  So he was

8  the primary decisionmaker.  He became more of

9  an influencer and go-to person to get stuff

10 done that was HR related.

11      Q.    Okay.  And are you aware of what

12 duties and responsibilities Mr. Wattercutter

13 had at Fisher College of Business?

14      A.    Not really.

15      Q.    And then did you regularly work

16 with Mr. Wattercutter, when you were a senior

17 lecturer at Fisher?

18      A.    Once in a great while.  I mean,

19 occasionally.  So one of a number of outside

20 the classroom activities I was called -- I was

21 asked to do was to call on companies for --

22 when I was teaching consulting and just I think

23 to get advice or guidance around any issues I

24 need to be aware of regarding my recruiting

25 companies to be involved with consulting.  And

Page 103

1    was there anything from an HR standpoint, so it

2    was more information gathering.  I think that

3    was perhaps it.

4         Q.    Okay.  Other than the one instance

5    that you talked with Mr. Wattercutter at the HR

6    office that we discussed earlier, have you

7    talked to him any other time about your

8    termination?

9         A.    No.

10        Q.    And then Jennifer McLendon, have

11   you spoken with her at all about your

12   termination -- or, I'm sorry -- your

13   nonrenewal?

14        A.    I believe there was one time at the

15   end.  I think it was more around, did you get

16   the package, or me reaching out.  I had tried

17   all different ways to get information.  And so

18   I think that was the substance of the

19   transaction.

20        Q.    So it was just she was ensuring

21   that you received something?

22        A.    Yeah.  I received an email,

23   documents, one of these documents that you had

24   shared.  And I had asked -- one of the things I

25   wanted to do was get copies of my HR file and I

```
                                        Page 104
 1    was having trouble getting copies.  And like I
 2    did ask Bill and he said, "You'll have to talk
 3    to Jennifer," I guess it is.  And Jennifer said
 4    she -- I believe that she was not in a position
 5    of answering that at this time.  And that was
 6    about it.
 7            Q.    So other than that conversation --
 8            A.    Nothing else.
 9            Q.    -- nothing else?
10                     -   -   -   -   -
11            (Thereupon, Deposition Exhibit 9,
12            12/31/2020 Position Description,
13            Bates Number OSU_002613, was marked
14            for purposes of identification.)
15                     -   -   -   -   -
16            Q.    Okay.  I'm going to give you what's
17    been marked as Defendant's Exhibit 9.  Let me
18    know when you finished reviewing the document.
19            A.    Okay.  I'm done.
20            Q.    Okay.  Do you recognize Exhibit 9?
21            A.    I don't recall.  I can say, yes --
22            MR. PETROV:  Well, only say, yes,
23    if you recall seeing it.
24            A.    -- I don't recall.
25            Q.    Okay.  I'm just going to -- for
```

1   purposes here, I'm going to represent this is a
2   position description for the senior lecturer
3   position.  In the section that says, "Detailed
4   Job Description," it states, "Teaches
5   undergraduate and graduate level courses in
6   department management and human resources; may
7   serve on department and any college
8   committees."
9        So as far as the first clause goes, does
10  that accurately describe the majority of your
11  duties were teaching?
12       A.   It doesn't accurately describe my
13  job, but it was all about teaching.
14       Q.   All about teaching.  Okay.  And
15  then I think we kind of discussed this earlier.
16  Did you ever serve on department or college
17  committees?
18       A.   Yes.
19       Q.   And which committees were those?
20       A.   So there was something informally
21  referred to as, the council of elders.  It was
22  the former dean, so previous to Anil.  And this
23  council was of very senior, seasoned professors
24  providing advice, more market-facing advice for
25  this dean emeritus whose role was to create an

Page 106

1    expanded role or amplified role in the Columbus
2    business community.  And so he picked four or
3    five of us, met regularly for a period of time
4    to help guide him on how we would, not just do
5    brand building but a lot of relationship
6    building and cultivation with the right kind of
7    business circles within central Ohio.
8           Q.    Okay.  Any other department -- any
9    other department, college committees that you
10   served on?
11          A.    Yes.  So an investment -- paneled
12   the Black Swan Investment Club --
13          Q.    I'm sorry.  Can you repeat that?
14          A.    -- the Black Swan Investment Club.
15   Also on a panel of judges for venturing.  So I
16   was an advisor and also a judge on the
17   inaugural Fisher venturing conference.  So it
18   was a bunch of typical kind of business
19   students that were -- had some venturing
20   project and they were asking for money.  And so
21   I was on the panel of judges to give feedback
22   on that, and was involved in helping them run
23   that first inaugural conference.
24          Q.    Okay.  Anything else as far as
25   committees?

Page 107

1    A.   So there was a council -- it was --
2  there were these short -- this is way back, so
3  this is more like 2016.  There was an
4  intermediate -- a number of industry domains
5  where there was a professor that represented
6  that domain.  I represented the consulting
7  domain.  And we would meet monthly to provide
8  guidance on how the school should invest funds
9  or staff or branding assets for these different
10 programs that we had in these different
11 domains.  So there was -- so I was regularly
12 pulled in a lot of directions to do all kinds
13 of things.
14     There was a risk institute.  I was asked
15 to help coordinate -- help to think about how
16 to have 200 executives from around the world
17 come in and have some kind of meaningful
18 conference.  And I was also a speaker there
19 about risk and threat.  So there were things
20 like that.  I mean, it just goes on and on.
21 And in the nominating letter from my award, Ben
22 Tepper wrote, that he was -- that Dr. Sullivan
23 was pulled in many different directions.  I can
24 come up with a much longer list, but there's a
25 lot of different kinds of committees, aside

Page 108

1   from overloading on courses.

2        Q.    How was your performance tracked

3   each semester in carrying out your teaching

4   duties?

5        A.    Very poorly.

6        Q.    Do you know the method by which

7   they were --

8        A.    Yeah.  It was a very flawed method.

9   So they only based performance on student

10  evaluations.  Never once would the person

11  oversee -- and I'm talking as a performance

12  management expert, as someone who in industry

13  for years ran performance management.  They

14  never once came in to actually observe me in

15  class the whole time.  So they're coming on --

16  and when there's an issue with a faculty

17  member, instead of outreach and looking into

18  what's fact and what's opinion, what's real,

19  what's not, instead of any of that, that was

20  like outsourced to HR.  So all they did was

21  crunch some numbers based on student evals.

22        Now, it so happened that if you look at

23  my evaluations, you'll see they're all above

24  average.  And there's variations of course from

25  year to year or semester to semester.  It might

1  be a little up or a little down, but it was all
2  above average.  And with Ben Tepper for those
3  first number of years, it was always
4  exceptional.  But, you know, when Bob Lount of
5  course came in as my supervisor seeing our
6  history, saw that it was always above average
7  but it was -- you know, there was some
8  variation there.
9          Q.    So there were variations in your
10  student eval's, you're saying?
11         A.    Well, a little bit.
12         Q.    Are those student eval's called
13  SEI's?
14         A.    Yeah.
15         Q.    And what does that stand for, that
16  acronym?
17         A.    Student -- I'm not sure.
18         Q.    Okay.  And when are SEI's filled
19  out?
20         A.    Usually at the end of the semester
21  by each student.
22         Q.    And how do the students -- strike
23  that.  Are there scores that students give
24  faculty?
25         A.    Yes.

Page 110

1         Q.     And then is there a range to those
2    scores?
3         A.     Yeah.  You know, it's -- now I'm
4    kind of out of the loop, so I'm not sure what
5    the scores are.  I just know that bottom line I
6    was always above average.  And there's another
7    way of ranking a professor that was more on
8    line.  You can go online, as my three college
9    aged sons would tell me, is you could go on
10   line -- Rank My Professor, I think is the name
11   of it.  I'm not positive.
12        But my boys said, Dad, you know, usually
13   those ranking numbers for professors is really
14   low because it's a lot of disgruntled students
15   that don't like their experience with that
16   professor, but yours are really amazingly high
17   for what this is all about.  I never really
18   looked at them, but I think it's called Rank My
19   Professor.
20        Q.     Is that a private website?
21        A.     I don't know.
22        Q.     Other than SEI's, anything else
23   that you remember OSU utilizing to evaluate
24   your teaching performance?
25        A.     No.  Well, except for the teaching

1   award, so that was -- at Fisher that was a big

2   deal.  So there's like 200 faculty members and

3   they're picking only one who is considered the

4   best teaching professor for undergrad and for

5   graduate level.  And I was selected as the best

6   teaching professor at a graduate level.  And so

7   there was faculty in administrative review

8   sessions to determine who was best, and I won

9   the graduate level for that performance

10  assessment.

11          Q.    During your interview for the

12  senior lecturer position --

13          A.    Yes.

14          Q.    -- did Ben Tepper discuss with you

15  what was expected of senior lecturers as far as

16  SEI scores?

17          A.    No.

18          Q.    Did he ever discuss that with you

19  afterward, while he was still chair?

20          A.    No.

21          Q.    How about Robert Lount, did he ever

22  discuss with you what your SEI scores should

23  be?

24          A.    No.

25          Q.    At any time?

Page 112

1      A.    No.  What they did talk about was
2   grading.  So when I was being hired, I asked
3   Ben, "Do you have any policies around grading
4   that I need to be aware of as a professor?"
5   You know, I was thinking is there a forced
6   thing where, you know, 10 percent have to be in
7   this level or whatever.  And he said, "No.
8   Just we -- that's your business, what you
9   pick."
10      But then Bob Lount, in the last two years
11   or so, instituted a policy where there was
12   forced grading.  And he was not happy with the
13   fact that I was giving what I felt were the
14   appropriate grades to students.  He wanted only
15   a small number -- and this was -- a lot of my
16   peers were pretty upset with the fact that we
17   were now being told we had to force -- no
18   matter what they were really worth, we had to
19   put them in some category.
20      Q.    Okay.  I'm going to stay on the
21   SEI's for now.  Did you ever talk to your
22   colleagues about SEI scores?
23      A.    I tended not to because I was above
24   average and I just didn't feel that was
25   constructive or appropriate to talk about,

Page 113

1    about that.

2         Q.    And so you said, "Tended not to."

3    Does that mean you did or did not talk to

4    colleagues?

5         A.    Well, people came to me.  So, yes,

6    people did come to me saying, Wow -- like when

7    I became an exec ed faculty member, they were

8    saying, Well, you must have gotten really high

9    student eval's to become an exec ed member,

10   which I said, Well, it was -- you know, and

11   when I got the award for being a distinguished

12   graduate teacher there, you know, it came up

13   around then.  There were a couple of people

14   that said, "Wow, you must do well with your

15   SEI's."

16        Q.    Okay.  So you were employed at

17   Fisher for about seven years?

18        A.    Yes.

19        Q.    And in seven years, you never

20   discussed SEI scores with either Tepper or

21   Lount, the two department chairs that

22   supervised you?

23        A.    So let me see.  Well, first of all,

24   it was almost impossible to have any kind of

25   communication with Bob Lount.  He would just

1    not meet with me or talk with me, so.  With Ben

2    Tepper, we didn't talk about it because it

3    was -- if you looked at his scores, they were

4    always exceptional, so.  You know, we talked

5    more about ideas, exercises and stories and

6    games and things that we could do like teaching

7    methods that would influence content, because

8    we both were leadership professors.  He had an

9    administrative role but he was also a

10   leadership teacher.  And so we would compare

11   notes on what could make it interesting --

12        Q.    Um-hum.

13        A.    -- so we talked more about that

14   than about grades or grading.  And there was --

15   at that time there was no policy around

16   grading.

17        Q.    So sitting here today, do you

18   recall what SEI scores you were expected to

19   achieve in your classes?

20             MR. PETROV:  Objection, foundation.

21        You can answer, Mark.

22        A.    No.  There's -- no.

23        Q.    And were you ever made aware of

24   that --

25        A.    No.

Page 115

1          Q.      -- of the expected -- okay.

2                        -   -   -   -   -

3                  (Thereupon, Deposition Exhibit 10,

4                  04/10/2020 Memo To Mark Sullivan

5                  From Robert Lount, Bates Numbers

6                  OSU_000013-000014, was marked for

7                  purposes of identification.)

8                        -   -   -   -   -

9          Q.      I'm going to hand you Defendant's

10    Exhibit 10.  Let me know when you finished

11    reviewing.

12         A.      Okay.

13         Q.      Do you recognize Defendant's

14    Exhibit 10?

15         A.      Yes.

16         Q.      What is Exhibit 10?

17         A.      Basically it's an evaluation.

18         Q.      An evaluation of what?

19         A.      Classroom performance.

20         Q.      Of who?

21         A.      Of me.

22         Q.      And this is an annual review letter

23    dated April 10, 2020, regarding your

24    performance the prior academic year?

25         A.      Yes.

Page 116

1          Q.    Okay.  If we go down to evaluation,
2     it lists, SEI range of 4.1 to 4.5 for a course,
3     it looks like MHR 3100, OB/HR, correct?
4          A.    Right.  It's foundation of
5     management and human resources.  So I taught a
6     human resource course there.
7          Q.    The next one is 3200 OBHR for
8     undergrad business majors, SEI range 4.4
9     to 4.6?
10         A.    Right.
11         Q.    And then MHR 7236 Crucial
12    Conversations, 2.3 to 4.9, correct?
13         A.    Yeah.
14         Q.    And then it lists the next course,
15    which is 3632, projects for business
16    industry, 4.1 to 4.6.
17         A.    Correct.
18         Q.    And so are those different sections
19    of those courses that you taught?
20         A.    Those were the names of different
21    courses that was part of my course load.
22         Q.    And then, for example, with the
23    Crucial Conversations one --
24         A.    Oh, yeah.  The answer is, yes.  So
25    for the first one, 3100 and 3200 were different

Page 117

1   sections of the same material taught to a

2   different audience.

3         Q.    Um-hum.  And with the two numbers

4   in the parentheses to 2.3 and 4.9, does that

5   mean one class SEI scores were 2.3 and the

6   other class was 4.9?

7         A.    Yes, that's right.

8         Q.    Okay.  Do you remember receiving

9   that SEI score the prior academic year,

10  the 2.3?

11        A.    Yeah, yes.

12        Q.    Did that concern you, getting a 2.3

13  or was a 2.3 acceptable in your mind?

14        A.    Well, bottom line was, I was above

15  average so I was -- you know, but I also

16  realized that this was a flawed system.  So I

17  did not consider this to be an accurate view of

18  my performance at all, as I continued to get

19  letters and notes from students that were

20  saying how much they were impacted, their

21  personal positive impact.

22        Q.    When you say the 2.3 was not

23  accurate --

24        A.    That's right.

25        Q.    -- did you ever take advantage

Page 118

1  of -- and I apologize -- second-to-last
2  paragraph, last page of Exhibit 10 under,
3  Workload.  Did you ever take advantage of the
4  right to file anything or object to the 2.3?
5      A.    Yeah.  I felt at this time that it
6  was -- it was fruitless, that Bob was my
7  supervisor, Bob Lount was not going to meet
8  with me.  I had tried and he -- I mean, this is
9  one of the reasons why he was taken out of this
10 position.  I mean, I didn't feel he had the
11 skill or the capability to --
12         MR. PETROV:  Mark, his question
13 was, did you take advantage and contact Bob.
14     A.    Yes.
15     Q.    And so you filed a -- let's see,
16 you filed comments regarding the 2.3 in one of
17 your sections Crucial Conversations.
18     A.    I filed an email or had reached out
19 to him but that was it.  It wasn't a -- I'll
20 just leave it at that.
21     Q.    Did Professor Lount reach out to
22 you to discuss the 2.3 at all?
23     A.    Absolutely not --
24     Q.    Okay.
25     A.    -- neither did he reach out to me

Page 119

1    when I had exceptional scores, positive or

2    high, high or not.  He never would reach out to

3    me.

4          Q.    Okay.  And the range of SEI scores,

5    is a 4 considered high?

6          A.    Yes.

7          Q.    What about a 3?

8          A.    That's considered, you know, more

9    in the average range.

10          Q.    And then what about a 2?

11          A.    So that's considered acceptable

12    but -- acceptable, but could need some

13    attention.  And god forbid, maybe even coaching

14    from someone who is your boss.

15          Q.    And then what about a 1?

16          A.    That's unacceptable.

17          Q.    Okay.  Is Defendant's Exhibit 10 a

18    true and accurate copy of your April 10, 2020,

19    annual review letter?

20          A.    So officially for what they have

21    from a record standpoint, yes, but I would say,

22    no, from a standpoint of reality.

23                      -   -   -   -   -

24                (Thereupon, Deposition Exhibit 11,

25                04/09/2021 Memo To Mark Sullivan

                                      Page 120

1              From Robert Lount, Bates Numbers

2              OSU_000054-000056, was marked for

3              purposes of identification.)

4                   -  -  -  -  -

5      Q.    Okay.  I'm going to hand you what's

6   been marked as Defendant's Exhibit 11.  And let

7   me know when you finished reviewing.

8      A.    Okay.  Yes.

9      Q.    Do you recognize Defendant's

10  Exhibit 11?

11     A.    Sure.

12     Q.    And what is it?

13     A.    So it's a faculty evaluation of me

14  in my class -- classes.

15     Q.    And this annual review letter is

16  dated April 9, 2021?

17     A.    Yes.

18     Q.    And this is from Robert Lount?

19     A.    Yes.

20     Q.    Okay.  And going to the second page

21  of the exhibit under, "Evaluation," it lists

22  MHR3100, 3200, MHR7236, Crucial Conversations,

23  BA3632, projects for business and industry, and

24  then BA3630, consulting emerging.  Is that

25  correct?

Page 121

1        A.    Yes, yes.

2        Q.    Then starting with the sentence,

3    "Moreover," it states -- I'm sorry.  The next

4    sentence, "Although."  "Although there have

5    been several instances of very high ratings,

6    i.e. 4.9, there have also been some ratings

7    that are quite low, i.e., 2.3, 2.71, 2.83.  For

8    instance, for GAP in 2018, you received an

9    overall SEI of 2.83 and for GAP in 2019, you

10   received an overall SEI of 2.71.  Teaching

11   evaluations in the 2s are concerning and

12   atypical for a senior lecturer."

13        This was given to you on April 9 of 2021?

14        A.    Right.

15        Q.    And did you have any concerns with

16   the evaluation as --

17        A.    I did.  And in part this was during

18   Covid and it was -- this is an unusual -- so

19   the GAP program was very unusual, that there

20   were peer faculty that were all going to be

21   getting the same grade.  And we were -- I was

22   really the GAP director or coordinator where

23   these business students were going to be

24   interning in other countries for consulting.

25        And because it was Covid, it was really

Page 122

1    pretty flawed.  We were -- it was very hard to

2    run a program not knowing if we could go to

3    another country or not.  And we were all going

4    to get the same grade.  And there was no

5    support by my boss on, how do we manage this.

6    He had no interest in having any involvement

7    whatsoever.

8          And I said, "This is -- this is a program

9    that's been run into the ground in Covid.  If

10   we're depending on the goodwill of these

11   privately held companies in these different

12   countries" -- like we're trying to get them to

13   France and to Spain and these other places.

14   So, you know, it was frustrating.  And you can

15   see why the grades were lower.  I felt it was

16   beyond our control and that there should have

17   been some alternative grading --

18          Q.    Okay.

19          A.    -- especially with it being -- with

20   it being in a Covid environment and we're

21   trying to run consulting programs in countries

22   that are infested with Covid, as we were.  And

23   we're getting graded on their satisfaction

24   levels.  So these are students that are pissed

25   off and upset that they can't go to Paris or

```
                                    Page 123
 1   Rome and so they're going to take it out on us.
 2        Q.   I just kind of want to point to the
 3   GAP in 2018.  2018 would have been before 2020,
 4   when Covid --
 5        A.   Yeah.
 6        Q.   -- came to the United States,
 7   correct?
 8        A.   This is a program that had only --
 9             MR. PETROV:   There's no question.
10             THE WITNESS:   Okay.
11             MR. PETROV:   There was not a
12   question.  Yeah.
13             MR. STOUFFER:  Thank you.
14             THE WITNESS:   Thank you.  Sorry.
15   BY MR. STOUFFER:
16        Q.   And then GAP in 2019, that's also
17   prior to March 2020, when Covid began in the
18   United States.
19        A.   Yeah.
20        Q.   Did you talk to Robert Lount about
21   this section of your evaluation letter at all?
22        A.   No.  I couldn't reach him.
23        Q.   Did you talk to anyone else at the
24   MHR department?
25        A.   That would not be -- I mean, no one
```

                                                        Page 124

1   went to HR for things around faculty --

2          Q.     No, not HR.  I'm sorry.  The MHR,

3   so the department, did you talk to any other

4   faculty members?

5          A.     So that -- no, because the only one

6   that would be appropriate to have been talking

7   to the department chair of MHR, which was Bob

8   Lount --

9          Q.     Um-hum.

10         A.      -- and this was a program I was

11  asked to take on outside of -- this was on top

12  of everything else that was a problem child, as

13  described to me by Ben Tepper.  He asked, as a

14  special favor, can you take this.  This was run

15  into -- run into the ground.  There were

16  only 20 students.  I had bumped it up to 80

17  students getting them by recruiting -- doing a

18  lot of work, but it was a really complex,

19  difficult program.  This wasn't a standard,

20  kind of knowledge based program.  It was skill

21  based and it was global and you had to work

22  through a lot of different people.  And Bob

23  Lount wouldn't have any -- as my boss, he

24  wouldn't have any knowledge of what this really

25  involved and nor any interest.

Page 125

1          Q.    Okay.  Just a few more questions
2     then we'll go off the record to discuss
3     potentially a lunch break.
4          So regarding Bob Lount and these scores
5     in the 2s, you said you didn't just talk with
6     him about it, but did you attempt to talk to
7     him about it?
8          A.    Oh, yeah.
9          Q.    Okay.  So did you send him -- how
10    did you attempt to contact him?
11         A.    So a number of times I would go
12    down to his office and his door would be
13    closed, so -- and I would knock on the door.
14    And someone would say inside, "In a meeting."
15    Or his assistant would say, "Well, I'll let him
16    know that you're interested in meeting with
17    him."  And that was -- you know, because I
18    wanted to have more of an in-person discussion
19    and I would never get one from him.
20         Q.    Okay.  And then did you take
21    advantage of your right to write a personal
22    response to Exhibit 11?
23         A.    I didn't find that to be
24    encouraging at all.
25         Q.    Is that, no?

```
                                            Page 126

 1        A.    Yes, no, no.  I only wanted to do

 2   things that would work, that would make a

 3   difference and that would help my students, and

 4   that would not.

 5        Q.    Writing a letter as --

 6        A.    So where does that go?

 7              MR. PETROV:    Mark --

 8        A.    Yeah, no.

 9              MR. PETROV:    -- he asked a

10   question.  You answered his question --

11              THE WITNESS:   Yeah.

12              MR. PETROV:    -- so you're good

13   right now --

14              THE WITNESS:   Yup.

15              MR. PETROV:    -- unless David has

16   a next question.

17              MR. STOUFFER:  I guess we'll go off

18   the record.

19              MR. PETROV:    Okay.

20              VIDEOGRAPHER:  Off the record.  The

21   time is now 1:10.

22                  (Lunch Recess Taken.)

23              VIDEOGRAPHER:  We're back on the

24   record.  The time is now 2:12.

25   BY MR. STOUFFER:
```

Page 127

1      Q.    All right.  Mark, during your time

2   as senior lecturer, what were the sizes of your

3   courses?

4      A.    For my undergrad courses,

5   foundations of management, would be up to 300

6   or so students.  I had really the largest

7   classes, for the most part.  For my graduate

8   level, they were initially smaller.  Like for

9   the early years, they were more like 20 or so.

10  They were capped at that.  And then by the

11  later years, they're more like double that.

12  For Crucial Conversations and for the cap

13  consulting went from 20 to 80.

14     Q.    Okay.  How would you -- was there

15  any -- did you get any assistance teaching your

16  larger classes?

17     A.    So I had a TA, a teacher assistant,

18  for my larger classes of 300.

19     Q.    Is that something you have as of --

20  right when you teach a class that size or is

21  that something that you --

22     A.    It was --

23     Q.    Sorry.

24     A.    -- yes.

25     Q.    Okay.  And were these like graduate

1    students or could --

2          A.     Yes --

3          Q.     -- could they be undergraduates?

4          A.     -- they were graduate students --

5          Q.     And --

6          A.     -- Bob did try to take away a TA

7    for my -- in the last year or so; and I, you

8    know, made the case that that's really

9    unrealistic.

10         Q.     How many TA's would you be assigned

11   for a single 300 person course?

12         A.     So one TA --

13         Q.     One TA.

14         A.     -- it was a lot of work but -- it

15   was a lot of work for me and a certain amount

16   of work for them.

17         Q.     And how did the hiring/assignment

18   process work with TA's?

19         A.     So the school, under the guidance

20   of Bob Lount, would approve both the candidates

21   for the TA positions and also the professors

22   that would be allotted a TA.  And then the

23   professor would interview the TA's -- TA

24   candidates.  And so I would make a hiring

25   decision on the TA's.

Page 129

1          Q.    So you made the hiring decision,
2    not the department?
3          A.    Yes.
4          Q.    So Bob Lount would select who would
5    serve as a TA or whoever the --
6          A.    He would approve the list --
7          Q.    He would approve a list?
8          A.    -- that would be candidates that
9    could be interviewed.
10          Q.    And then what -- and then the next
11    step?
12          A.    And then the next step was the
13    professor who would potentially be working with
14    their assigned TA to interview the list --
15          Q.    Okay.
16          A.    -- and make a decision.
17          Q.    You would interview multiple TA's?
18          A.    So, multiple candidates.  So say if
19    there was a list of ten TA candidates for a TA
20    position, Bob would say, "Okay.  These ten out
21    of X number would be in the pool, interview
22    candidate pool" --
23          Q.    All right.
24          A.    -- and then I would interview --
25    and then I would look at their backgrounds and

Page 130

1    pick -- say out of ten, I might pick three or

2    four and then interview them and make a

3    decision.

4         Q.    How many times were you assigned a

5    TA or --

6         A.    Every semester.

7         Q.    Every semester?

8         A.    Yeah.

9         Q.    Okay.  Let's see, do you remember

10   being assigned or interviewing a TA by the name

11   of Noni Murithi?  And that's M-u-r-i-t-h-i.

12        A.    I think so.

13        Q.    What do you remember about --

14        A.    If she's the right one.  So we're

15   talking about -- I've interviewed hundreds

16   of -- or a lot of candidates.  There was one

17   extraordinary circumstance where a candidate

18   was -- I think it was during Covid and we

19   couldn't interview them there, so I -- and I

20   think we were in lockdown.  So I had the

21   candidate come to my backyard --

22        Q.    Okay.

23        A.    -- and my wife was with me and I

24   had at least one of my kids.  And I interviewed

25   her in our backyard.  And she was highly

```
                                      Page 131
 1   anxious and it appeared she may have been under
 2   the influence of something.  I don't know what.
 3              MR. PETROV:   Mark, all this is
 4   fine, but I don't know if it's where David
 5   wants to go --
 6              THE WITNESS:  Yeah.
 7              MR. PETROV:   -- so let him ask his
 8   questions and then answer those.
 9   BY MR. STOUFFER:
10       Q.    Okay.  So you did have an interview
11   with, I'm going to call her, Noni?
12       A.    I think so.
13       Q.    And that was in your backyard?
14       A.    Yes.
15       Q.    And then she engaged in some sort
16   of abnormal behavior?
17       A.    Yes.
18       Q.    And then what happened?
19       A.    I called 911, because she was
20   making unusual noises underneath our picnic
21   table.  She was lying on the ground and, you
22   know, it was very inappropriate interview
23   behavior.  And so -- but for her benefit, I
24   called the police and had her be picked up.  I
25   think they wanted her to go to some kind of a
```

Page 132

1    lockdown place.  And I said, "Please send her
2    to the hospital, not to -- you know, to be
3    checked out for health."
4         Q.   And was all that you remember of
5    what happened?
6         A.   Yes.  Oh, no, no.  Her -- I think
7    her mother called me --
8         Q.   Okay.
9         A.    -- and wanted me to seriously
10   consider her, and I explained what had
11   happened.  I said, "It's hard for me to
12   consider that given the circumstances."
13        Q.   Yeah, that makes sense.  What
14   happened next?  Did you alert anyone at the
15   college of it?
16        A.   Oh, yeah.
17        Q.   Who did you talk to?
18        A.   Bob Lount and also there was
19   someone from HR.
20        Q.   Okay.  Was it either Jennifer
21   McLendon or --
22        A.   Yeah --
23        Q.    -- William Wattercutter?
24        A.    -- yeah, I think -- well, I'm not
25   sure if it was Jennifer.  She may have been

```
                                          Page 133
 1    involved.  I think there were multiple people.
 2    It was a pretty extraordinary circumstance.  So
 3    I was able to actually talk to Bob, I think by
 4    phone --
 5         Q.    Okay.
 6         A.    -- and he agreed that I should move
 7    on to someone else.
 8         Q.    Okay.  And did he assign you or did
 9    you go and hire a new TA?
10         A.    So he actually assigned me someone
11    else --
12         Q.    Okay.
13         A.    -- which was a little unusual.
14    Usually I would pick the person.  In this case,
15    we're coming up on the class was going to start
16    and we needed someone right away so he assigned
17    me someone.
18         Q.    So you were in communication with
19    Bob Lount?
20         A.    For that one occasion, yes.
21                    -  -  -  -  -
22              (Thereupon, Deposition Exhibit 12,
23              08/24/2020 Email To Robert Lount
24              From Mark Sullivan With Attachment,
25              Bates Numbers OSU_002742-002743, was
```

Page 134

```
 1              marked for purposes of
 2              identification.)
 3                   -  -  -  -  -
 4       Q.    Okay.  I'll show you what's been
 5   marked as Defendant's Exhibit 12.  Okay.  Just
 6   let me know when you're done reading the email.
 7       A.    Okay.
 8       Q.    So just to confirm, on your email,
 9   OSU, is that sullivan.956@osu.edu?
10       A.    Yes.
11       Q.    Okay.  And then that's Robert
12   Lount's email?
13       A.    Yes.
14       Q.    Okay.  It looks like you recounted
15   here to Lount what happened regarding Noni,
16   correct?
17       A.    Um-hum.
18       Q.    Does this refresh your recollection
19   with any of the details of what transpired?
20       A.    Yes.
21       Q.    And so she showed up to your home
22   for the interview and the Uber driver was
23   calling her a gender essentially, calling her
24   gender slurs, correct?
25       A.    That's what I was told.
```

Page 135

```
 1        Q.    You didn't witness it?
 2        A.    No.
 3        Q.    Who told you that?
 4        A.    She did.
 5        Q.    Okay.  And then, let me see.  And
 6   then she was talking to herself, highly
 7   distracted, rolling of the eyes.  Does that
 8   sound accurate?
 9        A.    Yes.
10        Q.    Okay.  Then did you ever follow up
11   with Robert, after this email, on her status?
12        A.    Oh, yes, yeah.
13        Q.    And what was his response?
14        A.    Well, he felt assured that it was
15   being handled correctly, so.  You know, I had
16   recapped what had happened.  I called 911.  She
17   was taken in.  And then I was -- I recapped
18   with him, I think by phone a couple times.
19   Like one time here, we are in interim status.
20   And then, once again, when I reminded him that
21   I need someone for the position within a
22   certain period of time.  He offered so and so.
23   I got that person.  I interviewed.  And then I
24   think I confirmed with him that I was going
25   with that new candidate.
```

Page 136

1      Q.    Okay.  And then do you know if Noni
2   ever came back to Fisher?
3      A.    I have no idea.
4      Q.    Okay.  I'm going to change
5   subjects.  As part of your job as senior
6   lecturer, were you responsible for selecting
7   the literature that were assigned to your
8   courses for the students?
9      A.    Yes, yeah.
10      Q.    How would you go about selecting
11   which textbooks or literature that the students
12   were assigned?
13      A.    So I always looked at what the
14   learning objectives were for the course and for
15   the student from a knowledge and skill
16   perspective.
17      Q.    Okay.  And then would you -- would
18   you look at a list of potential textbooks and
19   decide which one to use or --
20      A.    Yeah.  I mean, that's -- yes.
21      Q.    Okay.  And what if a professor or
22   senior lecturer wants to assign their own book
23   to a class, what's the procedure for that?
24      A.    Usually, given that's the case with
25   a whole number of professors at Fisher; that

Page 137

1  they write a book in which they want to use

2  that.  I, too, had written a book and wanted to

3  use that as well as other complementary

4  materials.  I wrote the book in part to help my

5  students learn things that they weren't getting

6  from anywhere else.  So for Crucial

7  Conversations, they used my leadership book

8  called, "Fly When Trouble Visits."  And they

9  also used the licensed material that was from a

10  company that provided that.

11       Q.    Okay.  Was there a procedure prior

12  to 2021, for getting a book that you had

13  published assigned to your own courses

14  approved?

15       A.    No.

16       Q.    So prior to 2021, there was no

17  procedure?

18       A.    Right.

19                  -   -   -   -   -

20            (Thereupon, Deposition Exhibit 13,

21            "Thrive:  When Trouble Visits!"

22            Xeroxed Front and Back Cover, Bates

23            Number OSU_002701, was marked for

24            purposes of identification.)

25                  -   -   -   -   -

Page 138

1          Q.    Okay.  And I'm going to hand you
2    Defendant's Exhibit 13.  Is this the cover of
3    your book, "Thrive"?
4          A.    Yes.
5          Q.    And when did you publish that?
6          A.    This is the popular press edition,
7    the second of two editions, which was -- the
8    publishing date was June of last year.
9          Q.    Okay.  And you were kind of going
10   into it, but what does the book focus on?
11         A.    So it focuses on personal
12   leadership resilience when -- three conditions:
13   When stakes are high, demand is beyond capacity
14   and the future is uncertain.  So it provided
15   tips, tools, knowledge, concepts on how to
16   function, what to say, what to think and do
17   during these difficult moments.
18         Q.    Do you see the text that's to the
19   right of your photograph there?
20         A.    Yeah.
21         Q.    One thing that stood out to me is,
22   as far as like it lists McKinsey & Co.
23         A.    Yeah.
24         Q.    Did you at some point work for
25   McKinsey?

1      A.    I was a -- what they referred to as

2  an alliance partner for McKinsey.  So when I

3  was a managing director for Apex, McKinsey

4  reached out to me and asked if I could create

5  an association with them given the expertise I

6  had in the middle market space for OD,

7  organizational development.

8      Q.    Okay.  And when did that occur?

9      A.    That was around 2013 or '14,

10 somewhere around there.

11     Q.    Okay.  So you contracted with them

12 but didn't necessarily work for them directly?

13     A.    So I contracted with them, yeah --

14     Q.    Okay.

15     A.    -- but they -- they -- they

16 referred to me as, an alliance partner.

17     Q.    Okay.  Let's turn to Crucial

18 Conversations.  What is, Crucial Conversations?

19     A.    It's a course that helps

20 individuals to have the skills to deal with

21 conflict resolution or with challenges and

22 tension in difficult moments.

23     Q.    Okay.  And I apologize if I

24 mispronounce this word.  I've been trying to

25 pronounce it correctly.  So what kind of

Page 140

1    pedagogy would you use to teach those topics?

2         A.    Sure.  And I appreciate your trying

3    to reach into this somewhat obtuse world of

4    professor language.  So that is really about

5    bottom line ways of connecting with people and

6    with different backgrounds.  And so I found the

7    most powerful, effective way to increase

8    learning, insights, knowledge and skills was

9    through role plays and stories and

10   simulation --

11        Q.    Okay.

12        A.    -- so that's -- what they sometimes

13   refer to as, "Pedagogy," was also a more

14   layman's term is about methodology or ways of

15   connecting --

16        Q.    Okay.

17        A.    -- from a learning or cognitive

18   perspective.

19        Q.    And I think I generally know what,

20   role play is, but could you just kind of

21   describe how you use role playing --

22        A.    Sure.

23        Q.    -- in your course?

24        A.    So creating real-life scenarios

25   that test the competency level from both the

Page 141

1  knowledge and skill perspective of some
2  potential learner --
3         Q.    Okay.  Sorry.
4         A.     -- and I would just add one more
5  thing.  So there are two types of courses.  One
6  was a knowledge course and one is a skill
7  course.  This was really -- Crucial
8  Conversation is more of a skill-based course.
9  So the best way to teach or to create a
10 teaching, learning environment is through
11 heavy-duty tell/show/do method of role play,
12 simulation and storytelling.
13        Q.    Okay.  And what other methods would
14 you use to teach your students?
15        A.    Well, there's the Socratic method
16 which --
17             MR. PETROV:   May I just ask, do
18 you mean within -- are we just talking about in
19 Crucial Conversations?
20             MR. STOUFFER:  In Crucial
21 Conversations.  I apologize.
22             MR. PETROV:    Thank you for the
23 clarification.
24             THE WITNESS:   Sure.
25 BY MR. STOUFFER:

Page 142

1    A.    So I also -- aside from an
2    experiential approach, which is the role play's
3    and simulations, there was more Socratic
4    method, which you would create scenarios for
5    stimulation purposes.  Also, raise provocative
6    dimensions or angles around that learning
7    situation --
8    Q.    Um-hum.
9    A.    -- and getting group feedback.  And
10   then there was actual old-fashioned knowledge
11   based teaching where I'd put out concepts.  And
12   these concepts would be theoretical frameworks
13   on what to do when you're in certain
14   situations.  And then I would give a lot of
15   examples.  So unlike a pure knowledge,
16   theory-based class, it was a real -- it was
17   called, blended learning in this methodology.
18   So there was experiential and there was, you
19   know, some of these other kinds of methods.
20              MR. STOUFFER:  And did you need a
21   break?
22              MR. PETROV:    No.
23              MR. STOUFFER:  Okay.
24   BY MR. STOUFFER:
25        Q.    And then -- okay.  And was Crucial

Page 143

1    Conversations an elective or core course?

2         A.    It was elective.  However, many

3    students wanted it to become required and they

4    petitioned to the school that it be -- that it

5    would be required.  A lot of people felt that

6    every student should get it.  And also

7    professors that were uncharacteristically

8    coming to my classes and sitting in the back of

9    the room watching and listening to it as well.

10        Q.    Okay.  Do you develop or write

11   syllabi for all your classes?

12        A.    Yes.

13        Q.    Including Crucial Conversations?

14        A.    Yes.

15                   -   -   -   -   -

16             (Thereupon, Deposition Exhibit 14,

17             BUSMHR #7236 -- Crucial

18             Conversations Syllabus, Etc., was

19             marked for purposes of

20             identification.)

21                   -   -   -   -   -

22        Q.    I'm going to show you what's been

23   marked as Defendant's Exhibit 14.

24        A.    Sure.

25        Q.    Just let me know when you've

Page 144

1   finished reviewing.

2          A.     Okay.

3          Q.     At the top it says, "Spring

4   Course 7236."  Would this be the same syllabi

5   that was used in, say, the fall of 2021, or

6   would there be substantial changes?

7          A.     Not substantial.  It would be very

8   similar.  Just since this was the first post

9   Covid, the first in-person class, there were a

10  few tweaks regarding Co -- so it says like on

11  the first page, "Covid 19, sensitive, in-person

12  class required schedule."  So there'd be little

13  tweaks, you know, whether it was in Covid time,

14  home based or in person, but that was -- the

15  content itself stayed the same.

16         Q.     Okay.  In terms of conflicts or

17  stressful situations --

18         A.     Sure.

19         Q.     -- how would you help your students

20  role play those situations?

21         A.     Yeah.  So I would often start with

22  an example, sometimes a video of a highly

23  charged emotional social intense thing just to

24  give an example of something that seems scary.

25  And then I came back to teach the concept and

Page 145

```
 1   then slowly walk them through different stages
 2   of engagement.  And generally speaking, you
 3   know, as a trained psychologist, you have to be
 4   very much aware of readiness, how much someone
 5   is ready to take a certain degree of intensity.
 6        And so while the first video snapshot was
 7   kind of shock value -- it's like holy shit.
 8   You know, like my god, what do you do -- to
 9   create a lot of curiosity and interest with a
10   lot of young folks in the room that would be
11   riveting.  And then would slowly, carefully
12   walk them, get them prepared for more
13   intensity.  So that was -- you know, what was a
14   little different with this class, it's the
15   first class out of Covid.  And they had spent a
16   lot of time in their homes or not together with
17   people.  And I had, when Bob Lount called me in
18   September of 20 --
19            MR. PETROV:    Hold on.  I'm sure
20   David will get to all of this eventually.  I
21   just want to make sure that we progress through
22   it in the order that he wants to --
23            THE WITNESS:   Okay.
24            MR. PETROV:    -- and I think he
25   was still asking questions about methodology.
```

1                THE WITNESS:    Yeah.

2    BY MR. STOUFFER:

3        Q.    So you mentioned videos as one

4    method of kind of getting students engrossed in

5    an tense or stressful situation --

6        A.    Sure.

7        Q.    -- correct?

8        A.    Sure.

9        Q.    Other than videos, what else would

10   you use?

11       A.    Stories.

12       Q.    Stories.

13       A.    I would also use the Socratic

14   method.  I would use a case example.  And I

15   often would start with personal versus

16   business --

17       Q.    Okay.

18       A.    -- because people remember personal

19   scenarios a lot closer.  So if there's a

20   breakup with a boyfriend, girlfriend or

21   whatever.  And then move to business where

22   something -- if they had a bad day with the

23   boss or whatever, so.  But would use methods

24   that were very personal and experiential.  And

25   also trying to create a fair bit of emotional

Page 147

 1    safety, because this was scary stuff.  So I

 2    would try to be very affirming.  So I would

 3    acknowledge -- I would sometimes even bring up,

 4    before the seven weeks, some executive presence

 5    things about how people were nonverbally

 6    reacting.  And I found certain students were

 7    less confident.

 8         And so the methods would be around trying

 9    to build their confidence and competence up.

10    So my talking about how they looked or how they

11    act was very intentional to help build

12    competence around particularly -- I would say,

13    particularly around female students who were in

14    the company of men who sometimes felt

15    intimidated by some of -- so I would

16    intentionally try to focus on building their

17    confidence and competence.  There were some men

18    as well, but to me it was just helping students

19    be more confident.  So a teaching method that

20    was very much like what we would call Rogerian.

21         Q.    Okay.  Can you give me an

22    example -- outside of the Whitey Bulger

23    incident that you have in your complaint, can

24    you give me another example where you've used

25    very either aggressive or antagonizing language

                                        Page 148

1    in a video or something like that?
2           A.    Outside of the Whitey Bulger?
3           Q.    Yeah.  I'm assuming that's not the
4    only --
5           A.    Right, right, right.
6           Q.    So can you give me an example of
7    something else that you've used in class?
8           A.    So a lot of times, I would
9    literally work off them.  I would say, "I want
10   you to take 10 minutes to think of a tough
11   time, tough day that you had, work or home."
12   And then they would partner with someone and
13   they'd go through that.  And then I would say,
14   "Now I'd like to ask for a volunteer, a
15   volunteer to come down to the well and we'll
16   role play that tough scenario.  I'll be you and
17   you be them" --
18          Q.    Okay.
19          A.    -- so if it's a mean boss that's
20   yelling at you for some reason, you be the mean
21   boss and I'll be you.  And we'll use some of
22   the tools that are on the board to see how that
23   works out --
24          Q.    Okay.
25          A.    -- and so -- and I found that by

1    using their personal cases that became very

2    effective in them considering adopting that

3    practice.  It also gave me some signaling as to

4    whether or not I was calibrating -- I had to go

5    at a certain pace.  It's a mixed audience.

6    Some people were more seasoned and mature and

7    could take more intensity.  Others couldn't.

8    So you had to kind of be careful.  And I would

9    have to test readiness levels as well as

10   competency and understanding levels all at the

11   same time with a very mixed audience.

12        Q.    Okay.  So spring semester 2021,

13   this is the 49th time you've taught --

14        A.    Somewhere around there.

15        Q.    -- Crucial Conversations?

16        Has the syllabus for your Crucial

17   Conversations course, in terms of the actual

18   meat and potatoes of the course, has that

19   changed drastically over the 40-some times?

20        A.    No.

21        Q.    Okay.  So on September 28, 2021,

22   you had a class.  Can you walk me through what

23   happened during that day and the Whitey Bulger

24   scenario?

25        A.    So I covered regular class material

Page 150

1    in my regular way, which included content about

2    trying to detoxify or neutralize intense,

3    disrespectful language.  So I remember doing

4    some Socratic work in helping them to see, so

5    what has worked for you in the past when

6    there's disrespectful, hate-based speech that's

7    involuntary.  So went kind of from there to

8    sharing some -- sharing the Whitey Bulger story

9    but asking them, As you hear this story, I want

10   you to not get sucked into the emotional

11   intensity of it but be looking more

12   dispassionately at what tools can you use, what

13   can you pick and choose.  If you were the

14   police interrogator with Whitey Bulger, how

15   would you react to them --

16        Q.    Okay.

17        A.    -- so that was -- yeah.

18        Q.    So the students were playing the

19   role of the police officer?

20        A.    So I asked them by themselves to

21   quietly listen to the story, not be hooked into

22   the disrespectful hate speech but rather, how

23   would you personally, yourself -- and not

24   talking with anyone else, but how would you

25   actually engage with someone that has horrific

1  hate speech.  And then I'd like you to talk

2  with your learning buddy -- I had them all in

3  couples -- to kind of vent or brainstorm, what

4  are some things you would say or do when you

5  have such hate speech in your face literally.

6      Q.   Okay.  And then with this

7  quote that we're about to get to with Whitey

8  Bulger, was that a video or did you yourself

9  say the words?

10      A.   I said the words --

11      Q.   Okay.

12      A.   -- and I felt like -- so part of

13  what I was going for now was to increase shock

14  but also to increase some courage and

15  competence and confidence in a really tough

16  thing to be able to pick a couple of the tools

17  that we had just reviewed around, how do you --

18  how do you detoxify painful, prickly moments

19  with someone that's in your face.

20      Q.   Can you please turn back to

21  Defendant's Exhibit 8, page ID number 227.

22          MR. PETROV:   Do you mind if I do

23  it, Counselor?

24          MR. STOUFFER:  Oh, sure.

25          MR. PETROV:   It will probably be

Page 152

1  faster.

2       Here, why don't you give me this and this

3  is the first half of the document.

4              THE WITNESS:   Okay.

5              MR. PETROV:    That's the whole

6  exhibit there.  (Indicating.)

7              THE WITNESS:   Thank you.

8  BY MR. STOUFFER:

9       Q.   So paragraph 29, it describes, as

10  you were just discussing, the Whitey Bulger

11  role play scenario, correct?

12       A.   Yes.

13       Q.   And then can you read paragraph 30?

14       A.   "In this module focused on Whitey

15  Bulger, Plaintiff quoted Bulger as saying, 'I

16  don't want to be placed in a prison cell with a

17  bunch of niggers.  You make sure I'm in a place

18  with my kind and I'll talk about who was behind

19  that job of killing..."

20       Q.   And so that's the line you read to

21  the class?

22       A.   But I said it in a more emphatic

23  way.

24       Q.   Okay.  So you were more emphatic --

25       A.   Absolutely.

```
                                              Page 153
 1        Q.    -- because you were engaging in
 2    role playing?
 3        A.    I was trying to create shock,
 4    intentionally create this kind of in your face
 5    intensity and test their appropriate choice of
 6    different tools to bring down the intensity.
 7        Q.    What was the immediate reaction of
 8    the students in the class?
 9        A.    So, I mean, this was now like
10    the 49th time or whatever it was.  So, you
11    know, I -- and this was a large class.  So
12    there were like 40 or 45 students, because of
13    the high demand.  Everyone wanted to get into
14    this class.  And so I'm in a well looking up to
15    a large kind of typical circular type class and
16    I'm playing to the audience, to the crowds.
17        I can't see everybody, but I got the
18    sense that people were taking it in and they
19    were very engaged.  They were -- you know, in
20    terms of nonverbals, they were kind of
21    listening to it.  There was some people that I
22    found were probably a little taken back by it,
23    which I found to be helpful growth inspired
24    journey for them to kind of have different
25    reactions and to over time get better.
```

```
                                            Page 154
 1          Q.    Okay.  Now, kind of getting back to
 2    something you said earlier.  This was the 40th
 3    something time --
 4          A.    Yeah.
 5          Q.    -- that you've taught this course.
 6          A.    Yeah, right.
 7          Q.    And the syllabus hasn't changed
 8    very much.
 9          A.    Right.
10          Q.    So have you used that --
11          A.    Story --
12          Q.    -- Whitey Bulger story and quote 40
13    some --
14          A.    Every time.
15          Q.    Every time.  And then did you --
16    did you kind of like give any sort of
17    disclaimer or warning to the class?
18          A.    Oh, yes, yes.
19          Q.    And how did you communicate that
20    warning?
21          A.    So I would say, as I did in all the
22    preceding times, I said, "Now, you're about to
23    be tested in being able to engage in a very
24    intense, hateful, disrespectful moment.  You
25    have some choices on the board here in terms of
```

Page 155

1  how to neutralize or stay focused --

2          Excuse me.

3          Q.     Excuse you.

4          A.     Thank you.

5          -- and so there can be two different

6  things going on at the same time inside of you.

7  One is shock and disdain.  You can't believe

8  what's going on, that they would say such

9  disrespectful.  The other side is to be able to

10  be like a -- and I said this a couple of times.

11  When you land a plane, there's a control tower

12  and a cockpit.  You need to be both at the same

13  time.  In the control tower, you're looking at

14  zone management.  How do all the planes get

15  down.

16          And so here where is the conversation,

17  where is it going, how do you manage the

18  trajectory of that conversation.  But you're

19  also in the cockpit where you're experiencing

20  things up close and you need to manage your

21  emotions, how you feel and how you think at the

22  same time as looking macro.  So macro/micro.

23  So we're testing you on this.  So don't give

24  way to just the intensity of this.  Stay

25  focused on the big picture as much as on the

Page 156

1    little picture.

2         Q.    So did you verbally warn the class

3    before you engaged --

4         A.    Absolutely --

5         Q.    -- in the Whitey Bulger --

6         A.    -- yes.

7         Q.    -- module or lesson?

8         A.    Yeah.

9         Q.    Did you send anything in writing to

10   the class, prior to the Whitey Bulger material?

11        A.    No, no, no.  I didn't feel --

12   because every class had different things I was

13   testing them on.  This was on more intensive

14   affective moments and what tools could they use

15   for intense affect as opposed to

16   passive-aggressive or -- I mean, there's all

17   kinds of dysfunctional behavior.  This was only

18   one --

19        Q.    Okay.

20        A.    -- I will say that I was always

21   trying to calibrate readiness level and so, you

22   know, that was -- in the apology, I said,

23   "Crossed the line."  What that was about was,

24   did I move too fast, did I go too fast in being

25   able to introduce this concept.  Were 20 of

1  them ready or 30 or were all 40 of them ready

2  to have this kind of intense moment.

3       Q.   Okay.  Have you heard of what's

4  called a, Course highlights document?

5       A.   I've heard different variations of

6  that, yeah.

7       Q.   Do you know what it is?

8       A.   Is that for Fisher or are you

9  talking about in the learning industry itself?

10       Q.   For Fisher and Crucial

11  Conversations specifically, did you ever write

12  or draft a course highlight?

13       A.   I believe so.

14       Q.   And who receives course highlights?

15  Is that on a website somewhere or is that --

16       A.   A lot of different stakeholders.

17  So that would be for executive MBA students --

18       Q.   Okay.

19       A.   -- or I think it was even used by

20  the school for recruiting purposes because it

21  was a unique class.  I used it and the school

22  adopted my course in what's called the dean's

23  leadership academy.  So they had a -- so I

24  would have to -- they asked me to pitch the

25  course or present it to multiple audiences both

Page 158

1    internal to the school and outside the school.

2    And a course highlight was always a way to be

3    able to put 20 pounds of marbles in a 5-pound

4    bag.

5                        -   -   -   -   -

6                (Thereupon, Deposition Exhibit 15,

7                BUSMHR #7236 -- Crucial

8                Conversations Course Highlights, was

9                marked for purposes of

10               identification.)

11                       -   -   -   -   -

12        Q.    I'm going to hand you what's been

13   marked as Defendant's Exhibit 15.

14        A.    Okay.

15        Q.    Let me know when you're done

16   reviewing the document.

17        A.    Okay.

18        Okay.

19        Q.    What is this document, Exhibit 15?

20        A.    It's a preview of what the 40 hours

21   of 15-week Crucial Conversations course would

22   be.

23        Q.    Okay.  And did you create this

24   document?

25        A.    Yes.

Page 159

1      Q.    And where would it be made
2   available?
3      A.    Multiple places.  I think sometimes
4   on the Fisher website occasionally as well as
5   handouts as well as digital, you know, and
6   different audiences.  So if I was going to a
7   dean leadership academy introductory thing,
8   they would have me come in and take 15 minutes
9   and I might have this as a handout or it could
10  be -- you know, different settings like that.
11     Q.    Okay.  And then on the -- well, it
12  starts on the bottom of the first page and then
13  goes into the top of the second page.  The
14  title for this subsection is, "Example of
15  Provocative Language Used."  Do you see that?
16     A.    Yes.
17     Q.    And then going onto the second
18  page, it has the Whitey Bulger quote you just
19  said involving --
20     A.    Right.
21     Q.    -- the use of the, "N," word.
22     Has this document been in circulation,
23  since you started doing Crucial Conversations,
24  or has it just been -- was it more recent?
25     A.    No.  Since it started --

Page 160

1          Q.     Okay.

2          A.     -- this is standard stuff.

3          Q.     Is this something that has to get

4    approved -- is this something that has to get

5    approved before --

6          A.     All content and -- all teaching

7    content and methods have to be approved.

8          Q.     I really want to finish this

9    question.

10          A.     I'm sorry.

11          Q.     So for something like course

12    highlights or your syllabi, would you have to

13    submit that somewhere?

14          A.     Yes.

15          Q.     To where or to whom?

16          A.     To -- not only to the department

17    chair but I think to the accredit -- there was

18    an office of accreditation.

19          Q.     Is that at OSU?

20          A.     At OSU in Fisher.  Fisher had

21    someone who worked full-time to make sure

22    everything was accredited.  So this had to be

23    approved multiple ways.  And I also had to

24    submit this to -- since this was -- a portion

25    of it was licensed material, I also had to send

Page 161

1   it to the supplier to make sure that they would
2   approve this as well.
3           Q.    Supplier for what?
4           A.    For Crucial Conversations.  So the
5   course was in three different sections.  So one
6   section was about crucial tools.  The second
7   was around executive presence, which was a
8   hundred percent my content.  And third was
9   leadership resilience, which was a hundred
10  percent my content.  And the first of three
11  around the crucial tools, which was the first 7
12  of 15 weeks, that was using someone else's
13  material, but I would include my way of
14  teaching that.  So I would -- and they approved
15  that I could use my own stories and, you
16  know -- and so on.  But I had to use all their
17  videos.
18          Q.    Regarding the Whitey Bulger
19  material --
20          A.    Yeah.
21          Q.    -- is that something that came from
22  this source, this creator of the Crucial
23  Conversations --
24          A.    No.
25          Q.    -- or was that something you

Page 162

```
 1   created?
 2          A.     I created --
 3          Q.     Okay.
 4          A.     -- working with the Massachusetts
 5   State Police.  I personally knew the state
 6   police major who was responsible for
 7   interrogating Whitey Bulger.  So it was a true
 8   life experience of what happened to him when he
 9   was interrogating Whitey Bulger.
10          Q.     Okay.  And the -- strike that.
11   Okay.  So you have this class.  The class ends.
12   Did any of your students discuss with you after
13   the class ended what happened?
14          A.     So I think it was a couple of days
15   later -- so I would teach the class a couple of
16   times a week.  And so I think the next class, I
17   had a student that came to me and said that
18   there was a troubled, disgruntled student that
19   did not like the Whitey Bulger story and was
20   really concerned that it was inappropriate
21   behavior.
22          Q.     And then who was that student?
23          A.     I don't know.  It was a tall
24   gentleman.  He was talking about a peer student
25   that was having trouble with it and was -- and
```

1    he had warned me that this peer student of his

2    was recruiting -- was out to get you and was

3    recruiting other students in the class and he

4    felt very uncomfortable about that.

5          Q.    Recruiting other students to do

6    what?

7          A.    To join her in trying to place

8    claims about me being either a racist or being

9    inappropriately using the forum to do things

10   that were not called for, that was

11   inappropriate.

12         Q.    Okay.  And what did you do next,

13   after you received this verbal complaint?

14         A.    I was crushed because I pour my

15   heart and soul into helping these students.

16   And in part I was shocked because the very

17   purpose of this course is to have the courage

18   to bring this kind of issue directly to the

19   person where it matters, and the person wasn't.

20   You know, so I asked, "Who was it?"

21         And he said, "You know, I'm sorry.  I

22   don't think I can say that."  I said, "Fine

23   but" -- so I said, Okay.  Well, I'm going to

24   send a note out to the class right away.  And

25   I'm going to also in the next class before we

Page 164

1  start the course content material, I'm going to

2  have an open discussion to solicit any inputs,

3  thoughts or reactions, so on.  And that's where

4  I proceeded with the apology document.

5       Q.    And how do you communicate to your

6  classes, to the students like via an electronic

7  communication?

8       A.    Yeah, so there was a mechanism set

9  up where as a professor you could -- you could

10 basically have a customized distribution

11 channel that would just go to your students.

12      Q.    Do you remember what that program

13 or communication tool is called?

14      A.    I think it was within Canvas.

15                 -   -   -   -   -

16            (Thereupon, Deposition Exhibit 16,

17            09/28/2021 Email To varnau.6@osu.edu

18            From AU21 BUSMHR 7236/Mark Sullivan,

19            Bates Number OSU_000594, was marked

20            for purposes of identification.)

21                 -   -   -   -   -

22      Q.    Okay.  I'm going to show you what's

23 been marked as Defendant's Exhibit 16.

24      A.    Yup, yeah.

25      Q.    Let me know when you're --

Page 165

1        A.    I'm done.

2        Q.    Okay.  Do you recognize Defendant's

3   Exhibit 16?

4        A.    Yes.

5        Q.    And what is it?

6        A.    So it is a statement trying to

7   address what I was told was either one person

8   or a number -- more than one that felt that

9   there was inappropriate behavior that -- that I

10  initiated --

11       Q.    Um-hum.

12       A.    -- around this -- around racial,

13  ethnic slurs.  I was quite taken back.  And I

14  was struck with the fact that I had two -- two

15  responsibilities.  One was to try to connect

16  with them personally.  And, two, to teach them

17  in a more personal way how to apologize.

18  Because that was part of the teaching material,

19  was to -- and so there are three parts to that

20  which included in this was around the context;

21  and then around actions that you would take to

22  on your part, in this case, my part; and third,

23  anything in the end about how you felt.  So

24  this was both a teaching document as well as I

25  was crushed that -- I mean, I cared about these

                                      Page 166

1    students and spent so many more hours beyond

2    what was in the classroom helping them.  And so

3    whoever it was, I wanted them to know that.

4         Q.    And just to make sure that we have

5    the timing correctly, so this message is dated

6    Tuesday, 28th of September 2021, correct?  In

7    the date line.

8         A.    Yeah, yeah.

9         Q.    And then the first line says, "I

10   have received some heartfelt, genuine feedback

11   about me and our class on Monday."

12        So that would mean that the Whitey Bulger

13   statement occurred on September 27, 2021,

14   correct?

15        A.    Probably.

16        Q.    Okay.  Did you get any -- strike

17   that.  Have you ever had to apologize

18   previously for your Whitey Bulger material?

19        A.    No, never.

20        Q.    And can you kind of explain why you

21   felt the need to apologize here?

22        A.    You know, I did see that this was a

23   little bit of a different class coming out of

24   Covid.  And there were professors that were

25   talking about it and later Bob talked about it

Page 167

1   as well; that beware, this is, you know, the

2   first semester with in person and the students

3   are acting differently and, you know, so on.

4   So I felt like perhaps I had crossed the line

5   in terms of not being -- moving too fast in the

6   teaching material and maybe scaring some people

7   more than what they were ready for.  I mean, so

8   much of this was a balance between tough love

9   and affirmation.

10        I mean, so I really went out of my way

11  from an executive presence standpoint to really

12  try to affirm people in using nonverbal and

13  verbal language, which was part of the teaching

14  in this course material.  And I felt like, you

15  know, maybe -- you know, no one is perfect --

16  is there something that could -- you know, did

17  I move too fast, so that -- so that's -- I'm

18  always trying to do the best I can and so

19  that's where I've come from.

20        Q.    So you sent this.  And I guess

21  really quick, is Defendant's Exhibit 16 a true

22  and accurate copy of your email you sent --

23        A.    Yes, yeah.

24        Q.    -- apologizing?

25        A.    Yeah --

1          Q.      Okay.

2          A.      -- yeah.

3          Q.      Okay.

4          A.      And, by the way, I would just say

5     for the mask fully, so I -- we were coming out

6     of Covid but I was -- part of what I was

7     teaching was the power of nonverbals --

8          Q.      Um-hum.

9          A.      -- and I couldn't show them

10    effectively what it looks like for a supportive

11    face in the embouchure region, the mouth,

12    without taking my mask off and showing them how

13    my mouth looked when I was either smiling or

14    supporting them or whatever.  So there were

15    times when I intentionally took my face mask

16    off.  And I was also spending a lot of time in

17    the well, the bottom part which is furthest

18    away from this very large room of students.  So

19    that was one thing.

20          And I felt that, you know, now is not

21    forever but the number one of three, the

22    mindful of language and never again make

23    reference to racist ethnic slurs.  So I felt I

24    would not do that anywhere in this -- like

25    since there was more than shock probably for

Page 169

1    someone in the room that I wanted to -- wanted

2    to walk that back.  And I'm trying to help

3    them.  This is effective teaching methods

4    that's worked everywhere all the time, but

5    there is one student that somehow -- who is not

6    coming to me, so.  So that's where some of that

7    was coming from.

8           Q.    Okay.  A few things.  First, other

9    than this Whitey Bulger snippet, did you use

10   any other racist language in your Crucial

11   Conversations course?

12          A.    No.

13          Q.    Okay.  So that was the only racial

14   slur you used?

15          A.    Yes.

16          Q.    Okay.  Did you use any other slurs,

17   like gender slurs or religious slurs or

18   anything like that?

19          A.    Occasionally might use a comment

20   like, "Put on your big boy pants" --

21          Q.    Okay.

22          A.    -- as a matter of fact, I would

23   talk about stereotyping and the power of words

24   and how they can be very destructive or

25   demeaning.  And so I would sometimes ask them

Page 170

1   to come up with their own word list of

2   disrespectful language, and so we would even

3   have a conversation about that.

4       Q.    Okay.  And going back to the Covid

5   masking issue.  Did Fisher or OSU issue any

6   sort of guidance to faculty on wearing masks

7   around this time?

8       A.    Yeah, so it was a little bit gray.

9   I think there was a request to use masks in the

10  classroom wherever possible, but that if you

11  were like in a clinic or teaching lab that

12  sometimes there were exemptions.  So I think

13  classes over at the medical division or, you

14  know, if you were teaching like suturing skills

15  in the mouth, it would be hard to -- and here,

16  with me teaching nonverbal language, I felt

17  that called for appropriate time.  And people

18  were very accepting of it and learning.  I

19  mean, my goal is do whatever I can do to help

20  them learn more.

21      Q.    Okay.  So after this apology email,

22  when was the first time you talked with one of

23  the individual defendants about the Whitey

24  Bulger incident?

25      A.    So that was sometime in late

Page 171

1   September or so with the -- September 22 or so

2   with Bob Lount.

3        Q.    Well, September 22 would have been

4   before September 27.

5        A.    So it was sometime --

6        Q.    Sometime soon thereafter?

7        A.    Yeah, yeah.  I -- yeah.

8        Q.    Okay.  And did you reach out to Bob

9   or did Bob reach out to you?

10       A.    He reached out to me.

11       Q.    And what did he say his purpose was

12   in reaching out to you?

13       A.    To check in on what's -- what's

14   actually going on in your Crucial Conversation

15   class.

16            MR. STOUFFER:  Okay.  All right.

17   Actually, let's take a five-minute break.

18            MR. PETROV:   Okay.  That's fine.

19            VIDEOGRAPHER:  All right.  Off the

20   record.  The time is now --

21            MR. PETROV:   No, I don't want to

22   go off the record.  Thanks.

23       I need you to step out for a second

24   because I need to describe something on the

25   record about a document to counsel and I want

                                        Page 172

 1  to do it outside side of your earshot, so

 2  that --

 3              VIDEOGRAPHER:  Your microphone,

 4  Mr. Sullivan.

 5              MR. PETROV:    I've lost mine, too.

 6  I'll come and explain it in a second, Mark.

 7              THE WITNESS:    That's okay.

 8              MR. PETROV:    I just want to make

 9  sure I'm not accused later of coaching a

10  witness or anything.

11              (Witness exits.)

12              MR. PETROV:    Okay.  So I wanted

13  to make a comment about Exhibit 15, Defendant's

14  Exhibit 15, which is this document, Crucial

15  Conversations Course Highlights.

16              MR. STOUFFER:  Yes.

17              MR. PETROV:    So when you

18  introduced it, it looked to me like a

19  privileged document that was prepared for

20  counsel.  And so while you were finishing your

21  questions, I went back into my email -- and I'm

22  stating this for the record so that I can tell

23  you what the situation is and what I intend to

24  produce to you.  And also get an agreement

25  that, as I try to resolve this issue, that

Page 173

1    there isn't an argument that I'm otherwise

2    waiving privilege with regards to other

3    communications with Mark Sullivan.  So --

4                MR. STOUFFER:  Okay.

5                MR. PETROV:    -- I'll say this

6    document, Exhibit 15, was forwarded to me by

7    Mr. Sullivan on July 3, 2024.  And the Word

8    document that was forwarded to me was titled,

9    "Dan Petrov Crucial Conversations" -- hold on a

10   second.  I'm sorry -- "Dan Petrov Crucial

11   Conversations Highlights Version 1,

12   07032024.docx."

13        My understanding -- and I haven't had a

14   chance to ask him yet, but I wanted to do this

15   before it was also clear to share my

16   recollection with you before I talk to my

17   client, it appears to me to be a privileged

18   document that was not shared with OSU.  It was

19   prepared for me.  It does look exactly the

20   same.  My intention is to ask him and to get

21   you the original forwarded to you and also try

22   to get you a copy that has the original

23   metadata intact so that question can be

24   answered.

25        But everything I'm looking at in my

                                                    Page 174

 1   emails, it appears that it was a document
 2   created three years -- or two years after his
 3   termination and made for counsel.  So I'm
 4   tentatively asserting privilege over it.  I
 5   don't need a copy back.  There's nothing
 6   controversial about it, but I wanted to make
 7   that clear now and tell you that I'll produce
 8   it.  And if there are more questions after I
 9   produce that, I'll make him available for those
10   questions.
11            MR. STOUFFER:  Okay.  So this
12   document then was not prepared during his time
13   at Fisher then?
14            MR. PETROV:   The version I have,
15   that's my understanding but I can't testify to
16   that because I don't have the metadata.  But I
17   received a copy of that document that was dated
18   and labeled, July 3, 2024, with my name in the
19   file from him --
20            MR. STOUFFER:  Okay.
21            MR. PETROV:    -- and I'd like to
22   go back and I'd like to try to ask him
23   questions about when it was created and if he
24   has the original so that we can answer it, but
25   I wanted to talk to you before I go talk to him

Page 175

1  and then come back in the conference room after
2  a break.
3          MR. STOUFFER:  I mean, if there's
4  something that he -- like this document that he
5  did prepare during his time at Fisher, we would
6  want that produced to us, because I got this
7  from the production.
8          MR. PETROV:    From my production?
9          MR. STOUFFER:  Yeah, from your
10 production.
11         MR. PETROV:    Yeah, I think it's
12 inadvertently produced.  I don't have anything
13 else with the same title in my production but I
14 will ask.  And we will -- if there is something
15 else with an earlier date, I'll give that to
16 you, too --
17         MR. STOUFFER:  Okay.
18         MR. PETROV:    -- but based on what
19 I know now, it appears that that was a document
20 prepared for counsel and I'm going to assert
21 work product over it.
22         MR. STOUFFER:  I think that's fine
23 as long as we can figure out if there's
24 something similar.  Because we do think that if
25 this was -- if there's anything like this that

Page 176

1  he may have [inaudible] employed by us, then we

2  think that is responsive to our discovery

3  request.

4  MR. PETROV:   I would agree with

5  you, if it was made during -- all the language

6  in the document is all past tense, so.  That's

7  why it caught my eye.  It was, was, or, would

8  have.

9  MR. STOUFFER:  I understand what

10  you're saying and that does make sense, that

11  it's privileged, so --

12  MR. PETROV:    Okay.

13  MR. STOUFFER:  -- so it is what it

14  is.

15  MR. PETROV:   All right.  Well, as

16  long as we have agreement that the issue at

17  least has been highlighted and we will resolve

18  it through further discussion.  And I will go

19  back and make sure that there isn't anything

20  else responsive that was made during the time.

21  MR. STOUFFER:  And if we, you know,

22  get to briefing, then we'll just abstain from

23  using that and, you know, just pretend it never

24  came into our hands.

25  MR. PETROV:    All right.  Well, we

Page 177

1     should be able to come to an even more clear

2     understanding of it before that point in time.

3     So I apologize for the error and the confusion,

4     but I'll get you the rest of the information

5     that you need to understand it all.  Okay?

6                    MR. STOUFFER:  Okay.

7                    VIDEOGRAPHER:  We're off the

8     record.  The time is now 3:19.

9                    (Recess taken.)

10                   VIDEOGRAPHER:  We're back on the

11    record.  The time is now 3:26.

12                    -   -   -   -   -

13                   (Thereupon, Deposition Exhibit 17,

14                   09/29/2021 Email Trail Between Mark

15                   Sullivan, Robert Lount and

16                   Unredacted, Bates Numbers

17                   OSU_002750-002752, was marked for

18                   purposes of identification.)

19                    -   -   -   -   -

20    BY MR. STOUFFER:

21          Q.    All right.  Mark, I'm going to hand

22    you what I've marked as Defendant's Exhibit 17.

23    Just let me know when you're done reviewing.

24          A.    Okay.

25          Q.    All right.  Starting at the end of

Page 178

1   Exhibit 17 with the Bates stamp OSU_002752, you
2   see the email from Robert Lount?
3          A.    At the very end?
4          Q.    Bottom of the email chain, but,
5   yeah.
6          A.    Yeah.
7          Q.    So it was sent to you on
8   September 29, 2021, correct?
9          A.    Yes.
10         Q.    And then Mark is asking you about
11  your use of a racial slur in class of your
12  conversation -- or your use of a racial slur in
13  class, correct?
14         A.    I'm sorry.  Could you repeat that?
15         Q.    Yeah, sure.  The first paragraph
16  states that he's emailing you about your use of
17  a racial slur in class, correct?
18         A.    Yeah, yeah.
19         Q.    And then at the bottom it says,
20  "Fisher's HR has asked me to talk to you about
21  the use of racial slurs in your Crucial
22  Conversations class.  Can you talk via phone to
23  touch base about it today?  If not today, when
24  might you have time tomorrow?"  Do you see
25  that?

Page 179

1          A.     Yeah.

2          Q.     Did you reach out to Lount by phone
3     the following day or that day?

4          A.     No.  We set up an appointment time
5     and he called me.

6          Q.     Okay.  So he called you.  Was that
7     on the 29th or was that the following day?

8          A.     Sometime around then.

9          Q.     What did the two of you discuss?

10          A.     So this was the one time that we
11     talked before the February 22 call where I was
12     being released.  And he said, "I was calling to
13     just check in.  HR forced me to call you."  I
14     think he used the words, "Forced me to call you
15     to find out what's going on in your Crucial
16     Conversations class" --

17          Q.     Okay.

18          A.     -- so then I just restated that,
19     you know, that I was doing role plays and
20     simulation around some tools and that there's
21     always plus and minus reactions around role
22     play simulation.  And he said -- it was a very
23     brief conversation, phone conversation.  And he
24     ended by saying, "Well, that all sounds good to
25     me.  Just keep going, but please note that I've

Page 180

1    been hearing from a lot of professors that with

2    this being the first time back with in-person

3    classes, there's a lot of things going on with

4    students" --

5           Q.    Yeah.

6           A.    -- "that they're not acting the way

7    they usually do."

8           Q.    What did you take that to mean?

9           A.    Just to be attentive to different

10   behaviors that are coming from a different

11   environment back into a social environment --

12          Q.    Okay.

13          A.    -- and so to be just attentive to

14   the way they're reacting, it might be different

15   than other times.  And professors were speaking

16   up at just how different it was.  And you're

17   trying to do a conversation in a public space

18   and you're not getting the typical reactions,

19   so be mindful of that.

20          Q.    On the first page of the exhibit,

21   which is also the latest of the emails in this

22   chain, you wrote back to Robert Lount, correct?

23          A.    Right.

24          Q.    And it looks like you apologize as

25   well here.

Page 181

```
1         A.    Yeah.  So I was just feeling badly
2    that there was a student that was really
3    feeling badly about the way I was teaching.
4    And I was personally concerned and hurt by how
5    my teaching method was being -- how it landed.
6         Q.    Okay.  Did you have any -- other
7    than the phone conversation, did you have any
8    other conversations with Robert Lount
9    concerning this incident in class?
10        A.    No.
11        Q.    What about -- what about -- so
12   basically you didn't discuss the Whitey Bulger
13   incident with Robert Lount after the phone call
14   that occurred after this email?
15        A.    Right, right.
16        Q.    Did you talk to Makhija about what
17   happened, Dean Makhija?
18        A.    So I continued to try to -- in the
19   fall of 2021, tried to get in front of Bob
20   Lount --
21        Q.    Okay.
22        A.    -- to find out what's going on.  I
23   understand there must be some -- something
24   going on, and he would not meet with me.
25        Q.    Okay.  And when you say, "Not meet
```

Page 182

1   with you," you mean Bob Lount, right?

2          A.    Bob Lount.

3          Q.    And what about Dean Makhija, did

4   you talk to him between this late September and

5   February 22?

6          A.    I talked to him late spring of 2022

7   before leaving.

8          Q.    So you didn't talk to him that

9   whole interim?

10         A.    Right.  I did try to get ahold of

11  HR.  A number of different times I tried to get

12  in front of Bob Lount.  And I felt, well, let's

13  just see how this unfolds.

14         Q.    What about Ben Tepper, did you

15  contact him between late September of 2021 and

16  February of '22, when you were notified of your

17  nonrenewal?

18         A.    So neither he tried to reach me nor

19  the other way around.

20         Q.    Okay.  Was there an investigation

21  that occurred after this incident, are you

22  aware?

23         A.    I don't know what -- part of the

24  problem was they're leaving me out of whatever

25  was happening behind the curtain.  So I didn't

Page 183

1    know what they were doing.

2         Q.    What is the Office of Institutional

3    Equity at OSU?

4         A.    You know, I'm not sure what it is.

5    It's not something that I would ordinarily,

6    regularly be involved in.

7         Q.    Do you know what they do?

8         A.    No.

9         Q.    Did you ever talk to anyone from

10   the Office of Institutional Equity, after the

11   Whitey Bulger incident?

12        A.    You know, I received one call out

13   of the blue at night from someone.  It may have

14   been from that office.  Like I'm not familiar

15   with that office.  And it was a brief call, so.

16        Q.    And who was that with?

17        A.    I'm not sure who.

18        Q.    What did you discuss?

19        A.    So I remember it was a female

20   voice.  And the person was saying that they

21   were calling to just check in on your Crucial

22   Conversations class.  And I said, "Who are

23   you?"  And what is -- and it was mostly a

24   one-sided conversation.  I just shared -- so I

25   first asked a little bit about, what do you do,

Page 184

1   and she basically said something to the
2   effect -- it was a short call, but it was
3   something to the effect of, I do quality
4   assurance for people's rights in different
5   perspectives and so on.
6          Q.   Do you remember roughly when this
7   took place, this call?
8          A.   I think it was sometime in the fall
9   of 2021.
10         Q.   Do you know the month it took
11  place?
12         A.   No.
13         Q.   Okay.  What did they tell you at
14  the end of the call?  Did they tell you what
15  next steps would be or anything like that?
16         A.   They just said, Well, I am sure
17  that your school administration and HR will be
18  in touch with you, if there's any concerns or
19  issues that need to be further discussed.
20         Q.   Do you remember -- does the name
21  Courtney Johnson ring a bell?
22         A.   Very vague.  Was that the person
23  from Institutional -- from this Institutional
24  Equity?
25         Q.   I can't answer your question.

Page 185

1          MR. PETROV:  Yeah, just answer to

2   the best of your recollection.

3          A.    Yeah, I don't know.

4          Q.    Okay.  Do you remember having a

5   conversation with a woman in and around

6   January 19, 2022, about the Whitey Bulger

7   incident?

8          A.    I remember having a conversation

9   with -- I think it was a woman, this call, but

10   I really don't know about the timetable.

11          Q.    So there was only one time you

12   talked to her?

13          A.    Yes.

14          Q.    Okay.  And was there any sort of

15   communication during this call -- or, I'm

16   sorry.  Strike that.  During this call with

17   this woman from OIE, was there any indication

18   that disciplinary action would be taken against

19   you?

20          A.    Not that I know of.

21          Q.    So there was no discussion for any

22   sort of disciplinary or some sort of negative

23   consequences for your use of the, "N," word in

24   class the prior --

25          A.    Yeah, no.

                                        Page 186

1        Q.    Okay.  Please have Exhibit 8 out
2    and just have it handy to flip through.
3              MR. PETROV:    That's the
4    complaint.  (Handing.)
5              THE WITNESS:    Thank you.
6                   -  -   -   -   -
7              (Thereupon, Deposition Exhibit 18,
8              Plaintiff's Responses To Defendants'
9              First Set of Interrogatories and
10             Requests For Production of Documents
11             To Plaintiff, was marked for
12             purposes of identification.)
13                   -  -   -   -   -
14   BY MR. STOUFFER:
15       Q.    I'm going to give you what's been
16   marked Defendant's Exhibit 18.  Okay.  Do you
17   recall receiving and answering defendants'
18   interrogatories issued to you?
19       A.    Yes.
20       Q.    And you took your time to consider
21   your response and assure the responses are
22   truthful?
23       A.    Yes.
24       Q.    All right.  Can you go to page 6 of
25   Exhibit 18 and please read both the

Page 187

1  interrogatory and response to interrogatory 5.

2       A.    "Set forth all facts upon which

3  Plaintiff bases his allegations in Paragraph 41

4  of the Complaint including subparts A

5  through C."

6       "Answer:  Objection.  The interrogatory

7  is vague, overbroad, compound" --

8       Q.    And you can -- I'm sorry.  You can

9  read it quietly.

10       A.    Oh, I'm sorry.

11       Q.    I apologize.

12       A.    Yeah.

13       Okay.

14       Q.    All right.  And then as to the

15  complaint, can you go to page ID 228, which is

16  on page 8 of Exhibit 8.

17            MR. PETROV:    The other exhibit.

18  He's asking you to turn to page 8 of this

19  document.  (Indicating.)

20            THE WITNESS:    Thank you.

21       Q.    And then paragraph 41.

22       A.    Okay.

23       Q.    Okay.  So I want to ask -- I'm

24  going to go one by one.  For William

25  Wattercutter, what facts do you know that you

Page 188

1  base your allegation in paragraph 41, that

2  Mr. Wattercutter knew or should have known that

3  they were violating your Constitutional and

4  contractual rights by subjecting you to an

5  investigation?

6         A.    It was common understanding that in

7  an academic environment such as this where

8  there were 200 faculty members, we would talk

9  about the freedom of expression, you know.  I

10 mean, that was something that was just in the

11 air, that we had the -- that these were our

12 classes.  We had the right to be able to teach

13 and practice the way we felt best.  And I think

14 as an HR person who was walking the hallways,

15 he should be aware of that.

16        Q.    Is there any conversation or a

17 document that you have personal knowledge of

18 that shows that Mr. Wattercutter was involved

19 with or knew about your investigation -- the

20 investigation into the Whitey Bulger incident?

21        A.    There was -- his name was on a

22 list, you know, that -- can I ask --

23        Q.    No.

24              MR. PETROV:  No.  Just answer to

25 the best of your ability.

Page 189

1          A.    Yeah, it was on a list that I saw.

2          Q.    Is that the internal document you

3    asked about or talked --

4          A.    I think so, yeah.

5          Q.    Okay.  And that's the internal

6    document you couldn't answer, "Yes," or, "No"

7    where you had seen it?

8          A.    Correct.

9          Q.    Okay.  Regarding Jennifer McLendon,

10   same question.  What makes you believe that she

11   should have -- she knew or should have known

12   that she was violating your Constitutional

13   rights by subjecting you to an investigation?

14         A.    Same answer.

15         Q.    The internal document?

16         A.    Well, that she should have known

17   about my Constitutional right, that it was

18   something that was discussed amongst faculty

19   all over the place and --

20         Q.    How do you know that Jennifer

21   McLendon -- because I'm not asking about other

22   faculty.  I'm asking about one of the

23   individual defendants you sued.  What specific

24   facts tie Jennifer McLendon to, A, knowing that

25   your Constitutional rights were being violated

Page 190

1   by having you investigated for the Whitey

2   Bulger incident?

3                   MR. PETROV:    Objection to form.

4        You can answer if you know what's being

5   asked.

6                   THE WITNESS:   I don't care to.

7                   MR. PETROV:    No.  If you're able

8   to answer the question, you can.  And if you

9   can't answer the question you can't --

10                  THE WITNESS:   Okay.

11                  MR. PETROV:    -- but your desire

12  to is irrelevant.

13                  THE WITNESS:   Okay.  Thank you,

14  sir.

15                  MR. PETROV:    Sure.

16  BY MR. STOUFFER:

17       A.    So I felt that as -- so I'm someone

18  that has managed HR functions in industry for

19  years.  And then I taught HR there at the

20  school.  And I taught best practices.  And it

21  was my belief that HR professionals should know

22  what our rights are and that -- that would be

23  like common -- common table stakes.

24       Q.    Okay.  Well, let me ask this then:

25  Does Jennifer McLendon or William Wattercutter

Page 191

1   work for OIE?

2        A.    I'm not sure what their -- what the

3   organizational structure is in terms of

4   reporting relationships.

5        Q.    In terms of Anil Makhija, does he

6   work in OIE at OSU?

7        A.    I don't think so.

8        Q.    What about Robert Lount, does he

9   work in OIE?

10       A.    I don't think so, but what I'm --

11             MR. PETROV:    Just --

12             THE WITNESS:    Okay.

13       Q.    What about Robert Lount?  Or, I'm

14   sorry.

15       A.    Ben Tepper?

16       Q.    Ben Tepper?

17       A.    Yeah, I don't think so.

18       Q.    Okay.  Do you personally know any

19   facts that tie the five individual defendants

20   to the decision to investigate you for the

21   Whitey Bulger incident by OIE?

22       A.    Well, I was told three times by --

23   so by Bob Lount, Ben Tepper and Anil Makhija --

24       Q.    When?

25       A.    -- that --

Page 192

1      Well --

2      Q.    Sorry.

3      A.    -- in September and in February and

4  in May that I was being fired because -- or

5  released because of my teaching practice in the

6  classroom.

7      Q.    Now, you just listed September.

8  September of '21, you were told you were going

9  to be terminated?

10     A.    Well, it -- well, actually, he was

11 introducing the topic.  And then in February,

12 he actually said that I was being -- I was

13 losing my job.

14     Q.    What do you mean by, "Introducing

15 the topic"?

16     A.    Well, he called to say, "What is

17 going on?  HR has forced me to call you to find

18 out what -- get a status check on what's going

19 on in your class."

20     Q.    We saw the email previously --

21     A.    Yeah.

22     Q.    -- where Lount reached out to you

23 to ask you about the incident, the Whitey

24 Bulger incident.  Is there anywhere in that

25 email that you saw that he threatened you with

Page 193

1  discipline or termination over the incident?

2         A.    So he would not meet with me for

3  many months and that signalled something.

4  How --

5         Q.    But didn't you say earlier in your

6  deposition today that Robert Lount had

7  historically avoided you even before this

8  incident?

9         A.    He was someone that didn't care for

10  being around me but, I mean, that was just, you

11  know, unrelated to the fact that -- that this

12  whole incident came up.  But he would not meet

13  with me to deal -- to address any questions I

14  had about this.

15         Q.    Okay.  I'm going to move on to

16  subsection B.  Of the five individuals that

17  you're suing, was there ever an instance where

18  they told you, You cannot use racial slurs as

19  part of your classroom curriculum and your

20  speech in class?

21         A.    No.

22         Q.    So they never said that, Oh, you

23  can't use the, "N," word in class when you're

24  teaching Crucial Conversations?

25         A.    No.  And they chose not to say all

                                        Page 194

1    kinds of things because they never gave me

2    feedback.

3          Q.    Okay.  And then for subsection C,

4    terminating your employment, based on the

5    Crucial Conversations Whitey Bulger material;

6    when you were notified of your contract

7    nonrenewal and when you discussed it with

8    Tepper, Lount and Makhija, did they ever tell

9    you that, We are doing this because of your

10   Whitey Bulger speech?

11               MR. PETROV:  Asked and answered.

12         But go ahead, Mark.  You can answer the

13   question.

14         A.    They told me because of my teaching

15   practice, that I was being let go because of my

16   Crucial Conversations teaching methods and

17   practices.

18         Q.    And who said that?

19         A.    So all three.  In different ways,

20   they all said that.

21         Q.    When you say, "Different ways,"

22   what do you mean by that?  And let's go through

23   each case.  So Lount, "Different ways," what do

24   you mean?

25         A.    So he said, "Your -- the teaching

Page 195

1  practice in your Crucial Conversation class was
2  something that was under review with HR and it
3  was a real problem and you need to talk to them
4  to get more detail about it."
5       With --
6       Q.    And that was in February of '22?
7       A.    Yes.
8       Q.    And now let's go to Ben Tepper.
9  When did he say anything that indicated that
10  your nonrenewal was linked to the Whitey Bulger
11  material?
12       A.    In May of 2022, he told me that he
13  was sorry that I was charged with this kind of
14  student interaction and that a similar thing
15  had happened to him.  And I'm -- and when I
16  said, "Well, what did you do?"  And he said,
17  "Well, this happened to me as well."  And I
18  think he meant recently that a student had
19  charged him with something.  And he said, "I
20  went -- I felt humiliated.  I was not going to
21  be" -- so he said, "I needed to go to
22  leadership and get this taken care of
23  immediately."  And since he was in leadership,
24  I thought that was really interesting, but he
25  wouldn't stand for me, you know, so that was --

Page 196

1          Q.     That's all he said on -- that's

2     what you meant by, In so many ways, with regard

3     to Ben Tepper?

4                 MR. PETROV:  Object to form.

5          But go ahead, Mark.

6          A.     Yeah, so his main point was, you

7     got let go because of your teaching practice in

8     your Crucial class.  So that was the main point

9     he was making, even though he apologize -- he

10    said, "I'm sorry that this happened to you."  I

11    mean, we had been friends and became good

12    colleagues and so he was feeling badly for it.

13    And he said, "The same thing happened to me in

14    my class.  I ran into a problem with a

15    student."

16         Q.     Regarding Bill Wattercutter and

17    Jennifer McLendon, what specific facts do you

18    know -- personally know that they terminated

19    your employment based on your conduct in the

20    Crucial Conversations course and the Bulger

21    content?

22         A.     So with Bill Wattercutter, it was

23    simply -- it was very little.  It was, You

24    know, Mark, I'm not in a position to go into

25    detail about this, but you're, you know, under

Page 197

1   review for your teaching practice and what's

2   going on there.

3          Q.    And when was that statement made?

4          A.    You know, I think that was -- I

5   think sometime in the spring --

6          Q.    Okay.

7          A.    -- yeah, but I can't say -- I don't

8   know when.

9          Q.    Are you aware if Bill Wattercutter

10  has the authority to not renew senior lecturer

11  contracts on his own?

12         A.    Yeah, I don't think he does.  I

13  think he's more of an influencer than a

14  decisionmaker.

15         Q.    And what do you mean by that?

16         A.    So he could influence.  He could

17  make recommendations.  He could share

18  information, but he couldn't make an up or down

19  decision.

20         Q.    Have you seen any document or had

21  any conversation that would reflect that he

22  played that kind of role in your nonrenewal?

23         A.    No specific document but he did --

24  you know, he -- I think he was on a list of

25  people that was reviewing or seeing things.

Page 198

1        Q.     The internal document?

2        A.     Yeah.

3        Q.     What about Jennifer McLendon?  Same

4    question.  What specific information do you

5    have that she made the decision to terminate

6    you for the material in your Crucial

7    Conversations course?

8        A.     Similar answer.  I believe there's

9    not much more to add to what Bill, William had

10   to say.

11       Q.     Okay.  Let's go to interrogatory 6

12   in Exhibit 18.  And when it comes to Exhibit 8,

13   we're going to refer to paragraph 45.

14       A.     I'm sorry.  What page?

15       Q.     I apologize.  So in Exhibit 18, the

16   interrogatories, please go to number 6.  And

17   then when it comes to the complaint, Exhibit 8,

18   please go to paragraph 45.

19       A.     (Witness complies.)

20       Q.     And I'm going to read paragraph 45.

21   So this is under the, First cause of action,

22   first amended retaliation under 42 USC,

23   section 1983.  Paragraph 45:  "By punishing and

24   terminating Plaintiff for expressing his views

25   in his academic speech and educational course

Page 199

1    content, Defendants have retaliated against

2    Plaintiff for exercising his First Amendment

3    rights."

4         Interrogatory 6 asked, "Set forth all

5    facts upon which Plaintiff bases his allegation

6    in Paragraph 45 of the Complaint that," and

7    then that, By punishing and terminating

8    Plaintiff for expressing his views, and it goes

9    on to quote paragraph 45.

10        So is this -- so regarding number 45, are

11   your responses to what we just went through,

12   which was interrogatory 5 relating to

13   paragraph 41, subparts A through C, are your

14   responses going to be the same regarding your

15   response to interrogatory 6?

16             MR. PETROV:    I'm sorry.  I don't

17   know what that question is.

18             MR. STOUFFER:  Okay.  I'll

19   rephrase.

20        Q.    I'm saying:  In terms of the facts

21   that you would use or cite in support of your

22   paragraph 45, would it simply be the same

23   information you just shared with us in response

24   to interrogatory 5 and us going through

25   paragraph 41?

Page 200

1           MR. PETROV:  Objection to form.

2       But you can answer to the best of your

3   ability.

4           A.    So all I know is that we -- in an

5   educational environment like that that it was

6   made public in all sorts of forums of what our

7   rights were.  I mean, this is not a shy crowd,

8   a bunch of professors talking about what their

9   rights are.  And, you know, any good HR person,

10  you know, any administrator would have heard or

11  been aware of concerns about freedom --

12  academic freedom and rights thereof, so --

13          Q.    Okay.

14          A.    -- I mean, in staff meetings, in

15  compensation review committees, in all kinds

16  of -- it just would flow through the work of

17  doing the business of running a school that --

18          Q.    Okay.  So what specific facts do

19  you base paragraph 45 in your complaint

20  regarding William Wattercutter?  And this is

21  specific facts that you have personal knowledge

22  of.

23          A.    So I thought you asked me this

24  question before.

25              MR. PETROV:  Just note my objection

Page 201

1  because he didn't prepare the complaint and it

2  calls for legal conclusions.

3       But with that, you can do the best you

4  can, Mark, to answer the question.

5       Q.   And so to save us time, that's why

6  I asked if your responses to this interrogatory

7  for each individual would be the same --

8       A.   Oh, okay.

9       Q.   -- as we went through with

10 number 41, A through B.

11      A.   Yes.

12      Q.   All right.  We're going to go on to

13 interrogatory 7.  This asks you, "Identify and

14 describe specifically what speech or viewpoints

15 Plaintiff believes he is either being

16 retaliated against and/or discriminated against

17 by Defendants.  Include a description of the

18 time and content, form and context of the

19 speech and/or viewpoints Plaintiff contends he

20 is being retaliated against and/or

21 discriminated against by Defendants."

22      So let's go one by one.  Or, strike that.

23 What is the speech that you believe you're

24 being retaliated against for?

25      A.   For how I was teaching in the

Page 202

1    class.

2           Q.     Anything else?

3           A.     That's a lot.  That I was -- I lost

4    my job based on how I was trying to help others

5    learn in this -- in this topic and the way that

6    I was doing it was why I was -- lost my job.

7           Q.     And what speech specifically do

8    you --

9           A.     Well, the Whitey Bulger -- sorry.

10          Q.     -- do you contend that you were

11   retaliated against and/or discriminated against

12   by the individual defendants?

13          A.     So the Whitey Bulger is -- is the

14   speech in particular that I would say as an

15   example.

16          Q.     Is that the only speech you believe

17   that you were discriminated or retaliated

18   against for?

19          A.     No.  I mean, there's other

20   examples.  So this student or whoever the

21   student maybe had recruited were

22   inappropriately challenging me on my executive

23   presence, the content material, which is how to

24   respectfully touch with someone to show

25   affirmation or support.  You know, just

1   multiple ways and times.  You know, I found

2   that to be really not only them crossing the

3   line but also very offensive, that I would be

4   that kind of a person.  I mean, that was really

5   humiliating and insulting as just a

6   hardworking, honest, Catholic person that I

7   would be -- it'd be like character defamation.

8          Q.    So I need to clarify because -- so

9   other than the Whitey Bulger speech, what other

10  speech are you contending you were --

11         A.    So nonverbal speech --

12         Q.    Hold on.

13         A.    Okay.

14         Q.    -- what other speech other than the

15  Whitey Bulger speech do you contend you were

16  discriminated or retaliated against by the

17  individual defendants?

18              MR. PETROV:  Okay.  Objection,

19  asked and answered.

20         You can go ahead and answer the question

21  again.

22         A.    Nonverbal speech.

23         Q.    Nonverbal speech.  Okay.  All

24  right.  Let's go on to interrogatory 8.  We

25  asked you to identify all individuals whom you

Page 204

```
 1   contend defendants treated better than you and
 2   describe with specificity each occasion on
 3   which he or she received better treatment.
 4   There was an objection.
 5          And then the answer provided states, "Ben
 6   Tepper."  Do you see that?
 7          A.    Where?  Is that on page 7?
 8          Q.    Interrogatory 8.  That's page 7.
 9                MR. PETROV:  (Indicating.)
10          A.    Okay.  Great.  Thank you.
11          Q.    And then there's the answer with
12   the objection.  And then you write below the
13   objection, "Ben Tepper."
14          A.    Yes.
15          Q.    So can you kind of -- can I ask
16   you, on what basis have you identified Bennett
17   Tepper as being treated better than you?
18          A.    When he revealed that he had a
19   similar challenge with a student in a class he
20   was teaching and he wasn't fired, he had -- he
21   said he went and had to fix this right away
22   with leadership.  So I thought, wow, same thing
23   happens to me.  I don't get anyone trying to
24   fix it for me, but because he's a senior
25   associate dean, he has connections.  He can go
```

Page 205

```
 1   to his peers and get this fixed right away, but
 2   I can't even get my own boss to answer a phone
 3   call or to open his office door even though
 4   he's right behind it to have a sit-down
 5   conversation.  I can't get him or a student
 6   that's in this class to -- we can't sit and
 7   talk through this.
 8        Q.    Okay.  And so do you remember the
 9   substance of the complaint that Bennett Tepper
10   was allegedly subjected to -- or the subject
11   of?
12        A.    Yeah, so it -- what I was struck
13   with was how much he was mirroring my
14   experience with his experience, that he had a
15   student in his class that was having -- that
16   was challenging him in how he was teaching.
17        Q.    Did he ever convey to you that this
18   student had complained of anything involving
19   racial slurs?
20        A.    He didn't specify in terms of what
21   exactly were the words, but he said, "Like you,
22   Mark, I had a student that was also challenging
23   how I was teaching to the extent that the
24   student wanted to get me fired.  I had to fix
25   that right away."
```

Page 206

1      Q.    And is that the extent of your

2  knowledge of this student complaint --

3      A.    Yes.

4      Q.    -- against Tepper?

5      A.    Yes.

6      Q.    All right.  So you separated from

7  employment from OSU in May of 2022, correct?

8      A.    Yes.

9      Q.    Can you describe what attempts you

10  made at finding similar or superior employment

11  to what you had at OSU?

12      A.    So I have reached out to a number

13  of -- so I've done a number of things.  So one

14  thing is, I have reached out to different

15  educational -- higher ed institutions of

16  learning around executive ed.  I've been hired

17  as a contractor at Case to work once and I

18  will -- I'm under contract to teach a course --

19  it's a workshop in their executive ed program

20  at Weatherhead Management School.

21      I've applied to other schools in the

22  executive ed arena.  I've started my own

23  business, which is taking some time to do the

24  startup and the build-out and I'll be launching

25  sometime in the near term.  So those are all

Page 207

1  things I'm doing.  I'm doing executive

2  coaching.  I'm just starting with that, so I

3  have a -- I have one gentleman in Cleveland.

4  And I'm meeting someone in Columbus to

5  potentially -- potentially have a twelve-week

6  engagement with him.

7          Q.    Okay.  So the jobs you're applying

8  for at Case and other universities, are these

9  also similar --

10          A.    Yeah --

11          Q.    -- professor positions?

12          A.    -- yeah.  Well, they're contractor

13  programs -- contractor work in executive ed,

14  which is really a little different than -- so

15  it is -- it is focused more towards an older

16  population, folks like people in this room that

17  are professionals and looking at more

18  adopting -- learning about some refined skills.

19          Q.    Okay.  And then you kind of -- I

20  just want to ask you about some wording you

21  just used.  So your consulting firm, has it

22  officially launched as of now or is it still

23  in --

24          A.    It's in development.

25          Q.    It's in development.  Is it

1  currently generating any sort of revenue

2  streams?

3        A.    So I have one executive coaching

4  gig.  It's going to -- what the Performance

5  Learning Academy, my business that I'll be

6  launching in the near term will focus on is

7  executive coaching, on speaker engagements and

8  a speaker lab.

9        Q.    I understand there are many plans,

10  but it sounds like there is at least some

11  current as of today revenue stream or streams.

12        A.    Right.

13        Q.    Okay.  And then do you have an

14  approximation of how much money you are making

15  now given your activities as compared to when

16  you worked at OSU?

17        A.    You know, I'm just making a couple

18  hundred bucks here and there as opposed to the

19  kind of income stream that was permanent and

20  stable under OSU.

21        Q.    Have you spoken with anyone at the

22  university or Fisher College of Business about

23  your lawsuit or your claims since leaving?

24        A.    No, no.

25        Q.    Okay.  I forget which one it was.

Page 209

```
 1   Are you seeking any emotional distress damages
 2   as part of the remedies that you are seeking in
 3   this action?
 4            MR. PETROV:   He is, but I'm
 5   answering just because that calls for knowledge
 6   of the law and by extension for a legal
 7   conclusion.
 8        But you can answer your experience, if
 9   you'd like to weigh in, too, Mark.
10        A.   Yes.
11        Q.   Okay.  I'm looking at the top of
12   page 8 of Defendant's Exhibit 8.  It's part of
13   the response -- your answer and objections to
14   defendants interrogatory 9.  It says, "Subject
15   to and without waiving any objection, Plaintiff
16   suffered garden variety emotional distress,
17   emotional harm and damages as a result of
18   Defendants' conduct."  I just kind of want to
19   explore that a bit.
20        How would you describe your -- how would
21   you describe your garden variety emotional
22   distress since being separated?
23            MR. PETROV:   You're looking at
24   the wrong document.
25        Just give him one second to catch up.
```

```
 1              MR. STOUFFER:  Yeah, that's fine.
 2              MR. PETROV:    That document,
 3    page 8 at the top.
 4              MR. STOUFFER:  At the top, yeah.
 5              MR. PETROV:    What counsel just
 6    read was this sentence here, "Subject to and
 7    without waiving," so you can catch up there.
 8    (Indicating.)
 9              THE WITNESS:   Yeah.
10              MR. STOUFFER:  Thank you.
11              THE WITNESS:   Thank you.
12    BY MR. STOUFFER:
13        A.    So as a psychologist, I've been
14    trained and aware of different levels and types
15    of emotional conditions.  I would say simply in
16    everyday language, you know, I've been anxious.
17    I have a family of three young men, sons that
18    I'm proud of that -- and a good wife that this
19    has been a real burden.
20        I feel that I am blessed with a lot of
21    good people, my family included, and we have
22    suffered and had to sell -- with loss of income
23    and circumstances, had to sell a house in
24    Columbus, move from our family and friends in
25    Columbus to this town here, which is, you know,
```

```
                                        Page 211

 1    a nice town but there was, you know, the burden

 2    of relocation and the worry about how I would

 3    pay bills, you know, has been tremendously

 4    burdensome.

 5         Q.    Have you been unable to engage in

 6    income generating activities due to the

 7    emotional affects of your separation from

 8    employment?

 9         A.    No.

10             MR. STOUFFER:  Let's take a

11    ten-minute break.  I am pretty close to done.

12             THE WITNESS:   Okay.

13        I should say, I still get a lot of

14    students calling me and I'm guiding and

15    coaching them.  I have a lot of texts and

16    emails and so on of students that have found

17    out how to reach me, so I'm helping them versus

18    the other way around.

19             MR. STOUFFER:  Okay.  Well, thank

20    you.

21             MR. PETROV:    All right.

22             VIDEOGRAPHER:  Off the record.  The

23    time is now 4:16.

24                 (Recess taken.)

25             VIDEOGRAPHER:  We're back on the
```

Page 212

1    record.  The time is now 4:29.
2    BY MR. STOUFFER:
3         Q.    Okay.  I would like to go back to
4    page 6 of Defendant's Exhibit 18.
5              MR. PETROV:  All right.  Hold on.
6    I'll give it to him.  I took it all away.
7         Okay.  There's Exhibit 18.  (Handing.)
8         Q.    And page 6.  I just have one
9    question, and this is in reference to number 5.
10   So do you recall we were discussing about how
11   Lount, Tepper and Makhija, I think the phrasing
12   was, quote, In so many ways, unquote, said that
13   your separation from employment was motivated
14   by your academic speech, I forgot to ask about
15   Makhija.  What did Dean Makhija say that made
16   you believe that your separation from
17   employment was caused by your academic speech?
18        A.    When he said to me that, "There was
19   some investigative efforts into your teaching
20   practice in Crucial Conversations," and I asked
21   for more detail and he said, "You'd have to
22   speak to HR" --
23        Q.    Okay.
24        A.    -- so given his title and position,
25   I just -- I felt like he -- that was probably

Page 213

1  the best answer he could give from his

2  standpoint but I think he could have said more.

3      Q.    And was that the conversation you

4  had with him in and around, was that May

5  of 2022?

6      A.    Yes.

7      Q.    Okay.  Did he say anything else,

8  other than that?

9      A.    Yeah.  He -- I asked him if he

10  could help me, that I had always helped the

11  school out for all these years.  Whenever you

12  needed extra -- extra courses taught, I went

13  out of my way and I thought, I would really

14  appreciate it if you could look into this and

15  help me out in whatever way would be possible.

16      Q.    Okay.  And then I asked you before

17  a break about your applications for equivalent

18  or --

19      A.    Yeah.

20      Q.    -- superior employment.  Do you

21  know approximately how many applications you

22  submitted?

23      A.    So, you know, I would say over time

24  it's been a couple of dozen, a number of

25  different places.

Page 214

1          Q.    Have you been given any offers from
2     those applications?
3          A.    There's interest.  Like the
4     University of Michigan is -- verbally there's
5     been some interest.
6          Q.    But has there been any offers of
7     employment from any of the applications --
8          A.    So Case has offered, you know,
9     contract work.
10          Q.    And is that for a professor
11     position or --
12          A.    For executive ed.
13          Q.    Executive ed?
14          A.    Right.
15          Q.    What about any sort of teaching or
16     education positions for like an equivalent of a
17     senior lecturer at a different institution,
18     have you applied for any positions like that?
19          A.    No.  I've been applying for
20     executive ed.  It's more money with less time
21     and it's also what I'm known for.
22          Q.    Okay.  So you haven't applied to
23     any sort of like lecturer positions at other
24     universities?
25          A.    Right --

Page 215

1          Q.    Okay.

2          A.      -- but I consider this to be

3    even -- executive ed is considered top of the

4    teaching mountain, if you will, or hierarchy

5    that -- you know, that it's considered an honor

6    and it's significantly more pay and

7    opportunity.

8          Q.    Have you received any rejections

9    for positions you applied to?

10         A.    Not yet.

11         Q.    Okay.  Other than the five named

12   individual defendants, are you aware of anyone

13   else at the university or Fisher College of

14   Business who you believe has violated your

15   right to academic free speech under the First

16   Amendment?

17         A.    Not at this time.

18         Q.    So at this time you're not aware of

19   anyone who has -- anyone outside of the five

20   individual defendants that you believe have

21   violated your right to academic free speech?

22         A.    Not at this time.

23              MR. STOUFFER:  Okay.  I think we're

24   done.

25              MR. PETROV:    Okay.

Page 216

1              EXAMINATION OF MARK SULLIVAN

2    BY MR. PETROV:

3         Q.    I have like probably less than 120

4    seconds.  So, Mark, I'm going to give you what

5    had been introduced to you as Defendant's

6    Exhibit 6, which is the February 2022

7    termination letter, right?  Is that right?

8         A.    Yes.

9         Q.    Okay.  And that's addressed to you

10   from Mr. Makhija, correct?

11        A.    Yes.

12        Q.    And can you read the cc line?  Who

13   are the people who received cc's?

14        A.    Professor Robert Lount, Professor

15   Bennett Tepper and Jennifer McLendon.

16        Q.    And this is the letter that you

17   received informing you of your termination of

18   employment?

19        A.    Yes.

20        Q.    And you saw all four of those

21   people either authoring or cc'd on the

22   document?

23        A.    Yes.

24        Q.    And did you, from seeing their

25   names on this document, conclude that they had

Page 217

1   involvement with the decision to terminate your

2   employment?

3        A.    Yes.

4        Q.    And your earlier testimony about

5   internal documents, is this the same or similar

6   to what you described as an internal document

7   showing the involvement of those people?

8        A.    Yes.

9        Q.    Okay.  That's all I have on that.

10       Defendant's Exhibit 10 is your annual

11   revenue from Bob Lount in April of 2020.

12       A.    Yes.

13       Q.    And Mr. Stouffer asked you some

14   questions relating to some SEI scores in your

15   courses --

16       A.    Yes.

17       Q.    -- do you remember talking about

18   that topic?

19       A.    Yes.

20       Q.    Did this review also contain an

21   overall scholarly rating?

22       A.    Yes.

23       Q.    And what was that for the 2020

24   review?  It's the first sentence under the

25   bold, point evaluation.  What did you receive?

Page 218

1          A.     SB, substantially beyond.

2          Q.     And did you understand that to be

3    the top rating you could receive as a professor

4    from Mr. Lount?

5          A.     Yes.

6          Q.     And is the fact that you got a

7    substantially beyond rating, did that

8    contribute to your decision to not contest in

9    writing the SEI scores you received from your

10   class?

11         A.     Yes.

12         Q.     Okay.  And lastly -- you can put

13   that down.  And lastly, I'll give you

14   Defendant's Exhibit 11, which is the same

15   format of annual review you received in 2021

16   from Mr. Lount.  You see this follows a very

17   similar format to Exhibit 10, right?

18         A.     Yes, yes.

19         Q.     On page 2, there's a paragraph

20   titled, "Evaluation."

21         A.     Yes.

22         Q.     What was the evaluation you

23   received from Mr. Lount in April of '21?

24         A.     Meets or beyond.

25         Q.     And then looking at the first page,

Page 219

1    did you understand that to mean that Mr. Lount

2    believed your performance either met or was

3    beyond his expectations?

4        A.   Yes.

5        Q.   And did receiving that review from

6    Mr. Lount in April of 2021, contribute to your

7    decision to not contest in writing the SEI

8    scores that you received?

9        A.   Yes.

10            MR. PETROV:  Okay.  I have no other

11   questions.

12           EXAMINATION OF MARK SULLIVAN

13   BY MR. STOUFFER:

14       Q.   Just one question.  Going back to

15   Defendant's Exhibit 6 -- I believe it's this

16   one -- under the, cc line, do you see William

17   Wattercutter's name there?

18       A.   No.

19           MR. STOUFFER: Okay.  And that's it.

20           MR. PETROV:   Okay.  We'll read.

21           VIDEOGRAPHER: We're off the record.

22   The time is now 4:38.

23           (Thereupon, the deposition

24           was adjourned at 4:38 p.m.)

25

Page 220

1   Whereupon, counsel was requested to give

2   instruction regarding the witness's review of

3   the transcript pursuant to the Civil Rules.

4

5                    SIGNATURE:

6   Transcript review was requested pursuant to the

7   applicable Rules of Civil Procedure.

8

9                    TRANSCRIPT DELIVERY:

10  Counsel was requested to give instruction

11  regarding delivery date of transcript.

12  David B. Stouffer ordered the original

13  transcript regular delivery.

14

15

16

17

18

19

20

21

22

23

24

25

                                                            Page 221

1                    REPORTER'S CERTIFICATE

2    The State of Ohio,     )

3                                      SS:

4    County of Cuyahoga.   )

5

6              I, Tracy Morse, a Notary Public

7    within and for the State of Ohio, duly

8    commissioned and qualified, do hereby certify

9    that the within named witness, MARK SULLIVAN,

10   was by me first duly sworn to testify the

11   truth, the whole truth and nothing but the

12   truth in the cause aforesaid; that the

13   testimony then given by the above-referenced

14   witness was by me reduced to stenotypy in the

15   presence of said witness; afterwards

16   transcribed, and that the foregoing is a true

17   and correct transcription of the testimony so

18   given by the above-referenced witness.

19              I do further certify that this

20   deposition was taken at the time and place in

21   the foregoing caption specified and was

22   completed without adjournment.

23

24

25

Page 222

1              I do further certify that I am not

2    a relative, counsel or attorney for either

3    party, or otherwise interested in the event of

4    this action.

5              IN WITNESS WHEREOF, I have hereunto

6    set my hand and affixed my seal of office at

7    Cleveland, Ohio, on this 15th day of

8    April, 2025.

9

10

11

12

13    _____

14          Tracy Morse, Notary Public

15          within and for the State of Ohio

16

17   My commission expires 1/26/2028.

18

19

20

21

22

23

24

25

```
                                                   Page 223
 1                      Veritext Legal Solutions
                            1100 Superior Ave
 2                             Suite 1820
                        Cleveland, Ohio 44114
 3                      Phone: 216-523-1313
 4
     April 15th, 2025
 5
     To: DANIEL P. PETROV, ESQ.
 6
     Case Name: Sullivan, Mark v. Makhija, Anil Et Al
 7
     Veritext Reference Number: 7279726
 8
     Witness:  Dr. Mark  Sullivan       Deposition Date:  4/1/2025
 9
10   Dear Sir/Madam:
11
     Enclosed please find a deposition transcript.  Please have the witness
12
     review the transcript and note any changes or corrections on the
13
     included errata sheet, indicating the page, line number, change, and
14
     the reason for the change.  Have the witness' signature notarized and
15
     forward the completed page(s) back to us at the Production address
16   shown
17   above, or email to production-midwest@veritext.com.
18
     If the errata is not returned within thirty days of your receipt of
19
     this letter, the reading and signing will be deemed waived.
20
21   Sincerely,
22   Production Department
23
24
25   NO NOTARY REQUIRED IN CA
```

```
 1                    DEPOSITION REVIEW
                   CERTIFICATION OF WITNESS
 2
        ASSIGNMENT REFERENCE NO: 7279726
 3      CASE NAME: Sullivan, Mark v. Makhija, Anil Et Al
        DATE OF DEPOSITION: 4/1/2025
 4      WITNESS' NAME: Dr. Mark  Sullivan
 5      In accordance with the Rules of Civil
   Procedure, I have read the entire transcript of
 6 my testimony or it has been read to me.
 7      I have made no changes to the testimony
   as transcribed by the court reporter.
 8
   _____          _____
 9 Date                          Dr. Mark  Sullivan
10      Sworn to and subscribed before me, a
   Notary Public in and for the State and County,
11 the referenced witness did personally appear
   and acknowledge that:
12
        They have read the transcript;
13      They signed the foregoing Sworn
        Statement; and
14      Their execution of this Statement is of
        their free act and deed.
15
        I have affixed my name and official seal
16
   this _____ day of_____, 20_____.
17
                   _____
18                 Notary Public
19                 _____
                   Commission Expiration Date
20
21
22
23
24
25
```

Page 225

```
 1              DEPOSITION REVIEW
             CERTIFICATION OF WITNESS
 2
        ASSIGNMENT REFERENCE NO: 7279726
 3      CASE NAME: Sullivan, Mark v. Makhija, Anil Et Al
        DATE OF DEPOSITION: 4/1/2025
 4      WITNESS' NAME: Dr. Mark  Sullivan
 5      In accordance with the Rules of Civil
   Procedure, I have read the entire transcript of
 6  my testimony or it has been read to me.
 7      I have listed my changes on the attached
   Errata Sheet, listing page and line numbers as
 8  well as the reason(s) for the change(s).
 9      I request that these changes be entered
   as part of the record of my testimony.
10
        I have executed the Errata Sheet, as well
11  as this Certificate, and request and authorize
   that both be appended to the transcript of my
12  testimony and be incorporated therein.
13  _____      _____
   Date                      Dr. Mark  Sullivan
14
        Sworn to and subscribed before me, a
15  Notary Public in and for the State and County,
   the referenced witness did personally appear
16  and acknowledge that:
17      They have read the transcript;
        They have listed all of their corrections
18      in the appended Errata Sheet;
        They signed the foregoing Sworn
19      Statement; and
        Their execution of this Statement is of
20      their free act and deed.
21      I have affixed my name and official seal
22  this _____ day of_____, 20_____.
23      _____
        Notary Public
24
        _____
25      Commission Expiration Date
```

Page 226

1                          ERRATA SHEET
                VERITEXT LEGAL SOLUTIONS MIDWEST
2                       ASSIGNMENT NO: 7279726
3    PAGE/LINE(S) /          CHANGE          /REASON
4    _____
5    _____
6    _____
7    _____
8    _____
9    _____
10   _____
11   _____
12   _____
13   _____
14   _____
15   _____
16   _____
17   _____
18   _____
19

     _____         _____
20   Date                    Dr. Mark  Sullivan
21   SUBSCRIBED AND SWORN TO BEFORE ME THIS _____
22   DAY OF _____, 20_____ .
23                  _____
                    Notary Public
24

25                  _____
                    Commission Expiration Date

**[& - 19]**                                                    Page 1

| & | | | |
|---|---|---|---|
| **&** 138:22 | | | |

**0**

**000013-0000...**
4:19 115:6
**000029-0000...**
4:6 47:10
**000054-0000...**
4:21 120:2
**000057** 4:9
57:23
**000058** 4:11
59:9
**000594** 5:10
164:19
**002433** 4:7
54:24
**002434** 4:15
80:22
**002613** 4:17
104:13
**002622** 4:13
69:3
**002701** 5:4
137:23
**002742-0027...**
4:24 133:25
**002750-0027...**
5:12 177:17
**002752** 178:1
**02/25/2022**
4:12 69:1

**03174** 1:7 6:6
**04/02/2019** 4:8
57:21
**04/09/2021**
4:20 119:25
**04/10/2020**
4:18 115:4
**04/21/2015** 4:4
47:7
**04/22/2021**
4:10 59:7
**06/28/2017** 4:6
54:22
**07032024.do...**
173:12
**08/18/2021**
4:14 80:20
**08/24/2020**
4:22 133:23
**09/28/2021** 5:8
164:17
**09/29/2021**
5:10 177:14

**1**

**1** 1:14 4:3 6:2
13:19 16:2,8
16:20 17:4
31:25 56:13
58:15 90:1
119:15 173:11
**1/26/2028**
222:17

**10** 4:18 79:4
112:6 115:3,10
115:14,16,23
118:2 119:17
119:18 148:10
217:10 218:17
**100** 40:2
**100,000** 22:4
**104** 4:16
**10:08** 1:15 6:3
**11** 4:20 119:24
120:6,10
125:22 218:14
**1100** 223:1
**115** 4:18
**119** 4:20
**11:47** 82:21
**11th** 2:11
**12** 4:22 79:5
133:22 134:5
**12/31/2020**
4:16 104:12
**120** 10:1 34:14
216:3
**12427** 222:12
**12:08** 82:24
**13** 5:3 137:20
138:2
**130** 50:19
**130,000** 50:7
**133** 4:22
**137** 5:3
**14** 5:5 52:21
60:1 69:24

**75:25 76:4**
139:9 143:16
143:23
**143** 5:5
**15** 5:6 36:23
38:7 59:25
71:23 158:6,13
158:19,21
159:8 161:12
172:13,14
173:6
**150** 26:22
34:14,25 38:2
**158** 5:6
**15th** 222:7
223:4
**16** 4:3 5:8
164:16,23
165:3 167:21
**160,131.07**
81:16
**164** 5:8
**17** 5:10 177:13
177:22 178:1
**177** 5:10
**18** 5:13 35:8,9
38:8 101:13
186:7,16,25
198:12,15
212:4,7
**1820** 223:2
**186** 5:13
**19** 144:11
185:6

**[1972 - 3200]**                                                                 Page 2

**1972**  18:21
**1976**  19:7
**1980**  18:9
**1983**  91:4,16
   198:23
**1991**  30:19
**1997**  26:13
**1:10**  126:21

**2**

**2**  3:2 4:4 47:6
   47:14,19 48:1
   58:18 119:10
   218:19
**2.3**  116:12
   117:4,5,10,12
   117:13,22
   118:4,16,22
   121:7
**2.71**  121:7
**2.71.**  121:10
**2.83**  121:9
**2.83.**  121:7
**20**  26:23 44:1
   64:8 124:16
   127:9,13
   145:18 156:25
   158:3 224:16
   225:22 226:22
**200**  13:16
   107:16 111:2
   188:8
**2001**  25:19

**2002**  26:13
**20046**  2:5
**2007**  22:18
   23:10 25:19
**2011**  40:12
**2012**  40:12,13
   41:6
**2013**  22:18
   23:10 139:9
**2015**  34:1,3
   39:14 92:9,11
   92:19
**2016**  107:3
**2017**  56:13
**2018**  37:18
   121:8 123:3,3
**2019**  37:20
   56:14 58:15,18
   65:22 66:7
   92:9,13,19,25
   121:9 123:16
**2020**  66:6 68:7
   115:23 119:18
   123:3,17
   217:11,23
**2021**  52:16
   58:15 59:18,25
   67:21 68:5,7
   81:9,13 82:15
   84:4,21 120:16
   121:13 137:12
   137:16 144:5
   149:12,21
   166:6,13 178:8

181:19 182:15
184:9 218:15
219:6
**2022**  52:16,20
   52:21 54:11
   60:1 67:22
   68:5 69:17,24
   70:24 73:25
   74:10 78:16
   79:3 81:10,14
   82:16 84:4,22
   85:5 87:21
   92:10,25 97:8
   182:6 185:6
   195:12 206:7
   213:5 216:6
**2023**  66:6,7
**2024**  173:7
   174:18
**2025**  1:14 6:2
   222:8 223:4
**21**  192:8
   218:23
**216**  3:6
**216-523-1313**
   223:3
**219**  3:7
**22**  59:18 70:5
   70:24 71:13
   72:11 73:25
   85:3 87:2,3
   171:1,3 179:11
   182:5,16 195:6

**221**  3:8
**225,000**  29:20
**227**  151:21
**228**  187:15
**229**  90:14
**22nd**  71:10
**231**  91:10
**24**  66:7
**25**  69:17 71:1
**27**  166:13
   171:4
**28**  149:21
**28th**  166:6
**29**  152:9 178:8
**29th**  179:7
**2:00**  75:25
**2:12**  126:24
**2:23**  1:7 6:6
**2s**  121:11 125:5

**3**

**3**  4:6 54:21
   55:3,7 56:19
   57:1 119:7
   173:7 174:18
**30**  93:23
   152:13 157:1
**300**  127:5,18
   128:11
**31**  56:14 58:15
**3100**  116:3,25
**3200**  116:7,25
   120:22

**3632** 116:15
**3:19** 177:8
**3:26** 177:11

**4**

**4** 3:4 4:8 57:20
58:3,7 119:5
**4,000** 94:12
**4.1** 116:2,16
**4.4** 116:8
**4.5** 116:2
**4.6** 116:9
**4.6.** 116:16
**4.9** 116:12
117:4,6 121:6
**4/1/2025** 223:8
224:3 225:3
**40** 36:23 38:8
149:19 153:12
154:12 157:1
158:20
**40th** 154:2
**41** 187:3,21
188:1 199:13
199:25 201:10
**42** 91:3,16
198:22
**44113** 2:11
**44114** 223:2
**44122** 2:5
**45** 153:12
198:13,18,20
198:23 199:6,9
199:10,22

200:19
**47** 4:4
**49th** 149:13
153:10
**4:16** 211:23
**4:29** 212:1
**4:38** 219:22,24

**5**

**5** 4:10 59:6,13
68:15,18,21
71:23 90:1
158:3 187:1
199:12,24
212:9
**5,000** 94:12
**50** 93:24
**50,000** 22:3,5,6
**54** 4:6
**57** 4:8
**59** 4:10

**6**

**6** 4:12 68:25
69:7,12,15
83:19 186:24
198:11,16
199:4,15 212:4
212:8 216:6
219:15
**615** 1:18 2:11
**68** 4:12

**7**

**7** 3:6 4:14 38:7
80:19 81:1,2,4
81:6 161:11
201:13 204:7,8
**7236** 5:5,6,9
116:11 143:17
144:4 158:7
164:18
**7279726** 223:7
224:2 225:2
226:2
**76** 18:21,22

**8**

**8** 4:16 88:1,6
89:6 151:21
186:1 187:16
187:16,18
198:12,17
203:24 204:8
209:12,12
210:3
**80** 4:14 44:3
124:16 127:13
**800** 26:19
**88** 4:16

**9**

**9** 4:16 104:11
104:17,20
120:16 121:13
209:14

**9/11** 26:19
**90** 10:1 24:19
95:3
**91** 30:23,25
31:2
**911** 131:19
135:16
**97** 17:24

**a**

**a.m.** 1:15 6:3
**ability** 188:25
200:3
**able** 10:15
11:24 33:18
38:12 44:17
52:24 85:18
133:3 151:16
154:23 155:9
156:25 158:3
177:1 188:12
190:7
**abnormal**
131:16
**above** 108:23
109:2,6 110:6
112:23 117:14
221:13,18
223:17
**absence** 30:1,9
31:6
**absolutely**
118:23 152:25
156:4

**[abstain - ago]** Page 4

**abstain** 176:22
**academic** 82:6
  90:25 115:24
  117:9 188:7
  198:25 200:12
  212:14,17
  215:15,21
**academy** 32:5
  33:2,6 157:23
  159:7 208:5
**accelerated**
  20:24
**accenture**
  26:14 31:19,22
  43:23
**acceptable**
  117:13 119:11
  119:12
**accepting**
  170:18
**accomplished**
  64:6
**accordance**
  224:5 225:5
**accredit** 160:17
**accreditation**
  160:18
**accredited**
  45:15 160:22
**accurate** 10:15
  31:25 56:20
  82:15 117:17
  117:23 119:18
  135:8 167:22

**accurately**
  105:10,12
**accused** 172:9
**achieve** 114:19
**acknowledge**
  147:3 224:11
  225:16
**acknowledged**
  64:10
**acknowledging**
  38:25
**acknowledg...**
  80:5
**acronym**
  109:16
**act** 147:11
  224:14 225:20
**acted** 73:7
**acting** 167:3
  180:6
**action** 12:11,12
  90:19,22 91:2
  91:13,20
  185:18 198:21
  209:3 222:4
**actions** 165:21
**active** 31:2
**activities**
  102:20 208:15
  211:6
**actual** 142:10
  149:17
**actually** 29:25
  40:20 43:21

56:23 71:19
84:8 85:18
88:18 95:6
108:14 133:3
133:10 150:25
171:14,17
192:10,12
**add** 48:16
  141:4 198:9
**additional**
  49:25
**address** 165:7
  193:13 223:15
**addressed**
  216:9
**adjourned**
  219:24
**adjournment**
  221:22
**administration**
  184:17
**administrative**
  15:9 76:14
  111:7 114:9
**administrator**
  99:14 200:10
**admit** 37:9
**admitted** 29:2
  29:6
**adopted** 157:22
**adopting** 149:2
  207:18
**advantage**
  117:25 118:3

118:13 125:21
**advice** 95:8
  99:9 102:23
  105:24,24
**advise** 99:19
**advisor** 46:22
  46:23,24
  106:16
**affect** 10:24
  156:15
**affective**
  156:14
**affects** 211:7
**affirm** 167:12
**affirmation**
  38:25 39:5
  167:9 202:25
**affirming**
  147:2
**affixed** 222:6
  224:15 225:21
**aforesaid**
  221:12
**afterward**
  111:19
**ag's** 7:6 13:6
**age** 6:22
**aged** 110:9
**aggressive**
  147:25 156:16
**ago** 14:14,16,18
  24:2 47:20
  61:9 65:19

[agree - applications] Page 5

| | | | |
|---|---|---|---|
| **agree** 176:4 | **amazingly** | 42:21 46:9,12 | 118:1 139:23 |
| **agreed** 133:6 | 110:16 | 59:2 89:18 | 141:21 165:17 |
| **agreement** 37:6 | **amended** 4:16 | 98:7 114:21 | 166:17,21 |
| 172:24 176:16 | 88:2,17,22 | 116:24 131:8 | 177:3 180:24 |
| **ahead** 46:8,14 | 89:12 198:22 | 174:24 184:25 | 187:11 196:9 |
| 50:5 59:2 89:1 | **amendment** | 185:1 187:6 | 198:15 |
| 194:12 196:5 | 91:3,15 199:2 | 188:24 189:6 | **apologizing** |
| 203:20 | 215:16 | 189:14 190:4,8 | 167:24 |
| **ahold** 73:14 | **america** 38:14 | 190:9 194:12 | **apology** 11:15 |
| 182:10 | **amount** 32:19 | 198:8 200:2 | 45:9 156:22 |
| **air** 188:11 | 128:15 | 201:4 203:20 | 164:4 170:21 |
| **airlines** 19:18 | **amplified** | 204:5,11 205:2 | **apparently** |
| 20:9 29:9,22 | 106:1 | 209:8,13 213:1 | 30:24 |
| 30:5,18,24 | **angles** 142:6 | **answered** | **appear** 56:19 |
| 31:14 | **anil** 1:8 4:5,8 | 126:10 173:24 | 58:17 82:14 |
| **al** 1:8 6:6 223:6 | 4:10,12,14 | 194:11 203:19 | 224:11 225:15 |
| 224:3 225:3 | 47:8 49:18 | **answering** 9:5 | **appearances** |
| **alert** 132:14 | 57:22 59:8 | 9:15 104:5 | 2:1 3:2 |
| **allegation** | 69:2 75:24 | 186:17 209:5 | **appeared** 85:20 |
| 91:24 188:1 | 76:1 79:6,18 | **answers** 7:15 | 131:1 |
| 199:5 | 80:21 89:23 | **antagonizing** | **appears** 49:17 |
| **allegations** | 96:4 98:20,23 | 147:25 | 56:11,12 58:9 |
| 187:3 | 99:20 105:22 | **anxious** 131:1 | 58:13 59:23 |
| **allegedly** 77:21 | 191:5,23 223:6 | 210:16 | 81:9 89:7 |
| 205:10 | 224:3 225:3 | **anybody** 75:12 | 173:17 174:1 |
| **alleging** 15:5 | **anne** 2:15 | 84:11 | 175:19 |
| 91:6 | **annual** 50:7 | **anymore** 53:18 | **appended** |
| **alliance** 139:2 | 81:7,10,23 | **anyway** 68:12 | 225:11,18 |
| 139:16 | 82:16 115:22 | **apex** 20:23,23 | **applicable** |
| **allotted** 128:22 | 119:19 120:15 | 23:12 139:3 | 220:7 |
| **allowed** 65:8 | 217:10 218:15 | **apologies** 37:5 | **application** |
| 65:10 84:8 | **answer** 9:17,20 | 45:8 | 39:20 |
| **alternative** | 10:12,12 15:1 | **apologize** 16:11 | **applications** |
| 122:17 | 15:1 22:1 36:8 | 37:1 61:16 | 213:17,21 |

**[applications - attention]** Page 6

214:2,7
**applied** 206:21
214:18,22
215:9
**applies** 8:22
**apply** 65:7,8,10
**applying** 207:7
214:19
**appointed**
63:11
**appointment**
49:10 67:25
69:21,23 70:4
179:4
**appreciate** 37:8
57:16 140:2
213:14
**approach**
142:2
**appropriate**
39:2,2 49:24
112:14,25
124:6 153:5
170:17
**approve** 128:20
129:6,7 161:2
**approved** 35:4
45:15 137:14
160:4,5,7,23
161:14
**approximate**
33:18
**approximately**
6:3 14:15

78:25 86:22
213:21
**approximation**
22:10 208:14
**april** 1:14 6:2
58:18 59:18
87:1 115:23
119:18 120:16
121:13 217:11
218:23 219:6
222:8 223:4
**area** 13:24
25:14 27:25
**areas** 11:10
44:5
**arena** 13:10
206:22
**argument**
173:1
**arm** 39:3
**arrangement**
31:3
**aside** 45:14
107:25 142:1
**asked** 27:18
30:8 34:22
35:7 39:16
60:12 70:7
71:18 76:25
79:5,12 99:6
102:21 103:24
107:14 112:2
124:11,13
126:9 139:4

150:20 157:24
163:20 178:20
183:25 189:3
190:5 194:11
199:4 200:23
201:6 203:19
203:25 212:20
213:9,16
217:13
**asking** 7:13
8:11 9:5 20:6
48:9 56:3 57:5
78:2 83:5
84:24 96:18
106:20 145:25
150:9 178:10
187:18 189:21
189:22
**asks** 201:13
**assert** 175:20
**asserting** 174:4
**assessment**
111:10
**assets** 107:9
**assign** 133:8
136:22
**assigned** 35:16
128:10 129:14
130:4,10
133:10,16
136:7,12
137:13
**assignment**
128:17 224:2

225:2 226:2
**assistance**
127:15
**assistant** 67:24
99:18 102:6
125:15 127:17
**associate** 69:20
76:14 92:22
99:18,21,22,24
204:25
**association**
31:8 39:22
40:5,18 139:5
**assume** 10:9
**assuming** 148:3
**assurance**
100:5 184:4
**assure** 186:21
**assured** 135:14
**attached** 225:7
**attachment**
4:23 133:24
**attempt** 84:2
125:6,10
**attempted** 84:1
**attempting**
68:2
**attempts** 206:9
**attend** 18:3,19
**attended** 17:11
**attending** 19:2
**attention** 43:16
119:13

**[attentive - behavior]** Page 7

attentive 180:9
180:13
attorney 2:9
12:4,18 21:3
222:2
attorneys 9:7
attract 50:13
atypical 121:12
au21 5:9
164:18
audience 117:2
149:5,11
153:16
audiences
157:25 159:6
august 34:2
56:14 58:15
59:25 60:1
authentic 58:18
authenticates
57:13
authenticity
57:8
authoring
216:21
authority
197:10
authorize
225:11
available 64:12
159:2 174:9
ave 223:1
avenue 1:18
2:11

average 108:24
109:2,6 110:6
112:24 117:15
119:9
avoided 193:7
award 100:14
107:21 111:1
113:11
awarded 82:5
aware 88:24
95:13 101:15
102:11,24
112:4 114:23
145:4 182:22
188:15 197:9
200:11 210:14
215:12,18

**b**

b 2:9 193:16
201:10 220:12
ba3630 120:24
ba3632 120:23
bachelor's
18:24
back 5:4 22:13
24:17,21 26:2
30:13 31:9
48:16 61:8
74:5 82:23
84:21 94:4,19
107:2 126:23
136:2 137:22
143:8 144:25

151:20 153:22
154:1 165:13
169:2 170:4
172:21 174:5
174:22 175:1
176:19 177:10
180:2,11,22
211:25 212:3
219:14 223:15
background
7:7 8:3
backgrounds
129:25 140:6
backyard
130:21,25
131:13
bad 146:22
badly 181:1,3
196:12
bag 158:4
balance 167:8
bankruptcy
15:13
base 81:14,17
81:25 178:23
188:1 200:19
based 30:6
33:16 51:18
91:23 108:9,21
124:20,21
141:8 142:11
142:16 144:14
150:6 175:18
194:4 196:19

202:4
bases 187:3
199:5
basically 53:17
71:25 86:5
100:17 115:17
164:10 181:12
184:1
basis 204:16
bates 4:5,7,9,11
4:13,15,17,19
4:21,23 5:4,9
5:12 47:9
54:23 57:2,9
57:22 59:8
69:2 80:21
104:13 115:5
120:1 133:25
137:22 164:19
177:16 178:1
battelle 22:14
24:19 25:5
26:6 39:24,25
bd 32:14
began 123:17
beginning 67:3
83:2
behalf 2:2,8
6:14 12:17
13:5
behavior 11:17
17:18 27:14
67:18 70:9
72:16,16,23

**[behavior - brand]** Page 8

131:16,23
156:17 162:21
165:9
**behaviors**
180:10
**belief** 190:21
**believe** 17:7
24:15 61:12
62:7 70:5 82:7
89:20 96:4,17
99:20 103:14
104:4 155:7
157:13 189:10
198:8 201:23
202:16 212:16
215:14,20
219:15
**believed** 219:2
**believes** 201:15
**bell** 184:21
**beloved** 74:14
**ben** 34:8 39:14
41:9,11 42:19
43:10 45:19
50:9 53:23
54:17 64:8,24
64:25 65:11
75:24,25 76:7
83:21 92:5,17
96:2,13 97:10
99:20 100:19
107:21 109:2
111:14 112:3
114:1 124:13

182:14 191:15
191:16,23
195:8 196:3
204:5,13
**benefit** 40:21
40:22 131:23
**bennett** 89:23
204:16 205:9
216:15
**bercian** 2:16
**berry** 4:5 47:9
**best** 14:1 15:20
79:14 86:3
98:8 111:4,5,8
141:9 167:18
185:2 188:13
188:25 190:20
200:2 201:3
213:1
**bet** 70:12
**better** 31:20,23
79:24 153:25
204:1,3,17
**beware** 167:1
**beyond** 48:22
48:22 49:2,12
122:16 138:13
166:1 218:1,7
218:24 219:3
**big** 26:5 111:1
155:25 169:20
**bigger** 53:3
**bill** 85:22 86:18
86:23 104:2

196:16,22
197:9 198:9
**billing** 67:11
**bills** 211:3
**bit** 9:10 33:17
94:10 109:11
146:25 166:23
170:8 183:25
209:19
**blabbing** 74:24
**black** 106:12
106:14
**blah** 49:10,10
49:10 94:3,3,3
101:3,3,3
**blank** 79:5
**blended** 142:17
**bless** 90:16
**blessed** 210:20
**blue** 183:13
**board** 60:15,20
148:22 154:25
**bob** 60:12,17
62:10,11 65:20
65:24 70:5,13
71:15,15 92:24
92:24 93:2
96:4 109:4
112:10 113:25
118:6,7,13
124:7,22 125:4
128:6,20 129:4
129:20 132:18
133:3,19

145:17 166:25
171:2,8,9
181:19 182:1,2
182:12 191:23
217:11
**bold** 217:25
**book** 136:22
137:1,2,4,7,12
138:3,10
**books** 31:8 64:7
**boss** 92:25
119:14 122:5
124:23 146:23
148:19,21
205:2
**bottom** 17:9
55:10 58:11
59:21 81:12
110:5 117:14
140:5 159:12
168:17 178:4
178:19
**boundaries**
44:21
**boy** 169:20
**boyatzis** 27:15
**boyfriend**
146:20
**boys** 110:12
**brainstorm**
151:3
**brand** 74:19
100:23 106:5

**branding** 107:9
**break** 10:2,3
  80:14 82:19
  125:3 142:21
  171:17 175:2
  211:11 213:17
**breakout** 9:24
**breaks** 10:1
**breakup**
  146:20
**brief** 56:25
  67:10 85:19
  179:23 183:15
**briefing** 176:22
**briefly** 10:19
**bring** 45:3,11
  147:3 153:6
  163:18
**broke** 46:21
**brought** 34:25
  38:2 91:20
**bucks** 208:18
**buddy** 151:2
**build** 147:9,11
  206:24
**building** 1:17
  84:5 100:23
  106:5,6 147:16
**built** 44:2
**bulger** 147:22
  148:2 149:23
  150:8,14 151:8
  152:10,15,15
  154:12 156:5

156:10 159:18
161:18 162:7,9
162:19 166:12
166:18 169:9
170:24 181:12
183:11 185:6
188:20 190:2
191:21 192:24
194:5,10
195:10 196:20
202:9,13 203:9
203:15
**bumped** 124:16
**bunch** 66:16
  106:18 152:17
  200:8
**burden** 210:19
  211:1
**burdensome**
  211:4
**business** 13:18
  13:24 14:8,9
  18:6 19:19,25
  20:15,25 23:16
  24:20 29:14,19
  32:9,14 34:20
  35:11,17 38:13
  40:1 41:5,17
  64:2,5 101:9
  101:17,22
  102:3,6,13
  106:2,7,18
  112:8 116:8,15
  120:23 121:23

146:16,21
200:17 206:23
208:5,22
215:14
**businesses**
  35:12
**busmhr** 5:5,6,9
  143:17 158:7
  164:18
**busy** 32:14
  79:18
**buy** 31:22
**buyout** 27:3

**c**

**c** 187:5 194:3
  199:13
**ca** 223:25
**calibrate**
  156:21
**calibrating**
  149:4
**call** 54:16
  70:21,23 71:15
  71:16 72:1,1
  72:10 73:16,16
  73:20 75:22
  85:19 88:23
  102:21 131:11
  147:20 179:11
  179:13,14
  181:13 183:12
  183:15 184:2,7
  184:14 185:9

185:15,16
192:17 205:3
**called** 6:22
  43:18 63:25
  71:17 83:3
  102:20 109:12
  110:18 131:19
  131:24 132:7
  135:16 137:8
  142:17 145:17
  157:4,22
  163:10 164:13
  170:17 179:5,6
  192:16
**calling** 134:23
  134:23 179:12
  183:21 211:14
**calls** 201:2
  209:5
**campus** 53:4
**campuses** 38:3
**canceled** 67:9
**candidate**
  129:22 130:17
  130:21 135:25
**candidates**
  128:20,24
  129:8,18,19
  130:16
**canvas** 164:14
**cap** 127:12
**capability**
  118:11

[capacities - civil]

**capacities**
13:17 23:1
**capacity** 20:12
29:18,19 43:24
99:11 138:13
**capped** 127:10
**caption** 221:21
**care** 190:6
193:9 195:22
**cared** 165:25
**career** 19:3
25:24 93:23
95:8
**careful** 149:8
**carefully**
145:11
**carry** 72:8
**carrying** 108:3
**case** 1:7 6:6
17:11,15,16
27:8 28:25
29:9 30:4,23
36:22 49:21
57:8 89:8,16
90:4 128:8
133:14 136:24
146:14 165:22
194:23 206:17
207:8 214:8
223:6 224:3
225:3
**cases** 37:5
101:1 149:1

**catch** 85:14
209:25 210:7
**categories** 23:7
63:19
**category** 56:9
112:19
**catholic** 203:6
**caught** 176:7
**cause** 90:19,22
91:2,12,20,20
198:21 221:12
**caused** 212:17
**cc** 216:12
219:16
**cc'd** 216:21
**cc's** 216:13
**celebration**
67:12
**cell** 152:16
**central** 101:11
102:5 106:7
**ceremonial**
100:24
**certain** 43:3
49:1 128:15
135:22 142:13
145:5 147:6
149:5
**certificate** 3:8
221:1 225:11
**certification**
224:1 225:1
**certified** 6:25

**certify** 221:8,19
222:1
**cetera** 32:16
**chain** 178:4
180:22
**chair** 41:13
60:14 62:13
65:21,25 92:12
92:15,18,24
95:17 96:5
111:19 124:7
160:17
**chair's** 67:8
**chairs** 113:21
**challenge**
204:19
**challenged**
76:17 77:15
**challenges**
99:12 139:21
**challenging**
57:7 202:22
205:16,22
**chance** 173:14
**change** 23:13
136:4 223:13
223:14 225:8
226:3
**changed** 41:19
149:19 154:7
**changes** 144:6
223:12 224:7
225:7,9

**channel** 164:11
**character**
203:7
**charge** 29:18
**charged** 11:16
36:19 76:10
144:23 195:13
195:19
**charges** 15:9
**chart** 81:13
**chastised** 67:23
**check** 171:13
179:13 183:21
192:18
**checked** 132:3
**chicago** 30:5,6
**chief** 22:19
**child** 124:12
**choice** 153:5
**choices** 154:25
**choose** 150:13
**chose** 193:25
**circles** 43:1
106:7
**circular** 153:15
**circulation**
159:22
**circumstance**
130:17 133:2
**circumstances**
132:12 210:23
**cite** 199:21
**civil** 6:24 12:11
220:3,7 224:5

225:5
claim 90:22
claims 163:8
208:23
clarification
57:16 75:20
141:23
clarify 9:22
63:9 203:8
clarity 41:24
class 36:23
68:11 70:19
72:2,17,18
73:8 76:19
77:8,18 79:11
80:6,8 87:13
87:14 96:20
108:15 117:5,6
120:14 127:20
133:15 136:23
142:16 144:9
144:12 145:14
145:15 148:7
149:22,25
152:21 153:8
153:11,14,15
154:17 156:2
156:10,12
157:21 162:11
162:11,13,15
162:16 163:3
163:24,25
166:11,23
171:15 178:11

178:13,17,22
179:16 181:9
183:22 185:24
192:19 193:20
193:23 195:1
196:8,14 202:1
204:19 205:6
205:15 218:10
classes 46:19
46:20,21
114:19 120:14
127:7,16,18
143:8,11 164:6
170:13 180:3
188:12
classic 70:13
classroom 70:9
73:22 76:12
102:20 115:19
166:2 170:10
192:6 193:19
clause 105:9
clean 9:7
clear 21:5 49:1
50:9 173:15
174:7 177:1
cleveland 1:18
2:11 28:21
32:5 207:3
222:7 223:2
client 13:12
37:23 173:17
clients 53:2

clinic 170:11
clinical 28:11
61:11,14 63:8
64:1,16 74:3
close 54:8 59:4
64:17 96:15
155:20 211:11
closed 24:23
67:13 125:13
closely 100:9
100:11
closer 146:19
club 46:23,24
106:12,14
coach 99:11
coaching 21:2
32:10,13,20
119:13 172:9
207:2 208:3,7
211:15
cockpit 155:12
155:19
coffee 93:13
cognitive
140:17
colleagues
66:14,23 93:17
96:16 112:22
113:4 196:12
college 13:18
13:24 19:7
34:20 35:11,17
40:1 41:5,16
99:2 100:2

101:16,21
102:3,13 105:7
105:16 106:9
110:8 132:15
208:22 215:13
colleges 35:8,9
35:12,20
101:13
colon 90:10
colored 94:9,10
columbus
106:1 207:4
210:24,25
combining 28:8
come 20:9 31:9
32:23 39:16
46:1 50:13
61:8 63:18
96:23 98:13
100:25 107:17
107:24 113:6
130:21 148:15
159:8 167:19
170:1 172:6
175:1 177:1
comes 198:12
198:17
comfortable
83:14
coming 26:24
32:19 73:13
108:15 133:15
143:8 166:23
168:5 169:6,7

180:10
**comment** 49:25
169:19 172:13
**commented**
87:14
**comments**
118:16
**commission**
222:17 224:19
225:25 226:25
**commissioned**
221:8
**committees**
105:8,17,19
106:9,25
107:25 200:15
**common** 83:11
188:6 190:23
190:23
**communicate**
85:16 154:19
164:5
**communicated**
65:9
**communicating**
35:24
**communication**
63:4 113:25
133:18 164:7
164:13 185:15
**communicati...**
27:19 173:3
**community**
106:2

**companies**
44:19 102:21
102:25 122:11
**company**
137:10 147:14
**compare**
114:10
**compared**
208:15
**comparing**
74:5
**compensated**
51:7
**compensation**
51:10 81:7,8
81:10,17,23
82:5,16 200:15
**competence**
147:9,12,17
151:15
**competency**
140:25 149:10
**complain** 93:24
**complained**
205:18
**complaint** 4:16
15:5 77:22
78:5 88:2,22
89:12,15 91:21
147:23 163:13
186:4 187:4,15
198:17 199:6
200:19 201:1
205:9 206:2

**complementary**
137:3
**complete** 9:20
10:15
**completed**
221:22 223:15
**completing**
68:9
**complex**
124:18
**complies** 90:17
91:11 198:19
**compound**
187:7
**concept** 144:25
156:25
**concepts** 99:10
138:15 142:11
142:12
**concern** 19:20
117:12
**concerned**
25:25 61:3
162:20 181:4
**concerning**
121:11 181:9
**concerns**
121:15 184:18
200:11
**conclude**
216:25
**conclusion**
209:7

**conclusions**
88:23 201:2
**concrete** 94:20
**conditions** 11:3
138:12 210:15
**conduct** 196:19
209:18
**conference**
106:17,23
107:18 175:1
**confidence**
54:9 147:9,17
151:15
**confident** 147:7
147:19
**confirm** 11:24
49:14 134:8
**confirmed**
135:24
**confirming**
48:3
**conflict** 37:3
66:17,22
139:21
**conflicts**
144:16
**confusing**
42:11
**confusion**
177:3
**congratulations**
15:22,24
**connect** 165:15

**[connected - conversations]**

**connected**
30:12
**connecting**
140:5,15
**connection**
28:24
**connections**
204:25
**consequences**
185:23
**consider** 13:25
117:17 132:10
132:12 186:20
215:2
**considered**
42:25 74:14
111:3 119:5,8
119:11 215:3,5
**considering**
149:2
**consistent** 8:16
**constitutional**
188:3 189:12
189:17,25
**constructive**
74:18 112:25
**constructively**
28:18
**construe** 81:24
**consultants**
26:19,22
**consulting** 14:7
20:25 21:11
23:15 26:21

43:19,21 44:6
46:24 55:22
102:22,25
107:6 120:24
121:24 122:21
127:13 207:21
**contact** 83:25
84:2 118:13
125:10 182:15
**contacts** 32:16
**contain** 217:20
**contend** 202:10
203:15 204:1
**contending**
203:10
**contends**
201:19
**content** 13:20
35:3 38:9,16
38:21 39:6
45:16 91:1,16
114:7 144:15
150:1 160:6,7
161:8,10 164:1
196:21 199:1
201:18 202:23
**contest** 218:8
219:7
**context** 165:20
201:18
**continue** 52:5
72:7
**continued** 5:1
92:12 117:18

181:18
**contract** 48:14
48:17,23 56:5
62:6,24 70:7
95:16 97:17
194:6 206:18
214:9
**contracted**
139:11,13
**contraction**
24:18
**contractor**
206:17 207:12
207:13
**contractors**
21:20,21
**contracts** 60:15
60:18 197:11
**contractual**
51:14 188:4
**contractually**
55:25
**contribute**
218:8 219:6
**control** 122:16
155:11,13
**controversial**
174:6
**conversation**
9:16 36:9,23
37:2 39:17
52:10 53:13,21
54:13,19 64:8
65:5,17 76:3

79:15 80:11
84:14 86:23
87:13 93:14
99:10 104:7
141:8 155:16
155:18 170:3
171:14 178:12
179:23,23
180:17 181:7
183:24 185:5,8
188:16 195:1
197:21 205:5
213:3
**conversational**
41:2
**conversations**
5:5,7 11:7
34:25 35:25
37:12 44:25
45:6 70:19
73:12 83:18
84:16 86:16
116:12,23
118:17 120:22
127:12 137:7
139:18,18
141:19,21
143:1,13,18
149:15,17
157:11 158:8
158:21 159:23
161:4,23
169:11 172:15
173:9,11

**[conversations - created]** Page 14

178:22 179:16
181:8 183:22
193:24 194:5
194:16 196:20
198:7 212:20
**convey** 205:17
**convicted**
14:21
**coordinate**
107:15
**coordinator**
121:22
**copies** 103:25
104:1
**copy** 16:12
31:25 56:20
58:18 82:15
119:18 167:22
173:22 174:5
174:17
**core** 143:1
**correct** 25:7
30:20 31:16
33:3,17 49:18
49:21 53:24
56:11,14 57:6
58:13 59:18,23
60:3,8 62:20
72:14 81:10,14
83:19,23 85:5
91:13 116:3,12
116:17 120:25
123:7 134:16
134:24 146:7

152:11 166:6
166:14 178:8
178:13,17
180:22 189:8
206:7 216:10
221:17
**corrections**
223:12 225:17
**correctly** 42:14
135:15 139:25
166:5
**council** 105:21
105:23 107:1
**counsel** 6:9
10:2,10 11:7
11:19 95:8
171:25 172:20
174:3 175:20
210:5 220:1,10
222:2
**counselor**
151:23
**countries**
121:24 122:12
122:21
**country** 122:3
**counts** 14:24
**county** 221:4
224:10 225:15
**couple** 11:23
21:17 29:1,6
63:6 64:7,11
75:1 94:11
99:23 101:4

102:2 113:13
135:18 151:16
155:10 162:14
162:15 208:17
213:24
**couples** 151:3
**courage** 151:14
163:17
**course** 5:7 39:8
45:14 46:16
49:3 57:6
63:22 70:7
71:24 72:6
73:6 76:25
82:10 90:25
108:24 109:5
116:2,6,14,21
128:11 136:14
139:19 140:23
141:6,7,8
143:1 144:4
149:17,18
154:5 157:4,12
157:14,22,25
158:2,8,21
160:11 161:5
163:17 164:1
167:14 169:11
172:15 196:20
198:7,25
206:18
**courses** 36:20
46:2 48:22
79:21 105:5

108:1 116:19
116:21 127:3,4
136:8 137:13
141:5 213:12
217:15
**court** 1:1 6:7
7:19 9:8,10
40:22 224:7
**courtney**
184:21
**courtroom** 8:25
**cover** 5:4
137:22 138:2
**covered** 149:25
**covid** 68:10,11
84:6,7 121:18
121:25 122:9
122:20,22
123:4,17
130:18 144:9
144:11,13
145:15 166:24
168:6 170:4
**crazy** 35:24
**create** 17:3
21:5 39:25
43:15 105:25
139:4 141:9
142:4 145:9
146:25 153:3,4
158:23
**created** 162:1,2
174:2,23

**[creating - decisionmaker]** Page 15

**creating** 74:18
140:24
**creative** 43:14
**creator** 161:22
**credits** 38:14
**criminal** 14:22
**crossed** 156:23
167:4
**crossing** 203:2
**crowd** 93:24
200:7
**crowded** 95:4
**crowds** 153:16
**crucial** 5:5,6
34:25 36:23
37:2,11 44:25
45:6 70:18
87:12 93:21
99:9 116:11,23
118:17 120:22
127:12 137:6
139:17,18
141:7,19,20
142:25 143:13
143:17 149:15
149:16 157:10
158:7,21
159:23 161:4,6
161:11,22
169:10 171:14
172:14 173:9
173:10 178:21
179:15 183:21
193:24 194:5

194:16 195:1
196:8,20 198:6
212:20
**crunch** 108:21
**crushed** 163:14
165:25
**cultivation**
106:6
**curiosity** 145:9
**curious** 8:2
**current** 12:12
208:11
**currently** 10:20
208:1
**curriculum**
193:19
**curtain** 73:12
96:21 182:25
**customers** 14:2
**customized**
164:10
**cut** 24:21 44:14
50:14 74:4
**cutting** 24:17
**cuyahoga**
221:4
**cv** 1:7 6:6

**d**

**dad** 110:12
**daily** 44:22
**damages** 209:1
209:17

**dan** 6:12,14
40:20 173:9,10
**daniel** 2:4
223:5
**date** 6:2 59:18
71:13 92:19
138:8 166:7
175:15 220:11
223:8 224:3,9
224:19 225:3
225:13,25
226:20,25
**dated** 70:25
115:23 120:16
166:5 174:17
**dates** 30:18
49:13
**david** 2:9 6:11
6:18 7:5 16:19
36:4,12 56:24
126:15 131:4
145:20 220:12
**david's** 36:1
**david.stouffer**
2:12
**day** 40:2 52:21
71:10 79:2
94:12 146:22
148:11 149:23
179:3,3,7
222:7 224:16
225:22 226:22
**days** 46:1 79:1
162:14 223:18

**deal** 37:3 66:16
94:8 111:2
139:20 193:13
**dealing** 28:18
**dean** 39:23
40:6,14 41:4,4
76:14 83:20,20
92:22 98:25
99:8,12,16,17
99:18,19,21,23
99:25 100:10
100:18,18
105:22,25
159:7 181:17
182:3 204:25
212:15
**dean's** 55:19
157:22
**deans** 99:24
101:4
**dear** 223:10
**decades** 102:3
**decide** 136:19
**deciding** 97:16
**decision** 21:4
80:10 96:3,14
128:25 129:1
129:16 130:3
191:20 197:19
198:5 217:1
218:8 219:7
**decisionmaker**
96:6 102:8
197:14

| | | | |
|---|---|---|---|
| **decisionmaki...** | 191:19 199:1 | 160:16 223:22 | **description** 4:2 |
| 95:23 97:11 | 201:17,21 | **departments** | 4:17 5:2 11:18 |
| 98:18 | 202:12 203:17 | 41:20 | 37:9 104:12 |
| **deck** 87:12,15 | 204:1 209:14 | **depending** | 105:2,4 201:17 |
| **deed** 224:14 | 209:18 215:12 | 122:10 | **desire** 190:11 |
| 225:20 | 215:20 | **depo's** 83:11 | **destructive** |
| **deemed** 223:19 | **definitely** 45:7 | **deposed** 6:25 | 169:24 |
| **defamation** | 50:10 | **deposition** 1:12 | **detail** 72:22 |
| 203:7 | **definitive** 44:22 | 6:4 7:18 11:8 | 73:5,9 79:14 |
| **defendant** 6:19 | 86:10 | 12:5 16:2 47:6 | 195:4 196:25 |
| 12:11 98:21 | **degree** 17:14 | 54:21 57:20 | 212:21 |
| **defendant's** | 18:4,22,24 | 59:6 68:25 | **detailed** 105:3 |
| 16:8 47:14,18 | 145:5 | 80:19 88:1 | **details** 73:17 |
| 55:3,6 58:3 | **dei** 23:1 | 100:25 104:11 | 73:18 78:6 |
| 59:13 69:7 | **delivery** 220:9 | 115:3 119:24 | 85:22 87:9 |
| 81:1 88:6 | 220:11,13 | 133:22 137:20 | 134:19 |
| 104:17 115:9 | **demand** 138:13 | 143:16 158:6 | **determine** |
| 115:13 119:17 | 153:13 | 164:16 177:13 | 111:8 |
| 120:6,9 134:5 | **demeaning** | 186:7 193:6 | **detoxify** 150:2 |
| 138:2 143:23 | 169:25 | 219:23 221:20 | 151:18 |
| 151:21 158:13 | **demoted** 66:2 | 223:8,11 224:1 | **develop** 44:24 |
| 164:23 165:2 | **denver** 26:20 | 224:3 225:1,3 | 143:10 |
| 167:21 172:13 | **department** | **deputy** 100:18 | **developing** |
| 177:22 186:16 | 27:14 41:13,16 | **describe** 44:8 | 32:15,16 36:21 |
| 209:12 212:4 | 41:22 42:1,4 | 105:10,12 | 45:5 |
| 216:5 217:10 | 43:4 60:13 | 140:21 171:24 | **development** |
| 218:14 219:15 | 62:13 65:21,25 | 201:14 204:2 | 18:7 19:22 |
| **defendants** | 67:8 86:13 | 206:9 209:20 | 21:1 23:2,3 |
| 1:10 2:8 5:13 | 87:23 92:12,16 | 209:21 | 24:16 25:13,13 |
| 6:21 31:24 | 92:17,24 95:17 | **described** | 28:12 29:13,14 |
| 49:21 62:20 | 96:5 105:6,7 | 124:13 217:6 | 29:18 32:14 |
| 90:3 92:3 | 105:16 106:8,9 | **describes** 152:9 | 40:3 43:9 44:7 |
| 170:23 186:8 | 113:21 123:24 | **describing** | 139:7 207:24 |
| 186:17 189:23 | 124:3,7 129:2 | 43:12 | 207:25 |

**[diabetes - document]** Page 17

diabetes 10:23
diabetic 10:21
difference
  51:17 126:3
different 12:18
  23:1 24:8
  25:24 33:13
  58:25 63:11,16
  63:18 71:12
  86:2 94:2
  101:1 103:17
  107:9,10,23,25
  116:18,20,25
  117:2 122:11
  124:22 140:6
  145:1,14 153:6
  153:24 155:5
  156:12 157:5
  157:16 159:6
  159:10 161:5
  166:23 180:9
  180:10,14,16
  182:11 184:4
  194:19,21,23
  206:14 207:14
  210:14 213:25
  214:17
differential
  82:12
differently
  167:3
difficult 9:10
  124:19 138:17
  139:22

digital 159:5
dimensions
  142:6
direct 92:5,8
directions
  107:12,23
directly 139:12
  163:18
director 21:8
  52:6,12 53:6,9
  54:13 121:22
  139:3
disabled 19:12
disadvantage
  74:23
disappointed
  70:3
disciplinary
  185:18,22
discipline
  193:1
disciplined
  43:15
disclaimer
  154:17
discovery
  16:25 176:2
discrepancy
  47:23
discriminated
  201:16,21
  202:11,17
  203:16

discrimination
  15:9 91:17
discuss 76:6
  77:3 97:12
  111:14,18,22
  118:22 125:2
  162:12 179:9
  181:12 183:18
discussed 47:2
  77:4 78:17
  80:10 103:6
  105:15 113:20
  184:19 189:18
  194:7
discussing 11:6
  152:10 212:10
discussion
  125:18 164:2
  176:18 185:21
disdain 155:7
disgruntled
  110:14 162:18
dispassionately
  150:12
dispense 57:14
dispositive 7:22
disrespectful
  150:3,6,22
  154:24 155:9
  170:2
distant 20:22
distinguished
  11:21 100:14
  113:11

distracted
  135:7
distress 209:1
  209:16,22
distribution
  164:10
district 1:1,1
  6:7,8
disturbed
  19:11
diversity 27:25
  27:25
division 1:2 6:8
  170:13
divorce 15:16
  93:14
doc 28:11 29:4
doctoral 27:15
  27:24 28:6
  29:3 30:16
doculink 55:11
document
  11:15,16,20
  16:17 48:24
  55:25 56:2,3
  69:10,20 81:8
  81:24 88:25
  95:24 96:10
  97:1,2,9,12,13
  97:25 98:5,9
  98:11,14
  104:18 152:3
  157:4 158:16
  158:19,24

**[document - email]**                    Page 18

| | | | |
|---|---|---|---|
| 159:22 164:4 | 84:7 125:12,13 | **early** 52:20 | **effective** 140:7 |
| 165:24 171:25 | 205:3 | 54:10 127:9 | 149:2 169:3 |
| 172:14,19 | **double** 127:11 | **earnings** 51:11 | **effectively** |
| 173:6,8,18 | **dozen** 213:24 | **earshot** 172:1 | 168:10 |
| 174:1,12,17 | **dpetrov** 2:6 | **eastern** 1:2 6:8 | **efforts** 212:19 |
| 175:4,19 176:6 | **dr** 27:15 74:1,8 | **eat** 66:24 67:1 | **eight** 46:20 |
| 187:19 188:17 | 83:3 88:24 | **ed** 13:10,14 | 79:21 |
| 189:2,6,15 | 107:22 223:8 | 14:8 19:9 | **either** 6:13 |
| 197:20,23 | 224:4,9 225:4 | 27:17 33:10 | 94:21 95:8 |
| 198:1 209:24 | 225:13 226:20 | 44:16 50:10,17 | 96:4,5 97:9 |
| 210:2 216:22 | **draft** 157:12 | 51:1,4,16,18 | 98:5 99:18 |
| 216:25 217:6 | **drastically** | 52:5,7,12,23 | 113:20 132:20 |
| **documents** | 149:19 | 53:19,25 54:14 | 147:25 163:8 |
| 5:15 11:9,11 | **drive** 35:24 | 55:21,22 81:21 | 165:7 168:13 |
| 11:19,25 55:16 | **driver** 134:22 | 82:1,4 93:16 | 201:15 216:21 |
| 57:8,13 103:23 | **due** 211:6 | 93:18 94:6 | 219:2 222:2 |
| 103:23 186:10 | **duly** 6:24 221:7 | 99:25 113:7,9 | **elders** 105:21 |
| 217:5 | 221:10 | 206:15,16,19 | **elective** 143:1,2 |
| **docusign** 55:14 | **duties** 36:17 | 206:22 207:13 | **electronic** |
| **docusigned** | 43:11,12 | 214:12,13,20 | 164:6 |
| 55:13 | 101:15 102:12 | 215:3 | **eleven** 11:21 |
| **doing** 8:1 32:13 | 105:11 108:4 | **edition** 138:6 | **eliminate** 64:18 |
| 55:21 61:12,15 | **duty** 141:11 | **editions** 138:7 | **else's** 38:9 |
| 72:3,7 100:8 | **dysfunctional** | **education** 17:7 | 161:12 |
| 124:17 150:3 | 156:17 | 17:9 18:5,25 | **email** 4:22 5:8 |
| 159:23 179:19 | | 19:3 28:22 | 5:10 54:16 |
| 183:1 194:9 | **e** | 51:5 214:16 | 63:1 71:3 86:6 |
| 200:17 202:6 | **e** 2:4 | **educational** | 86:7,17 87:10 |
| 207:1,1 | **eager** 86:9 97:7 | 30:1 31:6 | 97:18 103:22 |
| **domain** 107:6,7 | **earlier** 29:7 | 90:25 198:25 | 118:18 133:23 |
| **domains** 107:4 | 33:17 37:11 | 200:5 206:15 | 134:6,8,12 |
| 107:11 | 103:6 105:15 | **effect** 54:2 | 135:11 164:17 |
| **door** 61:6,25 | 154:2 175:15 | 184:2,3 | 167:22 170:21 |
| 67:13 75:6 | 193:5 217:4 | | 172:21 177:14 |

**[email - exactly]**                                    Page 19

178:2,4 181:14
192:20,25
223:17
**emailing**
178:16
**emails** 174:1
180:21 211:16
**embedded**
33:10
**embouchure**
168:11
**embracing**
28:17
**emergencies**
68:7
**emerging**
120:24
**emeritus**
105:25
**emotional**
144:23 146:25
150:10 209:1
209:16,17,21
210:15 211:7
**emotionally**
19:10,11
**emotions**
155:21
**emphasize** 9:4
**emphatic**
152:22,24
**employed**
25:18 34:19
113:16 176:1

**employee** 99:14
102:1
**employees**
21:19 29:20
32:24
**employer** 15:10
**employers** 15:6
**employment**
20:2 22:13
23:18 29:22
30:18,24 33:23
34:22 48:6
52:22 56:5,13
75:9 93:11
194:4 196:19
206:7,10 211:8
212:13,17
213:20 214:7
216:18 217:2
**enclosed**
223:11
**encouraging**
125:24
**ended** 30:25
162:13 179:24
**ends** 48:25
162:11
**engage** 150:25
154:23 211:5
**engaged** 131:15
153:19 156:3
**engagement**
145:2 207:6

**engagements**
32:11 208:7
**engaging** 76:19
153:1
**engrossed**
146:4
**ensuring**
103:20
**entered** 225:9
**enterprise**
25:17
**entire** 21:9 36:4
36:8 224:5
225:5
**entirety** 37:24
38:1 51:23
**environment**
122:20 141:10
180:11,11
188:7 200:5
**equity** 183:3,10
184:24
**equivalent**
213:17 214:16
**errata** 223:13
223:18 225:7
225:10,18
226:1
**error** 177:3
**especially** 45:7
122:19
**esq** 2:4,4,9,10
2:10,15 223:5

**essentially**
134:23
**et** 1:8 6:6 32:16
223:6 224:3
225:3
**ethnic** 165:13
168:23
**eval's** 109:10
109:12 113:9
**evals** 108:21
**evaluate**
110:23
**evaluation**
115:17,18
116:1 120:13
120:21 121:16
123:21 217:25
218:20,22
**evaluations**
108:10,23
121:11
**event** 222:3
**eventually**
145:20
**everybody**
153:17
**everyday**
210:16
**evidence** 94:20
**exact** 54:7
**exactly** 22:8
54:1,3 173:19
205:21

**examination**
3:5 6:23 7:2
216:1 219:12
**examined** 60:6
**example** 35:6
36:24 38:21
45:24 67:6
73:10 82:9,10
116:22 144:22
144:24 146:14
147:22,24
148:6 159:14
202:15
**examples** 37:5
79:13 142:15
202:20
**excellence**
20:25
**excellent** 74:14
**except** 39:22
110:25
**exception**
30:11
**exceptional**
109:4 114:4
119:1
**exchanges**
86:15
**excited** 42:23
43:25
**excuse** 62:13
90:15 155:2,3
**exec** 14:8 51:16
52:7,12 53:19

53:25 54:14
55:21,22 93:16
99:25 113:7,9
**executed** 100:2
225:10
**execution**
100:6 224:14
225:19
**executive** 13:10
13:13 23:2,25
24:4,6 25:12
27:17 28:3
32:10,13,20
33:10 38:19,22
44:16 45:12,16
50:10,17 51:1
51:4,5,18 52:5
52:23 81:21
82:1,4 93:18
94:6 99:22
100:18,18
147:4 157:17
161:7 167:11
202:22 206:16
206:19,22
207:1,13 208:3
208:7 214:12
214:13,20
215:3
**executives**
13:21 29:15
107:16
**exemptions**
170:12

**exercises** 114:5
**exercising**
199:2
**exhibit** 4:3,4,6
4:8,10,12,14,16
4:16,18,20,22
5:3,5,6,8,10,13
15:19 16:2,8
16:20 17:4
31:25 47:6,14
47:19 48:1
54:21 55:3,7
55:18 56:19
57:1,20 58:3,7
59:6,13 68:15
68:18,21,25
69:7,12,15
80:14,19 81:1
81:2,4,6 83:19
88:1,6 89:6
104:11,17,20
115:3,10,14,16
118:2 119:17
119:24 120:6
120:10,21
125:22 133:22
134:5 137:20
138:2 143:16
143:23 151:21
152:6 158:6,13
158:19 164:16
164:23 165:3
167:21 172:13
172:14 173:6

177:13,22
178:1 180:20
186:1,7,16,25
187:16,17
198:12,12,15
198:17 209:12
212:4,7 216:6
217:10 218:14
218:17 219:15
**exhibits** 3:4 4:1
5:1
**exits** 172:11
**expanded**
106:1
**expect** 100:21
**expectations**
45:20 47:2
219:3
**expected**
111:15 114:18
115:1
**expense** 65:16
**experience** 20:8
34:11 43:7
44:5 64:5
93:16,23
110:15 162:8
205:14,14
209:8
**experiences**
43:3 93:19
**experiencing**
155:19

**experiential**
142:2,18
146:24
**expert** 43:1
108:12
**expertise** 139:5
**expiration**
224:19 225:25
226:25
**expires** 222:17
**explain** 13:14
30:17 38:6
99:15 166:20
172:6
**explained** 72:2
72:4 94:15
132:10
**explore** 63:10
209:19
**expressing**
90:24 198:24
199:8
**expression**
188:9
**extended** 30:9
**extension** 62:24
209:6
**extent** 9:11
36:4 67:23
205:23 206:1
**external** 101:2
**extra** 213:12,12
**extraordinary**
130:17 133:2

**eye** 176:7
**eyes** 97:25
135:7

**f**

**face** 86:16,16
151:5,19 153:4
168:11,15
**facetime** 67:5
**facing** 14:1
100:20 101:2
105:24
**fact** 31:11
43:23 77:7
94:22 96:14
108:18 112:13
112:16 165:14
169:22 193:11
218:6
**facts** 187:2,25
189:24 191:19
196:17 199:5
199:20 200:18
200:21
**faculty** 12:19
13:9,17 28:3
43:21 44:15
63:22 69:20
93:18 100:15
108:16 109:24
111:2,7 113:7
120:13 121:20
124:1,4 170:6
188:8 189:18

189:22
**failing** 26:2
**fair** 146:25
**fall** 41:1 49:4
67:21 84:3,21
144:5 181:19
184:8
**familiar** 85:24
100:12 183:14
**family** 19:19,25
20:14 31:21
210:17,21,24
**far** 47:2 58:21
65:5 67:9
72:22 77:3
81:13 82:4
97:13 105:9
106:24 111:15
138:22
**farmed** 101:12
**fashioned**
142:10
**fast** 45:5
156:24,24
167:5,17
**faster** 152:1
**fathers** 95:10
95:11
**favor** 124:14
**february** 69:17
70:5,24 71:1
71:13 72:11
73:25 85:3
87:21 179:11

182:5,16 192:3
192:11 195:6
216:6
**federal** 6:23
**feedback** 100:6
100:7 106:21
142:9 166:10
194:2
**feel** 9:17 112:24
118:10 155:21
156:11 210:20
**feeling** 181:1,3
196:12
**felt** 23:14 38:1
74:10 76:22
112:13 118:5
122:15 135:14
143:5 147:14
151:12 163:4
165:8,23
166:21 167:4
167:14 168:20
168:23 170:16
182:12 188:13
190:17 195:20
212:25
**female** 147:13
183:19
**field** 43:2,7
**figure** 175:23
**file** 103:25
118:4 174:19
**filed** 15:4,8,12
89:15 118:15

**[filed - form]**                                               Page 22

| | | | |
|---|---|---|---|
| 118:16,18 | 19:6,14 22:5 | 106:17 111:1 | 155:25 207:15 |
| **fill**  38:23 64:18 | 30:2 34:7 38:7 | 113:17 136:2 | **focuses**  138:11 |
| **filled**  64:12 | 50:4,6 51:20 | 136:25 157:8 | **focusing**  32:9 |
| 109:18 | 56:21 61:19 | 157:10 159:4 | **folded**  51:15 |
| **final**  81:19 | 66:12 68:10 | 160:20,20 | **folks**  34:24 |
| **finally**  66:20 | 71:5,8,12 | 170:5 174:13 | 35:1 38:3 |
| **find**  53:10 70:8 | 80:14 83:10 | 175:5 208:22 | 145:10 207:16 |
| 72:1 84:11 | 89:5,6,9,22 | 215:13 | **follow**  84:14 |
| 97:7 125:23 | 90:2,19,21,22 | **fisher's**  178:20 | 87:6 93:20 |
| 179:15 181:22 | 91:2,3,15 93:8 | **fitchburg**  18:15 | 94:5 135:10 |
| 192:17 223:11 | 93:10,11,20 | 18:17,19 19:2 | **followed**  46:12 |
| **finding**  206:10 | 105:9 106:23 | **five**  14:17,18 | **following**  19:8 |
| **fine**  10:4 20:5 | 109:3 113:23 | 30:1 31:6,11 | 94:23,25 179:3 |
| 72:7 83:6,7 | 116:25 144:8,9 | 46:18 79:21 | 179:7 |
| 131:4 163:22 | 144:11 145:6 | 90:2 106:3 | **follows**  7:1 |
| 171:18 175:22 | 145:15 152:3 | 171:17 191:19 | 218:16 |
| 210:1 | 159:12 161:10 | 193:16 215:11 | **followup**  37:10 |
| **finish**  36:4 62:3 | 161:11 166:9 | 215:19 | **forbid**  119:13 |
| 77:24 78:1 | 167:2 169:8 | **fix**  77:2 204:21 | **force**  112:17 |
| 160:8 | 170:22 178:15 | 204:24 205:24 | **forced**  71:25 |
| **finished**  9:18 | 180:2,20 | **fixed**  76:20 | 112:5,12 |
| 81:2 104:18 | 183:25 186:9 | 205:1 | 179:13,14 |
| 115:10 120:7 | 198:21,22 | **flawed**  108:8 | 192:17 |
| 144:1 | 199:2 215:15 | 117:16 122:1 | **foregoing** |
| **finishing** | 217:24 218:25 | **flip**  186:2 | 221:16,21 |
| 172:20 | 221:10 | **floor**  2:11 | 224:13 225:18 |
| **fired**  77:7 | **fisher**  13:18 | **flow**  200:16 | **forever**  168:21 |
| 192:4 204:20 | 14:9 34:19 | **fly**  30:13 137:8 | **forget**  208:25 |
| 205:24 | 35:11,17 40:1 | **focus**  44:8,11 | **forgot**  37:9 |
| **firing**  79:7 | 40:16 41:5,16 | 138:10 147:16 | 83:1 212:14 |
| **firm**  21:11 | 63:14 84:5,5 | 208:6 | **form**  42:20 |
| 207:21 | 86:13 101:16 | **focused**  21:1 | 59:1 190:3 |
| **first**  5:13 6:12 | 101:21 102:3 | 28:17 77:6 | 196:4 200:1 |
| 6:24 8:1 15:19 | 102:13,17 | 152:14 155:1 | 201:18 |

**[format - giving]** Page 23

| | | | |
|---|---|---|---|
| **format** 218:15 218:17 | **freedom** 91:7 91:24 188:9 200:11,12 | **fuzzy** 86:8 | 85:14 86:21 104:1 117:12 |
| **former** 15:6,10 39:23 40:6 83:20 105:22 | **freely** 10:3 | **g** | 121:21 122:23 124:17 137:5 |
| **forth** 187:2 199:4 | **friendly** 85:24 | **games** 114:6 | 137:12 142:9 146:4 154:1 |
| | **friends** 196:11 210:24 | **gap** 121:8,9,19 121:22 123:3 123:16 | 180:18 |
| **forum** 163:9 | **front** 5:3 68:17 88:17 137:22 181:19 182:12 | **garden** 209:16 209:21 | **gig** 208:4 |
| **forums** 200:6 | | **gather** 56:22 102:7 | **girlfriend** 146:20 |
| **forward** 7:21 13:3 32:3 45:5 57:18 223:15 | **fruitless** 118:6 | **gathering** 103:2 | **give** 10:3 24:7 30:14 36:7 |
| **forwarded** 173:6,8,21 | **frustrated** 94:22 | **gender** 134:23 134:24 169:17 | 47:13 72:22 73:9 79:13,13 |
| **found** 54:12 66:21 140:6 147:6 148:25 153:22,23 203:1 211:16 | **frustrating** 122:14 | **general** 2:9 21:3 43:13 45:11 | 92:25 100:6 104:16 106:21 109:23 142:14 144:24 147:21 |
| | **full** 9:15 17:21 32:11 102:1,4 160:21 | **general's** 12:18 | 147:24 148:6 152:2 154:16 |
| | **fully** 168:5 | **generally** 92:7 99:13 140:19 145:2 | 155:23 175:15 186:15 209:25 |
| **foundation** 89:17 98:10 114:20 116:4 | **function** 35:13 138:16 | | 212:6 213:1 216:4 218:13 220:1,10 |
| **foundations** 27:16 127:5 | **functions** 35:12 190:18 | **generating** 208:1 211:6 | |
| **four** 61:9 106:2 130:2 216:20 | **fundraising** 100:22 101:3 | **gentleman** 61:5 99:22 162:24 207:3 | **given** 19:25 46:11 121:13 132:12 136:24 |
| **frameworks** 142:12 | **funds** 32:12 107:8 | **genuine** 166:10 | 139:5 208:15 212:24 214:1 |
| **france** 122:13 | **further** 72:20 176:18 184:19 221:19 222:1 | **george** 33:15 | 221:13,18 |
| **frank** 1:17 | | **gestalt** 28:14 28:20 | **giving** 31:11 38:14 45:23 56:12 112:13 |
| **free** 30:15 88:21 215:15 215:21 224:14 225:20 | **furthest** 168:17 | **getting** 20:3 50:16 62:9 68:9,10 71:2 | |
| | **future** 53:2 86:11 138:14 | | |

**[global - guys]** Page 24

| | | | |
|---|---|---|---|
| **global** 43:18 | **goal** 170:19 | 163:23,25 | **graduate** 17:23 |
| 124:21 | **god** 119:13 | 164:1,22 170:4 | 18:8 100:15 |
| **globally** 29:16 | 145:8 | 171:14 175:20 | 105:5 111:5,6 |
| **go** 7:6,21 13:3 | **goes** 58:22 | 177:21 179:15 | 111:9 113:12 |
| 17:7 19:2,16 | 105:9 107:20 | 179:25 180:3 | 127:7,25 128:4 |
| 20:21,21 23:12 | 159:13 199:8 | 181:22,24 | **graduated** 19:7 |
| 26:21,25 30:3 | **going** 9:18 10:7 | 186:15 187:24 | **gray** 170:8 |
| 31:5 32:4 35:2 | 10:18 15:18,21 | 192:8,17,18 | **great** 20:8 |
| 45:20 46:8,14 | 16:7 17:6 18:1 | 193:15 195:20 | 31:19 45:4 |
| 48:16 50:5 | 18:14 20:20,21 | 197:2 198:13 | 87:14 102:18 |
| 59:2 70:16,17 | 22:13 28:16 | 198:20 199:14 | 204:10 |
| 71:20 72:11,19 | 35:23 43:11 | 199:24 201:12 | **ground** 122:9 |
| 73:7 74:24 | 47:13 48:13 | 208:4 216:4 | 124:15 131:21 |
| 77:17 80:4,7 | 55:2 57:18 | 219:14 | **grounds** 88:22 |
| 88:25 92:2 | 58:2 68:7 69:6 | **good** 31:18 | **group** 2:3 |
| 94:16 102:9 | 72:2,17 74:5 | 45:9 126:12 | 142:9 |
| 110:8,9 116:1 | 77:20 80:16 | 179:24 196:11 | **growth** 153:23 |
| 122:2,25 125:2 | 84:10,15 85:23 | 200:9 210:18 | **guess** 51:2 56:6 |
| 125:11 126:6 | 86:1 88:5,18 | 210:21 | 69:18 74:4 |
| 126:17 131:5 | 90:1 93:15 | **goodwill** | 104:3 126:17 |
| 131:25 133:9 | 94:12 96:19,19 | 122:10 | 167:20 |
| 136:10 148:13 | 96:22 97:7 | **gotten** 113:8 | **guessing** 65:22 |
| 149:4 156:24 | 104:16,25 | **government** | **guesstimating** |
| 164:11 171:22 | 105:1 112:20 | 24:18,20 | 14:18 37:17 |
| 174:22,25 | 115:9 118:7 | **grade** 121:21 | **guidance** 99:8 |
| 176:18 186:24 | 120:5,20 | 122:4 | 102:23 107:8 |
| 187:15,24 | 121:20,23 | **graded** 122:23 | 128:19 170:6 |
| 194:12,15,22 | 122:3 123:1 | **grades** 112:14 | **guide** 99:19 |
| 195:8,21 196:5 | 131:11 133:15 | 114:14 122:15 | 106:4 |
| 196:7,24 | 135:24 136:4 | **grading** 112:2 | **guiding** 95:12 |
| 198:11,16,18 | 138:1,9 143:22 | 112:3,12 | 211:14 |
| 201:12,22 | 151:13 155:6,8 | 114:14,16 | **guilty** 14:21 |
| 203:20,24 | 155:17 158:12 | 122:17 | **guys** 79:20 |
| 204:25 212:3 | 159:6,17 | | |

[h - historically]                                          Page 25

| h | | | |
| --- | --- | --- | --- |
| **h** 42:7,8 130:11 | 108:22 131:18 | **heart** 163:15 | 96:16 100:12 |
| **half** 74:4 152:3 | 132:5,11,14 | **heartfelt** | 110:16 113:8 |
| **hall** 84:5 | 134:15 135:16 | 166:10 | 119:2,2,5 |
| **hallway** 95:3 | 149:23 162:8 | **heavy** 141:11 | 121:5 138:13 |
| **hallways** | 162:13 181:17 | **heights** 2:5 | 153:13 |
| 188:14 | 195:15,17 | **held** 21:9 76:13 | **higher** 50:25 |
| **hand** 15:18 | 196:10,13 | 87:13 122:11 | 65:15 206:15 |
| 16:7 39:3 55:2 | **happening** | **help** 66:11 77:2 | **highlight** |
| 58:2 59:12 | 182:25 | 79:19,23 85:25 | 157:12 158:2 |
| 69:6 80:25 | **happens** 35:10 | 99:6,19 106:4 | **highlighted** |
| 88:5 115:9 | 204:23 | 107:15,15 | 176:17 |
| 120:5 138:1 | **happy** 9:23 | 126:3 137:4 | **highlights** 5:7 |
| 158:12 177:21 | 112:12 | 144:19 147:11 | 157:4,14 158:8 |
| 222:6 | **hard** 36:2 | 169:2 170:19 | 160:12 172:15 |
| **handing** 16:9 | 86:20 122:1 | 202:4 213:10 | 173:11 |
| 58:4 186:4 | 132:11 170:15 | 213:15 | **highly** 100:16 |
| 212:7 | **hardworking** | **helped** 79:22 | 130:25 135:6 |
| **handled** 135:15 | 203:6 | 213:10 | 144:22 |
| **handoffs** 21:5 | **harm** 209:17 | **helpful** 153:23 | **hire** 26:7 42:24 |
| **handout** 159:9 | **harvard** 18:1,3 | **helping** 106:22 | 52:8 53:18 |
| **handouts** 159:5 | 18:5 | 147:18 150:4 | 133:9 |
| **hands** 176:24 | **hate** 150:6,22 | 163:15 166:2 | **hired** 22:19,24 |
| **handy** 186:2 | 151:1,5 | 211:17 | 34:24 51:20 |
| **happen** 52:17 | **hateful** 154:24 | **helps** 139:19 | 112:2 206:16 |
| 68:3 74:8 | **health** 26:2 | **hereinafter** | **hiring** 34:8 |
| 78:25 | 68:6 132:3 | 6:25 | 39:14 44:4 |
| **happened** | **hear** 150:9 | **hereunto** 222:5 | 48:15 50:9 |
| 39:13 53:21 | **heard** 39:15 | **hidden** 96:21 | 64:9 76:15 |
| 65:18 68:4 | 42:14 63:6 | **hierarchies** | 92:11,18 |
| 70:23 76:9,10 | 72:9 96:2 97:9 | 21:2 | 128:17,24 |
| 76:16,23 77:14 | 157:3,5 200:10 | **hierarchy** | 129:1 |
| 79:9 86:24 | **hearing** 34:10 | 215:4 | **historically** |
| | 180:1 | **high** 12:8 14:2 | 193:7 |
| | | 19:8,12 45:12 | |

**history** 20:22
30:3 109:6
**hold** 34:7
145:19 173:9
203:12 212:5
**holiday** 67:7,11
**holy** 145:7
**home** 134:21
144:14 148:11
**homes** 145:16
**honda** 44:19
53:2 82:10,13
**hone** 96:25
**honest** 203:6
**honeywell** 25:6
25:18,21 26:12
26:25
**honor** 215:5
**hooked** 150:21
**horrific** 150:25
**hospital** 132:2
**hour** 36:23
**hours** 38:8 95:3
158:20 166:1
**house** 26:21
31:22 43:22
67:8 210:23
**hr** 34:23,24
35:1,5,13
37:10,11,22,25
38:2 41:14,15
44:6 62:14
70:9,15 71:14
72:1,19 73:8

73:16 79:15,25
83:23,25 84:2
84:4,10,11
85:8,13,17
86:13,20,21
87:8,22 90:7
96:9 97:15
98:19 101:9
102:1,4,10
103:1,5,25
108:20 116:3
124:1,2 132:19
178:20 179:13
182:11 184:17
188:14 190:18
190:19,21
192:17 195:2
200:9 212:22
**hum** 14:3 29:5
30:7 69:25
91:18 100:1
114:12 117:3
124:9 134:17
142:8 165:11
168:8
**human** 41:22
42:4 43:7
105:6 116:5,6
**humbly** 74:13
**humiliated**
195:20
**humiliating**
203:5

**hundred** 161:8
161:9 208:18
**hundreds**
130:15
**hurt** 181:4

**i**

**i.e.** 121:6,7
**idea** 39:21
78:13 136:3
**ideas** 114:5
**identification**
16:5 47:11
54:25 57:24
59:10 69:4
80:23 88:3
104:14 115:7
120:3 134:2
137:24 143:20
158:10 164:20
177:18 186:12
**identified**
204:16
**identify** 201:13
203:25
**ii** 10:21,22
**imagine** 53:10
**imagining**
78:15 101:10
**immediate**
153:7
**immediately**
76:20 195:23

**impact** 117:21
**impacted**
117:20
**important** 9:3
37:2 38:2
**impossible** 63:2
113:24
**inability** 66:16
**inadvertently**
175:12
**inappropriate**
131:22 162:20
163:11 165:9
**inappropriately**
163:9 202:22
**inaudible** 176:1
**inaugural**
106:17,23
**incident** 72:25
147:23 170:24
181:9,13
182:21 183:11
185:7 188:20
190:2 191:21
192:23,24
193:1,8,12
**include** 82:1,3
161:13 201:17
**included** 51:1
150:1 165:20
210:21 223:13
**including** 34:23
143:13 187:4

**income**  33:19
34:13,14 51:2
81:22 82:1
208:19 210:22
211:6
**incorporated**
225:12
**increase**  140:7
151:13,14
**increased**
51:18 82:12
**incubator**  40:2
**index**  3:1,4 4:1
5:1
**india**  55:23
**indicate**  66:6
**indicated**  195:9
**indicating**
152:6 187:19
204:9 210:8
223:13
**indication**
185:17
**indicted**  14:20
**individual**  6:20
28:12,19 29:19
49:20 62:19
90:3 92:3
98:21 170:23
189:23 191:19
201:7 202:12
203:17 215:12
215:20

**individuals**
83:22 89:22
90:2 99:17
139:20 193:16
203:25
**industry**  13:21
34:11 42:25
107:4 108:12
116:16 120:23
157:9 190:18
**infested**  122:22
**influence**  27:20
27:22 114:7
131:2 197:16
**influencer**  96:6
102:9 197:13
**informally**
105:20
**information**
10:19 98:13
103:2,17 177:4
197:18 198:4
199:23
**informing**
216:17
**inhibit**  11:3
**initially**  34:9
46:18 66:18
127:8
**initiated**  87:11
165:10
**initiative**  74:13
**inks**  61:10,17
62:6 64:22

65:4 74:1,8
75:3,13
**inputs**  164:2
**inquiry**  11:10
86:8
**insert**  10:1
**inside**  125:14
155:6
**insights**  140:8
**inson.loving**
2:12
**inspired**  153:23
**instance**  103:4
121:8 193:17
**instances**  121:5
**institute**  22:16
28:15,20
107:14
**instituted**
112:11
**institution**
214:17
**institutional**
183:2,10
184:23,23
**institutions**
206:15
**instruction**
220:2,10
**instructions**
8:16
**instructs**  10:11
**insulted**  76:21

**insulting**  203:5
**intact**  173:23
**intend**  172:23
**intense**  144:23
150:2 154:24
156:15 157:2
**intensity**  145:5
145:13 149:7
150:11 153:5,6
155:24
**intensive**
156:13
**intention**
173:20
**intentional**
147:11
**intentionally**
147:16 153:4
168:15
**interaction**
195:14
**intercity**  19:8
19:12
**interest**  122:6
124:25 145:9
214:3,5
**interested**  26:8
31:18 39:24
45:3 53:3
55:22 93:15
125:16 222:3
**interesting**
114:11 195:24

**interim** 135:19
182:9
**intermediate**
107:4
**internal** 15:5
95:24 96:10
97:1 98:14
101:4 158:1
189:2,5,15
198:1 217:5,6
**international**
25:7
**interning**
121:24
**interrogating**
162:7,9
**interrogator**
150:14
**interrogatories**
5:14 186:9,18
198:16
**interrogatory**
187:1,1,6
198:11 199:4
199:12,15,24
201:6,13
203:24 204:8
209:14
**interrupt** 9:6
50:1 56:24
88:20
**interrupting**
40:19 66:11

**interview** 39:12
41:9 42:18
45:20 48:15
50:8 111:11
128:23 129:14
129:17,21,24
130:2,19
131:10,22
134:22
**interviewed**
39:10 129:9
130:15,24
135:23
**interviewing**
130:10
**intimate** 67:9
**intimidated**
147:15
**intrigued** 43:3
**introduce**
156:25
**introduced**
172:18 216:5
**introducing**
192:11,14
**introductory**
159:7
**invest** 107:8
**invested** 32:12
**investigate**
191:20
**investigated**
190:1

**investigation**
182:20 188:5
188:19,20
189:13
**investigative**
212:19
**investment**
24:16 46:23
106:11,12,14
**invite** 44:15
**invited** 13:20
93:12
**involuntarily**
23:18
**involuntary**
150:7
**involved** 14:4
15:16 36:20
38:22 79:16
96:2,7,14,17
97:10,16 98:18
100:23 102:25
106:22 124:25
133:1 183:6
188:18
**involvement**
122:6 217:1,7
**involving**
159:19 205:18
**irrelevant**
190:12
**issue** 37:10
67:15,21 87:23
108:16 163:18

170:5,5 172:25
176:16
**issued** 186:18
**issues** 21:1
66:17 72:18
74:20 101:13
102:23 184:19
**it'd** 203:7
**items** 7:20
**ivan** 2:16

**j**

**j** 1:17 2:10 4:3
4:4 16:3 47:7
**january** 185:6
**jeannine** 86:4
**jennifer** 89:24
90:6 101:8
103:10 104:3,3
132:20,25
189:9,20,24
190:25 196:17
198:3 216:15
**job** 9:10 37:7
79:6 105:4,13
136:5 152:19
192:13 202:4,6
**jobs** 207:7
**john** 4:5 47:9
**johnson** 184:21
**join** 163:7
**joint** 18:4
**journey** 153:24

**[judge - knowledge]**

| | | | |
|---|---|---|---|
| **judge** 9:1 88:11 | 107:17 110:4 | 39:7 44:3,6,23 | 156:22 157:7 |
| 106:16 | 113:24 123:2 | 47:15 48:13 | 158:15 159:5 |
| **judge's** 89:10 | 124:20 131:25 | 53:17 58:6 | 159:10 161:16 |
| **judges** 106:15 | 138:9 139:25 | 59:14 60:16 | 162:23 163:20 |
| 106:21 | 140:20 145:7 | 61:9,13,13 | 163:21 164:25 |
| **july** 173:7 | 146:4 149:8 | 62:8 66:5 69:9 | 166:3,22 167:1 |
| 174:18 | 150:7 151:3 | 70:9 71:11 | 167:3,15,15,16 |
| **jump** 32:3 | 152:18 153:4 | 72:3,6 75:1 | 168:20 170:14 |
| **june** 33:25 | 153:15,20,24 | 76:11,24 77:13 | 175:19 176:21 |
| 138:8 | 154:1,16 157:2 | 78:6 79:2,8,14 | 176:23 177:23 |

| **k** |
|---|

| | | | |
|---|---|---|---|
| | 163:18 166:20 | 79:16 81:1 | 179:19 182:23 |
| **k** 4:5 47:8 | 195:13 197:22 | 86:1,17,18,20 | 183:1,4,7,12 |
| 61:18 | 203:4 204:15 | 88:7 89:18 | 184:10 185:3 |
| **keep** 10:6 | 207:19 208:19 | 93:2 94:14,23 | 185:10,20 |
| 179:25 | 209:18 | 96:1,24 97:5 | 187:25 188:9 |
| **kept** 30:19 | **kinds** 49:3 | 97:20 98:2,3 | 188:22 189:20 |
| 67:13 74:22 | 84:16 107:12 | 98:15,17 | 190:4,21 |
| **keynote** 32:10 | 107:25 142:19 | 100:21,23 | 191:18 193:11 |
| **kids** 130:24 | 156:17 194:1 | 104:18 108:6 | 195:25 196:18 |
| **killing** 152:19 | 200:15 | 109:4,7 110:3 | 196:18,24,25 |
| **kind** 7:6 10:6 | **knew** 26:7,24 | 110:5,12,21 | 197:4,8,24 |
| 13:23 17:8 | 43:6,22 44:3 | 112:5,6 113:10 | 199:17 200:4,9 |
| 20:21 31:7 | 74:11,15,20 | 113:12 114:4 | 200:10 202:25 |
| 35:15 40:11 | 85:23 162:5 | 115:10 117:15 | 203:1 208:17 |
| 41:1 46:5,20 | 188:2,19 | 119:8 120:7 | 210:16,25 |
| 50:15 63:4,9 | 189:11 | 122:14 125:16 | 211:1,3 213:21 |
| 63:10 67:12 | **knock** 125:13 | 125:17 128:8 | 213:23 214:8 |
| 74:5 84:9 | **know** 8:4 9:3 | 131:2,4,22 | 215:5 |
| 85:20 86:9 | 9:18 14:17 | 132:2 134:6 | **knowing** 122:2 |
| 94:9 95:12 | 16:17 20:1 | 135:15 136:1 | 189:24 |
| 96:25 99:15 | 22:8 23:6 | 140:19 142:19 | **knowledge** |
| 101:9 105:15 | 26:20 28:8 | 143:25 144:13 | 89:14 124:20 |
| 106:6,18 | 31:10 32:22 | 145:3,8,13 | 124:24 136:15 |
| | 37:2 38:23 | 153:11,19 | 138:15 140:8 |

**[knowledge - level]** Page 30

141:1,6 142:10
142:15 188:17
200:21 206:2
209:5
**known** 188:2
189:11,16
214:21
**knows** 64:15

**l**

**l** 7:11,11
**lab** 170:11
208:8
**label** 19:9
**labeled** 19:9
174:18
**lady** 86:4,19
87:8
**laid** 38:16
**land** 155:11
**landed** 181:5
**language** 140:4
147:25 150:3
159:15 167:13
168:22 169:10
170:2,16 176:5
210:16
**lantern** 74:20
**large** 26:20
153:11,15
168:18
**larger** 127:16
127:18

**largest** 127:6
**larry** 61:10,16
62:6 64:22
65:4 74:1
**lastly** 218:12
218:13
**late** 170:25
182:4,6,15
**latest** 89:15
91:21 180:21
**launch** 32:11
**launched**
207:22
**launching**
206:24 208:6
**lausche** 1:17
**law** 209:6
**lawful** 6:22
**lawsuit** 208:23
**layman's**
140:14
**leadership**
23:13 24:24
25:13 26:23
29:14 38:19
40:2 43:24
45:13 76:12,20
114:8,10 137:7
138:12 157:23
159:7 161:9
195:22,23
204:22
**leads** 13:12
14:6 32:16

88:18
**learn** 50:1 71:8
73:8 137:5
170:20 202:5
**learner** 141:2
**learning** 19:11
25:14 32:5
33:2,6 38:15
136:14 140:8
140:17 141:10
142:6,17 151:2
157:9 170:18
206:16 207:18
208:5
**leave** 23:11
25:21 29:21
30:1,9 31:6
95:14 118:20
**leaving** 76:8
182:7,24
208:23
**lecturer** 34:9
34:13,14,17
35:16 36:18
37:7 39:10
45:22 48:5
59:25 60:21,23
61:6,15 63:24
63:24 69:24
94:18 101:21
102:17 105:2
111:12 121:12
127:2 136:6,22
197:10 214:17

214:23
**lecturers** 60:16
63:7 111:15
**left** 19:16 20:3
26:25 52:20
76:2 89:21
**legacy** 26:20
**legal** 8:3 12:16
15:6 88:23
201:2 209:6
223:1 226:1
**length** 48:11
**lesson** 156:7
**letter** 4:4 11:20
47:7 48:2,7,10
49:6 50:18
56:21 58:10,19
59:24 60:25
68:14,22 69:21
70:2,25 71:3,5
75:22 82:16
83:19 107:21
115:22 119:19
120:15 123:21
126:5 216:7,16
223:19
**letters** 11:22
60:5 117:19
**letting** 72:11
80:7
**level** 12:8 25:17
28:19 45:12
54:9 105:5
111:5,6,9

**[level - lount]** Page 31

| | | | |
|---|---|---|---|
| 112:7 127:8 | 197:24 | **locked** 84:7 | **loop** 110:4 |
| 140:25 156:21 | **listed** 83:20,21 | **long** 15:22 | **losing** 79:6 |
| **levels** 122:24 | 89:23 98:21 | 17:19 18:10 | 192:13 |
| 149:9,10 | 101:7 192:7 | 19:5,13 20:4 | **loss** 210:22 |
| 210:14 | 225:7,17 | 23:8 83:9,13 | **lost** 172:5 |
| **leveraging** | **listen** 150:21 | 175:23 176:16 | 202:3,6 |
| 36:21 38:5 | **listening** 143:9 | **longer** 52:2,8 | **lot** 29:16 43:16 |
| **license** 36:25 | 153:21 | 53:25 107:24 | 43:16 48:19 |
| **licensed** 36:22 | **listing** 225:7 | **look** 47:15 | 55:21 61:2 |
| 36:24 38:5,11 | **lists** 81:16 | 50:24 74:17 | 66:22 74:19 |
| 38:12 137:9 | 116:2,14 | 79:9 89:9 97:2 | 79:8,8 85:21 |
| 160:25 | 120:21 138:22 | 108:22 129:25 | 94:23 96:22 |
| **licensure** 37:6 | **literally** 148:9 | 136:18 173:19 | 106:5 107:12 |
| **lieu** 31:10 | 151:5 | 213:14 | 107:25 110:14 |
| **life** 15:21 95:8 | **literature** | **looked** 82:2 | 112:15 124:18 |
| 95:12 140:24 | 136:7,11 | 95:11 110:18 | 124:22 128:14 |
| 162:8 | **little** 19:17 | 114:3 136:13 | 128:15 130:16 |
| **likely** 48:20 | 33:17 36:8 | 147:10 168:13 | 142:14 143:5 |
| **likes** 13:24,25 | 47:23 86:8 | 172:18 | 145:9,10,16 |
| **line** 19:24 | 94:21 109:1,1 | **looking** 21:4 | 146:19 148:8 |
| 59:17 110:5,8 | 109:11 133:13 | 25:23 31:21 | 157:16 168:16 |
| 110:10 117:14 | 144:12 145:14 | 34:9 49:5 53:1 | 180:1,3 202:3 |
| 140:5 152:20 | 153:22 156:1 | 79:23 83:9 | 210:20 211:13 |
| 156:23 166:7,9 | 166:23 170:8 | 89:5 108:17 | 211:15 |
| 167:4 203:3 | 183:25 196:23 | 150:11 153:14 | **lount** 4:19,21 |
| 216:12 219:16 | 207:14 | 155:13,22 | 4:22 5:11 |
| 223:13 225:7 | **living** 30:4 | 173:25 207:17 | 60:13,17 62:5 |
| 226:3 | **load** 46:17 | 209:11,23 | 62:10,11,22 |
| **linked** 195:10 | 48:22 49:3 | 218:25 | 65:20,24 70:5 |
| **list** 12:23 81:25 | 116:21 | **looks** 25:6 | 71:15,16 72:14 |
| 107:24 129:6,7 | **loads** 66:19 | 26:13 27:7 | 73:19 75:2,13 |
| 129:14,19 | **lockdown** | 30:19,22 49:6 | 75:22 83:21 |
| 136:18 170:1 | 130:20 132:1 | 116:3 134:14 | 86:15 89:23 |
| 188:22 189:1 | | 168:10 180:24 | 92:24,24 93:3 |

**[lount - mark]** Page 32

93:9 95:17
96:5 109:4
111:21 112:10
113:21,25
115:5 118:7,21
120:1,18
123:20 124:8
124:23 125:4
128:20 129:4
132:18 133:19
133:23 134:15
145:17 171:2
177:15 178:2
179:2 180:22
181:8,13,20
182:1,2,12
191:8,13,23
192:22 193:6
194:8,23
212:11 216:14
217:11 218:4
218:16,23
219:1,6
**lount's** 134:12
**love** 43:16
74:21 167:8
**loving** 2:10
6:19
**low** 110:14
121:7
**lower** 122:15
**lpa** 2:3
**lunch** 66:24
67:1 125:3

126:22
**lying** 131:21

**m**

**m** 42:7,8
130:11
**macro** 155:22
155:22
**madam** 223:10
**made** 7:20
30:10 35:1
50:9 74:12
77:22 78:5
114:23 128:8
129:1 159:1
174:3 176:5,20
197:3 198:5
200:6 206:10
212:15 224:7
**mail** 71:3,4
**main** 87:7
196:6,8
**major** 18:25
53:2 74:12
162:6
**majority**
105:10
**majors** 116:8
**make** 21:22
35:8,9 36:2
42:13 44:17
88:19,19
114:11 126:2
128:24 129:16

130:2 145:21
152:17 160:21
161:1 166:4
168:22 172:8
172:13 174:6,9
176:10,19
197:17,18
**makes** 9:9
31:24 80:16
132:13 189:10
**makheel** 96:3
**makhija** 1:8
4:5,9,11,13,15
47:8 49:18
57:22 59:8
69:2 75:25
78:21 80:2,21
83:20,20 86:15
89:23 96:4
98:21,23
100:10 181:16
181:17 182:3
191:5,23 194:8
212:11,15,15
216:10 223:6
224:3 225:3
**making** 50:17
101:5 131:20
196:9 208:14
208:17
**man** 79:18
**manage** 122:5
155:17,20

**managed**
190:18
**management**
17:17 23:5
24:9,13 27:9
27:16 38:23
41:14,15,22
42:4 43:8 44:5
45:18 62:13
66:13 105:6
108:12,13
116:5 127:5
155:14 206:20
**manager** 34:8
39:14 50:9
64:9 76:15
92:11,18 102:4
**managing** 21:8
139:3
**mandatory**
35:2
**manufacturing**
19:20
**marbles** 158:3
**march** 87:1
123:17
**margin** 14:2
**mark** 1:4,13
3:5 4:3,4,6,8,10
4:12,14,18,20
4:22 5:9,11 6:4
6:5,14,17,22
7:2 16:3 35:23
47:7 54:22

**[mark - member]** Page 33

56:1 57:21
59:2,7 65:12
69:1 75:11
76:9 80:20
83:3,6,7,17
94:1 114:21
115:4 118:12
119:25 126:7
127:1 131:3
133:24 164:18
172:6 173:3
177:14,21
178:10 194:12
196:5,24 201:4
205:22 209:9
216:1,4 219:12
221:9 223:6,8
224:3,4,9
225:3,4,13
226:20
**marked** 4:2 5:2
16:4,8 47:10
54:24 55:3
57:23 59:9,13
69:3,7 80:22
80:25 88:2,6
104:13,17
115:6 120:2,6
134:1,5 137:23
143:19,23
158:9,13
164:19,23
177:17,22
186:11,16

**market** 100:20
101:2 105:24
139:6
**marysville** 53:4
**mask** 168:5,12
168:15
**masking** 170:5
**masks** 170:6,9
**mason** 33:15
**mass** 19:25
**massachusetts**
20:16 162:4
**master's** 18:7
**material** 36:21
36:22,24 38:5
38:13,15 43:7
45:6 51:17
117:1 137:9
149:25 156:10
160:25 161:13
161:19 164:1
165:18 166:18
167:6,14 194:5
195:11 198:6
202:23
**materials** 137:4
**matter** 6:5 13:7
13:9 26:1
67:20 74:11
112:18 169:22
**matters** 163:19
**mature** 149:6
**mba** 28:3
157:17

**mcconnell** 86:3
**mckinsey**
138:22,25
139:2,3
**mclendon**
89:24 90:6
101:8,16,20
102:7 103:10
132:21 189:9
189:21,24
190:25 196:17
198:3 216:15
**mean** 12:2,25
13:15 20:15
26:9 29:20
38:10 42:4
50:12 52:4,24
54:6 77:11
95:1 96:4
100:15 102:18
107:20 113:3
117:5 118:8,10
123:25 136:20
141:18 148:19
148:20 153:9
156:16 165:25
166:12 167:7
167:10 170:19
175:3 180:8
182:1 188:10
192:14 193:10
194:22,24
196:11 197:15
200:7,14

202:19 203:4
219:1
**meaningful**
107:17
**means** 8:2,4,20
8:24
**meant** 195:18
196:2
**meat** 149:18
**mechanism**
164:8
**medical** 10:19
170:13
**medication**
10:20
**meet** 7:5 45:21
63:2 66:15
67:16,22 72:12
73:15 93:9
107:7 114:1
118:7 181:24
181:25 193:2
193:12
**meeting** 54:15
62:23 67:10
68:2 70:4 74:8
78:18 80:2
125:14,16
207:4
**meetings** 39:23
200:14
**meets** 218:24
**member** 13:10
108:17 113:7,9

| | | | |
|---|---|---|---|
| **members** 13:17 100:15 111:2 124:4 188:8 | **metadata** 173:23 174:16 | **midwest** 223:17 226:1 | **moments** 138:17 139:22 151:18 156:14 |
| **memo** 4:6,8,10 4:12,14,18,20 54:22 57:21 59:7 69:1 80:20 97:19 115:4 119:25 | **method** 108:6,8 141:11,15 142:4 146:4,14 147:19 181:5 | **mike** 42:21 **mind** 45:23 117:13 151:22 | **monday** 166:11 **money** 21:22 32:15,23 50:17 65:12 106:20 208:14 214:20 |
| | **methodology** 140:14 142:17 145:25 | **mindful** 168:22 180:19 | **month** 50:22 82:10,11 85:12 184:10 |
| **memorial** 22:14 | **methods** 114:7 141:13 142:19 146:23 147:8 160:7 169:3 194:16 | **mine** 11:18 172:5 | **monthly** 107:7 |
| **memory** 10:24 11:4 | | **minimize** 65:14 | **months** 50:8,22 85:13 193:3 |
| **men** 95:10 147:14,17 210:17 | | **minus** 179:21 | **morse** 1:20 221:6 222:14 |
| | **mhr** 41:25 92:15 95:17 116:3,11 123:24 124:2,7 | **minute** 12:24 70:4 71:14 72:10 95:3 171:17 211:11 | **moscow** 43:5 |
| **mental** 11:2 | | | **mother** 132:7 |
| **mention** 11:23 53:23 87:17 | **mhr3100** 120:22 | **minutes** 10:1 71:24 79:4,5 148:10 159:8 | **motions** 7:22 **motivated** 212:13 |
| **mentioned** 9:24 47:3 61:20 62:10 63:8 72:13,14 75:18 78:20 146:3 | **mhr7236** 120:22 **mia** 95:11 | **mirroring** 205:13 | **motivator** 26:6 **motors** 55:24 |
| | **michael** 2:10 **michigan** 33:14 214:4 | **mispronounce** 139:24 **misunderstan...** 37:4 | **mountain** 215:4 |
| **merged** 51:9 | | | **mouth** 168:11 168:13 170:15 |
| **merit** 81:7,8,10 81:23 82:16 | **micro** 155:22 **microphone** 6:16 172:3 | **mixed** 149:5,11 **mode** 24:19 **module** 152:14 156:7 | **move** 23:15 133:6 146:21 156:24 167:17 193:15 210:24 |
| **message** 62:9 63:5 166:5 | | | |
| **met** 33:13 40:9 40:13 50:15 64:10 93:10 106:3 219:2 | **mid** 93:23 **middle** 36:1 50:15 139:6 **midlevel** 13:20 | **mom** 26:1 **moment** 16:16 47:14 55:4 97:1 154:24 157:2 | **moving** 14:19 60:14,18 167:5 |

**multiple**  63:23
73:14 75:19,20
84:1 85:11,13
129:17,18
133:1 157:25
159:3 160:23
203:1
**multiyear**
48:17
**murithi**  130:11

**n**

**n**  7:11 61:18
159:21 185:23
193:23
**name**  7:5,10
14:11 24:1
40:9 53:6 61:8
61:21 75:7
89:10 110:10
130:10 174:18
184:20 188:21
219:17 223:6
224:3,4,15
225:3,4,21
**named**  215:11
221:9
**names**  6:9 62:8
83:10 116:20
216:25
**nationwide**
44:20
**natural**  9:17
10:6 41:1

**nature**  93:13
**nay**  11:24
**near**  17:8 52:14
78:23 79:1,3
97:8,8 206:25
208:6
**necessarily**
139:12
**necessary**  9:23
**need**  10:2,12
43:14,16 68:17
87:7 94:6
102:24 112:4
119:12 135:21
142:20 155:12
155:20 166:21
171:23,24
174:5 177:5
184:19 195:3
203:8
**needed**  49:2
79:20 101:12
133:16 195:21
213:12
**needing**  45:21
**needs**  10:2
48:20
**negative**
185:22
**negotiated**  31:4
**negotiating**
27:19 94:1
**negotiations**
93:22

**neither**  118:25
182:18
**neutralize**
150:2 155:1
**never**  108:10
108:14 110:17
113:19 119:2
125:19 166:19
168:22 176:23
193:22 194:1
**new**  25:23 52:6
53:9 60:13
92:23 133:9
135:25
**newly**  31:20
**newspaper**
74:20
**nice**  7:4 211:1
**niggers**  152:17
**night**  183:13
**nine**  15:23 50:8
50:22,22
**ninety**  54:8
**noise**  74:19
**noises**  131:20
**nominating**
11:20 107:21
**non**  14:9 49:9
75:4
**noni**  130:11
131:11 134:15
136:1
**nonrenewal**
69:14,21 71:6

71:9 75:21
80:11 83:19
84:25 85:8
87:18 103:13
182:17 194:7
195:10 197:22
**nontenured**
63:20,23
**nonverbal**
167:12 170:16
203:11,22,23
**nonverbally**
147:5
**nonverbals**
153:20 168:7
**normal**  9:16
10:22 35:25
**nos**  4:5 5:12
**notarized**
223:14
**notary**  221:6
222:14 223:25
224:10,18
225:15,23
226:23
**note**  163:24
179:25 200:25
223:12
**notes**  74:5
114:11 117:19
**notice**  69:13,14
71:6
**notification**
69:21

**notified** 75:21
84:25 182:16
194:6
**notifying** 59:24
**november**
84:23
**number** 4:2,7,9
4:11,13,15 5:2
5:4,9 6:6 14:14
17:1 24:2,24
30:15 44:15
46:21,24 54:23
57:2,22 59:8
65:15,19 69:2
76:25 77:4
79:16 80:21
86:2 89:22
90:10,11 101:1
102:19 104:13
107:4 109:3
112:15 125:11
129:21 136:25
137:23 151:21
164:19 165:8
168:21 182:11
198:16 199:10
201:10 206:12
206:13 212:9
213:24 223:7
223:13
**numbered**
91:10
**numbers** 4:19
4:21,23 47:9

57:9 108:21
110:13 115:5
117:3 120:1
133:25 177:16
225:7

**o**

**oath** 7:16 8:3,9
8:13 12:15
**ob** 116:3
**obhr** 116:7
**object** 10:10
59:1 88:22
118:4 196:4
**objection** 14:25
21:25 42:20
88:18 89:17
98:10 114:20
187:6 190:3
200:1,25
203:18 204:4
204:12,13
209:15
**objections**
209:13
**objectives**
136:14
**obligation**
36:25
**observe** 108:14
**obtuse** 140:3
**obviously** 8:25
96:3

**occasion**
133:20 204:2
**occasionally**
100:24 102:19
159:4 169:19
**occur** 139:8
**occurred** 78:14
166:13 181:14
182:21
**october** 68:5
**od** 139:6
**offensive** 203:3
**offer** 31:20,23
48:2,3 50:10
**offered** 48:10
135:22 214:8
**offers** 214:1,6
**office** 1:17 7:6
12:18 13:6
21:3 26:20
40:10,10 62:1
62:2 67:13
95:3 103:6
125:12 160:18
183:2,10,14,15
205:3 222:6
**officer** 22:20
150:19
**official** 49:2
224:15 225:21
**officially** 31:1
48:18 99:5
100:4 119:20
207:22

**oh** 13:13 15:24
19:23 21:21
46:8 88:15
116:24 125:8
132:6,16
135:12 151:24
154:18 187:10
193:22 201:8
**ohio** 1:1,18 2:5
2:9,11 6:5,8,20
26:3 106:7
221:2,7 222:7
222:15 223:2
**ohioago.gov**
2:12,12
**oie** 185:17
191:1,6,9,21
**okay** 7:12 8:14
10:18 11:2,6
12:3,7,14
13:22 14:13,15
14:19 15:2,4
15:18 16:20
17:3,6,10,19
18:8,14 19:1
20:11,14,18
21:14,16,21
22:2,10,12
23:4,8,11,20
24:22 25:5,21
26:4,9,12 28:2
28:13,20 29:8
29:21,24 30:17
32:3,17,21

**[okay - order]** Page 37

| | | | |
|---|---|---|---|
| 33:12,16,21,22 | 106:8,24 | 159:11 160:1 | 215:1,11,23,25 |
| 34:2,16 35:22 | 109:18 112:20 | 162:3,10,11 | 216:9 217:9 |
| 36:13 37:8,19 | 113:16 115:1 | 163:12,23 | 218:12 219:10 |
| 38:4 39:9 | 115:12 116:1 | 164:22 165:2 | 219:19,20 |
| 40:13 41:8 | 117:8 118:24 | 166:16 168:1,3 | **okay's** 36:1 |
| 42:6,15 43:10 | 119:4,17 120:5 | 169:8,13,16,21 | **old** 93:24 94:19 |
| 46:6 47:1,13 | 120:8,20 | 170:4,21 171:8 | 142:10 |
| 47:17 49:23 | 122:18 123:10 | 171:16,18 | **older** 20:1 |
| 50:5,18 51:19 | 125:1,9,20 | 172:7,12 173:4 | 207:15 |
| 51:22 53:13 | 126:19 127:14 | 174:11,20 | **once** 9:8 40:9 |
| 55:2,5,14,18 | 127:25 129:15 | 175:17 176:12 | 40:11 102:18 |
| 56:8,10 57:15 | 129:20 130:9 | 177:5,6,24 | 108:10,14 |
| 58:9,21 59:15 | 130:22 131:10 | 179:6,17 | 135:20 206:17 |
| 59:16 62:4,15 | 132:8,20 133:5 | 180:12 181:6 | **ones** 11:14 61:4 |
| 65:3,9,23 66:9 | 133:8,12 134:4 | 181:21,25 | **online** 110:8 |
| 68:6,13 69:6,8 | 134:5,7,11,14 | 182:20 184:13 | **open** 39:18 |
| 69:12 71:21 | 135:5,10 136:1 | 185:4,14 186:1 | 164:2 205:3 |
| 72:13 73:18 | 136:4,17,21 | 186:16 187:13 | **opened** 64:16 |
| 75:2,16,18 | 137:11 138:1,9 | 187:22,23 | **operationally** |
| 76:6 77:25 | 139:8,11,14,17 | 189:5,9 190:10 | 100:17 |
| 78:17,20 80:1 | 139:23 140:11 | 190:13,24 | **opinion** 88:12 |
| 80:15 81:3 | 140:16 141:3 | 191:12,18 | 88:14 89:7 |
| 82:14,18 83:17 | 141:13 142:23 | 193:15 194:3 | 94:20 96:18 |
| 84:20 85:2 | 142:25 143:10 | 197:6 198:11 | 108:18 |
| 87:4,20 88:5,9 | 144:2,16 | 199:18 200:13 | **opportunistic** |
| 89:19,21 90:6 | 145:23 146:17 | 200:18 201:8 | 23:14 |
| 90:9 91:23 | 147:21 148:18 | 203:13,18,23 | **opportunity** |
| 92:2,14,20 | 148:24 149:12 | 204:10 205:8 | 27:1 215:7 |
| 93:2,8 95:16 | 149:21 150:16 | 207:7,19 | **opposed** 156:15 |
| 98:16 100:3,9 | 151:6,11 152:4 | 208:13,25 | 208:18 |
| 101:7,19 | 152:24 154:1 | 209:11 211:12 | **options** 98:1 |
| 102:11 103:4 | 156:19 157:3 | 211:19 212:3,7 | **order** 45:14 |
| 104:16,19,20 | 157:18 158:14 | 212:23 213:7 | 145:22 |
| 104:25 105:14 | 158:17,18,23 | 213:16 214:22 | |

**ordered** 220:12
**ordinarily**
  183:5
**organization**
  75:9
**organizational**
  17:18 18:7
  21:1 27:14
  28:9 41:21
  139:7 191:3
**original** 173:21
  173:22 174:24
  220:12
**originally**
  20:15
**osu** 4:6,7,9,11
  4:13,15,17,19
  4:21,24 5:4,10
  5:12 13:18
  33:3,23,24
  34:7,24 35:5
  37:23 38:12
  39:22,25 40:5
  47:10 50:13
  51:23 52:21
  54:24 57:1,7,9
  57:23 59:9
  69:3 80:22
  81:20 92:5
  101:11 102:1,5
  104:13 110:23
  115:6 120:2
  133:25 134:9
  137:23 160:19

160:20 164:19
170:5 173:18
177:17 178:1
183:3 191:6
206:7,11
208:16,20
**osu's** 37:24
  86:13
**osu.edu** 5:8
  134:9 164:17
**outlier** 85:20
**outreach**
  108:17
**outside** 35:7
  44:18 47:3
  86:14 100:21
  102:19 124:11
  147:22 148:2
  158:1 172:1
  215:19
**outsourced**
  108:20
**overall** 51:2,11
  121:9,10
  217:21
**overbroad**
  187:7
**overloading**
  108:1
**oversaw** 25:11
  25:14 29:13
**oversee** 19:21
  108:11

**overseeing** 23:1
**own** 26:22
  36:21 38:10
  44:24 77:10,11
  97:25 136:22
  137:13 161:15
  170:1 197:11
  205:2 206:22

**p**

**p** 2:4 223:5
**p.m.** 219:24
**pace** 149:5
**package** 103:16
**page** 17:8,9
  28:21 49:14
  89:9,22 90:10
  90:10,13 91:9
  91:13 118:2
  120:20 144:11
  151:21 159:12
  159:13,18
  180:20 186:24
  187:15,16,18
  198:14 204:7,8
  209:12 210:3
  212:4,8 218:19
  218:25 223:13
  223:15 225:7
  226:3
**paid** 35:4 50:21
  50:25
**painful** 151:18

**pandemic**
  37:17
**panel** 106:15
  106:21
**paneled** 106:11
**pants** 169:20
**paper** 49:3
**paragraph**
  49:5 50:7
  118:2 152:9,13
  178:15 187:3
  187:21 188:1
  198:13,18,20
  198:23 199:6,9
  199:13,22,25
  200:19 218:19
**parentheses**
  117:4
**paris** 122:25
**part** 7:21 37:6
  40:4 51:9,11
  72:6 92:6
  116:21 121:17
  127:7 136:5
  137:4 151:12
  163:16 165:18
  165:22,22
  167:13 168:6
  168:17 182:23
  193:19 209:2
  209:12 225:9
**participate**
  14:9 52:3,25

[participating - petrov]                                          Page 39

| | | | |
|---|---|---|---|
| **participating** 51:25 | **peers** 61:2 112:16 205:1 | 108:9,11,13 110:24 111:9 | **personally** 25:25 150:23 |
| **particular** 67:19 202:14 | **penalty** 8:21 | 115:19,24 117:18 208:4 | 162:5 165:16 181:4 191:18 |
| **particularly** 43:2 67:15,20 | **pending** 10:5 **pension** 51:18 | 219:2 | 196:18 224:11 225:15 |
| 147:12,13 | **people** 21:18 31:18 33:13 | **period** 40:12 44:2 50:23 | **personnel** 19:21 90:1 |
| **parties** 79:16 **partner** 101:10 | 52:4 62:8 66:1 75:1 96:7 | 51:14 62:17 79:4 82:7,8 | **perspective** 136:16 140:18 |
| 102:6 139:2,16 148:12 | 97:15 98:18 100:7 113:5,6 | 106:3 135:22 **perjury** 8:21 | 141:1 **perspectives** |
| **partnership** 39:25 | 113:13 124:22 133:1 140:5 | **permanent** 208:19 | 24:9,10 184:5 **peter** 4:7 54:23 |
| **parts** 165:19 **party** 67:7 | 143:5 145:17 146:18 147:5 | **permit** 48:16 **person** 41:3 | 55:20,20,22 99:24 |
| 222:3 | 149:6 153:18 153:21 167:6 | 54:18,19 61:19 63:2 67:25 | **petitioned** 143:4 |
| **passive** 156:16 **past** 150:5 | 167:12 170:17 197:25 207:16 | 68:11 75:15 76:4 84:13 | **petrov** 2:3,4 3:6 6:13,14 8:5 |
| 176:6 | 210:21 216:13 216:21 217:7 | 102:9 108:10 125:18 128:11 | 8:8,11,15 14:25 16:10,13 |
| **patterns** 41:2 **pay** 44:12,14 | **people's** 39:1 184:4 | 133:14 135:23 144:9,11,14 | 21:25 35:23 36:7,15 42:7,9 |
| 44:17 50:14 51:1 74:4 82:7 | **percent** 13:19 24:19 54:9 | 163:19,19 165:7 167:2 | 42:12,20 46:7 46:9,14 47:25 |
| 82:8,12 94:11 94:19,19 211:3 | 112:6 161:8,10 | 180:2 183:20 184:22 188:14 | 56:1,23 57:4 57:15 58:5 |
| 215:6 | **percentage** 13:19 | 200:9 203:4,6 **personal** 26:1 | 59:1 62:3 68:16 75:11 |
| **payroll** 31:2 52:22 | **perfect** 167:15 **performance** | 96:15 117:21 125:21 138:11 | 77:24 78:1 80:15 83:10,13 |
| **pedagogy** 140:1,13 | 20:24 23:5 32:4 33:2,6 | 146:15,18,24 149:1 165:17 | 88:13,16 89:17 98:10 104:22 |
| **peer** 93:6 121:20 162:24 163:1 | 46:4 70:10 72:14,23 108:2 | 188:17 200:21 | |

**[petrov - position]** Page 40

| | | | |
|---|---|---|---|
| 114:20 118:12 | **phone** 54:16,18 | **place** 37:15 | **plays** 72:3 |
| 123:9,11 126:7 | 70:4,21,23 | 39:12 49:1 | 140:9 179:19 |
| 126:9,12,15,19 | 71:13 72:10 | 52:11 132:1 | **please** 6:9 9:14 |
| 131:3,7 141:17 | 73:20 74:9 | 152:17 163:7 | 49:7 132:1 |
| 141:22 142:22 | 75:21 85:19 | 184:7,11 | 151:20 179:25 |
| 145:19,24 | 133:4 135:18 | 189:19 221:20 | 186:1,25 |
| 151:22,25 | 178:22 179:2 | **placed** 93:20 | 198:16,18 |
| 152:5 171:18 | 179:23 181:7 | 152:16 | 223:11,11 |
| 171:21 172:5,8 | 181:13 205:2 | **places** 39:2 | **pled** 14:21 |
| 172:12,17 | 223:3 | 43:6 122:13 | **plus** 179:21 |
| 173:5,9,10 | **phonetic** 96:3 | 159:3 213:25 | **point** 10:6 12:1 |
| 174:14,21 | **photograph** | **plaintiff** 1:5 2:2 | 26:24 57:1 |
| 175:8,11,18 | 138:19 | 5:15 6:16 | 79:5 85:7 |
| 176:4,12,15,25 | **phrasing** | 12:10 90:24 | 123:2 138:24 |
| 185:1 186:3 | 212:11 | 152:15 186:11 | 177:2 196:6,8 |
| 187:17 188:24 | **physical** 11:3 | 187:3 198:24 | 217:25 |
| 190:3,7,11,15 | 71:3 | 199:2,5,8 | **pointing** 46:10 |
| 191:11 194:11 | **physically** | 201:15,19 | **police** 131:24 |
| 196:4 199:16 | 61:25 | 209:15 | 150:14,19 |
| 200:1,25 | **pick** 42:12 | **plaintiff's** 5:13 | 162:5,6 |
| 203:18 204:9 | 112:9 130:1,1 | 186:8 | **policies** 112:3 |
| 209:4,23 210:2 | 133:14 150:13 | **plan** 32:11 | **policy** 100:2 |
| 210:5 211:21 | 151:16 | **plane** 155:11 | 112:11 114:15 |
| 212:5 215:25 | **picked** 106:2 | **planes** 155:14 | **pool** 129:21,22 |
| 216:2 219:10 | 131:24 | **plans** 208:9 | **poorly** 108:5 |
| 219:20 223:5 | **picking** 111:3 | **play** 99:3 | **popular** 52:6 |
| **ph.d.** 4:3 16:3 | **picnic** 131:20 | 140:20 141:11 | 138:6 |
| 17:12,18 30:4 | **picture** 155:25 | 144:20 148:16 | **population** |
| 31:6 64:4 | 156:1 | 152:11 179:22 | 207:16 |
| **philosophies** | **pieces** 20:2 | **play's** 142:2 | **portion** 160:24 |
| 24:9 | **pillars** 39:7 | **played** 197:22 | **position** 4:16 |
| **philosophy** | **pissed** 122:24 | **playing** 140:21 | 14:1 21:8 |
| 24:14 | **pitch** 157:24 | 150:18 153:2 | 22:22,24 24:24 |
| | | 153:16 | 26:17 32:8 |

**[position - proceeded]** Page 41

34:7,9,12
39:10,17 41:12
43:11 44:9,11
48:4,9,12,14
50:12,14 62:18
63:25 65:6
66:12,20,21
85:21 104:4,12
105:2,3 111:12
118:10 129:20
135:21 196:24
212:24 214:11
**positions** 24:25
60:21,22,23
64:11,16,19
65:15 128:21
207:11 214:16
214:18,23
215:9
**positive** 63:3
110:11 117:21
119:1
**possible** 9:11
170:10 213:15
**post** 28:11 29:4
68:11 84:7
144:8
**potatoes**
149:18
**potential** 11:10
51:12 136:18
141:2
**potentially**
42:24 125:3

129:13 207:5,5
**pound** 158:3
**pounds** 158:3
**pour** 163:14
**power** 27:20,22
45:8 168:7
169:23
**powerful** 140:7
**practice** 64:3
76:18 96:20
149:3 188:13
192:5 194:15
195:1 196:7
197:1 212:20
**practices** 73:22
76:11,18
190:20 194:17
**practitioner**
34:11
**pre** 84:6
**preceding**
154:22
**predecessor**
67:14
**prefer** 83:2
**premise** 30:12
**premium** 13:23
**prepare** 11:8
88:25 175:5
201:1
**prepared** 12:17
12:25 13:1
145:12 172:19
173:19 174:12

175:20
**preparing** 12:5
**presence** 38:19
38:22 45:12,17
94:22 147:4
161:7 167:11
202:23 221:15
**present** 2:14
157:25
**president** 22:25
22:25 23:25
24:3,5,6 34:23
37:22
**press** 138:6
**pretend** 176:23
**pretty** 54:8
74:22 112:16
122:1 133:2
211:11
**preview** 158:20
**previous** 44:4
76:15 105:22
**previously**
39:19 166:18
192:20
**prickly** 151:18
**primary** 19:3
102:8
**principally**
36:19
**prior** 17:25
29:8 33:1 41:4
60:5 115:24
117:9 123:17

137:11,16
156:10 185:24
**prison** 152:16
**private** 14:7,9
23:15 74:10
110:20
**privately**
122:11
**privilege** 173:2
174:4
**privileged**
74:11 75:8
172:19 173:17
176:11
**probably** 52:20
53:10 54:4
55:24 66:5
86:3 95:14
102:7 151:25
153:22 166:15
168:25 212:25
216:3
**problem** 57:5
80:6 124:12
182:24 195:3
196:14
**problems** 74:2
**procedure** 6:24
136:23 137:11
137:17 220:7
224:5 225:5
**proceeded**
164:4

proceeding
12:16 15:16
process 128:18
processes 21:5
produce 172:24
174:7,9
produced
175:6,12
produces 57:9
product 175:21
production
5:15 175:7,8
175:10,13
186:10 223:15
223:17,22
professionals
190:21 207:17
professor 11:15
14:4 61:11,14
62:5 63:9,25
64:1,3,16 74:3
74:15 75:5
83:3 93:12
94:17 107:5
110:7,10,16,19
111:4,6 112:4
118:21 128:23
129:13 136:21
140:4 164:9
207:11 214:10
216:14,14
218:3
professor's
14:10

professors 14:1
63:11,16,20,21
66:20 76:13
105:23 110:13
114:8 128:21
136:25 143:7
166:24 180:1
180:15 200:8
program 14:4
17:20 18:4,11
18:12 29:2
30:4 38:18
40:3 43:18,19
44:1 51:5,20
51:23 52:1,23
55:15 121:19
122:2,8 123:8
124:10,19,20
164:12 206:19
programs
33:10 43:15
55:20 107:10
122:21 207:13
progress
145:21
project 106:20
projects 116:15
120:23
promoted
92:22
pronounce
139:25
proud 87:15
210:18

provide 10:15
100:5,6 107:7
provided 6:23
44:21 73:19
137:10 138:14
204:5
providing
105:24
provocative
142:5 159:15
psychologist
28:9 145:3
210:13
public 7:21
74:12,22
180:17 200:6
221:6 222:14
224:10,18
225:15,23
226:23
publish 138:5
published 64:6
137:13
publishing
138:8
pulled 107:12
107:23
punishing
90:23 198:23
199:7
pure 142:15
purpose 71:19
163:17 171:11

purposes 16:4
47:11 54:24
57:23 59:9
69:3 80:22
81:22 83:6
88:3 104:14
105:1 115:7
120:3 134:1
137:24 142:5
143:19 157:20
158:9 164:20
177:18 186:12
pursuant 220:3
220:6
put 13:25 92:21
112:19 142:11
158:3 169:20
218:12
putting 57:12

q

qualified 61:13
64:20 65:6
221:8
quality 100:5
184:3
quarter 32:12
quarterly
30:12
question 7:24
9:5,15,17,19,21
10:5,7,10,13
36:5 46:10
47:25 50:4

59:3 75:11
78:2 88:10,20
97:24 98:5
118:12 123:9
123:12 126:10
126:10,16
160:9 173:23
184:25 189:10
190:8,9 194:13
198:4 199:17
200:24 201:4
203:20 212:9
219:14
**questions** 7:13
36:2 46:11
50:3 57:5,17
72:17,21 84:14
88:21 89:1
92:4 125:1
131:8 145:25
172:21 174:8
174:10,23
193:13 217:14
219:11
**quick** 26:7
80:17 167:21
**quiet** 74:22
**quietly** 150:21
187:9
**quite** 44:13
47:20 49:1
121:7 165:13
**quitting** 76:22

**quote** 22:7
53:25 77:12
99:8 151:7
154:12 159:18
199:9 212:12
**quoted** 152:15

**r**

**r** 42:7,8 130:11
**racial** 165:12
169:13 178:11
178:12,17,21
193:18 205:19
**racist** 163:8
168:23 169:10
**raise** 142:5
**raised** 34:12,12
**raises** 56:25
**ran** 27:25
100:20 108:13
196:14
**range** 110:1
116:2,8 119:4
119:9
**rank** 110:10,18
**ranking** 110:7
110:13
**rate** 50:25
**rather** 22:8
150:22
**rating** 217:21
218:3,7
**ratings** 121:5,6

**reach** 54:15
85:7,10 87:22
118:21,25
119:2 123:22
140:3 171:8,9
179:2 182:18
211:17
**reached** 33:9
39:15 118:18
139:4 171:10
192:22 206:12
206:14
**reaching**
103:16 171:12
**react** 150:15
**reacting** 147:6
180:14
**reaction** 60:10
153:7
**reactions**
153:25 164:3
179:21 180:18
**read** 11:9,18
49:7 56:1
152:13,20
186:25 187:9
198:20 210:6
216:12 219:20
224:5,6,12
225:5,6,17
**readiness** 145:4
149:9 156:21
**reading** 134:6
223:19

**ready** 145:5
157:1,1 167:7
**real** 43:1
108:18 140:24
142:16 195:3
210:19
**reality** 119:22
**realize** 65:12
79:17
**realized** 64:19
117:16
**really** 25:24
32:22 40:21
43:25 44:13
61:2 66:14
70:14 86:9
97:6 100:20
102:14 110:13
110:16,17
112:18 113:8
121:22,25
124:18,24
127:6 128:8
140:4 141:7
151:15 160:8
162:20 167:10
167:11,21
181:2 185:10
195:24 203:2,4
207:14 213:13
**reappointment**
56:21 58:10,14
58:19 59:17,24
60:5,11 68:14

68:22

**reason** 10:14
65:14 80:3
148:20 223:14
225:8 226:3

**reasonable**
72:8

**reasons** 24:7
25:1 118:9

**recall** 12:1 13:8
14:10 62:8
65:24 83:17
104:21,23,24
114:18 186:17
212:10

**recapped**
135:16,17

**receipt** 223:18

**receive** 17:14
18:23 66:9
68:13 82:11
86:12 217:25
218:3

**received** 69:15
70:1 71:6
103:21,22
121:8,10
163:13 166:10
174:17 183:12
204:3 215:8
216:13,17
218:9,15,23
219:8

**receives** 157:14

**receiving** 117:8
186:17 219:5

**recent** 20:21
159:24

**recently** 195:18

**recess** 82:22
126:22 177:9
211:24

**recognize**
16:20 47:18
55:6 81:4
104:20 115:13
120:9 165:2

**recognizes** 57:6
57:12

**recollection**
134:18 173:16
185:2

**recommendat...**
11:22

**recommendat...**
197:17

**recommended**
83:23

**record** 6:2,10
7:21 9:25
13:14 36:3
41:25 46:11,21
57:12 62:11
63:10 65:23
82:20,24
119:21 125:2
126:18,20,24

171:20,22,25
172:22 177:8
177:11 211:22
212:1 219:21
225:9

**recorded** 7:19
7:19

**recordkeeping**
57:1

**records** 66:5,8

**recounted**
134:14

**recruited**
202:21

**recruiting** 14:8
102:24 124:17
157:20 163:2,3
163:5

**recurring**
32:19

**reduced** 221:14

**reemployment**
56:7

**refer** 41:25
140:13 198:13

**reference**
168:23 212:9
223:7 224:2
225:2

**referenced** 97:2
221:13,18
224:11 225:15

**referred** 18:6
19:10 105:21

139:1,16

**referring** 40:7
41:3 73:1 90:7

**refined** 207:18

**reflect** 82:12
197:21

**reflected** 11:10

**refresh** 134:18

**regard** 50:16
100:12 196:2

**regarding** 13:9
59:17 61:19
62:23 77:19,21
87:23 102:24
115:23 118:16
125:4 134:15
144:10 161:18
189:9 196:16
199:10,14
200:20 220:2
220:11

**regards** 24:13
96:16 173:2

**regimen** 10:22

**region** 168:11

**regular** 36:9
51:12 149:25
150:1 220:13

**regularly**
101:20 102:15
106:3 107:11
183:6

**rejections**
215:8

**[relate - revealed]** Page 45

**relate** 50:2
**related** 102:10
**relating** 199:12
  217:14
**relationship**
  31:19 75:8
  94:10 99:14
  106:5
**relationships**
  191:4
**relative** 222:2
**relatively** 62:16
**released** 13:11
  179:12 192:5
**religious**
  169:17
**relocation**
  211:2
**remedies** 209:2
**remember**
  11:11 14:16
  34:6 37:14
  39:9 42:18,23
  43:10 47:22
  58:23 61:5,20
  68:17 86:22
  96:12 110:23
  117:8 130:9,13
  132:4 146:18
  150:3 164:12
  183:19 184:6
  184:20 185:4,8
  205:8 217:17

**reminded**
  135:20
**renew** 97:16
  197:10
**renewed** 70:6
  73:24 75:4
  95:17
**reorg** 102:5
**repeat** 106:13
  178:14
**rephrase** 9:22
  9:23 199:19
**reporter** 7:20
  9:9 224:7
**reporter's** 3:8
  9:10 40:22
  221:1
**reporting**
  191:4
**represent**
  105:1
**represented**
  51:13 101:11
  107:5,6
**request** 170:9
  176:3 225:9,11
**requested**
  220:1,6,10
**requests** 5:14
  186:10
**required** 37:4
  63:21 143:3,5
  144:12 223:25

**requirement**
  64:10
**research** 63:21
  66:19 93:12
**reserve** 27:8
  30:23
**resign** 23:17
**resignation**
  26:10 27:5
**resilience** 38:20
  45:13 138:12
  161:9
**resistance**
  28:18
**resolution**
  139:21
**resolve** 172:25
  176:17
**resource** 42:4
  116:6
**resources**
  41:23 43:8
  105:6 116:5
**respectful**
  45:17
**respectfully**
  202:24
**respond** 83:8
**responded** 79:7
**response** 86:10
  86:10,12
  125:22 135:13
  186:21 187:1
  199:15,23

**209:13
**responses** 5:13
  86:14 186:8,21
  199:11,14
  201:6
**responsibilities**
  44:23 101:16
  102:12 165:15
**responsible**
  55:21 136:6
  162:6
**responsive**
  176:2,20
**rest** 177:4
**restated** 179:18
**result** 209:17
**resume** 4:3
  16:3,23,24
  21:7 28:22
  32:1
**retaliated**
  199:1 201:16
  201:20,24
  202:11,17
  203:16
**retaliation** 91:3
  198:22
**return** 31:13
  44:14
**returned**
  223:18
**revealed**
  204:18

| | | | |
|---|---|---|---|
| **revenue** 208:1 | 57:10,15 58:2 | 214:25 215:15 | 106:1,1 114:9 |
| 208:11 217:11 | 59:12 60:4,7 | 215:21 216:7,7 | 140:9,20,21 |
| **revenues** 32:19 | 60:19 61:22 | 218:17 | 141:11 142:2 |
| 32:23 | 62:21 70:22 | **right's** 36:1 | 144:20 148:16 |
| **review** 16:17 | 71:7 73:21 | **rights** 21:4 | 150:19 152:11 |
| 55:4 111:7 | 75:7 80:12 | 91:24 184:4 | 153:2 179:19 |
| 115:22 119:19 | 81:13 83:1,24 | 188:4 189:13 | 179:21 197:22 |
| 120:15 195:2 | 85:11 86:8 | 189:25 190:22 | **roles** 44:22 |
| 197:1 200:15 | 88:16 89:3,5 | 199:3 200:7,9 | 46:25 |
| 217:20,24 | 89:10 95:19 | 200:12 | **rolling** 135:7 |
| 218:15 219:5 | 98:20 99:1 | **rigorous** 36:9 | **rome** 123:1 |
| 220:2,6 223:12 | 101:6 106:6 | **ring** 184:21 | **room** 9:24 |
| 224:1 225:1 | 116:4,10 117:7 | **risk** 107:14,19 | 53:21 143:9 |
| **reviewed** | 117:24 118:4 | **riveting** 145:11 | 145:10 168:18 |
| 151:17 | 121:14 125:21 | **road** 2:5 | 169:1 175:1 |
| **reviewing** 12:1 | 126:13 127:1 | **robert** 4:18,20 | 207:16 |
| 47:16 58:7 | 127:20 129:23 | 4:22 5:11 | **roughly** 13:16 |
| 69:10 81:2 | 130:14 133:16 | 83:21 89:23 | 22:3 37:16 |
| 88:8 104:18 | 137:18 138:19 | 93:9 111:21 | 38:2,8 41:19 |
| 115:11 120:7 | 148:5,5,5 | 115:5 120:1,18 | 41:20 92:9,13 |
| 144:1 158:16 | 154:6,9 159:20 | 123:20 133:23 | 92:19,25 184:6 |
| 177:23 197:25 | 163:24 171:16 | 134:11 135:11 | **rpr** 1:20 |
| **richard** 27:15 | 171:19 176:15 | 177:15 178:2 | **rules** 6:23 7:7 |
| **right** 7:4 13:5 | 176:25 177:21 | 180:22 181:8 | 220:3,7 224:5 |
| 14:5,7 15:6 | 177:25 180:23 | 181:13 191:8 | 225:5 |
| 16:7,16 18:2 | 181:15,15 | 191:13 193:6 | **run** 100:17 |
| 20:20 25:8 | 182:1,10 | 216:14 | 101:6 106:22 |
| 27:10 28:7,23 | 186:24 187:14 | **rogerian** | 122:2,9,21 |
| 31:15,17 32:6 | 188:12 189:17 | 147:20 | 124:14,15 |
| 33:4,20 34:5 | 201:12 203:24 | **role** 19:21 45:8 | **running** 40:2 |
| 34:18 35:21,21 | 204:21 205:1,4 | 45:22 72:3 | 200:17 |
| 37:13 40:15 | 205:25 206:6 | 76:14 95:12,20 | |
| 41:18 42:5 | 208:12 211:21 | 95:22,23 99:3 | |
| 50:20 53:1 | 212:5 214:14 | 101:25 105:25 | |

**[s - select]** Page 47

| s | | scope 44:21 | 90:9,18 94:18 |
|---|---|---|---|

**s** 7:11 61:18
  223:15 225:8,8
  226:3
**safety** 147:1
**salary** 50:7
  51:13 81:14,19
  81:25
**sales** 19:21,22
  20:13 27:19
**sarah** 2:4 6:15
  6:16
**satisfaction**
  122:23
**save** 201:5
**saw** 60:11
  68:14 97:9
  98:5 109:6
  189:1 192:20
  192:25 216:20
**saying** 35:16
  77:16 80:4
  84:17,18 94:4
  109:10 113:6,8
  117:20 152:15
  176:10 179:24
  183:20 199:20
**says** 17:9 21:7
  28:2 48:25
  49:9 50:6 56:7
  59:17 69:19,23
  81:13 88:16
  90:10,18 91:15

105:3 144:3,10
  166:9 178:19
  209:14
**sb** 218:1
**scaring** 167:6
**scary** 144:24
  147:1
**scenario**
  148:16 149:24
  152:11
**scenarios**
  140:24 142:4
  146:19
**scene** 74:16
**schedule** 67:24
  144:12
**schira** 2:15
**scholarly**
  217:21
**school** 13:25
  17:17 18:5,5
  19:8,12 27:9
  38:14 65:16
  74:20 98:25
  100:16 107:8
  128:19 143:4
  157:20,21
  158:1,1 184:17
  190:20 200:17
  206:20 213:11
**schools** 35:9
  64:2 101:14
  206:21

**scope** 44:21
**score** 117:9
**scores** 109:23
  110:2,5 111:16
  111:22 112:22
  113:20 114:3
  114:18 117:5
  119:1,4 125:4
  217:14 218:9
  219:8
**seal** 222:6
  224:15 225:21
**seasoned**
  105:23 149:6
**second** 22:6
  49:5,6,14
  58:10 63:23
  91:12,19 118:1
  120:20 138:7
  159:13,17
  161:6 171:23
  172:6 173:10
  209:25
**secondary** 19:3
**seconds** 216:4
**section** 91:4,16
  105:3 123:21
  161:6 198:23
**sections** 116:18
  117:1 118:17
  161:5
**see** 13:13 17:8
  31:5 40:13
  50:25 85:14

90:9,18 94:18
  97:21,25 98:8
  108:23 113:23
  118:15 122:15
  130:9 135:5
  138:18 148:22
  150:4 153:17
  159:15 166:22
  178:2,24
  182:13 204:6
  218:16 219:16
**seeing** 104:23
  109:5 197:25
  216:24
**seek** 75:19 95:7
**seeking** 99:8
  209:1,2
**seemed** 79:10
**seems** 144:24
**seen** 95:25
  96:11 189:7
  197:20
**sei** 111:16,22
  112:22 113:20
  114:18 116:2,8
  117:5,9 119:4
  121:9,10
  217:14 218:9
  219:7
**sei's** 109:13,18
  110:22 112:21
  113:15
**select** 44:15
  129:4

**[selected - similar]**

| | | | |
|---|---|---|---|
| **selected** 111:5 | 153:18 176:10 | **set** 5:14 48:21 | 134:4 141:11 |
| **selecting** 136:6 | **sensitive** | 68:2 164:8 | 143:22 164:22 |
| 136:10 | 101:12 144:11 | 179:4 186:9 | 168:9 202:24 |
| **sell** 210:22,23 | **sent** 167:20,22 | 187:2 199:4 | **showed** 87:10 |
| **selling** 13:12 | 178:7 | 222:6 | 134:21 |
| 14:6 | **sentence** 49:7 | **settings** 159:10 | **showing** 168:12 |
| **semester** 46:20 | 121:2,4 210:6 | **seven** 41:20 | 217:7 |
| 52:25 54:11 | 217:24 | 79:21 113:17 | **shown** 223:16 |
| 82:6 87:20 | **separate** 65:5 | 113:19 147:4 | **shows** 188:18 |
| 108:3,25,25 | **separated** | **several** 121:5 | **shy** 200:7 |
| 109:20 130:6,7 | 23:18,19 206:6 | **severance** 27:2 | **side** 32:15 |
| 149:12 167:2 | 209:22 | **shaker** 2:5 | 81:13 89:10,21 |
| **send** 87:9,9 | **separately** 51:7 | **share** 16:13,14 | 96:24 155:9 |
| 125:9 132:1 | **separation** 24:7 | 73:10 85:21 | 172:1 |
| 156:9 160:25 | 25:2 33:7,8 | 173:15 197:17 | **sided** 183:24 |
| 163:24 | 87:22 211:7 | **shared** 45:9 | **sign** 55:12,16 |
| **senior** 22:25 | 212:13,16 | 103:24 173:18 | **signaling** 149:3 |
| 24:3 34:13,16 | **september** | 183:24 199:23 | **signalled** 193:3 |
| 35:16 36:17 | 56:13 58:15 | **sharing** 75:8 | **signatories** |
| 37:7 39:10 | 71:23 72:10 | 96:22 150:8,8 | 95:24 |
| 45:22 48:5 | 145:18 149:21 | **sheet** 223:13 | **signature** 49:15 |
| 59:25 60:16 | 166:6,13 171:1 | 225:7,10,18 | 49:17 55:9 |
| 61:6,14 63:24 | 171:1,3,4 | 226:1 | 58:11,22,22,24 |
| 69:24 76:14 | 178:8 182:4,15 | **shit** 145:7 | 59:20 220:5 |
| 92:22 99:21 | 192:3,7,8 | **shock** 145:7 | 222:12 223:14 |
| 101:21 102:16 | **series** 11:9,18 | 151:13 153:3 | **signed** 224:13 |
| 105:2,23 | 36:20 | 155:7 168:25 | 225:18 |
| 111:12,15 | **seriously** 132:9 | **shocked** 163:16 | **significantly** |
| 121:12 127:2 | **serve** 105:7,16 | **shop** 101:5 | 215:6 |
| 136:5,22 | 129:5 | **short** 62:16 | **signing** 48:24 |
| 197:10 204:24 | **served** 106:10 | 107:2 184:2 | 223:19 |
| 214:17 | **service** 99:7 | **shoulder** 39:4 | **similar** 144:8 |
| **sense** 31:24 | **sessions** 111:8 | **show** 37:5 | 175:24 195:14 |
| 80:16 132:13 | | 38:24 39:5 | 198:8 204:19 |

206:10 207:9
217:5 218:17
**simple** 38:6
**simply** 196:23
199:22 210:15
**simulation** 72:4
140:10 141:12
179:20,22
**simulations**
142:3
**sincerely**
223:21
**single** 128:11
**sir** 79:18
190:14 223:10
**sit** 205:4,6
**sitting** 114:17
143:8
**situation** 52:9
76:22 77:20
78:7,11 142:7
146:5 172:23
**situations**
142:14 144:17
144:20
**six** 14:18 17:21
28:10 41:20
**size** 127:20
**sizes** 127:2
**skill** 118:11
124:20 136:15
141:1,6,8
**skills** 27:19
139:20 140:8

170:14 207:18
**slightly** 58:24
**sliwinski** 2:10
**slowly** 145:1,11
**slur** 169:14
178:11,12,17
**slurs** 134:24
165:13 168:23
169:16,17,17
178:21 193:18
205:19
**small** 13:19
20:25 32:19
112:15
**smaller** 127:8
**smiles** 39:1
**smiling** 168:13
**snapshot** 145:6
**snippet** 169:9
**snowberger**
24:2
**social** 144:23
180:11
**socratic** 141:15
142:3 146:13
150:4
**solicit** 164:2
**solutions** 223:1
226:1
**somewhat** 75:7
85:24 140:3
**son** 2:10 6:19
**sons** 12:9 110:9
210:17

**soon** 171:6
**sorry** 6:11
12:22 19:23
36:12 40:19
56:24 66:11
75:6 76:9,16
76:23 77:13
78:3,3 103:12
106:13 121:3
123:14 124:2
127:23 141:3
160:10 163:21
173:10 178:14
185:16 187:8
187:10 191:14
192:2 195:13
196:10 198:14
199:16 202:9
**sort** 12:15
39:20 131:15
154:16 170:6
185:14,22,22
208:1 214:15
214:23
**sorts** 29:15
74:13 200:6
**soul** 163:15
**sound** 135:8
**sounds** 34:4,4
72:7 73:11
179:24 208:10
**source** 161:22
**southern** 1:1
6:8

**soviet** 43:5
**space** 27:17
38:22,24 45:17
139:6 180:17
**spain** 122:13
**speak** 9:12 12:4
94:15 212:22
**speaker** 107:18
208:7,8
**speaking** 32:10
49:8 99:13
145:2 180:15
**special** 18:25
19:9 31:3
124:14
**specific** 87:8
189:23 196:17
197:23 198:4
200:18,21
**specifically**
10:11 24:11
43:17 73:11
84:24 91:6
157:11 201:14
202:7
**specificity**
204:2
**specifics** 70:11
**specified**
221:21
**specify** 205:20
**speculating**
54:1,5 86:25

**[speech - stouffer]** Page 50

**speech** 90:25
91:7,25 150:6
150:22 151:1,5
193:20 194:10
198:25 201:14
201:19,23
202:7,14,16
203:9,10,11,14
203:15,22,23
212:14,17
215:15,21
**spell** 7:10
**spend** 67:5
**spending** 32:15
168:16
**spent** 145:15
166:1
**spoken** 46:16
76:1 103:11
208:21
**spring** 39:13
49:4 52:20,25
54:10 67:22
74:10 78:16
84:3,21 87:20
144:3 149:12
182:6 197:5
**ss** 221:3
**stable** 208:20
**staff** 13:17
37:10,11,25
67:11 107:9
200:14

**stages** 145:1
**stakeholders**
101:3 157:16
**stakes** 138:13
190:23
**stamp** 178:1
**stand** 109:15
195:25
**standard**
124:19 160:2
**standards**
45:21 47:2
**standpoint**
51:16 103:1
119:21,22
167:11 213:2
**start** 17:6
31:21 33:1,6
33:23 51:19
92:19 133:15
144:21 146:15
164:1
**started** 21:12
30:22 48:18
93:24 159:23
159:25 206:22
**starting** 20:23
34:15 121:2
177:25 207:2
**starts** 48:25
159:12
**startup** 32:9
206:24

**state** 1:17 6:5,9
6:20 18:17,19
35:1 38:3 43:4
162:5,5 221:2
221:7 222:15
224:10 225:15
**stated** 46:18
77:22
**statement**
66:25 165:6
166:13 197:3
224:13,14
225:19,19
**states** 1:1 6:7
105:4 121:3
123:6,18
178:16 204:5
**stating** 48:10
172:22
**statistics** 61:7
75:5
**stature** 65:13
95:13
**status** 71:14
135:11,19
192:18
**stay** 51:22
57:17 112:20
155:1,24
**stayed** 22:22
144:15
**stenotypy**
221:14

**step** 84:20
129:11,12
171:23
**steps** 184:15
**stereotyping**
169:23
**sters** 51:10,15
82:2
**stewards** 101:5
**stick** 49:12
**stimulation**
142:5
**stood** 138:21
**stop** 51:25
**stopping** 10:6
**stories** 114:5
140:9 146:11
146:12 161:15
**story** 74:21
150:8,9,21
154:11,12
162:19
**storytelling**
141:12
**stouffer** 2:9 3:6
3:7 6:11,18,19
7:3,5 8:7,19
16:9,11,14,15
36:13,16 42:8
42:10,15,16
46:15 57:3,11
58:1,4 78:4
80:13,17 82:18
82:25 83:16

89:3,4 123:13
123:15 126:17
126:25 131:9
141:20,25
142:20,23,24
146:2 151:24
152:8 171:16
172:16 173:4
174:11,20
175:3,9,17,22
176:9,13,21
177:6,20
186:14 190:16
199:18 210:1,4
210:10,12
211:10,19
212:2 215:23
217:13 219:13
219:19 220:12
**stranger** 85:24
100:12
**strategy** 25:11
29:14,15
**stream** 81:22
82:1 208:11,19
**streams** 208:2
208:11
**stressful**
144:17 146:5
**strictly** 93:3
**strike** 77:20
109:22 162:10
166:16 185:16
201:22

**struck** 96:13
165:14 205:12
**structure** 41:21
191:3
**stuck** 42:17
**student** 11:17
27:15,24 28:6
30:16 74:13
76:11,18 77:15
77:21 78:6,8,9
87:11 108:9,21
109:10,12,17
109:21 113:9
136:15 143:6
162:17,18,22
162:24 163:1
169:5 181:2
195:14,18
196:15 202:20
202:21 204:19
205:5,15,18,22
205:24 206:2
**students** 14:8
19:12 29:3,20
44:2,3 94:24
95:4,5,6,7,9
106:19 109:22
109:23 110:14
112:14 117:19
121:23 122:24
124:16,17
126:3 127:6
128:1,4 136:8
136:11 137:5

141:14 143:3
144:19 146:4
147:6,13,18
150:18 153:8
153:12 157:17
162:12 163:3,5
163:15 164:6
164:11 166:1
167:2 168:18
180:4 211:14
211:16
**stuff** 44:24
102:9 147:1
160:2
**subject** 205:10
209:14 210:6
**subjected**
205:10
**subjecting**
188:4 189:13
**subjects** 136:5
**submit** 45:14
160:13,24
**submitted**
11:19 39:19
45:15 213:22
**subparts** 187:4
199:13
**subscribed**
224:10 225:14
226:21
**subsection**
159:14 193:16
194:3

**substance**
97:14 103:18
205:9
**substantial**
27:1 144:6,7
**substantially**
218:1,7
**sucked** 150:10
**sued** 189:23
**suffered** 209:16
210:22
**suggest** 66:12
**suing** 193:17
**suite** 84:4,11
85:13 86:21
223:2
**sullivan** 1:4,13
3:5 4:3,4,7,8,10
4:12,14,18,20
4:23 5:9,11 6:4
6:5,15,17,22
7:2,4 16:3 47:8
54:22 57:21
59:7 69:1
80:20 83:3,4
88:24 94:1
107:22 115:4
119:25 133:24
164:18 172:4
173:3,7 177:15
216:1 219:12
221:9 223:6,8
224:3,4,9
225:3,4,13

**[sullivan - talked]** Page 52

226:20
**sullivan.956**
134:9
**summary** 81:23
89:7
**superior** 1:18
2:11 206:10
213:20 223:1
**supervised**
113:22
**supervisor**
23:20 60:13
62:17 65:1,21
92:5,8,13,18,23
92:23 93:5
109:5 118:7
**supervisors**
23:21
**supervisory**
99:3
**supplier** 38:17
161:1,3
**support** 11:22
30:15 38:25
39:5 122:5
199:21 202:25
**supporting**
168:14
**supportive**
168:10
**supposed** 100:5
100:7
**sure** 7:8,25
8:23 9:13 10:8

13:16 17:2
38:7 42:13,22
46:3 53:8 54:3
62:25 72:15
86:19 87:15
97:4,22 98:11
101:5 109:17
110:4 120:11
132:25 140:2
140:22 141:24
143:24 144:18
145:19,21
146:6,8 151:24
152:17 160:21
161:1 166:4
172:9 176:19
178:15 183:4
183:17 184:16
190:15 191:2
**surprise** 71:18
**surprised**
60:12 70:2
**suspect** 25:3
**suturing**
170:14
**swan** 106:12,14
**sworn** 6:25
221:10 224:10
224:13 225:14
225:18 226:21
**swyss** 2:6
**syllabi** 143:11
144:4 160:12

**syllabus** 5:5
143:18 149:16
154:7
**system** 117:16

**t**

**t** 130:11
**ta** 127:17 128:6
128:12,13,21
128:22,23
129:5,14,19,19
130:5,10 133:9
**ta's** 128:10,18
128:23,25
129:17
**table** 131:21
190:23
**take** 10:21
16:16 17:20
27:2 30:3,9
39:12 43:25
47:14 52:10
55:3 66:21
79:24 80:14
82:18 84:20
88:7 93:1
117:25 118:3
118:13 123:1
124:11,14
125:20 128:6
145:5 148:10
149:7 159:8
165:21 171:17
180:8 211:10

**taken** 1:17
62:18 82:22
118:9 126:22
135:17 153:22
165:13 177:9
185:18 195:22
211:24 221:20
**talent** 22:20
23:2 43:8,8
44:6
**talk** 33:22
60:25 62:4
70:14,15 71:19
71:20 72:19
73:8,23 75:12
83:23 86:3
87:7 94:24
96:22 104:2
112:1,21,25
113:3 114:1,2
123:20,23
124:3 125:5,6
132:17 133:3
151:1 152:18
169:23 173:16
174:25,25
178:20,22
181:16 182:4,8
183:9 188:8
195:3 205:7
**talked** 61:10
71:22 74:1
75:3 80:2
83:18 103:5,7

**[talked - terminate]** Page 53

114:4,13
166:25 170:22
179:11 182:6
185:12 189:3
**talking** 9:9
34:10 35:4
44:25 67:18
78:21 85:15
108:11 124:6
130:15 135:6
141:18 147:10
150:24 157:9
162:24 166:25
200:8 217:17
**tall** 162:23
**tata** 55:23,23
**taught** 19:8
27:13,16 37:11
46:19,20 61:7
70:17,18 79:10
79:21 82:9
93:25 116:5,19
117:1 149:13
154:5 190:19
190:20 213:12
**teach** 13:20
19:2 27:18
34:22,24 35:5
35:7 36:25
37:5 38:9,12
38:15 46:2
52:5 63:22
93:21,22 99:9
127:20 140:1

141:9,14
144:25 162:15
165:16 188:12
206:18
**teacher** 35:13
113:12 114:10
127:17
**teaches** 105:4
**teaching** 11:21
35:19 36:20
39:4 44:10
46:18 48:22
49:3 51:12
52:6 53:3
73:22 77:8,16
77:17 79:20
80:5,6,8 82:13
87:12 93:25
96:20 100:14
102:22 105:11
105:13,14
108:3 110:24
110:25 111:4,6
114:6 121:10
127:15 141:10
142:11 147:19
160:6 161:14
165:18,24
167:6,13 168:7
169:3 170:11
170:14,16
181:3,5 192:5
193:24 194:14
194:16,25

196:7 197:1
201:25 204:20
205:16,23
212:19 214:15
215:4
**team** 28:12,19
29:19 44:16
99:8,10,12,16
99:17 100:1
**technology**
25:14
**tell** 25:9 26:16
27:11 29:11
32:7 74:7
110:9 141:11
172:22 174:7
184:13,14
194:8
**ten** 70:4 71:14
71:24 72:10
129:19,20
130:1 211:11
**tend** 63:20
**tended** 112:23
113:2
**tense** 146:5
176:6
**tension** 28:19
37:3 66:17
139:22
**tentatively**
174:4
**tenure** 49:9

**tenured** 63:19
63:20 66:19
93:12
**tepper** 34:8
39:14 41:9
42:19 43:10
45:19 50:9
53:23 54:17
64:9,24,25
75:24,25 76:3
76:7 77:9,21
78:14,18 83:21
86:15 89:24
92:5,15 95:20
96:2,13 99:20
100:19 107:22
109:2 111:14
113:20 114:2
124:13 182:14
191:15,16,23
194:8 195:8
196:3 204:6,13
204:17 205:9
206:4 212:11
216:15
**tepper's** 41:11
77:19
**term** 48:6,11
51:14 56:13,17
58:14 78:23
140:14 206:25
208:6
**terminate**
198:5 217:1

| | | | |
|---|---|---|---|
| **terminated** | **testing** 155:23 | **things** 9:4 21:4 | 133:3 135:18 |
| 192:9 196:18 | 156:13 | 29:16 38:24 | 135:24 138:16 |
| **terminating** | **text** 138:18 | 45:8,10 46:5 | 140:19 145:24 |
| 90:23 194:4 | **textbooks** | 66:16 74:6 | 148:10 155:21 |
| 198:24 199:7 | 136:11,18 | 75:9 77:1,4,5 | 157:19 159:3 |
| **termination** | **texts** 211:15 | 86:2 100:24 | 160:17 162:14 |
| 52:15 69:13 | **thank** 8:18 36:6 | 103:24 107:13 | 162:16 163:22 |
| 103:8,12 174:3 | 36:10,14,15 | 107:19 114:6 | 164:14 170:9 |
| 193:1 216:7,17 | 46:13 57:16 | 124:1 126:2 | 170:12 175:11 |
| **terms** 38:6 | 68:19 82:19 | 137:5 147:5 | 175:22,24 |
| 41:20 43:13 | 83:5 123:13,14 | 151:4 155:6,20 | 176:2 179:14 |
| 45:17 46:21 | 141:22 152:7 | 156:12 163:9 | 184:8 185:9 |
| 50:16 76:18 | 155:4 186:5 | 169:8 180:3 | 188:13 189:4 |
| 99:11 144:16 | 187:20 190:13 | 194:1 197:25 | 191:7,10,17 |
| 149:17 153:20 | 204:10 210:10 | 206:13 207:1 | 195:18 197:4,5 |
| 154:25 167:5 | 210:11 211:19 | **think** 9:7 22:4 | 197:12,13,24 |
| 191:3,5 199:20 | **thanks** 15:25 | 22:7 24:1,4 | 212:11 213:2 |
| 205:20 | 16:10 58:5 | 27:20 40:8 | 215:23 |
| **test** 140:25 | 171:22 | 43:2 46:19 | **thinking** 112:5 |
| 149:9 153:5 | **theoretical** | 61:15 63:3 | **third** 4:16 17:8 |
| **tested** 154:23 | 142:12 | 67:2 68:20 | 17:9 28:21 |
| **testified** 12:15 | **theory** 142:16 | 74:25,25 75:6 | 36:22 38:18 |
| **testify** 8:15 | **thereabouts** | 79:24 81:22 | 39:6 88:2,17 |
| 13:1 174:15 | 82:11 | 86:7 93:10 | 88:21 89:12 |
| 221:10 | **thereof** 200:12 | 95:13,14,25 | 161:8 165:22 |
| **testifying** 8:21 | **thing** 10:4 | 97:8 99:23 | **thirds** 38:17 |
| 13:4 | 15:20 40:11 | 100:12,15 | **thirty** 34:10 |
| **testimonial** | 48:16 87:7 | 101:10 102:22 | 223:18 |
| 87:11,12 | 112:6 138:21 | 103:2,15,18 | **thorman** 2:3 |
| **testimony** | 141:5 144:23 | 105:15 107:15 | **thought** 100:16 |
| 10:16 217:4 | 151:16 159:7 | 110:10,18 | 195:24 200:23 |
| 221:13,17 | 168:19 195:14 | 130:12,18,20 | 204:22 213:13 |
| 224:6,7 225:6 | 196:13 204:22 | 131:12,25 | **thoughts** 164:3 |
| 225:9,12 | 206:14 | 132:6,24 133:1 | |

[threat - topics]                                                          Page 55

| | | | |
|---|---|---|---|
| **threat**  107:19 | 65:24 67:5 | 215:18,22 | **together**  64:14 |
| **threatened** | 71:12,22 72:9 | 219:22 221:20 | 145:16 |
| 94:21 192:25 | 72:12 73:19 | **timeframe** | **told**  25:2,4 52:2 |
| **three**  12:9 | 79:4,22 82:21 | 67:17 92:7 | 52:7 53:7,18 |
| 28:10 38:14 | 82:24 84:6 | **timeline**  67:17 | 60:17 65:11 |
| 39:1,7 46:11 | 86:20 88:7,19 | 78:14 | 68:1 71:11 |
| 66:3 71:11 | 92:4,6,14 93:3 | **times**  35:7 | 73:24 112:17 |
| 95:23 96:7 | 94:17 95:18,21 | 71:12 73:14 | 134:25 135:3 |
| 97:15 98:1,17 | 98:24 99:6 | 75:20 84:1,9 | 165:7 191:22 |
| 110:8 130:1 | 102:1,4 103:7 | 85:11,14 94:11 | 192:8 193:18 |
| 138:12 161:5 | 103:14 104:5 | 99:5 125:11 | 194:14 195:12 |
| 161:10 165:19 | 106:3 108:15 | 130:4 135:18 | **tom**  24:1,2 |
| 168:21 174:2 | 111:25 114:15 | 148:8 149:19 | **tomorrow** |
| 191:22 194:19 | 118:5 126:21 | 154:22 155:10 | 178:24 |
| 210:17 | 126:24 127:1 | 162:16 168:15 | **took**  12:23 |
| **thrive**  5:3 | 135:19,22 | 180:15 182:11 | 17:21 37:14 |
| 137:21 138:3 | 144:13 145:16 | 191:22 203:1 | 79:4 168:15 |
| **tie**  189:24 | 148:11 149:11 | **timetable** | 184:7,10 |
| 191:19 | 149:13 153:10 | 185:10 | 186:20 212:6 |
| **tiers**  63:24 | 153:25 154:3 | **timing**  166:5 | **tool**  164:13 |
| **time**  6:3 8:1 | 154:14,15 | **tips**  138:15 | **tools**  138:15 |
| 10:9,9 17:21 | 155:6,13,22 | **title**  34:12 | 148:22 150:12 |
| 19:1 21:9 | 160:21 168:16 | 41:11 69:19 | 151:16 153:6 |
| 23:15,24 24:18 | 169:4 170:7,17 | 159:14 175:13 | 156:14 161:6 |
| 25:10,22 27:7 | 170:22 171:20 | 212:24 | 161:11 179:20 |
| 27:12 28:25 | 174:12 175:5 | **titled**  81:9 | **top**  39:3,4 90:9 |
| 29:8,12 30:2 | 176:20 177:2,8 | 173:8 218:20 | 124:11 144:3 |
| 31:21 32:4,4 | 177:11 178:24 | **today**  7:13 | 159:13 209:11 |
| 32:11 38:11 | 179:4,10 180:2 | 10:16 114:17 | 210:3,4 215:3 |
| 40:12 41:12 | 185:11 186:20 | 178:23,23 | 218:3 |
| 43:22 48:11 | 201:5,18 | 193:6 208:11 | **topic**  192:11,15 |
| 51:15,23 53:9 | 206:23 211:23 | **today's**  6:2 | 202:5 217:18 |
| 55:16 62:12,17 | 212:1 213:23 | 11:8 | **topics**  140:1 |
| 64:12,21 65:2 | 214:20 215:17 | | |

**[total - types]**                                                                  Page 56

| | | | |
|---|---|---|---|
| **total** 22:4 | **trajectory** | **trouble** 5:3 | 167:18 169:2 |
| **totally** 20:5 | 155:18 | 49:12 104:1 | 180:17 202:4 |
| **touch** 39:2 | **transaction** | 137:8,21 | 204:23 |
| 45:17 178:23 | 12:19 103:19 | 162:25 | **tuesday** 166:6 |
| 184:18 202:24 | **transcribed** | **troubled** 44:1 | **turn** 90:13 91:9 |
| **touching** 38:22 | 221:16 224:7 | 162:18 | 139:17 151:20 |
| 39:1 | **transcript** 3:1 | **true** 31:25 | 187:18 |
| **tough** 148:10 | 9:7 220:3,6,9 | 50:15 56:19 | **turned** 16:24 |
| 148:11,16 | 220:11,13 | 58:17 82:15 | 46:17 66:19 |
| 151:15 167:8 | 223:11,12 | 119:18 162:7 | **turner** 11:16 |
| **towards** 26:25 | 224:5,12 225:5 | 167:21 221:16 | **tweaks** 144:10 |
| 60:18 207:15 | 225:11,17 | **truth** 221:11,11 | 144:13 |
| **tower** 155:11 | **transcription** | 221:12 | **twelve** 207:5 |
| 155:13 | 221:17 | **truthful** 10:16 | **twenty** 15:23 |
| **town** 210:25 | **transferred** | 186:22 | 64:5 |
| 211:1 | 66:2 | **truthfully** 8:21 | **twice** 40:9,11 |
| **tpgfirm.com** | **transition** | **try** 9:11,25 | 95:2 |
| 2:6,6 | 63:25 | 68:2 85:16 | **two** 20:2 21:22 |
| **track** 49:9 | **transpired** | 86:6,9 87:6 | 21:23 38:17 |
| **tracked** 46:4 | 134:19 | 98:8 128:6 | 39:22 44:2 |
| 108:2 | **travel** 29:17 | 147:2,16 | 48:19 53:22 |
| **tracy** 1:20 8:8 | 30:15 | 165:15 167:12 | 56:16 60:6 |
| 35:24 221:6 | **treated** 51:11 | 172:25 173:21 | 63:5,18,23 |
| 222:14 | 204:1,17 | 174:22 181:18 | 64:2 84:8 |
| **tradition** 67:6 | **treatment** | 182:10 | 85:12 93:11 |
| **trail** 5:10 | 204:3 | **trying** 45:1,3 | 112:10 113:21 |
| 177:14 | **tremendously** | 49:25 50:13 | 117:3 138:7 |
| **trained** 28:9 | 211:3 | 64:17,18 65:14 | 141:5 155:5 |
| 145:3 210:14 | **tried** 67:14,24 | 74:17 122:12 | 165:14,14,16 |
| **training** 19:22 | 73:13 86:18 | 122:21 139:24 | 174:2 179:9 |
| 20:13 21:2 | 87:21 103:16 | 140:2 146:25 | **type** 10:21,22 |
| 23:2 24:16 | 118:8 181:19 | 147:8 150:2 | 99:24 153:15 |
| 25:12 28:11 | 182:11,18 | 153:3 156:21 | **types** 63:11,16 |
| 35:3 99:7 | | 163:7 165:6 | 141:5 210:14 |

**[typical - v]** Page 57

| | | | |
|---|---|---|---|
| **typical** 26:20 75:8 106:18 153:15 180:18 | 208:20 215:15 217:24 219:16 **undergrad** 111:4 116:8 127:4 | **universities** 33:11 35:20 207:8 214:24 **university** 6:6 | **use** 136:19 137:1,3 140:1 140:21 141:14 146:10,13,14 |

**u**

**u** 7:11 130:11
**uber** 134:22
**um** 14:3 29:5
  30:7 69:25
  91:18 100:1
  114:12 117:3
  124:9 134:17
  142:8 165:11
  168:8
**unable** 211:5
**unacceptable** 119:16
**uncertain** 138:14
**uncharacteris...** 143:7
**uncomfortable** 163:4
**under** 7:15 8:2
  12:15 27:13
  28:22 34:21
  36:25,25 37:6
  59:16,16 63:18
  89:10 91:3,16
  99:10 118:2
  120:21 128:19
  131:1 195:2
  196:25 198:21
  198:22 206:18

**undergraduate** 105:5
**undergraduates** 128:3
**underneath** 131:20
**understand** 7:12,22 8:6,12
  9:21 42:3 59:3
  72:5 78:2
  95:25 102:2
  176:9 177:5
  181:23 208:9
  218:2 219:1
**understanding** 53:24 149:10
  173:13 174:15
  177:2 188:6
**unfolds** 182:13
**unfortunately** 16:12
**union** 43:5
**unique** 157:21
**united** 1:1 6:7
  19:18 20:9
  29:9,22 30:5
  30:18,24 31:13
  123:6,18

  6:20 17:12
  18:1,17,20
  27:8 30:23
  33:14 34:23
  35:9,10 44:18
  101:14 208:22
  214:4 215:13
**unknown** 62:5
  89:25
**unofficial** 31:7
**unofficially** 31:2
**unquote** 212:12
**unrealistic** 128:9
**unredacted** 5:12 177:16
**unrelated** 193:11
**unusual** 121:18
  121:19 131:20
  133:13
**update** 67:11
**upgraded** 22:24
**upset** 66:14
  112:16 122:25
**usc** 91:3,16
  198:22

  146:23 148:21
  150:12 156:14
  159:21 161:15
  161:16 169:9
  169:16,19
  170:9 178:11
  178:12,16,21
  185:23 193:18
  193:23 199:21
**used** 55:16
  72:15 137:7,9
  144:5 147:24
  148:7 154:10
  157:19,21
  159:15 169:14
  179:14 207:21
**using** 149:1
  161:12 163:9
  167:12 176:23
**usually** 29:3
  30:10 55:12
  109:20 110:12
  133:14 136:24
  180:7
**utilizing** 110:23

**v**

**v** 7:11 223:6
  224:3 225:3

**[vague - watching]** Page 58

| | | | |
|---|---|---|---|
| **vague** 96:12 | **vice** 22:24,25 | **visiting** 35:19 | 84:20 92:2 |
| 184:22 187:7 | 23:25 24:3,4,6 | **visits** 5:3 137:8 | 94:5,5 96:25 |
| **vaguely** 47:20 | 34:23 37:22 | 137:21 | 123:2 137:1 |
| 55:8 | **video** 1:12 7:18 | **voice** 183:20 | 145:21 148:9 |
| **value** 145:7 | 144:22 145:6 | **voluntarily** | 150:9 152:16 |
| **variation** 109:8 | 148:1 151:8 | 26:25 29:22 | 160:8 171:21 |
| **variations** 17:2 | **videographer** | 30:8 | 171:25 172:8 |
| 108:24 109:9 | 2:16 6:1 82:20 | **voluntary** | 175:6 187:23 |
| 157:5 | 82:23 126:20 | 26:10,18 27:4 | 207:20 209:18 |
| **varied** 13:20 | 126:23 171:19 | 27:5 | **wanted** 26:2 |
| 17:1 | 172:3 177:7,10 | **volunteer** | 31:17 39:24 |
| **variety** 209:16 | 211:22,25 | 27:24 31:10 | 40:3 42:13 |
| 209:21 | 219:21 | 148:14,15 | 52:4 71:18 |
| **various** 13:17 | **videos** 146:3,9 | **volunteering** | 72:1 74:3 |
| **varnau.6** 5:8 | 161:17 | 46:22 | 84:13 94:18 |
| 164:17 | **videotape** 6:4 | **vs** 1:7 | 99:7 103:25 |
| **vent** 151:3 | **view** 94:9 | | 112:14 125:18 |
| **venturing** | 117:17 | **w** | 126:1 131:25 |
| 106:15,17,19 | **viewed** 47:23 | **w** 1:18 2:11 4:5 | 132:9 137:2 |
| **verbal** 53:14,15 | **viewpoint** | 4:23 47:9 | 143:3 153:13 |
| 53:16 86:14 | 91:17 | **wait** 9:14,19 | 166:3 169:1,1 |
| 97:23 163:13 | **viewpoints** | **waived** 223:19 | 172:12 173:14 |
| 167:13 | 201:14,19 | **waiving** 173:2 | 174:6,25 |
| **verbally** 65:11 | **views** 90:24 | 209:15 210:7 | 205:24 |
| 156:2 214:4 | 198:24 199:8 | **walk** 145:1,12 | **wants** 131:5 |
| **veritext** 223:1,7 | **violated** 91:25 | 149:22 169:2 | 136:22 145:22 |
| 226:1 | 189:25 215:14 | **walked** 84:4 | **ward** 4:7 54:23 |
| **veritext.com.** | 215:21 | **walker** 2:5 | 55:20 99:24 |
| 223:17 | **violating** 188:3 | **walking** 188:14 | **warn** 156:2 |
| **version** 173:11 | 189:12 | **want** 7:6 31:5 | **warned** 163:1 |
| 174:14 | **violation** 15:5 | 32:3 42:13 | **warning** |
| **versus** 6:5 | 91:7,16 | 45:10 63:9 | 154:17,20 |
| 146:15 211:17 | **violations** | 67:4 70:14 | **watching** 143:9 |
| | 14:20 | 74:16 75:19 | |

**[watson's - word]**                                     Page 59

| | | | |
|---|---|---|---|
| **watson's**  88:11 | 76:19 103:17 | **whatsoever** | 42:22 46:8,13 |
| **wattercutter** | 140:5,14 | 122:7 | 68:19 77:25 |
| 85:19 86:18,23 | 160:23 194:19 | **whereof**  222:5 | 78:3 83:12,15 |
| 87:5 89:25 | 194:21,23 | **whitey**  147:22 | 88:10,15 89:19 |
| 101:24 102:12 | 196:2 203:1 | 148:2 149:23 | 90:17 91:11 |
| 102:16 103:5 | 212:12 | 150:8,14 151:7 | 123:10,14 |
| 132:23 187:25 | **wearing**  170:6 | 152:10,14 | 126:11,14 |
| 188:2,18 | **weatherhead** | 154:12 156:5 | 131:6 135:1 |
| 190:25 196:16 | 17:16,17 27:9 | 156:10 159:18 | 141:24 145:23 |
| 196:22 197:9 | 206:20 | 161:18 162:7,9 | 146:1 152:4,7 |
| 200:20 | **website**  32:15 | 162:19 166:12 | 172:7,10,11 |
| **wattercutter's** | 110:20 157:15 | 166:18 169:9 | 186:5 187:20 |
| 219:17 | 159:4 | 170:23 181:12 | 190:6,10,13 |
| **way**  6:13 9:6 | **week**  36:23 | 183:11 185:6 | 191:12 198:19 |
| 15:20 35:25 | 46:1 71:23,23 | 188:20 190:1 | 210:9,11 |
| 38:10 40:4 | 93:11 158:21 | 191:21 192:23 | 211:12 221:9 |
| 53:3 57:17 | 162:16 207:5 | 194:5,10 | 221:14,15,18 |
| 58:21 63:4 | **weekly**  95:3 | 195:10 202:9 | 222:5 223:8,11 |
| 66:10 74:18 | **weeks**  38:8 | 202:13 203:9 | 224:1,4,11 |
| 77:10,11 78:21 | 147:4 161:12 | 203:15 | 225:1,4,15 |
| 79:19 83:1 | **weigh**  209:9 | **wife**  12:6 | **witness's**  220:2 |
| 85:14,24 101:6 | **went**  9:25 | 130:23 210:18 | **witness'**  223:14 |
| 107:2 110:7 | 19:17,20 43:17 | **wife's**  26:1 | **woman**  40:8 |
| 140:7 141:9 | 76:19 79:19 | **william**  85:19 | 53:11 90:7 |
| 150:1 152:23 | 85:13 86:4 | 89:24 101:24 | 185:5,9,17 |
| 155:24 158:2 | 124:1 127:13 | 132:23 187:24 | **won**  111:8 |
| 161:13 165:17 | 150:7 167:10 | 190:25 198:9 | **worcester** |
| 167:10 168:4 | 172:21 195:20 | 200:20 219:16 | 19:25 |
| 180:6,14 181:3 | 199:11 201:9 | **willing**  39:16 | **word**  50:16 |
| 182:19 188:13 | 204:21 213:12 | **winter**  52:20 | 72:15 77:12 |
| 202:5 211:18 | **western**  17:11 | **wish**  72:24 | 139:24 159:21 |
| 213:13,15 | 17:15 27:8 | **witness**  8:10,14 | 170:1 173:7 |
| **ways**  30:16 | 28:25 29:9 | 8:18 15:2 22:2 | 185:23 193:23 |
| 37:3 39:4 | 30:23 | 36:6,10,14 | |

**[wording - year]** Page 60

| | | | |
|---|---|---|---|
| **wording** 207:20 | 33:24 43:6 44:17 64:13 | **wyss** 2:4 6:15 6:16 | 125:8 126:8,11 130:8 131:6 |
| **words** 54:7,8 70:16 151:9,10 169:23 179:14 205:21 | 79:2 129:13 162:4 **workload** 118:3 | **x** | 132:13,16,22 132:24 135:12 136:9,20 |
| **work** 20:9,22 22:16 27:24 29:18 39:24 55:23 79:9 | **works** 148:23 **workshop** 30:13,14 206:19 | **x** 129:21 **xeroxed** 5:3 137:22 | 138:20,23 139:13 144:21 146:1 148:3 150:17 154:4,6 |
| 100:9 101:20 102:15 124:18 124:21 126:2 128:14,15,16 | **workshops** 27:21,22 28:1 31:10 | **y** | 156:8 157:6 161:20 164:8 164:24 166:8,8 167:23,25 |
| 128:18 138:24 139:12 148:9 148:11 150:4 | **world** 29:17 107:16 140:3 **worry** 211:2 | **yea** 11:24 **yeah** 8:7 12:2 17:5 18:13 | 168:2 170:8 171:7,7,7 175:9,11 178:5 |
| 175:21 191:1,6 191:9 200:16 206:17 207:13 214:9 | **worth** 44:13 112:18 **wow** 113:6,14 204:22 | 20:7,7 22:11 22:11,15 23:23 26:11 27:6 28:4,7 29:1,23 | 178:6,15,18,18 179:1 180:5 181:1 185:1,3 185:25 187:12 |
| **worked** 19:19 21:17 25:6 26:13 27:8 29:9 33:2 | **wright** 19:24 **wrist** 39:3 **write** 125:21 137:1 143:10 | 30:21 31:1 34:4 40:20,23 40:25 42:10 45:4 46:13 48:13 49:8,16 | 189:1,4 191:17 192:21 196:6 197:7,12 198:2 205:12 207:10 |
| 34:16 35:11,13 43:4,21,23 92:10 150:5 160:21 169:4 | 157:11 204:12 **writing** 53:14 126:5 156:9 218:9 219:7 | 50:24 54:2,12 54:18 55:14 56:15,15 60:9 60:24 61:11,18 | 207:12 210:1,4 210:9 213:9,19 **year** 14:16 17:22 18:11,12 |
| 208:16 **workforce** 25:12 29:13 **working** 13:5 21:2 30:5 | **written** 64:7 97:23 137:2 **wrong** 30:20 56:12 209:24 **wrote** 107:22 137:4 180:22 | 62:7 66:1 68:8 69:18 75:14,17 78:10,16,22,24 81:21 83:8,12 83:15 84:23 103:22 108:8 109:14 110:3 116:13,24 117:11 118:5 123:5,12,19 | 19:6,8,14 22:5 22:6 30:1,10 31:6 44:2 52:3 52:19 56:16 60:3,6,11,15,18 62:6,23 64:13 |

67:7 82:6
93:24 108:25
108:25 115:24
117:9 128:7
138:8
**years**  14:14,15
14:18 15:23
17:21 19:5
20:1 21:23,23
24:2 28:10,10
31:11 34:11
45:2 48:19
61:9 64:5,8
65:19 66:3,4
108:13 109:3
112:10 113:17
113:19 127:9
127:11 174:2,2
190:19 213:11
**yelled**  9:8 68:1
**yelling**  148:20
**young**  145:10
210:17
**yup**  126:14
164:24

**z**

**zone**  155:14

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER: THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019. PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS

COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the
foregoing transcript is a true, correct and complete
transcript of the colloquies, questions and answers
as submitted by the court reporter. Veritext Legal
Solutions further represents that the attached
exhibits, if any, are true, correct and complete
documents as submitted by the court reporter and/or
attorneys in relation to this deposition and that
the documents were processed in accordance with
our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining
the confidentiality of client and witness information,
in accordance with the regulations promulgated under
the Health Insurance Portability and Accountability
Act (HIPAA), as amended with respect to protected
health information and the Gramm-Leach-Bliley Act, as
amended, with respect to Personally Identifiable
Information (PII). Physical transcripts and exhibits
are managed under strict facility and personnel access
controls. Electronic files of documents are stored
in encrypted form and are transmitted in an encrypted

fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.