# MARK J. SULLIVAN, Ph.D.

Organizational Psychologist
Cell: 201.290.5317; E-Mail: marksullivanphd@gmail.com

## EXECUTIVE SUMMARY

- 30 years of corporate and government senior executive experience in managing, selling, and restructuring for increased capacity in key areas:
  - o optimal learning and talent development for C-level, senior to mid-level management, emerging leader high potentials, strategic individual contributors, contractor workforces.
  - o custom-focused business strategy and innovation labs crafted to accelerate revenue generating, new product introductions (NPI) through 100-day project-based, rapid results executive learning and delivery programs.
  - o Retooling and upskilling leadership and staff bench strength for impact for sales institutes, management labs, and corporate universities.
- 10 years of higher education business school experience as a graduate-level leadership professor, MBA global consulting skills lab director, venturing panels, and executive education for Fortune 500 and Global 1000 (G1K) clients.
- Signature speaking engagements at premier corporate Town Hall and industry trade forums
- Executive senior consulting for commercial organizational re-structuring in a broad-range of mid-market-to-global industries and settings: high growth, mature markets, post-M&A and pre-seed/start-up environments.

## EMPLOYMENT

**Performance Learning Academy,** Cleveland, OH; 2022-Current
*(A boutique commercial offering addressing on-demand senior executive coaching and signature speaking engagements.)*
*Founder and CEO*
- Provide keynote speaking engagements focused on topics relating to *"Critical Conversations"* and *"Performing in High-Demand, High-Challenge Environments."*
- Trusted advisory service in personal executive coaching and leadership team engagement strategies.

**The Ohio State University,** Fisher College of Business, Columbus, OH; 2015-2022
*(A highly ranked Big-10 business college in one of the largest universities in the world, with 64,000 students representing over 200 majors)*
*Senior Lecturer*
- Provided award-winning MBA, EMBA leadership development courses; lead professor in conducting custom certificate for on-site courses at Honda and Nationwide corporate campuses.
- Developed and managed global, in-country, multi-week business consulting program for MBA students in extended on-site client settings in Europe, Asia-Pac and South America.

**APEX** (Accelerated Performance Excellence), Columbus, OH; 2013-2015
*(A uniquely custom-crafted management consultancy offering targeted leadership development and organizational effectiveness)*
*Managing Director*
- Provided service offerings that accelerated effort in developing peak performance for top talent, teams and leadership.

**Battelle Memorial Institute,** Columbus, Ohio; 2007 – 2013



EXHIBIT

04/01/2025

PENGAD 800-631-6989

2

(BMI: $65B market cap, managing the government's National Laboratories which incubate basic and applied research for Department of Defense, Homeland Security, Special Operations, etc.)

*Chief Talent Officer*
- Managed all the Chief Learning Officers (CLOs) in the nine U.S. National Laboratories and oversaw the Battelle Corporate University world-wide.
- Developed and ran the 100-day, project-based strategy boot camp for executive and senior leaders focusing on commercializing and testing new products for the marketplace.
- Oversaw executive talent acquisition, management succession, performance management, onboarding, DEI, and organizational strategy.

## Honeywell International, Morristown, NJ; 2001– 2007
(HON: $85B market cap. A provider of security-based, safe and comfortable environments in Aerospace, Specialty Materials and Automation.)

*Corporate Executive Lead - Strategy & Business Development* (2004 – 2007)
- Oversaw world-wide B-2-B Strategy Growth Lab for high-potential executives. Involved running a five-day accelerated business incubator with 100-day market-facing, pre-seed opportunity projects for 183 project teams. Total monetized value of the five-year project portfolio was $492M in growth of core and adjacent market offerings.

*Executive Director – Learning Technologies & Operations* (2001 – 2004)
- Built multiple media product platforms for customers, suppliers, employees to enable e-commerce, product placement and distributive learning. Installed large global LMS ERP and managed curriculums, operations, infrastructure and hosted environments.

## Accenture, Denver, CO; 1997-2002
(ACN: $72B market cap. Accenture is a multi-industry consulting service and outsourcing business.)

- *Executive*: Sold human capital and corporate learning services to media and telecommunications industry.

- Co-led a $50M North American business transformation consulting practice. Examples:
  - Led USWEST/Qwest client workforce training engagement for 10,000 cable and telephone linemen (voice/video/data techs) to grow installation productivity and supervisory skills.

  - Executive Account Manager overseeing AT&T Broadband consulting teams for restructuring Finance and HR services, with new process, skill sets, metrics and service model.

## CWRU – Weatherhead Management School (WMS), Cleveland, OH; 1991-1997
(Case Western Reserve University WMS: One of Newsweek's top American ranked business schools for *Organizational Behavior. Also, continuously listed as* #1 rated *Organizational Behavior Department* in the world by Financial Times of London 19 years in a row.)

*Executive MBA Faculty* (1992-1994)
- Taught leadership principles, management assessment and change management with Dr. Richard Boyatzis and Dr. Ron Fry.

*Family Business Institute: Executive Fellow* (1993–1995)
- Coached $20-100M family business owners and successor generation on family/workforce engagement; leadership development; performance and succession (i.e. family owners of Progressive Insurance, American Greetings, Cleveland Steel, etc.)

*Doctoral Student and Candidate (1991-1997)*
- Completed university-based Ph.D. program under Dr. David Kolb, Father of Experience-Based Learning.

3

- Co-taught Executive Education Open-Enrollment courses with Dr. Suresh Srivastva

**United Airlines, Inc.,** Elk Grove Village, IL, 1980-1991
(UAL : $103B market cap. A global passenger and cargo transportation services company.)

*UAL & Pan-Am Merger Integration Leader*: Asia-Pacific Rim Engagement (Ex-Patriate: 1989-1991)
- Negotiated trade and operating agreements with Japan's MITI/Ministry of International Trade & Industries.
- Oversaw multi-hub Pacific Rim ground and some air operating protocols. This included aircraft utilization, baggage transfers, passenger service protocols, and gate turn-time on major intercontinental routes, etc.

*Sales Institute Director*: UAL Executive Training & Management Institute (1980-1989)
- Oversaw global UAL Executive Sales Institute and the Sales Leadership Development Academy.

## SELECT DISTINCTIONS
*(Additional distinctions provided upon request)*

- US State Department-USSR Special Assignment: Co-facilitated leadership transition of Soviet Premier Mikhail Gorbachev to Russian Premier Boris Yeltsin (from a command economy to a free-market one)
- US State Department-Brazil Special Assignment: Co-facilitated Ministry of Culture & Community Development in piloting San Paolo election governance protocols
- *Harvard Business Publishing* Executive Media Channel: Featured Speaker on *Courage & Character*
- Author, *THRIVE: When Trouble Visits! Being Your Best in Tough Times*
- Author, Leadership assessment tool, *the Leader Challenge Index (LCI)*
- Co-Author, Article: with David Kolb, *Turning Experience into Learning: Do It and Understand*
- Conference Board Magazine: Article, *Talent Management Trends in America*
- Board Member: *Knowledge Advisor*, Talent Analytics Advisory Member
- Board Member, AFL (Social Media Lifestyle Company), Strategy and Operating Practice
- Board Member: *Boy Scouts of America - OH*, SVP Leadership & Governance
- TED Talk on *"The Courage to Be You,"*
- Honeywell Chairman's Award: Employee of the Enterprise (Out of 223,000 employees in 46 countries)
- CWRU-WSOM Horvitz Family Business Institute Dean's Fellowship Award – 2 Years
- OSU Fisher College of Business Westerbrook Distinguished Graduate Teaching Award
- United Airlines Management Fellow and Chief Instructor

## EDUCATION

**Case Western Reserve University,** Cleveland, OH
Ph.D., Organizational Behavior, Weatherhead Management School, *Summa Cum Laude; 1997.*

**Harvard University,** Cambridge, MA
M.A. Organizational Development; *Cum Laude; 1980.*

**Fitchburg State University**, Fitchburg, MA
B.S., Special Education: Cognitive and Affective Capacity at the K-12 level; *Magna Cum Laude;* 1976.

**Gestalt Institute of Cleveland, Cleveland, OH**
Post doctoral clinical certificate in therapeutic interventions at the individual and team Level, 1997.

**Northwestern University**, Kellogg School of Management, Evanston, IL
General Manager & Executive Officer Certificate in Strategic Marketing, 2004.

**Japan-America Institute of Management Sciences** (JAIMS), Honolulu, Hawaii

4

Government and corporate co-sponsored cross-cultural communications and information technology certificate for North American and Asia Pacific (APAC) expatriate management executives interfacing between global commercial and nation-state entities; 1986.