


Office of the Dean

201 Fisher Hall
2100 Neil Avenue
Columbus, OH 43210 1144

614-292-2666 Phone
614-292-7999 Fax

fisher.osu.edu

April 21, 2015

Dr. Mark J. Sullivan
150 E. North Broadway Street
Columbus, OH 43214

Dear Mark,

I am delighted to offer you a position as a Senior Lecturer in the Department of Management & Human Resources in the Fisher College of Business. Your two-year appointment will be effective 8/16/15 through 8/31/17. Your annual salary of $130,000 for the 9-month academic year will be paid in 12.5 installments for academic year 15/16 and in 12 substantially equal installments over the 16/17 academic year. Your first check, for the period covering 8/16/15 through 8/31/15 will be issued on August 31, 2015.

This appointment is subject to the approval of the Board of Trustees and your employment is subject to all rules, regulations, and policies of the university and to the availability of funds. This is a non-tenure-track appointment that carries no presumption of academic tenure or reappointment beyond the period stated above.

We will furnish you with a computer and printer allowance of $1,500 and an individual spending account (ISA) of $3000 per year to cover travel and other professional expenses. Your department chair, Ben Tepper, can give you additional information on this.

Your teaching load for the 15/16 academic year will be the equivalent of six 3 credit hour (semester-long) courses. For the 16/17 academic year you will teach the equivalent of seven 3 credit hour courses. You and Ben will continue your discussions to finalize specifics.

As a new employee of The Ohio State University, the following are a few administrative details that we would like to bring to your attention.

This offer is contingent on the university's verification of credentials and other information required by law and/or university policies including, but not limited to, a criminal background check.

The university is required by federal law to verify the identity and work authorization of all new. This offer is contingent upon such verification. You will be asked to complete the Form I-9 (Employment Eligibility Verification form) no later than your first day of work.

Ohio State faculty and staff are covered by the Ohio Ethics Law for public officials and state employees, and accordingly must receive and acknowledge a copy of this legislation. A copy of the Ohio Ethics Law will be provided upon acceptance.



Detailed benefit information can be found on the HR web site. Go to http://hr.osu.edu and click on the "Benefits" link for updated information, including options for your retirement account. A summary of Ohio State employee benefits is enclosed. Additional information can be found by visiting www.hr.osu.edu/policy/empben/bluebook.pdf. Questions concerning benefits may be directed to the Office of Human Resources customer Service Center at service@hr.osu.edu or 614-292-1050 or 1-800-678-6010 or to Bill Watercutter, Fisher's HR Director, at 614-292-0907.

Employees at Ohio State participate in the state retirement system. Enclosed is the Human Resources form concerning your employment in a job not covered by Social Security. This form must be signed and returned to the department no later than your first day of work.

The Ohio State University, in an effort to promote the health and well-being of its faculty, staff, students, and visitors, has chosen to maintain a tobacco-free environment. The use of all types of tobacco products is prohibited in all university buildings and on all university-owned, leased, or managed properties, including parking lots, garages, and all outside areas.

Members of our faculty and I are very excited about you joining our college. We are confident that you will make many contributions to the department, and the college. I do hope that you agree and will accept this offer. You may indicate your acceptance by signing below and returning (by fax, email or the enclosed envelope) the signature page by April 30, 2015.

Sincerely,

Anil K. Makhija

Anil K. Makhija
Dean and John W. Berry, Sr. Chair in Business

**I agree to the terms and conditions of employment outlined above:**

Mark J Sullivan, Ph.D. — 4.25.15

Signature (Mark Sullivan) — Date

Enclosures: Benefit Information
Hire Date Worksheet
Social Security Protection Act

c: Tepper
DeYoung/FSSC
Ward