UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Mark Sullivan,

    Plaintiff,

    v.

The Ohio State University, *et al.*,

    Defendants.

Case No. 2:23-cv-3174

Judge Michael H. Watson

Magistrate Judge Jolson

## ORDER

Plaintiff's unopposed motion to drop Jennifer McLendon as a defendant in this case pursuant to Federal Rule of Civil Procedure 21, ECF No. 83, is **GRANTED**. Plaintiff's claims against Jennifer McLendon are **DISMISSED WITHOUT PREJUDICE**, and the Clerk shall terminate her as a defendant in this case. The Clerk shall also terminate ECF No. 83 as a pending motion.

**IT IS SO ORDERED.**

MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT