# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| **MARK SULLIVAN** | ) | **CASE NO.: 2:23-CV-3174** |
| | ) | |
| **Plaintiff,** | ) | **JUDGE WATSON** |
| | ) | |
| **vs.** | ) | |
| | ) | |
| **THE OHIO STATE UNIVERSITY** | ) | **PLAINTIFF'S MOTION FOR** |
| | ) | **SUMMARY JUDGMENT** |
| **Defendant.** | ) | |
| | ) | |

Plaintiff Mark Sullivan, Ph. D moves this Court pursuant to Rule 56 of the Federal Rules of Civil Procedure to enter an order granting summary judgment on his claims in his favor, as there are no genuine issues of material fact in dispute and Plaintiff is entitled to summary judgment as a matter of law.  The reasons supporting this Motion are set forth int eh memorandum in Support filed with this Motion.

Respectfully submitted,

*/s/ Daniel P. Petrov*
DANIEL P. PETROV (0074151)
dpetrov@tpgfirm.com

THORMAN PETROV GROUP CO., LPA
20046 Walker Avenue
Shaker Heights, OH 44122
Phone: (216) 621-3500
Fax: (216) 621-3422

*Attorneys for Plaintiff Mark Sullivan*

## CERTIFICATE OF SERVICE

I hereby certify that on June 19, 2025, a copy of the foregoing was filed electronically through the Court's electronic filing system. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system, via electronic mail. Parties may access this filing through the Court's system.

*/s/ Daniel P. Petrov*
*Attorney for Plaintiff* Mark Sullivan