UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Mark Sullivan,

      Plaintiff,

      v.

The Ohio State University, *et al.*,

      Defendants.

Case No. 2:23-cv-3174

Judge Michael H. Watson

Magistrate Judge Jolson

## ORDER

Pursuant to the Court's March 2026, Opinion and Order, ECF No. 98, the parties notified the Court that they intend to pursue private mediation. ECF No. 102. As such, the parties are **ORDERED** to notify the Court of the date of their mediation **WITHIN TWENTY-ONE DAYS** of this Order. The parties are **ORDERED** to file a joint status report **WITHIN SEVENTY-TWO HOURS** of the conclusion of the mediation, indicating the status (but not the substance) of mediation.

      **IT IS SO ORDERED.**

MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT